ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN
————
LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

October 21, 2014

Hon. Sandra L. Townes
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Ahmed et.al.
**including Mohamed Yusuf**
Ind. 12 Cr 661(S1)(SLT)

Dear Judge Townes:

Jane Simkin Smith and I are the attorneys assigned to represent Mr. Yusuf in the above referenced matter. We write to inform the Court that today, October 21, 2014, a classified *ex parte* filing was filed as part of our response to the government's motion for foreign witnesses to be deposed abroad (Dkt #106).

If you have any questions or concerns please contact me art you convenience.

Respectfully submitted,

David Stern