UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

- against -                                    MEMORANDUM & ORDER

ALI YASIN AHMED, *et al.*,                     12-CR-661 (SLT) (S-2)

Defendants.
-----------------------------------------------------------x

**TOWNES, United States District Judge,**

By letter dated April 21, 2015, defendant Mohamed Yusuf seeks an adjournment of today's *Daubert* hearing. (ECF No. 271.) Defendant makes this request because of the (1) "vast amount" of discovery that the government produced on April 20, 2015, (2) purported problems with the government's disclosures, and (3) changes to the government's expert's report. The request for an adjournment is denied. Defendants have had ample time to prepare for the *Daubert* hearing and recent disclosures by the government do not necessitate further delay of the hearing.

**SO ORDERED.**

Dated: Brooklyn, New York
April 24, 2015

/s/ Sandra L. Townes
SANDRA L. TOWNES
United States District Judge