141

1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK
2
     - - - - - - - - - - - - - X
3    UNITED STATES OF AMERICA,    :
                                  :  12-CR-661
4                                 :  (SLT)
                                  :
5         -against-               :
                                  :
6                                 :  United States Courthouse
                                  :  Brooklyn, New York
7                                 :
     AHMED, et al,                :
8                                 :
          DEFENDANTS.             :  Monday, April 27, 2015
9                                 :  9:30 a.m.
                                  :
10                                :
     - - - - - - - - - - - - - X
11
          TRANSCRIPT OF CRIMINAL CAUSE FOR DAUBERT HEARING
12          BEFORE THE HONORABLE SANDRA L. TOWNES
             UNITED STATES DISTRICT COURT JUDGE
13
                    A P P E A R A N C E S:
14
15   For the Government:    LORETTA E. LYNCH, ESQ.
                            United States Attorney
                            BY: **SHREVE ARIAL, ESQ.**
16                              Assistant United States Attorney

17                          DEPARTMENT OF JUSTICE
                            COUNTERTERRORISM SECTION
18                          BY: **ANNAMARTINE SALICK, ESQ.**

19   For the Defendant
     Ali Ahmed:            BY: **SUSAN G. KELLMAN, ESQ.**
20

21   For the Defendant
     Madhi Hashi:          BY: **MARK S. DEMARCO, ESQ.**

22   For the Defendant
     Mohamed Yusuf:        BY: **DAVID STERN, ESQ.**
23                         SWEDISH LANGUAGE INTERPRETING
                           BY:  **GUNILLA MEDINA AND MAGNA CAZGANY**
24
     Courtroom Deputy: **Veronica Frullo**
25

PROCEEDINGS                              142

1    Court Reporter:    **Mary Agnes Drury, RPR**
                        Official Court Reporter
2                       Telephone: (718) 613-2615
                        E-mail:  Mad78910@yahoo.com
3

4
     Proceedings recorded by computerized stenography.  Transcript
5    produced by Computer-aided Transcription.

6

7    ****************************************************************

8              THE COURTROOM DEPUTY:  Criminal cause for *Daubert*

9    hearing, docket number 12-CR-661, the United States versus Ali

10   Ahmed, Madhi Hashi and Mohamed Yusuf.

11             Counsel, please state your names for the

12   record.

13             MR. ARIAIL:  Good morning, your Honor.  Shreve

14   Ariail and Annamartine Salick for the United States.

15             THE COURT:  Good morning.

16             MR. STERN:  Dave Stern and Jane Simkin Smith for

17   Mr. Yusuf.  And I'm here with James Wayman, who is an expert.

18             MS. KELLMAN:  Susan Kellman for Ali Ahmed.  My

19   client is present in court.

20             MR. DeMARCO:  Mark DeMarco for Mr. Hashi.  Good

21   morning.

22             THE COURT:  Good morning.  I received a letter from

23   the government dated April 26th requesting to briefly reopen

24   direct to ask questions of Mr. Lindh based on questions that I

25   asked.  I'm going to allow it.

PROCEEDINGS                    143

1          MR. ARIAIL:  Thank you, your Honor.

2          THE COURT:  All right.  Mr. Lindh.

3          MR. STERN:  Before we do that, we received

4  material last night at 10:30 that I take it is relevant to

5  Mr. Lindh.  I haven't read it.  I don't really understand it

6  even when I look at it briefly.  And I'm not prepared to

7  cross-examine.  I don't know how many pages it is.  The

8  government can tell us --

9          THE COURT:  Come on, up Mr. Lindh.

10          (Witness resumes the witness stand.)

11          MR. STERN:  -- exactly what it is.  But, you know,

12  this is technical material, which I am not familiar with

13  because I'm a lawyer.  And I don't know how I'm expected to

14  cross-examine when I get things at 10:30 last night to

15  cross-examine today.

16          MR. ARIAIL:  Your Honor, if we may just briefly

17  address it.  Obviously, the materials that we turned over

18  this morning were generated yesterday and over the weekend.

19  They are a brief summary by Mr. Lindh of error rates in

20  response to your Honor's inquiry.  There is an assessment

21  regarding the nature of his conclusions as they relate to

22  error rates.

23          THE COURT:  Let me ask you something.  Well, let

24  me ask Mr. Stern.

25          Is the information that you're talking about the

PROCEEDINGS                                          144

1    letter that was filed, the seven-page letter, or is

2    there --

3              MR. STERN:  No, I don't think so.  There is

4    something hear dated 6-25-15 that has no author but is

5    entitled -- or has no listed author -- but is entitled

6    "Simplified Explanation Regarding Forensic Speech

7    Comparison, case 12-CR-661."  Then there is a bunch -- and I

8    haven't looked at it carefully, but there's technical

9    material from I think Agnitio.  There is something from

10   something called the International Biometric Group.

11             I don't know what any of this stuff is.  I'm just

12   telling you what it's titled.

13             MR. ARIAIL:  All these materials, your Honor, with

14   the exception of the report, which is dated 4-25-15

15   actually, were produced in discovery to the defense and have

16   been identified as 3500 material in connection with this

17   proceeding.  So VIM-7, VIM-12, those were documents that

18   were previously produced to the defendants and they have had

19   these materials.

20             THE COURT:  VIM?  I don't know to what you're

21   referring when you say "VIM."  I'm assuming I have this.

22             MR. ARIAIL:  You do, your Honor.  The attachments

23   to the letter that the government produced were previously

24   provided in discovery to the defense as part of its

25   disclosures in connection with this hearing last Friday.  So

1    the defense has had these documents.  We just flagged them

2    for the Court so as to focus them as they relate to the

3    error rates and other points.  There's one abstract that's

4    one page long that I believe is marked Government's Exhibits

5    E that is an abstract that was also provided in response to

6    your Honor's inquiry on Friday regarding the effect of voice

7    analysis over time.

8           But there's very minimal new material here so

9    there's literally one abstract that's one page long and a

10   six-page summary that Mr. Lindh created yesterday.

11          MR. STERN:  When they say it's minimal, it might

12   be minimal if I were a voice identification expert, but I'm

13   not.  So I have to read this, talk to our expert, try to

14   understand it, think of if it needs to add something or not

15   something to our cross.  We worked on that cross all day

16   yesterday and then got this at 10:30 at night.

17          THE COURT:  So what we can do is go with what you

18   have and then I'll give you an opportunity to review.

19          MR. STERN:  Okay.  You mean, to recall him if I

20   think I need to?

21          THE COURT:  Correct.

22          MR. ARIAIL:  Just to clarify, it was an effort by

23   Mr. Lindh to simplify the information that was previously

24   provided to the defense so that it would be more digestible

25   to the parties and obviously to the Court as well.

1        THE COURT:  You know, it should say that then.

2        MR. ARIAIL:  Certainly.

3        MR. STERN:  Whatever it is, it's a new statement

4    by Mr. Lindh.  I assume it's a new statement.

5        Is it by Mr. Lindh because it not titled.

6        MR. ARIAIL:  It's entitled "Simplified explanation

7    Regarding Forensic Speaker Comparison."  I think it's pretty

8    evident that that's what it is.

9        MR. STERN:  Having read it, it doesn't strike me

10   as that simple so I know it's entitled "Simplified" --

11       THE COURT:  Sit down.  Sit down.  I'm not going to

12   put up with this.  I'm not going to put up with it.  You

13   know, you two sniping at each other and acting like children

14   is going to stop and it's going to stop right now.

15       MR. ARIAIL:  Apologize, your Honor.

16       THE COURT:  Mr. Lindh, you are still under oath.

17       THE WITNESS:  Yes.

18   DIRECT EXAMINATION (Continued)

19   BY MS. SALICK:

20   Q    Good morning, Mr. Lindh.

21   A    Good morning.

22   Q    At the conclusion of the hearing on Friday, do you

23   remember when the Court asked you some specific questions

24   about calculated error rates?

25   A    Yes.

LINDH - DIRECT - SALICK                147

1   Q    I'd like to go through some of those with you now for
2   some clarification.
3            First, can you define what an error rate is.
4   A    So an error rate, you're derived at an error rate by
5   having an evaluation.  An evaluation is made or consists of
6   many different comparisons of a big, big database of voice
7   recordings.  They could be of different qualities recorded
8   with different microphone types, phone recording,
9   interviews, et cetera and so on.  In the evaluation, you are
10  then forced to make a decision for all of those comparisons
11  so that means this match, no match conclusion.  So in that
12  sense, it's not reasoning within probabilities or both
13  probabilities, because you have to make a threshold
14  somewhere on and make a decision on whether it is the same
15  or not.
16  Q    And we'll get to your personal dislike of error rates
17  as an expression of reliability in just a second.
18  A    May I add one thing?
19  Q    Absolutely.
20  A    It's important also that you can't in an evaluation
21  punt any of the comparisons, for example.  You are provided
22  with a set that you have to compare.  So it means you can't
23  say, oh, these recordings are of extremely bad quality, I
24  will not compare them, for example, okay.
25  Q    So Mr. Lindh, in other words, in the case that -- in

1  the analysis that you did, did you ever punt on any of the

2  samples you were provided?

3  A    In this case?

4  Q    Yes.

5  A    Yes.

6  Q    Very briefly to remind the Court, why did you do that?

7  What about those samples made you punt?

8  A    Because they were of very low quality the audio

9  recordings.

10 Q    So one of the problems you have with calculating error

11 rates is that it forces you to make a decision, to make a

12 match or no match decision, when in the real world you

13 wouldn't -- you couldn't punt?

14 A    Yes.

15 Q    Okay.  Can you explain the difference between an error

16 rate and an equal error rate.

17 A    So the equal error rate is at the point in an

18 evaluation where false acceptances and false rejections are

19 at the same level.

20 Q    So if you had an equal error rate of 5 percent, how

21 many false positives would you have -- excuse me, false

22 acceptances would you have and how many false rejections

23 would you have?

24 A    5 percent.

25 Q    Okay.  So let's say you were testing 100 samples.  How

LINDH - DIRECT - SALICK                    149

1   many false rejections and how many false acceptances would

2   you have?

3   A    Five each.

4   Q    And if it was just an error rate and not an equal error

5   rate, out of 100, how many false rejections would you have?

6   A    I've seen many different kinds of variations, but some

7   of them would just report, for example, like number of

8   identifications, for example, so 99 percent were correct,

9   for example.

10  Q    So there are many different ways to express an error

11  rate?

12  A    Yes.

13  Q    And an equal error rate is one measure?

14  A    Yes.

15  Q    You discuss a little bit about how an error rate is

16  calculated in the threshold and why that's necessary.  What

17  amount of data do you need to calculate an error rate?

18  A    So, yeah, that's a good question.  Evaluation is

19  basically its own science when can comes to biometrics.  So

20  thousands, presumably.  At least hundreds.

21  Q    You would need many, many tests --

22  A    Many different speech recordings of both same and

23  different that you compare all of them.

24  Q    And is the -- how is the threshold, which, again, you

25  mentioned earlier which is the decision at which point you

1  say, yes, this is a match or, no, this is not a match, how

2  is the threshold determined?

3  A    If you have a commercial system, for example, that you

4  have voice recognition for letting you in through a door,

5  that would then be called verification, you would have to

6  within the evaluation try to find the threshold where the

7  equal error rate is at its lowest point, presume it's the

8  best.  And then of course it depends on in the commercial

9  sense how important it is to make the system easy than maybe

10  the threshold is put a little bit more so there are more

11  false acceptances, for example, if the security isn't that

12  high.  And then if the security is extremely high, they

13  remove the threshold to have less false acceptances.  And

14  then you decrease on the other side.  Understand?

15  Q    So in evaluating error rates, the threshold, the level

16  at which the no match and match is decided, is a subjective

17  determination?

18  A    Not equal error rate, but you could decide the

19  threshold as you want, yes.

20  Q    Someone, the evaluator, whoever is evaluating the

21  system, decides where to put the threshold?

22  A    Yeah.

23  Q    And I think you mentioned that, you know, your own

24  dislike of error rates.  Can you explain to the Court why

25  that is, why it's not a good measure of reliability.

1  A    It doesn't take into account the two probabilities.  So

2  if you would use likelihood ratios in the calculation or an

3  evaluation, you usually use some kind of cost measure.  And

4  that means the dispersion of all those likelihood ratios in

5  two directions basically.

6          So instead of an equal error rate, you would have

7  some cost depending on if it's the same voice, comparison

8  gives a very high likelihood ratio, for example, in one

9  direction.  Or if it's a different voice comparison, the

10 likelihood ratio in the other direction is very big or very

11 low.  That would generate a cost.  So the lower the cost,

12 that would then say something about the evaluation.

13 Q    So an evaluation that calculates error rate, unlike in

14 your own analyses, you're required to make a match, no match

15 determination?

16 A    Yes.

17 Q    And part of your disagreement with the calculation

18 error rates is that you believe it is better to express

19 these conclusions in terms of probability?

20 A    Yes.  May I add something?  So it's extremely important

21 when you're calculating or judging the two different

22 probabilities that especially with the technology like this

23 that it's -- it is fragile, so you have to -- it's very

24 important that it's collaborative evidence.  It's weighing

25 the two different probabilities.

1            And that's what I was trying to explain, that it's

2   up to the trier of fact to actually decide the probability

3   of the two voices coming from the same voice.  And that's

4   very important, I mean.  And this is just weighing you in

5   some direction.  There might be other things that come up,

6   other evidence, other statements, testimony, I don't know

7   what can be in trial that would weigh this, and that will

8   also to some extent also add to the reliability of the

9   examination.

10  Q    So other evidence that may be presented in trial

11  would -- I'll withdraw that.  I'll move on.

12            Turning now to phonetic and linguistic analysis,

13  which is something we discussed at length on Friday.  Are

14  you aware of any evaluations of forensic, phonetic and

15  linguistic analysis that have calculated an error rate?

16  A    Only when it comes to the acoustic measurements of

17  phonetic properties.  Normally acoustics is a part of

18  phonetics, but when it comes to linguistic and phonetic

19  judgments, you would have to have many different experts, of

20  course, going through thousands of comparisons of same voice

21  samples and different voice samples to be able to evaluate

22  that.  That has not happened.

23       Normally and also in the tradition of linguistic and

24  then phonetic research or science, you do -- you look at

25  discriminative functions and a few parameters.  You will

LINDH - DIRECT - SALICK                    153

1    look how well does these things discriminate between

2    speakers.

3    Q    So due to the nature of how phonetic and linguistic

4    analysis are conducted, it would be very difficult to

5    calculate an error rate?

6    A    Yes.

7    Q    Turning now to acoustic analysis.  Are you familiar

8    with any evaluations of acoustic analyses that may have

9    resulted in a calculated error rate?

10   A    Yes.  There are several, especially concerning formant

11   analyses and fundamental frequency analyses.

12   Q    And in preparation for today's hearing and reviewing

13   the references that you cited in your own report, did you

14   find an evaluation that was applicable to this case?

15   A    Well, yeah.  There are several done by the German BKA

16   who also use vocalized.  And both on its own using formant

17   analysis and in conjunction with automatic --

18             MS. KELLMAN:  I'm sorry, your Honor.  The witness

19   is dropping his voice.  It's difficult to hear.

20             THE COURT:  Yes.

21             THE WITNESS:  Is this better?

22             MS. KELLMAN:  Yes.

23             THE WITNESS:  I'll be closer to the microphone.

24             So they have done several evaluations on using

25   only formant analyses and also specific formant analyses on

LINDH - DIRECT - SALICK                    154

1   specific vowels in specific instances, okay.  And also in

2   most of them they also look at fusion together with an

3   automatic system, see if it improves or if it doesn't

4   improve, the automatic system on its own.

5   BY MS. SALICK:

6   Q    So in one of those evaluations by the German BKA; is

7   that correct?

8   A    The BKA, Bundeskriminalamt.

9   Q    And what is that?

10  A    That's the government agency in Germany performing all

11  forensic analyses basically.

12  Q    And in one of those evaluations, was an error rate

13  calculated for acoustic analysis?

14  A    For formant analysis, yes.  The one by Michael Jessen

15  using vocalized -- he used both long-term formant analysis

16  and together with formants use measured at specific vowels.

17           THE COURT:  And what is the name of the scientist

18  you just said?

19           THE WITNESS:  Michael Jessen in more English

20  pronunciation, I think.  So he works at the BKA.

21  BY MS. SALICK:

22  Q    And that was reference number 9 in your report which

23  has previously been provided.  And what was the numeric

24  value of the error in that evaluation?

25  A    I do not recall exactly, but I think it was around 8

LINDH - DIRECT - SALICK                    155

1    percent equal error rate.

2    Q    Are you familiar with evaluations of Batvox, the

3    technology that you used in this case, of its core

4    technology?

5    A    Yes.

6    Q    Are you familiar with any evaluations of Batvox's core

7    technology that has determined an error rate?

8    A    Yes.

9    Q    Approximately, how many evaluations have looked at

10   Batvox's core technology?

11   A    I think most proper it would be to ask Agnitio that as

12   they have done many different evaluations.  And I'm

13   not -- both internally and also that they have published.

14   So I don't know how many there are that are published.  So

15   some are published by themselves performing evaluations like

16   the NIST.  And then other laboratories have done an

17   evaluation using the software on their own databases, for

18   example.

19   Q    Is it fair to say there are several evaluations of

20   Batvox's core technology?

21   A    Yeah.  Many, many different and between different

22   conditions.  So there's not just one equal error rate if one

23   wants to do equal error rates.  There are many more

24   different lengths of recordings and different channel

25   conditions.  So interview against phone, mobile phone

LINDH - DIRECT - SALICK                    156

1   against landline, mobile phone against mobile phone with one

2   sample, with several samples.  And then you can tweak

3   different algorithms and different statistical modeling

4   within the technology to see how to optimize the results in

5   an evaluation.

6   Q    And you just mentioned that during these evaluations,

7   they test different conditions, different recording devices

8   and comparing those.  Are you aware of an evaluation of

9   Batvox's core technology that compared phone recordings to

10  other phone recordings?

11  A    Yes.

12  Q    Okay.  And do you remember the approximate equal error

13  rate that was calculated for the comparison of Batvox's core

14  technology comparing phone recordings to phone recordings in

15  that evaluation?

16  A    So there are several spans depending on length of the

17  recording as well and how many recordings are used at the

18  training level and so on.  So I think the span is somewhere

19  between like less than 1 percent all the way up to 5 percent

20  probably.

21  Q    And the reason for that span is that even in comparing

22  telephone to telephone, there are other conditions that the

23  examiner can set such as the length of time of the

24  recordings that are compared or the amount of noise in the

25  recording compared?

LINDH - DIRECT - SALICK                157

1  A    Yeah.  So there are several standards that the

2  software, it forces you to stick to, length requirement, and

3  it also does check the signal-to-noise ratio.  Also checks

4  the similarity to this reference population.  So there are

5  several things there.  And then it's also up to the

6  examiner, of course, to punt different low-quality

7  recordings.

8  Q    When you say "punt," you mean to exclude a sample?

9  A    Yes.

10 Q    This evaluation that we've been talking about, do you

11 remember who conducted it?

12 A    There are many different.  NIST as done several

13 evaluations.  There are others that I need to have employed.

14 I don't know if they are government or commercial

15 organizations to perform evaluations on their core

16 technology.  The Italian evaluation I mentioned.  Partly

17 more forensically relevant.  And then there are evaluations

18 done within the European laboratories.

19        I'm currently helping out the Dutch Forensic

20 Institute to evaluate Batvox on those mismatched conditions

21 and different lengths of mobile phone recordings.  So there

22 are many.

23 Q    And just to make sure we're all on the same path in

24 terms of acronyms it, what does NIST stand for again?

25 A    National Institute of Standards and Technology, I

1   believe.

2   Q    And are they the major group in the United States

3   performing evaluations on forensic speaker technology?

4   A    They are biometric technologies, I think.

5   Q    Is one of the areas of NIST that it evaluates speaker

6   recognition or voice comparison technologies?

7   A    Yes.

8   Q    And just to remind the Court, who is Agnitio -- or what

9   Agnitio?

10  A    The company that sells Batvox.

11  Q    And what we just discussed comparing telephones to

12  telephone recordings, that's called a matched evaluation; is

13  that correct?

14  A    Matched conditions.

15  Q    And that's because the condition is telephone and the

16  other side that they are evaluating is also telephones?

17  A    Yes.

18  Q    Okay.  Is there also something called mismatched

19  conditions?

20  A    Yes.

21  Q    And what is that?

22  A    So that would be a recording on one side that is, for

23  example, then microphone on the other side, telephone.

24  Q    And are you aware of any evaluations of Batvox's core

25  technology comparing its ability to compare a recording

1   under a microphone condition and a recording under a

2   telephone condition?

3   A     Yes.

4   Q     And in such an evaluation, was an error rate

5   calculated?

6   A     The only one I seen publicly available is done by what

7   I think is a commercial institute that I can't remember the

8   name of, but I know it was included here somewhere, which

9   had a very, very low error rate.

10  Q     And what was the error rate, approximately, if you can

11  remember?

12  A     Less than 1 percent misidentification.  Those were

13  under very good conditions.  Must be added to that.  Very

14  good conditions.

15  Q     What does that mean?

16  A     Recordings.  There are no overlapping, no other people

17  in the room.  No noise added to the recordings.  That's all.

18  That's why I think it's a very good comparison, even though

19  it does test the mismatched conditions.  So microphone and

20  telephone.

21  Q     And was it the International Biometric group that

22  tested Batvox's core technology comparing a microphone to a

23  phone sample?

24  A     That sounds familiar.  I should add to that that of

25  course there are many internal evaluations before buying the

1    software by government agencies.  Those are not -- normally

2    not published.

3    Q    Did you personally evaluate Batvox software before you

4    purchased it?

5    A    Yes.

6    Q    Was this a formal evaluation or just from your use

7    of --

8    A    Because of the sensitivity of the data, for example,

9    when it comes to the Swedish interception system and other

10   things, it's only for us and the NFC.

11   Q    So understanding that your evaluation wasn't public

12   because of the sensitivities you mentioned.

13   A    Yes.  So when you do research in Sweden at least, if

14   you publish something when you've done an evaluation, you

15   have to make the data available for any other researcher.

16   Q    And due to the sensitivity of the data, you couldn't

17   make that available?

18   A    Exactly.

19   Q    What was your opinion as to the Batvox technology

20   compared about other automated voice comparison systems

21   available?

22   A    So I had been using for my Ph.D. work for many years

23   this ALIZE open-source software from the university of Avion

24   in France.  So in the end -- I could make this very long;

25   I'm trying to keep it short.

1          Already back ten years ago, there was a meeting at

2    the NFC on where Agnitio was invited to present their

3    different software both for the NFC and the Swedish Security

4    Service.  I was an invited expert to listen to their

5    presentation and talk about it.  Back then I was working

6    very hard on how to use the ALIZE open-source software in

7    forensic cases.

8          So at that meeting afterwards, they asked me to

9    evaluate what was the information given.  And I then

10   rejected -- I made the recommendation that they should not

11   buy Batvox at that point because the internal evaluations I

12   had done then basically gave this more or less same result

13   as Batvox did.

14          In 2010 approximately, though, it was a different

15   story.  So in communication with the NFC it was decided,

16   because the software is extremely expensive as well, that we

17   should evaluate Batvox.  And for one year we used, for

18   casework, we were using both software actually in

19   conjunction for casework, but also at the same time

20   performing internal evaluations of the software.  And as I

21   was actually using the technology and I was the one

22   programming everything around it, it was like competing with

23   the 2013 scientists at Agnitio.  And the performances were

24   extremely good compared to mine, to my version of the ALIZE

25   software.  So especially for mismatched conditions like in

LINDH - DIRECT - SALICK                    162

1    the Swedish case, it's normally interview recordings with

2    certain devices compared to telephone recordings.

3    Q    And after reaching a decision that in 2010 Batvox was

4    far and above the better system, did you then purchase it?

5    A    Yes.

6    Q    And is -- what model of Batvox again did you use in

7    this example?

8    A    Ours was version 3 back then.

9    Q    Today for the report in this case, which version did

10   you use?

11   A    That's version 4.1.

12   Q    So it's an even newer version that you're using today?

13   A    Yes.

14   Q    Understanding the error rates that have been calculated

15   by some evaluations of Batvox between a range of .4 percent

16   to 5 percent, giving very general error rates, are there

17   anything you do -- is there anything you do in using Batvox

18   that may further reduce this error rate?

19   A    One can only hypothesize as long as you don't do even

20   more evaluations where you have the impressionistic

21   linguistic and phonetic analysis and also the punting that I

22   was talking about done for all the different comparisons in

23   an evaluation.  So one can only hypothesize on the effect of

24   doing an evaluation, removing everything that is judged with

25   too low audio quality and also where you find a post results

LINDH - DIRECT - SALICK                    163

1   for the phonetic and linguistic analyses to reduce error

2   rate in that case.

3   Q    So one method of further reducing an error rate would

4   be to ensure that the samples you put into Batvox meet both

5   the quality and quantity requirements?

6   A    Yes, of course.

7   Q    And in addition to that mechanism for reducing the

8   error rate, how does the combination of the three methods

9   that you used in this case reduce the isolated error rate

10  for Batvox?

11  A    You use error rates.  You cannot know if you haven't

12  evaluated completely.  But you can hypothesize that if you

13  remove low audio recordings the error rate will decrease,

14  right.  And also if you do phonetic and linguistic analyses

15  looking at similarities in the speech behavior of a person,

16  you can then further hypothesize that probably if they are

17  opposed to what you get in the test, the test is less

18  reliable.  For example, if you like the exact number of the

19  likelihood ratio, that would become lower in that case.

20  Q    So if you received a score from Batvox on a sample that

21  was different from your analysis under linguistic and

22  phonetic analysis, how would that inform your overall

23  conclusion?

24  A    So it would boost it or lower it.

25  Q    So the result that Batvox gives you, you weigh based on

LINDH - DIRECT - SALICK                    164

1    the other analyses you've run in the overall examination?

2    A    Yes.

3    Q    Also on Friday you were asked to clarify understandably

4    some of the very, very complicated technology in this case.

5    And one question from the Court was what a statistical model

6    is.

7                 Can you explain what a statistical model is.

8    A    So it's a very complicated process, but the only graph,

9    figure I remember and that I can relate to is kind of

10   three-dimensional map with many different hills and valleys

11   and mountains of different shapes.  Those are adapted to a

12   different statistical model from many, many different

13   speakers to sort of fit within that universal space.

14   Q    So before we get into how Batvox uses statistical

15   models, just defining what a statistical model is, you

16   mentioned hills and valleys.

17   A    Those hills, valleys, mountains of different shapes in

18   this kind of three-dimensional map would, to a large extent,

19   then of course reflect the different vocal tract features

20   from the voice that the statistical model is modeled from.

21   So to some extent it will also probably contain some of what

22   you would call noise, so unimportant stuff in there in the

23   first modeling.  So you want to reduce that in many

24   different ways.

25                 So this new I-vector technology, for example,

1    tries to extract from that model what is not important for

2    those features belonging to that specific voice.  So it's

3    actually like subtracting that part in the modeling process.

4    I hope that makes a little sense.

5    Q    So thinking about what a statistical model of a voice

6    sample would look like, you mentioned hills and valleys.

7    Are these things that we saw on Friday a distribution of a

8    line?

9    A    That's simplified, yes.  Looking three dimensional.

10   Q    So each line would represent a measurement of a

11   different feature of that voice?

12   A    Yes.  One single.  So if the vocal tract is divided

13   into several sections from your vocal cords all the way to

14   your lips, they will somehow reflect different pieces of

15   your vocal tract.

16   Q    So one curve would represent one feature?

17   A    Yes.

18   Q    And the statistical model is the three-dimensional

19   combination of all of these curves in a three-dimensional

20   space?

21   A    Yes.

22   Q    In its most simplistic?

23   A    Yes.

24   Q    And what does the combination of those distribution

25   curves represent in the statistical model?  What do they

LINDH - DIRECT - SALICK                    166

1   portray?

2   A    So different parts of your vocal tract, the features

3   reflecting vocal tracts.  So all in the feature extraction

4   process, that's like one reflection of all those sections of

5   the vocal tract in points of time.  So like a window in

6   time.  The statistical modeling is used in all those

7   extracted time frames merging them together in a statistical

8   model.

9   Q    And in just a second we're going to talk about exactly

10  what a Gaussian mixture model is, but is a Gaussian mixture

11  model a statistic at model?

12  A    Yes.

13           THE COURT:  And is that -- what is the first word

14  you're saying?

15           THE WITNESS:  Gaussian.  Gaussian is basically

16  only a normal distribution curve.  So a bell curve.

17           THE COURT:  Yes.  Gaussian.

18           THE WITNESS:  A mixture model is then a three

19  dimensional kind of bell curve.

20  BY MS. SALICK:

21  Q    So the Gaussian mixture model is a three-dimensional

22  statistical model of the voice?

23  A    Not necessarily three dimensional, but yes.

24  Q    All right.  Moving on to perhaps a more simplified and

25  easier to understand explanation of the steps that the

LINDH - DIRECT - SALICK                    167

1    Batvox software takes.

2            After the samples are entered into Batvox, can you

3    explain what feature extraction is and what it does.

4    A    So that's what I was just trying to say there.  So with

5    like 20 millisecond internals, the window at every time

6    point is trying to reflect these vocal tract features by

7    extracting these mel-frequency cepstral coefficients.

8    Q    So let's start with the known samples.  So the known

9    samples, when you enter them into Batvox, the feature

10   extraction starts by recognizing features at a time

11   internal; is that correct?

12   A    Yeah.  It extracts them by overlapping time frames.

13   Q    So it breaks down the sample into 20 millisecond

14   portions?

15   A    Yes, yeah.

16   Q    And at every 20 millisecond internal it extracts

17   certain features?

18   A    Yes.  Overlapping 20 millisecond.

19   Q    And you mentioned the mel-frequency cepstral

20   coefficients.  That is the mechanism to extract those

21   features?

22   A    Yes.  Acoustic measure that's trying to reflect the

23   vocal tract at a certain instant in time.

24   Q    And just like DNA extracts certain features and

25   fingerprint extracts certain features, an automated voice

1   comparison system is extracting these mel-frequency cepstral

2   coefficients?

3   A     Yes.

4   Q     And mel-frequency cepstral coefficients is abbreviated

5   as MFCC?

6   A     Yes.

7   Q     We'll use that moving forward to make it a little

8   easier, okay.

9           So once the features have been extracted using

10  this MFCC, are those features then modeled in a statistical

11  model like the one we just discussed?

12  A     Exactly, yes.

13  Q     Okay.  And what is the system or the name of the

14  modeling system?

15  A     So I-vector or GMM.

16  Q     And GMM --

17  A     Gaussian mixture model.

18  Q     And this again is that distribution of each feature in

19  a model?

20  A     The hills, sun, valleys.

21  Q     Okay.  At this point we have put the samples into the

22  software system, extracted certain features just like you

23  would in DNA or fingerprints and then modeled the

24  measurements, the values of those features in --

25  A     Since they are taken at instances in time, you know,

1   you want to have something that merged the -- removes the

2   time estimate for it or the time -- it's not important the

3   time thing.

4          So it's only the more you have, to some extent,

5   the better that you can model it because you're merging the

6   time frames somehow.  Okay.

7   Q    Because there is so much data because this system takes

8   measurements at every 20 millisecond interval?

9   A    Yeah.

10  Q    So once this statistical model is created, and in this

11  case we're talking about the known samples, a statistical

12  model of all the known samples, is it compared with

13  something called the universal background model?

14  A    Yes.

15  Q    Okay.  What is a universal background model?

16  A    Same kind of model but made from thousands of

17  recordings.  And in the Batvox case, thousands of recordings

18  of interview, telephone, microphone, many different kinds of

19  recordings.  The only thing -- there are actually two

20  because there's one female and one male.  So it actually

21  automatically decides gender confidence.  So it will use the

22  male or the female universal background model.

23  Q    So backing up, you said it's the same model, meaning

24  universal background model is also a statistical model?

25  A    Yes.

LINDH - DIRECT - SALICK                    170

1    Q    And just like we just went through this how you create

2    a statistical model of all of the data for the known

3    samples, the universal background model is the combination

4    of all of the features extracted from, as you said,

5    thousands and thousands of recordings?

6    A    Yeah, yes.

7    Q    And Batvox has two universal background models, one

8    female and male?

9    A    Yes.

10   Q    Why do you compare the statistical model of the known

11   speaker sample against the statistical model of the

12   universal background model?

13   A    There is an adaption process.  So in that enormous big

14   space, you try to fit the model of this known sample into

15   the universal background model.  So you move it to see

16   where, how it's placed within that.

17   Q    And when you say you fit it --

18   A    Adaption is a better word.

19   Q    That shows you how unique and how dissimilar the

20   features that were extracted from the known sample are

21   compared with the universal background model?

22   A    Yes.

23   Q    And is the resulting comparison called a trained GMM?

24   A    Yes.

25   Q    In other words, the comparison of the statistical model

LINDH - DIRECT - SALICK                171

1   of the known samples with the universal background model

2   trains the resulting model of the known samples?

3   A    Yes.

4   Q    So you now have more information about the known

5   samples?

6   A    Yes.

7   Q    So we've been talking now about just the known samples,

8   the samples that are known to come from one person.  Does

9   the unknown test file also undergo a similar process?

10  A    No.  Then you use actually the MFCCs more directly.

11  Q    Can you --

12         MS. KELLMAN:  I'm sorry, your Honor.  I missed

13  that answer.

14         THE WITNESS:  No.  You use the MCFFs extracted

15  more directly.

16  BY MS. SALICK:

17  Q    The MFCCs we talked about earlier is the method of

18  extracting specific features?

19  A    Yes.

20  Q    So the unknown sample, Batvox also extracts the

21  relevant features from the unknown sample?

22  A    Yes.

23  Q    Are there additional procedures within Batvox software

24  that improve the models for the statistical -- for the

25  unknown sample and for the unknown -- excuse me, for the

LINDH - DIRECT - SALICK                    172

1    known and unknown samples?

2    A    Yes.

3    Q    What are they and can you explain them?

4    A    So they are trying to exclude channel information.  So

5    the information that actually belongs to background noise or

6    microphone use or other information not belonging to the

7    actual voice.  So it's trying to remove.  We call all of

8    that noise.  There are several processes that try to remove

9    that noise.

10   Q    So there are systems within Batvox that further remove

11   features and elements of the sample that aren't attributed

12   to voice?

13   A    Yes.

14   Q    And is one of those methods cepstral means extraction?

15   A    Yes.

16   Q    And another one called I-vector?

17   A    Well, the I-vector is used in modeling part, but yes,

18   you could say that.

19   Q    Do both of those mechanisms remove features that are

20   not attributed to the voice?

21   A    Yes.

22   Q    Okay.  What does mel-frequency filters do?

23   A    It uniquely fits the frequency scale to look more the

24   way we perceive sound.

25   Q    So it further refines the samples?

1   A    It will boost different frequencies differently.  And

2   the model is more based on our ear.

3   Q    So the mel-frequency filter adapts the model to fit the

4   human ear better?

5   A    Yeah.  So the mel filters are actually based on a test

6   where you had like one sign telling one ear and the subjects

7   were asked to double frequency, for example.  And they had

8   to turn the knob until they thought the frequency was double

9   that or half the frequency of the other one.  So just

10  impressionistically, you could think that the results would

11  end up all over the place, but people actually perceive

12  tones in a very similar manner.  So you can adjust the scale

13  according to that.

14  Q    All right.  So we discussed feature extraction and how

15  a statistical model is created for the known sample and how

16  that is further -- that sample is further refined by the

17  universal background model.  And we've also talked about how

18  the unknown sample undergoes a similar process of feature

19  extraction.  At some point are both samples -- do they go

20  through a process of normalization?

21  A    Yeah.  That's what we just were talking about.

22  Q    So what is normalization?

23  A    So this is the normalization that has to do with the

24  modeling part or the removing of noise, you could say.  And

25  then there's a different kind of normalization which then

1  happens in the scoring process.  So two different kinds of

2  normalization.  They are both called normalization.

3  Q    Is there a normalization process that occurs using

4  something called a reference population?

5  A    Yes.  When you're testing, you add these reference

6  population that contains the acoustic features similar to

7  the known voice.  First, you select this subset of the

8  reference population which is huge.  And those should best

9  reflect the same conditions as the ones in the known sample.

10 And you get a scoring and you get a quality measure of that

11 back from Batvox, how well it -- how suitable this reference

12 population seems to be.

13 Q    Just backing up a second.  The reference population is

14 made up of many other audio recordings?

15 A    Yes.

16 Q    Okay.  And do you select certain recordings to input

17 into Batvox based on the acoustic and voice characteristics

18 of the known sample?

19 A    Yes.  So many, many, many.  Then I let the system

20 select the 45 closest, which is the subset, the optimal

21 subset, of the reference population.

22 Q    So of this giant reference population that you've put

23 in, Batvox does something to refine this down to, you said,

24 45?

25 A    Yes.

LINDH - DIRECT - SALICK                    175

1   Q    Okay.  And those 45 are what?  How do they relate the
2   known sample?
3   A    They are the most similar by scoring.
4   Q    Meaning, that the 45 are the most acoustically similar
5   to the known samples?
6   A    Yes.
7   Q    And by comparing the known samples statistical model
8   and the reference population, what does it tell you about
9   the voice and acoustic characteristics of the known samples?
10  A    I don't understand the question.
11  Q    What is the point of comparing the known statistical
12  model with the reference population?
13  A    It's to be able to normalize the scores that you get in
14  the next process, which is scoring the unknown against that
15  subset of the reference population.  And that will give you
16  the distribution of scores for the inter-voice probability.
17  Q    So the comparison of the known sample model against the
18  reference population gives you information about the
19  specific features of the known sample?
20  A    Yeah.  They are as similar as they can be from this big
21  set, yes.
22  Q    Is the unknown test file or the unknown sample also
23  compared against the reference population?
24  A    Yes.  That's what I was saying.  That will give a
25  score, space distribution of scores that will explain the

1   probability of finding the voice within different voice.

2   Q    Is this the inter-variability that you mentioned just a

3   second ago?

4   A    Yes.

5   Q    And is inter-variability showing you the differences

6   and similarities between those single unknown test files and

7   the larger reference population?

8   A    The 45 in the subset, yes.

9   Q    The 45 reference population?

10  A    Yes.

11  Q    All right.  Moving down the steps of Batvox.

12          At some point after you compared both the known

13  and unknown files against the reference population, is there

14  also a time when you compare files against something called

15  an impostor set?

16  A    Yes.  To further normalize the scores.  And those are

17  the scores within the model, you score.  So if you have

18  several recordings as in this case, there is a scoring

19  process within the model to calculate the distribution of

20  scores for this intra-variation.  Those scores can be

21  further normalized by scoring them against an imposter set.

22       And the imposter set will have the same acoustic

23  characteristics as the unknown sample so that you could get

24  an idea of the scores that the known model will have against

25  an unknown set of recordings.

LINDH - DIRECT - SALICK                    177

1   Q    So the reference population is made up of 45 samples

2   that are similar to the -- similar acoustically to the voice

3   characteristics of the known samples?

4   A    Yes.

5   Q    But by contrast, the imposter set is made up of samples

6   that are similar acoustically and to the characteristics of

7   the voice in the unknown sample?

8   A    Yes.

9   Q    Is it fair to say that the impostor set and the

10  reference population are proxies for all voices in the

11  world?

12  A    Yeah.  Reflecting the case at hand.

13  Q    Understanding that they're refined by what the acoustic

14  characteristics are of the known and unknown sample, are

15  they supposed to represent speakers in those same

16  categories?

17  A    Yeah.  The same acoustic environment.

18  Q    So after the samples have been normalized, they have

19  been compared with the reference population, the impostor

20  set, we've gone all the ways that the samples are

21  normalized, at some point does Batvox actually compare the

22  unknown and the known sample model?

23  A    Of course.

24  Q    Okay.  And how is this comparison expressed?

25  A    As a likelihood ratio score.

LINDH - DIRECT - SALICK                    178

1  Q    Just to clarify, what does the likelihood ratio score

2  mean?

3  A    So the score that you get between those, that score is

4  placed somewhere in this shark of the other score

5  distributions of the inter-variation and the intra-variation

6  we have been talking about.  That is the graph that was

7  shown.  So the score.

8           So we know something about score distributions for

9  both probabilities, and then we have the actual score in

10 this case.  And that is placed somewhere in the scale.  And

11 then you have to take the ratio of those two probabilities

12 of it being found within the inter-variation and being found

13 within the intra-variation, the ratio between that and the

14 likelihood ratio.

15 Q    So at its most simplistic level, the likelihood ratio

16 tells you whether the samples, the scores of that

17 comparison, mean that the sample come from the same speakers

18 or come from different speakers?

19 A    Yes.

20 Q    On Friday you were also asked by the Court whether the

21 effect of a time gap between samples would affect the

22 ability to analyze the samples.  Are you aware of any

23 studies that have looked at the effect of comparing samples

24 that are recorded over different time periods?

25 A    Yes.  I remember at least one study by Herman Kunzel

LINDH - DIRECT - SALICK                 179

1    who used to be the head of the department for speech and

2    audio analysis at BKA in Germany as well.  He is currently

3    still working as a professor in phonetics and also doing

4    casework to some extent using Batvox.

5             So in that study, he tested male speakers, I

6    believe it was, with 11-year difference between the

7    recordings, up to 11 years within the different recordings,

8    and was only for one voice that he found any kind of

9    different likelihood ratio, significant change in likelihood

10   ratios in comparison.

11   Q    So in this study, the samples were recorded, the space

12   between the samples recording was ten years?

13   A    Yeah.  Something like that.

14   Q    And what was Mr. -- Dr. Kunzel's opinion as to the

15   effect of this ten-year difference in time between one of

16   the recordings and the other on the ability to run automated

17   voice comparison?

18   A    He only found one likelihood ratio that decreased

19   significantly for one voice.  Otherwise, it didn't make any

20   difference in the comparisons that he made.

21   Q    And why is that?  Can you explain for the Court why a

22   person's voice becomes stable at a certain age.

23   A    Yeah.  So if you listen to voices, it's obvious that

24   children's voices sound different.  And then you know when

25   you get to adolescence, for male speakers especially the

1  vocal cords will grow extremely quickly and that's why these

2  problems with like pitch falls and tops that we can't really

3  control the voice.

4          You probably all have experienced hearing

5  teenagers, male teenagers, trying to speak and have these

6  glitches in their pitches.  That's because the vocal cords

7  are growing so fast.  And then when you have finished

8  growing, though, the voice stabilizes in adolescence.  And

9  when adulthood, it remains rather stable until you get very

10  old, unless there is injury directly to the vocal tract

11  somehow or there is drug use maybe or health issues, of

12  course, could affect the voice, yes.

13          (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

1   DIRECT EXAMINATION (Continued)

2   BY MS. SALICK:

3   Q    So for an adult male, after completing puberty, the

4   adult male voice is stable until he reaches old age?

5   A    Yeah, that's what the research shows.

6   Q    Unless any of the things that you mentioned; injury to

7   the voice box itself or vocal tract itself or other

8   environmental --

9   A    Yes.  One of my friends in the phonetic society in

10  Sweden, she did her thesis on age and voice and speaker

11  features, as well.  She was trying to synthesize voice

12  differences.  And it's very difficult to synthesize a voice

13  differences for one speaker, for example, when -- between --

14  when in adulthood, between 20 and 50 years of age, but 60,

15  but then when you become older, we seem to speak slower, for

16  example, and there are some features added to it when we get

17  older.  So you could synthesize it.  It was hard for her to

18  synthesize ages between 20 or 60 or 70 something like that,

19  and then it was easier for people to perceive, oh, that

20  seems like an older voice.

21  Q    So in that study from 20 to 60 the voice was stable,

22  and after age 70 you could notice differences?

23  A    Yeah.

24  Q    Mr. Lindh, during your testimony on Friday, you stated

25  that using your ordinal scale to express conclusions, most

1   of your results occur on the positive range, the zero to

2   four range.  Do you remember that testimony?

3   A    Yes.  Yeah.  Yes.

4   Q    And do you remember approximately how many in -- I

5   believe you said you've done between 350 and 400 forensic

6   analyses.  How many times in those analyses did you come up

7   with negative results, results in the zero to negative four

8   range?

9   A    Well, if you say zero, then it increases heavily, but

10  if we use the minus, it's only around 20 percent.

11  Q    So in the negative range, which would indicate that the

12  speakers are not the same?

13  A    Yes.

14  Q    Before you received the samples, the audio samples, do

15  you know if the National Forensic Center, which is the

16  center that supplies you with all voice comparison analyses

17  in Sweden, does anything to evaluate or reject audio

18  samples?

19  A    Yes, they do their own screening first, and their

20  screening process has increased over the years.  They get

21  better in knowing what to send to us.

22  Q    Do you know, do you have an estimate as to the

23  percentage of audio files that the National Forensic

24  community rejects will not even send to you for analysis?

25  A    An estimate from them, from our meetings in November,

J. LINDH - DIRECT - MS. SALICK          183

1   it's around 50 percent of the case requests.

2   Q    So if the total case requests that are sent to the

3   National Forensic Center, they reject -- you will never see

4   50 percent of those cases?

5   A    No.  It will be -- audio, like, in the Zimmerman case,

6   screaming people in the back or, yeah, stuff like that, SOS

7   calls with someone screaming in despair, or those kinds of

8   recordings are normally screened off immediately.

9   Q    So after the National Forensic Center excludes

10  50 percent of the samples it's been providing?

11  A    Yes.

12  Q    And provide you with certain samples to run for your

13  examination --

14  A    Yes.

15  Q    -- do you also take any measures to further screen out

16  bad samples?

17  A    Yes.  We do have to do another screening from our side,

18  and also give an estimate and a timeframe and deadlines for

19  when we're completing a case, as in this case, the

20  preliminary screening it's called.  And then we exclude

21  another ten or 20 percent of cases.

22          And the most common thing is the -- especially

23  when you receive an intercepted phone call, it will be that

24  some of them can't be used at all.

25  Q    So the reduced percentage that you receive from the

1   National Forensic Center, you further reduce samples that

2   you determine are not a sufficient quality to run your

3   evaluation?

4   A    Yes.

5   Q    Does the National Forensic Center ever ask you to

6   compare voice samples that they do not believe originated

7   from the same person?

8   A    No.

9   Q    So the samples you are receiving, there is always a

10  suspicion that they came from the same person?

11  A    I think, yeah, we discussed this in November.  And of

12  course they receive -- you have some investigating officers

13  who would just drop a whole bunch of intercepted phone calls

14  on their desk.  And then they would have to sort out, in the

15  -- and talk to the investigating officer about their

16  hypotheses and so on, because otherwise you would end up

17  comparing male and female voices and, you know, nothing that

18  would be an agreement between prosecution and defense often,

19  for example, so there would be two hypotheses stated and

20  things sorted.  So it would make the analysis more

21  efficient, of course, also, and reduce costs, of course.

22  Q    So given everything that we just discussed, why is it

23  -- what accounts for the fact that 80 percent of your

24  forensic analyses are on the positive scale?

25  A    It's probably this.

J. LINDH - DIRECT - MS. SALICK          185

1  Q    Everything that we just discussed; the fact that the

2  NFC screens out 50 percent of its samples, you further

3  refine and NFC would never provide you with a sample of

4  someone they did not even think remotely was originated from

5  the same speaker?

6  A    Yes.

7           MS. SALICK:  Your Honor, the government has no

8  further questions on direct examination.

9           THE COURT:  I normally take the attorneys as they

10  are listed on the indictment.  Do you want to begin?

11          MR. STERN:  I do, yes.  If you were looking at me,

12  I do.

13          THE COURT:  No, your client isn't the first

14  person, Ms. Kellman is.

15          MR. STERN:  Oh, I think we agreed that I'm going

16  to begin, if that's okay with you.

17          THE COURT:  Yes, that's fine with me.

18          MR. STERN:  Thank you.  Judge, can we have a

19  five-minute break before we begin?

20          THE COURT:  Yes.  In fact, let's take a ten-minute

21  break.

22          MR. STERN:  I'm easy, Judge.

23          THE COURT:  All right.  Recess for ten minutes.

24          (Proceedings were recessed and recalled.)

25          (Honorable Sandra L. Townes takes the bench.)

PROCEEDINGS                                  186

1          MS. SALICK:  Your Honor, may I raise one issue for

2     the Court's attention.

3          THE COURT:  Wait for the defendants to come out.

4          (Pause.)

5          THE COURT:  The defendants are present and counsel

6     is also present.  Mr. Lindh is still on the stand, still

7     under oath.

8          Yes?

9          MS. SALICK:  Your Honor, just for the Court's

10    attention, Mr. Lindh has a flight out of JFK today --

11         THE COURT:  I read that.

12         MS. SALICK:  -- requiring him to leave here at

13    2:30, if possible.  We're looking into other flight

14    arrangements, but hopefully, if we can end cross by that

15    time, he'll able to make his personal and professional

16    obligations on time.

17         THE COURT:  Well, I mean, we have to see how this

18    works out.  Mr. Stern?

19         MR. DeMARCO:  My cross-examination will be very

20    short, don't worry.

21         THE COURT:  Why are you crossing?

22         MR. DeMARCO:  I'm not, Judge.

23    CROSS-EXAMINATION

24    BY MR. STERN:

25    Q    Good morning, Mr. Lindh.

1   A    Good morning.

2   Q    Mr. Lindh, you've spoken several times now about the

3   350 to 400 assignments you had from the NFC, right?

4   A    Not only the NFC.

5   Q    And of those, have all of those been voice

6   identification?

7   A    No, some of them have been disputed utterance cases.

8   Q    I'm sorry?

9   A    Disputed utterances cases.

10  Q    For example, you worked on a case where there was a

11  question whether the word was "Tim" or "them"?

12  A    Oh, yeah, you read it actually.  Or maybe Dr. Morrison

13  informed you that we worked on that.

14  Q    So how many cases were there like that out of the cases

15  you did, that were not voice identification?

16  A    Not more than ten.

17  Q    So almost every one that you've done has been voice

18  identification?

19  A    Or speak comparison.  Comparison is a better word than

20  identification.

21  Q    What's the word that I should use?

22  A    Comparison.

23  Q    Speech comparison?

24  A    Speaker comparison.

25  Q    Okay.  And you've talked some about Dr. Morrison while

1    you've been on the stand too, right?

2    A    Yes.

3    Q    And he's a person you've written articles with?

4    A    Um-huh.

5         THE COURT:  Yes?

6         THE WITNESS:  Yes.

7         THE COURT:  Just a moment.  You must answer yes or

8    no.

9         THE WITNESS:  Yes.

10   Q    And I take it a person for whom you've got some

11   respect?

12   A    Yes.

13   Q    How many articles have you written with him?

14   A    Oh, three or four maybe.

15   Q    And do you consider him to be part of the community of

16   people who do speaker comparison?

17   A    I don't think he has done basically any casework, if

18   that's what you're asking.

19   Q    So that's not what I'm asking.

20        I'm asking if you consider him part of the

21   community of people who do research in this area?

22   A    Oh, yes.

23   Q    And a well-respected member of that community, right?

24   A    Yeah.

25   Q    Now, you were asked towards the end of this examination

1  today about the likelihood ratio that Batvox creates.  Do

2  you recall that?

3  A    Yes.

4  Q    And you said it tells you if that sample comes from the

5  same speaker or a different speaker.  Do you remember giving

6  that answer?

7  A    No, that's not entirely correct.  How much more likely

8  it is to find the score, given that it's the same voice

9  compared to a different voice.

10 Q    Is that the answer that you gave when the government

11 asked you that question?

12 A    I hope so.  Or maybe I shortened it, because it's a

13 very long answer.  Sorry in that case.

14 Q    Now, you talked about all of this material that goes

15 into imposter sets and reference sets and all those

16 different things that help Batvox do its job, right?

17 A    Yes.

18 Q    And do you know the content; that is, the actual

19 language spoken by or place of origin or timbre of voice or

20 anything like that of the thousands of speakers contained in

21 those Batvox -- I'm going to call them files -- that might

22 be the wrong word -- what is the right word for those

23 things?

24 A    It depends.  Are you talking about the Universal

25 Background Model?

J. LINDH - CROSS - MR. STERN                    190

1    Q    Well, right now I'm talking composite sets and

2    reference sets.

3    A    I know what's in there, yes.

4    Q    And so how many Somali speakers are in there?

5    A    Not many.

6    Q    About how many Somali Swedish speakers are in there?

7    A    A few, not many.

8    Q    Do you know as a matter of percentages how many there

9    are?

10   A    Less than one percent.

11   Q    Do you know as a matter of raw numbers how many that

12   would be?

13   A    Between ten and 20, I'm guessing.

14   Q    So --

15   A    It's a ballpark.

16   Q    So if you wanted a group 45 people who were Somali

17   Swedish speakers, the 45 closest, you probably couldn't get

18   that from the reference set in that Batvox, could you?

19   A    No.  I would have to go back and record that in that

20   case, yes.

21   Q    And I take it, you didn't do that, right?

22   A    No.

23   Q    Now, is language a factor that -- I'm going to say

24   Batvox considers -- I know it's not a human being, but it

25   takes into account or whatever words were used, that Batvox

J. LINDH - CROSS - MR. STERN                191

1   uses when it's deciding who to compare to whom?  They use

2   language as one of those factors?

3   A    You can use that in the method tagging, if that's what

4   you mean.  But there are studies explaining that the

5   language content does not make the result any different.

6   Q    You mean it has a way you can do it, but it doesn't

7   make a difference?

8   A    Yes.

9   Q    And did you use it?

10  A    No.  While I had the -- they are all tagged.  No, I

11  used all of them in this case.

12  Q    Every one?

13  A    Yes, everything I had with the acoustic properties.

14  Q    And was there an option to use Swedish Somali?

15  A    Swedish.  There is no type in Swedish Somali.

16  Q    Okay.  Now, you talked about the UBM, and that's

17  different than what we're just talking about, right?

18  A    Um-huh.

19           THE COURT:  Yes?

20           THE WITNESS:  Yes.  Sorry.

21  Q    And in that, do you know the percentage that -- that is

22  also, I take it, voices of many, many people?

23  A    Yes.

24  Q    In the thousands I think you said, right?

25  A    Yes.

J. LINDH - CROSS - MR. STERN                    192

1   Q    And do you know the percentage of that UBM that has

2   Swedish Somali speakers in it?

3   A    No, that's provided by Agnitio in the software.

4          MS. KELLMAN:  I'm sorry, I didn't hear the answer.

5          THE WITNESS:  That is within the software, the

6   UBM, so I don't know that.

7          MS. KELLMAN:  Thank you.

8   Q    And you have no way of knowing that?

9   A    Maybe if I asked Agnitio.

10  Q    And if it wasn't -- let's say there were no Swedish

11  Somalis, I'm not saying that's true, but let's say that's

12  the case.  Would there be a way to augment it so there were

13  Swedish Somalis in the UBM?

14  A    I don't quite understand that question.

15  Q    That might be my lack of understanding, so let me ask

16  you a different question.

17  A    Okay.

18  Q    In this UBM, there are speech of many, many different

19  people; is that right?

20  A    Yes.

21  Q    So there could be, for example, Swedish speakers,

22  right?

23  A    Yes.

24  Q    English speakers?

25  A    Yes.

1    Q     Spanish speakers?

2    A     Yes.

3    Q     Men?

4    A     Yes.

5    Q     Women?

6    A     No.

7    Q     Just men?

8    A     It's a different UBM, the two.

9    Q     So out of all of those speakers, you have no way of

10   knowing or you don't know as we sit here now, anyway, if any

11   of them spoke, first language Somali, second language

12   Swedish?

13   A     No, I cannot know it.  No.

14   Q     Now, you also said at one point in answer to a question

15   you said, "it's just like you would in DNA or fingerprint."

16   Do you recall that answer?

17   A     Yes.

18   Q     Now, when you're using Batvox, and I'm using that

19   because that's the one you used, but I take it any of these

20   systems, what you get is a number, right?

21   A     Many numbers.

22   Q     But in the end you get a likelihood ratio?

23   A     Yeah, from the scoring.

24   Q     And does anything else print out other than the

25   likelihood ratio?

J. LINDH - CROSS - MR. STERN                194

1    A    You mean -- are you referring to the figure?  I'm not

2    sure what you're referring to.

3    Q    Well, you put in information.  You put in all the stuff

4    you talked about and you get a result?

5    A    Yeah.

6    Q    In what form is that result?

7    A    It's the figure that is shown.  So the dispersion of

8    the scores for the inter-voice probability and the

9    intra-voice probability.  And then it shows the score for

10   the actual test, and where it ends up in all these

11   dispersions of scores.

12   Q    And from all of that, they get a likelihood ratio?

13   A    Yes.

14   Q    Now, when you were talking about -- and, you know, I

15   hope, but I'm telling you, you are free to correct me when I

16   say things that are wrong, okay?

17   A    Okay.

18   Q    You talked about Batvox -- I'm sorry.

19          Do you recall talking about something that

20   evaluates the vocal tract?

21   A    Are you referring to Mel Frequency Cepstral

22   Coefficients?

23   Q    I think so, yes.

24   A    Okay.

25   Q    When you say that, you don't mean that it actually

1   recognizes a structure of an individual or a type of vocal

2   tract, do you?

3   A    It reflects the difference sections of the vocal tract

4   acoustics in the speech signal.

5   Q    Does that mean it reflects the physical dimensions of

6   the vocal tract?

7   A    To some extent, that's why it's called the voice

8   biometric.

9   Q    Well, were you familiar with the things that were sent

10  to us; the defense, over the weekends?

11  A    You mean the simplication (phonetic) that I did?

12  Q    And the materials that accompanied it?

13  A    Yes, I've seen it.

14  Q    One of them was by someone named -- and I may say the

15  name wrong, Niko Brummer.  Do you recall that?

16  A    Yeah, Brummer.

17  Q    It was automatic text independent speaker recognition?

18  A    Yes.

19  Q    And is that something that you think is a good piece of

20  work?

21  A    Yes.  He is the head scientist at Agnitio and has done

22  a lot of research.

23  Q    And well-respected in your field, right?

24  A    Yes.

25  Q    Well, doesn't he say in that document that we were

1   sent, current speaker recognition technology does not infer

2   the physical dimensions of vocal tract from the MMFC

3   analysis; instead, is directly models the MFCC's." Is that a

4   quote from, I take it, Dr. Brummer?

5   A     I don't know it by heart, the text of course, but

6   that's possible.

7   Q     Okay.  Now, you've testified for quite some time now

8   about Batvox and how it functions.  And is it your

9   conclusion from all of the work you've done, that Batvox is

10  quite reliability?

11  A     That depends on what kind of quality the audio you

12  receive is in, of course.  That's a short answer to that.

13  Q     That's a good answer.

14  A     Okay.

15  Q     You've referred to Batvox's core technology.  Is that

16  the same as Batvox?

17  A     Without the interface.  The interface meaning,

18  something written in Java code that gives you a window where

19  you can drag and drop files, instead of -- for example, when

20  I was using Alize software, I would have to scrape

21  everything and write my own code to make things work in a

22  certain way.

23  Q     Now, are all microphones the same?

24  A     Of course not.

25  Q     There are very high quality ones, right?

1   A    Yes.

2   Q    Very low quality ones?

3   A    Yes.

4   Q    And to say something is a lapel mic doesn't tell you if

5   it's high or low quality, does it?

6   A    No.  There are different quality lapel mics.

7   Q    And is it fair to say the conditions; that is, the

8   conditions of the recording device, the conditions in the

9   surrounding environment, all of those things can affect the

10  error rate; is that fair to say?

11  A    Yes.

12  Q    And it's also fair to say that mismatched conditions

13  are different than matched conditions?

14  A    Yes.

15  Q    Now, the lapel mic that you saw in the video, do you

16  know the make of that lapel mic?

17  A    No.

18  Q    Do you know if it is high quality or low quality?

19  A    I can only evaluate it from the audio that I can hear

20  in the recording, of course, and also by the looking at the

21  spectrogram and seeing what sampling rates the recording was

22  in, because that would also effect the quality.

23  Q    And is it a high or low quality, lapel?

24  A    So, as stated in the report, it's a high quality

25  recording.

J. LINDH - CROSS - MR. STERN                    198

1   Q    And are you familiar with error rate testing done

2   comparing lapel mics to cell phones?

3   A    Only the evaluations internally I have done myself.

4   Q    And those have never been released?

5   A    Nope.

6   Q    Now, I want to talk to you for a moment about peer

7   review.  Peer review is a well-known mechanism in the

8   scientific community, isn't it?

9   A    Yes.

10  Q    And peer review is a mechanism by which studies or

11  other information is released to the whole scientific

12  community, right?

13  A    Yes.

14  Q    And other scientists see if they can replicate your

15  results, right?

16  A    Yes.

17  Q    See if there is any errors in your results, right?

18  A    Yes.

19  Q    But that can't be done, I take it, with the test you

20  say you've done, because they're not released to the general

21  scientific community?

22  A    No.

23  Q    No, it cannot be done or yes, it can?

24  A    No, it cannot be done, because as I stated before,

25  material used is classified.

1    Q    So for that testing, we have to just take your word for
2    it, right?
3    A    Yes.
4    Q    Now, you talked some about acoustic analysis, and I
5    hope I say it right, formant analysis?
6    A    Yes.
7    Q    Right?  Do you recall that?
8    A    Yes.  Yes.
9    Q    And in this very case, you did formant analysis, didn't
10   you?
11   A    Yes, something called long-term formant analysis.
12   Q    But, really, the truth is -- I don't mean you're not
13   telling the truth, I mean in your report --
14   A    Yes.
15   Q    -- you don't really rely on the formant analysis at all
16   in your conclusion, do you?
17   A    Very little.
18   Q    I mean, you say about it as to the first hypothesis, we
19   get the highest rank; however, the range of scores gives no
20   distinct support, right?
21   A    Yes.
22   Q    And hypothesis two you say, there is weak support for
23   hypothesis two for the speech in UKS2-1, no support for any
24   hypothesis regarding UKS2-2 due to audio quality, right?
25   A    True.

1  Q    And for three, you say no support for hypothesis three

2  or alternative hypothesis three, due to small score ranges?

3  A    True.

4  Q    So it would be fair of me to say that while you talked

5  a lot here about what formant analysis is and whether or not

6  it's useful or not useful, it was not really useful to you

7  in the conclusions that you reached in this case?

8  A    Very little.

9  Q    Now, you also talked some about error rates, right?

10 A    Yes.

11 Q    And error rates are something that you don't really

12 believe in; is that right?

13 A    It's a measure that you can use for scientific

14 research, yes.

15 Q    Well, do you use them or not?

16 A    Yes, I use them sometimes.

17 Q    And do you think they have value?

18 A    Yes, it does say something.  Yes.

19 Q    And do you have error rates for the mismatch of a lapel

20 microphone and a cell phone when using Batvox?

21 A    Only the ones from the tests I conducted myself.

22 Q    The secret --

23 A    The secret notes, yes.

24 Q    And is there a difference in your community, that is

25 the community of speech recognition or -- you know, I might

1   use the wrong words for that.  You know what I mean, right?

2   A    Yes.

3   Q    Is there agreement in your community on the value of

4   the use of error rates?

5   A    Do you mean -- maybe you have to clarify that question.

6   Q    Well, I mean, you said, "I think it's better to express

7   things in terms of probabilities," right?

8   A    Yes.

9   Q    Does everyone agree with you about that?

10  A    There are some people who do not use automatic systems

11  at all, I believe.  Those are very few still, at least in

12  Europe.  I'm mostly referring to Europe.  And they more

13  express some kind of opinion in this possibility scale, yes.

14  Q    Okay.

15  A    Is that an answer to your question?

16  Q    I think so.

17  A    Okay.

18  Q    So now you've talked about your experience with these

19  cases and these types of cases, right?

20  A    Yes.

21  Q    Did you receive training in the United States?

22  A    Nope.

23  Q    One second.  I'm sorry.

24       (Pause.)

25  Q    I'm sorry.  Let me go back for one minute, if I could.

J. LINDH - CROSS - MR. STERN                202

1          The consensus that you talked about, about

2     probabilities and error rates in Europe, is that the same

3     consensus in the United Kingdom?

4     A    They are a different use.  But the majority, and I

5     think almost all of them have some kind of position

6     statement that they -- most of them have signed.

7     Q    That is different than what you use or believe in?

8     A    Yes.  And I am actually aware of -- so the major

9     laboratory and the people that have done most cases is, of

10    course, the people at JP French Associates, Peter French,

11    Professor works.  And they are, actually, this summer

12    presenting a new way of reaching conclusions, both where

13    they use automatic systems and also a probability scale that

14    looks almost identical to the one the Swedish NFC is using,

15    but it has more scale levels, as far as I remember.

16    Q    And how about in the US, is there agreement on that

17    subject in that issue in the United States with Europe?

18    A    The only person I -- that the USA -- I'm not an expert

19    in this area actually.  I would probably refer to

20    Dr. Nakasone or Dr. Wayman on that matter.

21    Q    Okay.  So you weren't trained in the US; I asked you

22    that already, right?

23    A    Nope.

24    Q    And you said you testified something like 50 times,

25    right?

J. LINDH - CROSS - MR. STERN                    203

1   A    As in court, yeah.

2   Q    And has any of those been in courts in the United

3   States?

4   A    Nope.

5   Q    Neither federal nor state court?

6   A    Nope.  I only deal with the Swedish mostly, so...

7   Q    And about 90 percent of the work that you do is for the

8   police in Sweden, the NFC; is that right?

9   A    NFC, yes.  It's different.  It's not the police.  It's

10  its own government agency.

11  Q    Okay.  How many other voice identification experts are

12  there in Sweden?

13  A    That do casework?

14  Q    Yes.

15  A    I think we are two, but I am the only one who gets

16  casework from NFC.

17  Q    Who is the other person?

18  A    She works as, I believe, for a company called Sprakab,

19  or something similar, who mostly do language analysis, like,

20  so in asylum cases, they do language determination of origin

21  or something like that it's called.  Trying to look at the

22  language of the asylum speaker.  And she also does some

23  forensic cases, yes.

24  Q    Now, you talked about a colleague that you did the work

25  with?

J. LINDH - CROSS - MR. STERN                204

1   A    Oh, yes.

2   Q    Who is that colleague?

3   A    He's employed by the same company as me, so...

4   Q    So Voxalys is your company?

5   A    Yes.

6   Q    So when you say he's employed by the same company as

7   you, he's employed by you?

8   A    Yes.

9   Q    Who is that person, what's his or her name?

10  A    Joel.

11  Q    Joel?

12  A    Akesson.

13  Q    And I'm going to butcher his name, I'm sure, does

14  Mr. Akesson have the same kind of credentials that you do?

15  A    Nope, he has a degree in linguistics, I believe, with a

16  specialization in phonetics, and is also an audio engineer

17  with the many years experience in the music industry.

18  Q    Does he do forensic reports the way you do?

19  A    No.  He's only working together with me, so he will do

20  some assessment and then hand that over to me, so I am the

21  one responsible.

22  Q    And then you go over it together?

23  A    Yes.  To some extent, yes.

24  Q    Wait a minute.  I messed up my computer somehow.

25  A    Okay.

1   Q    Now, you said that your laboratory was inspected by the
2   NFC, right?
3   A    Yes.
4   Q    Is there an accreditation process in Sweden?
5   A    I actually couldn't answer that.  I think the NFC has
6   to answer that; they have something like that.
7   Q    They have accredited you?
8   A    In their own lab or are you talking about companies --
9   Q    Any kind accreditation in Sweden?
10  A    I couldn't answer that.  You will have to ask the NFC,
11  probably.
12  Q    I'm sorry?
13  A    Probably.
14  Q    But you're not aware of it?
15  A    No.
16  Q    Is there an accreditation process in Europe?
17  A    No, not currently.  So that's one of the -- what I was
18  -- when we were talking about ENFSI group, he's currently
19  work on guidelines for semiautomatic speaker comparison.
20  Q    So that's something that still has to be worked out?
21  A    Yes.  It's still on-going work, yes.
22  Q    And do you know if there are accreditation groups in
23  the United States?
24  A    No, I don't know.
25  Q    In your lab, do you have something called a quality

J. LINDH - CROSS - MR. STERN                    206

1   manual?

2   A    Yes, you can say that.

3   Q    And is it in writing?

4   A    To some extent, yes.

5   Q    When you say "to some extent", what do you mean?

6   A    There is a protocol that we have to follow, and the

7   template of it is acknowledged by the NFC.

8   Q    A written protocol of some sort?

9   A    Yes.

10  Q    Did you write that or did NFC write it?

11  A    I wrote it and it was approved.

12  Q    You wrote it and showed it to them and they said okay?

13  A    Yes.

14  Q    Do they have someone else who does the kind of work

15  that you do?

16  A    No, that's why they bought us, subcontracted us.

17  Q    So you showed it to people with no knowledge of the

18  work that you do to see if --

19  A    They have people working in audio, but no one working

20  in forensic speech comparison.

21  Q    Do you have a system for control material that you are

22  given?

23  A    Yes.

24  Q    What is that?

25  A    So it goes through the NFC first, controlling -- they

1    do different things, like, audio enhancement, but they would

2    always have to give me, for example, the original or as

3    close to the original as they can come, and they have to

4    report that to me or to our lab.  And they also do some --

5    consistently checking for whether it's edited or not.

6    Q    If the recording is edited?

7    A    No, the audio.

8    Q    Oh, if the audio that they provide you is edited?

9    A    Yes.

10   Q    How do they know that?

11   A    They have many different processes, I'm not an expert

12   in that area.

13   Q    So you can't tell if things were edited or not?

14   A    Yes, I can do that kind of investigation too, of

15   course, look at many different things.

16   Q    So when you said a minute ago you're not an expert in

17   that area, are you or not?

18   A    I would refer to the NFC, because I think they do that

19   better than me, but...

20   Q    Okay.

21   A    I know a lot about it.

22   Q    Now, you discussed how you began reviewing this

23   material in 2011, right?

24   A    Yes.

25   Q    That's when it was provided to you by a detective

1   inspector of the Swedish Security Service?

2   A     Yes.

3   Q     And in your report, the materials labeled 2.1 in the,

4   I'm going to refer to it as a graph or grid, are the

5   materials that you were given by the Swedish Security

6   Service; is that right?

7   A     May I see the report.

8   Q     Yeah.

9          MS. SALICK:  Your Honor, may I provide the witness

10  with a copy?

11         THE COURT:  Yes.

12         MR. STERN:  That would be great.  Thank you.

13         THE WITNESS:  It's easier, so we can refer to the

14  same thing.

15         MR. STERN:  I think that's a very good idea.

16         THE WITNESS:  But this is the new one.  I think

17  you are referring to the 2011 one.

18  BY MR. STERN:

19  Q     No.  No.

20  A     Oh, okay.

21  Q     I'm talking about -- I want to make sure we're talking

22  about same two, that's all.

23         So in that graph, which is on page five, the

24  materials in the Section 2.1, are those the materials that

25  you were given back in 2011?

1    A    Oh, yes.  Yes.

2    Q    Okay.  That was the only thing I was asking you about.

3    A    Now I understand.

4    Q    And that's the report -- and you were also given a

5    video; that in this same graph or --

6    A    The table.

7    Q    The table is referred to as material 1.1?

8    A    Yes.

9    Q    Okay.  I'm just doing that so we know what the parallel

10   documents are.

11   A    Yes.

12   Q    Now, at that point you were assisting in their

13   investigation, weren't you?

14   A    I don't really understand what you mean by that.

15   Q    Well, as far as you knew, there was no case pending,

16   was there?

17   A    No, I had no knowledge about the case at all.

18   Q    They were investigating the case and asking you --

19   A    Yeah, can you compare --

20   Q    About two separate --

21   A    Yes, can you compare them.

22   Q    I'm going to call them documents, but you know what I'm

23   referring to, you mean audio --

24   A    You mean audio files?

25   Q    Yes.

1   A    Yes.

2   Q    And you were asked specifically if you could establish

3   conclusively that the person on the phone calls was the same

4   as the person speaking in the video, is that what they asked

5   you?

6   A    That's probably how they would put it in writing,

7   because they are not aware of how to put the things in a

8   reasonable -- I mean, in the Bayesian reasoning way.

9   Q    Not many people are, are they?

10  A    Exactly.

11  Q    But the fair answer to that, for that specific question

12  is no, I cannot conclusively make that establishment?

13  A    That is true.

14  Q    And --

15  A    I probably informed them about that and explained it.

16  Q    And when you were given this material, you were told

17  that they believed that the video and one of the speakers in

18  the calls were the same person, right?

19  A    Yes.

20  Q    You didn't make that determination yourself by

21  listening, did you?

22  A    Are you referring to the report now or?

23  Q    I'm referring to when the Swedish Police, I'm going to

24  loosely call them the police?

25  A    They had a suspicion, and I would then help them to

1   formulate hypotheses that suits their suspicion, and then I

2   would also help them create an alternative hypothesis.

3   Q    Well, they specifically directed you to one of the two

4   speakers in the phone call, right?

5   A    Yes.

6   Q    They didn't say, listen to this and see if one of these

7   two sounds like the guy on the video, did they?

8   A    No, because that would mean a lot more work and

9   probably much higher cost, I presume.

10  Q    To listen to it and one sounded like it, you would do a

11  lot more work and a lot more cost?

12  A    Yeah.

13  Q    How many hours would it take you to listen to four

14  phone calls and a video?

15  A    It's not like you are listening.  I explained earlier

16  about forensic analysis.  It takes a long time to compare a

17  whole set of phonetic features, comparing very closely

18  different sets of features in two different recordings.  In

19  this case I would have to do it between all of them.

20  Q    But the police haven't done that, had they?

21  A    Probably they had to listen to it, yes, and they had a

22  suspicion.

23  Q    But I'm talking about the whole phonetic linguistic

24  analysis --

25  A    No, they probably don't have any linguists, as far as I

J. LINDH - CROSS - MR. STERN                    212

1  know.  I don't know about people employed at the Security

2  Service.

3  Q    So you relied on them when they said, just by listening

4  -- they didn't give you any notes from a phoneticist or

5  anything, did they?

6  A    I'm sorry?

7  Q    They didn't give you the notes of the phoneticist who

8  reviewed these things?

9  A    No.

10  Q    They just said we think, having listened to it, that

11  one of these two people is the same as the person on the

12  video, right?

13  A    Yes.

14  Q    And you accepted that?

15  A    No.  I helped them formulate a hypothesis and an

16  alternative hypothesis to be able to perform --

17  Q    Go ahead.  I'm sorry.  I didn't mean to interrupt.

18  A    No. When they make a request, I always have to help

19  them out to formulate both their hypothesis and defense

20  hypothesis, because they don't know how to do that,

21  basically.

22  Q    Did you listen to the second voice at that time?

23  A    Probably.  Yeah.  Absolutely, yes.

24  Q    And did you see if he or she or whoever it was sounded

25  like the person on the video?

1   A    Probably.

2   Q    And you did that just by listening, right?

3   A    Probably.

4   Q    So when you said you just only looked at the one, you

5   really did look at both before starting down this path,

6   right?

7   A    Probably, but we had some information I think in some

8   document on which channel.  So in this case they both were

9   on the one channel, but you would have information on a

10  person on the phone number calling or receiving, in this

11  case.

12  Q    Do you have a specifics recollection of that?

13  A    That we have that information?

14  Q    Um-huh.

15  A    Yes.

16  Q    And you have documents reflecting that?

17  A    No, probably those are only at the Swedish Security

18  Service.

19  Q    Now, the DVD or the video that's the subject of this

20  hearing, I want to talk to you a little about that, okay?

21  A    I'm sorry?

22  Q    I want to talk to you about the video for a little bit.

23  I'm going like this, but that just means the disc.

24       Do you know the source of that video?

25  A    What does that mean?

1  Q    Well, was it downloaded from the internet?  Was it an
2  actual disc mailed to someone?  Was it --
3  A    No, I don't know that.
4  Q    Okay.  Do you know what changes, if any, were done to
5  the images on that video before you received it?
6  A    I don't know that.
7  Q    Do you know if it was an original or a copy?
8  A    No, I don't know.
9  Q    Do you know the type of camera used to make it?
10 A    Nope.
11 Q    And you already said you don't know the type of
12 microphone; although, it was a lapel microphone, right?
13 A    Yes.
14 Q    Do you know for sure if the picture and the sound were
15 done at the same time?
16 A    Nope.
17 Q    Do you know the date in which the video was made?
18 A    Nope.
19 Q    And I think you're aware that there was some filtering
20 effect due to masking, right?
21 A    Yes.
22 Q    And that means just what it sounds like, the speaker as
23 we all say, was wearing something over his face?
24 A    Yes.
25 Q    And you've read, I think, some papers addressing the

1   effect of masking, right?

2   A    Yes.

3   Q    There was a specific paper by someone named Natalie

4   Fausha from the University of York?

5   A    Yes.  The communication I've had is mostly with e

6   supervisor, Dr. Dominic Watt (phonetic).

7   Q    And did you rely on that paper in deciding how much

8   effect filtering might have on someone's speech?

9   A    To some extent.

10  Q    And it's fair to say, isn't it, in that paper written

11  by Ms. Fausha and someone named Watt -- Ms. Fausha said or

12  Mr. Watt said, they said, "The different masked materials

13  will modify the acoustic properties of the signal by

14  effecting the sound transmission/absorption characteristics

15  to varying degrees."  Is that part of what they said?

16  A    In the paper probably.

17  Q    Yes.

18  A    They were investigating that, yes, the different masks.

19  Q    The FCG's -- what are FCG's?

20  A    I think --

21  Q    Oh, I think it's facial cloaking garments.  I'm sorry,

22  I should have known from here.  It's a standard in your

23  field?

24  A    No.  No.  No.

25  Q    The facial cloaking garments are assumed to act like a

1  low pass filter attenuating the level of sound energy in

2  higher frequency bands?

3  A    Yes.

4  Q    Did they also say FCG's, facial cloaking garments,

5  impose a new level of complexity in the listener's search

6  for perceptional queues in the signal.  What does that mean?

7  A    So they were mostly looking at how it effects how

8  people perceive different consonants.

9  Q    Does that mean also you can't see their lips moving?

10 A    Yes.

11 Q    And then she said or he says, they say, "We propose the

12 factors in one or two impose significant cognitive demands

13 in audio visual speech perception, impairs eligibility of AV

14 stimuli as anticipated, because of interference with speech

15 production and the acoustic signal compounded by

16 impoverished visual queues."

17        Now when they say "interference with speech

18 production," what do they mean?

19 A    So there are two different things.  When you perceive

20 how somebody speaks, if you can't see them articulate, it's

21 harder to perceive what they say, okay?

22        And the other thing is --

23 Q    What's that?  I'm sorry, that's my impoverished visual

24 queues, right?

25 A    Yes.

J. LINDH - CROSS - MR. STERN                217

1   Q    What do they mean by speech production, interference
2   with speech production?
3   A    That's what I was getting to.
4   Q    I'm sorry.  Go ahead.
5   A    So how tight and how thick the garment was would effect
6   how you could move articulators.
7   Q    Your lips?
8   A    Lips, for example, yes.  And they even have tape that
9   was very hard, hardly tape around your mouth.
10  Q    Okay.  Now, that video you've seen a number of times,
11  haven't you?
12  A    Yes.  Well, mostly listen to the audio.
13  Q    And is it fair to say that it's generally difficult to
14  compare two very different kinds of speech, one to the
15  other?
16  A    Please repeat the question.
17  Q    Well, let me give you an example.
18         If someone's an actor in a Shakespearian play and
19  you record that?
20  A    Um-huh.
21  Q    Is it easy to compare that to talking to his wife or
22  her wife?
23  A    Oh, yeah.  You mean situational and sociological
24  factors?
25  Q    Yes.

J. LINDH - CROSS - MR. STERN          218

1   A    That can definitely effect how you speak, yes, to

2   different people and different environments, yes.

3   Q    And it's fair to say that the videotape is a kind of

4   performance, isn't that right?

5   A    Yes, I think I mentioned that somewhere as well, that

6   it's -- to some extent, a part of it is close to read

7   speech.

8   Q    What was the word?

9   A    Read.

10  Q    Oh, read, r-e-a-d?

11  A    Yeah.

12  Q    And it's also fair to say, isn't it, that the phone

13  calls appear to be a conversation between two people who are

14  acquaintances or friends?

15  A    Yes.

16  Q    They don't appear to be read, do they?

17  A    No.

18  Q    And they don't appear to be a performance of any kind?

19  A    Nope.

20  Q    And the comparison you did between the calls that we've

21  called 2.1 and the video that we called 1.1, you later

22  reviewed those same calls against that same video, didn't

23  you?

24  A    Sorry.  Can you repeat that, please?

25  Q    Yeah, that's right.  I'm referring to the phone calls

J. LINDH - CROSS - MR. STERN                    219

1    that you had in Sweden?

2    A    Yeah.

3    Q    And the videotape, you had those in 2011?

4    A    Yeah.

5    Q    And you had those same two pieces of what I'll call

6    evidence when you did this work for the US Government; is

7    that right?

8    A    Yes.

9    Q    Okay.  Now, when you were evaluating this information

10   for the Swedish police, you did, for the most part, the same

11   process that you did three years later for the US

12   government?

13   A    Yes.

14   Q    You broke them down phonetically?

15   A    Um-huh.

16   Q    You compared the phonetics from one to the other?

17   A    Yes.

18   Q    You didn't have Batvox then, you had a different

19   system?

20   A    Yes.

21   Q    But you fed it through a biometric system?

22   A    Yes.

23   Q    You got the result, whatever that was, right?

24   A    Yes.

25   Q    And you have a list of things, and I think you said are

J. LINDH - CROSS - MR. STERN                220

1    a part of your protocols, right?

2    A    Yes.

3    Q    And so I'm going to tell you names of things, and you

4    tell me if these were done both in the US and in Sweden;

5    that is, both in 2011 and in 2014.  If I name one that was

6    not done in both places, you should tell me, okay?

7    A    Okay.

8    Q    So did you do phonemic and morphemic/lexical analysis?

9    A    Yes.

10   Q    Did you do intonation and speech rhythm?

11   A    Yes.

12   Q    Did you do voice quality?

13   A    I believe so.

14   Q    Did you do speed of speech?

15   A    Probably.  I can't remember really the 2011 report.  If

16   we had -- because the protocol with the NFC was created

17   later, so I'm not sure about that.  I have to look at the

18   2011 report.

19   Q    Did you give that protocol to the government by the

20   way?

21   A    It's the report, basically.  So it's stating all the

22   different factors that you are looking at.

23   Q    When you say "the report is the protocol," is there a

24   separate protocol written up by you and approved by the NFC?

25   A    It's the report.  That is the template that of the

J. LINDH - CROSS - MR. STERN                221

1  report.

2  Q    Okay.  So when you say a protocol, what you mean is we

3  always do our reports the same way, and that's the protocol

4  we do all of these things?

5  A    Yes.

6  Q    Okay.  Did you do formant frequencies?

7  A    Probably.

8  Q    Did you biometric statistical analysis of the voice?

9  A    Yes, using Alize.

10 Q    Using a different, than you say, in theory or system,

11 right?

12 A    Yes.

13 Q    And you then fed whatever information you put into

14 Alize instead of Batvox, right?

15 A    Um-huh.

16 Q    And it came out with a likelihood ratio?

17 A    No, it didn't.  It doesn't.

18 Q    Well, did it come up with a number 232.778?

19 A    I can't remember that.

20 Q    Well, let me show it to you.

21 A    Yeah, that would be easier.

22 Q    You know, may I approach for a second, your Honor?

23        THE COURT:  Yes, you may.

24 Q    It's a long walk up here.

25 A    It's far away. (Document handed.)  Yeah, I recognize

1   it.

2   Q     Okay.  And what is that?

3   A     It was an attempt by us to use this unimode way of

4   looking at the core distribution.  So it was -- yes, it was

5   a way to try and get to a likelihood ratio.

6   Q     And then did you convert -- what's the Norgaard Scale?

7   A     That's the probability scale provided by the NFC.

8   Q     What's it used for?

9   A     To express conclusions in forensic.

10  Q     Is there a way using the Norgaard scale to convert a

11  number like that into an ordinal number like the NFC used?

12  A     Yes.

13  Q     And what is that?  How does one do that?

14  A     There are spans of likelihood ratios.  Do you want to

15  know them?

16  Q     Well, I don't know need to know them.  When you say

17  there are spans of likelihood, I mean, I know these aren't

18  the real numbers, but ten to 20 be a -- 30 to 40 would be

19  something else, right?

20  A     For example, yes.

21  Q     In this case, if you convert that number that

22  likelihood ratio using the Norgaard scale it comes out to be

23  a plus two; is that right?

24  A     Yes.

25  Q     And you had done all of these analyses, we talked about

J. LINDH - CROSS - MR. STERN                  223

1    phonemic and morphemic or whatever?

2    A    Um-huh, yes.

3    Q    And the final score in this case on the Norgaard scale

4    was a plus two, wasn't it?

5    A    Yes.

6    Q    Okay.  Now -- I'm sorry, I don't think I was -- I meant

7    the final result that you came up with balancing all the

8    other work that you did within this case, the biometric

9    system, whatever it was, it was the same as the machine had

10   said?

11   A    Yes.

12   Q    Now, you've talked some about the protocols and you've

13   made clear to me what I didn't understand, that the

14   protocols are really a template for filling out these

15   reports, right?

16   A    Yes.

17   Q    So do these protocols --

18   A    There are other protocols on handling how the audio is

19   handled, for example, between NFC and us.

20   Q    You mean, that's like chain of custody stuff?

21   A    I don't know exactly what that means.

22   Q    That's like, so everyone knows where everything has

23   been?

24   A    For example, yes, and how it's encrypted and delivered.

25   Q    But that has nothing to do with the testing, does it?

J. LINDH - CROSS - MR. STERN                    224

1   A    No.

2   Q    So have you told us now all of the protocols and

3   guidelines that control your work?

4   A    Well, we have the IAFPA guide of practice.

5   Q    Okay.  And their guide of practice also doesn't tell

6   you how to do your work specifically, does it?

7   A    No.  It's very general, since it's a worldwide

8   organization.

9   Q    Basically tells you to be ethical?

10  A    Yes.

11  Q    Okay.  But the guidelines and protocols that you have

12  don't tell you specifically how to conduct voice comparison,

13  do they?

14  A    Only the sense that -- how I have suggested it should

15  have been done, how you should do it is approved, yes.

16  Q    So you suggest it, they approve it?

17  A    Yes.

18  Q    Do the guidelines and protocols you have tell you how

19  to weigh automatic versus human analysis?

20  A    Nope.

21  Q    Do they tell you whether or not to use likelihood

22  ratios?

23  A    Nope.

24  Q    Do they tell you how to compare video camera recordings

25  to cell phones?

J. LINDH - CROSS - MR. STERN                    225

1   A    Nope.

2   Q    Do they tell you how to define a relevant population?

3   A    Nope.

4   Q    Now, you've talked some about the I think you called it

5   ordinal and verbal probability scale of the -- used to be

6   SKL I guess, but it's now NFC, right?

7   A    Yes.

8   Q    And that scale is used for many kinds of --

9   A    All forensic analysis.

10  Q    Yes, exactly.  And it was created, wasn't it, for DNA?

11  A    I don't know that, but I think in some of his

12  publications, the statistician, he used this DNA for the

13  likelihood ratio response I think to some extent.

14  Q    Now, you know in DNA they use a machine, not the same

15  machine, but a different machine and it spits out a graph,

16  right?

17  A    Um-huh.

18            THE COURT:  You must answer yes or no.

19            THE WITNESS:  Oh, yes.  Yes.  I think I've seen

20  something like that.  I'm not an expert at all.

21  Q    No, I know, but you've seen them, they're like jagged

22  lines on a piece of paper?

23  A    Yes.

24  Q    And in fingerprints, there is the actual fingerprint,

25  right?

1    A    Well, in fingerprinting, in Sweden, as far as I

2    believe, they -- an automatic system will spit out, like,

3    the ten closest or something like that from a database, and

4    then an examiner would then judge different similarities of

5    swirls and other English terms of these different patterns.

6    Q    Well, traits you mean?

7    A    And he makes a conclusion in this case.

8    Q    So what does the machine you use print out or create

9    that's comparable to the graph that a DNA expert uses or

10   what you're talking about now, the ten fingerprints that

11   come out and are compared by a human?

12   A    How it's compared, the graph.  You're referring to the

13   graph from Batvox, are you?

14   Q    Excuse me?

15   A    Are you referring to the graph that Batvox creates?

16   Q    I don't know what Batvox makes, I'm asking.

17   A    You've seen the graph that it creates.  That's

18   equivalent.

19   Q    Okay.  You began working with the US Government on this

20   case December 3rd, 2014; is that right?

21   A    I can't recollect the exact date, but I'm sure

22   that's --

23   Q    Somewhere --

24   A    -- I'm sure that's correct.

25   Q    And the government told you when they believed it was a

J. LINDH - CROSS - MR. STERN                227

1  person named MY speaking, right?

2  A    I think it was -- as far as I can recall, it was quite

3  confusing, because the transcripts had different -- that I

4  saw -- had different names or different acronyms.

5  Q    Well, did you create this table that we've been talking

6  about?

7  A    Yeah.  With the labels, yes.

8  Q    And --

9  A    But it looks a bit different, yes, from the preliminary

10 screening.

11 Q    You created a different table?

12 A    Yes.

13 Q    Okay.  But did you figure out who to put MY next to and

14 who to put AYA next to or were you told who to put it next

15 to?

16 A    Yeah, it was according to the transcripts that was

17 explained, so...

18 Q    That was provided to you?

19 A    Yes.  So someone somewhere has an hypothesis.

20 Q    So someone -- I'm sorry, were you done?

21 A    Yeah.  I mean, that someone has a suspicion somewhere

22 of course.

23 Q    So someone had listened to these phone calls and marked

24 down for you, I think this is MY, I think this is AYA; is

25 that right?

1  A    Yes.

2  Q    And they also told you, and I think the video, that's

3  the real subject of this hearing, is MY?

4  A    That's what they're suspicion, yes.

5  Q    So going into this, you knew what their suspicion was,

6  right?

7  A    Yes.

8  Q    And were you given a limit of how much money you could

9  charge to do this case?

10  A    Yeah.  In the end there was a contract.  It took a long

11  time.

12  Q    What were you limited to?

13  A    I'm sorry?

14  Q    What were you limited to?

15  A    I actually don't know, but it's in that contract, so I

16  don't know, but it's the limits.  I do know what we have

17  sent as an invoice, if that is what you're asking.

18  Q    Okay.  Well, was it around $50,000 the amount that you

19  were told you could charge up to?

20  A    It's possible.  It's very possible.

21  Q    And did anyone tell you how you should go about doing

22  this?

23  A    You mean how invoices are sent or?

24  Q    Who you should compare to who, what you should compare

25  to what?

J. LINDH - CROSS - MR. STERN                    229

1   A    Oh, you're talking about background?

2   Q    Decisions you should make?

3   A    No.  No, not decisions to make, but what to compare.

4   Because if you end up comparing everything to everything,

5   we're getting back to, again, that raises how long it will

6   take and it's hard work if there is no suspicion.  But then

7   we would also help -- so if you look at preliminary screen

8   there is many more sets of unknown speaker samples.  And

9   then you try for the report to diminish that by using a star

10  function so you actually have fewer hypotheses, and thereby

11  making it more readable and understandable to the trier of

12  fact.

13  Q    Well, were you given a date by which you had to have

14  this done?

15  A    Yes.  So we would put a deadline on the preliminary

16  screening.

17  Q    And what was your --

18  A    For the draft one it was.

19  Q    What was your deadline?

20  A    Before Christmas sometime, as far as I can recall.  So

21  probably -- if you look at the draft one, there is a date on

22  that, that should give you the information.

23  Q    That was deadline or that's when you completed it?

24  A    That's when I completed draft one, so that date will

25  give you the deadline for graph one.

J. LINDH - CROSS - MR. STERN                230

1   Q    That's what I'm asking.  The date on that document is

2   the date that was set as the deadline or did you complete it

3   before the deadline?

4   A    I completed it that date of the deadline of graph one,

5   yes.

6   Q    And I take it it's fair to say this is the second time

7   you're looking at some of the information, but not all?

8   A    Yes.

9   Q    It's the second time you're looking at what we call the

10  2.1, so it is the Swedish phone calls, right?

11  A    Yes.

12  Q    And it's the second time you're looking at 1.1, right?

13  A    Yes.

14  Q    And you've already examined those and come to the

15  conclusion about three years earlier that on the Norgaard

16  scale there are plus two?

17  A    Yes.

18  Q    And you're looking newly at phone calls which I'm going

19  to call, in a general way, jail calls, right?  Those you've

20  never seen before, right?

21  A    No.

22  Q    And calls I'm going to call Somali calls?

23  A    Okay.

24  Q    You know what I'm referring to in that, right, I'm

25  referring to --

J. LINDH - CROSS - MR. STERN                    231

1    A    The others that were not provided in 2011.

2    Q    Correct, 1.2 and 2.2.  Do you see them there?

3    A    Yes.

4    Q    And did you ever compare any of the AYA's, AYA's to the

5    AYA's or the MY's to the MY's?

6    A    If I compared them, yes.

7    Q    Yes?  Did you ever compare the MY's to the AYA's?

8    A    To ask some extent, yes.

9    Q    Did you compare AYA to what we've called the video?

10   A    So some extent in 2011 that's the other speaker, but

11   then you would actually also use it for some of the

12   normalization.

13   Q    Did you make notes of any of those comparisons of AYA

14   to the video?

15   A    No.

16   Q    Did you make any notes --

17   A    Maybe in 2011.

18   Q    Yes.  Yes.  Of comparing -- I'm sorry, you said you

19   didn't compare AYA to AYA, you took their word for it?

20   A    I'm not sure what you are speaking of now.

21   Q    I'm sorry, 2011.

22   A    Say again.

23   Q    Did you compare -- well, I think you said you did not

24   compare, I want to make sure I'm right, the calls marked AYA

25   to other calls marked AYA?

J. LINDH - CROSS - MR. STERN                232

1    A    Yes.  Yes.

2    Q    You did compare those?

3    A    Yes.

4    Q    Okay.  Now, you had instructions from the US

5    government, right?

6    A    Yes.

7    Q    A set of instructions.  And you were told to establish

8    the ratio of how likely it is to find the results of the

9    analysis between the different recorded speakers under

10   different hypotheses.  Is that the instruction that you were

11   given?

12   A    Yes, with me helping out in formulating that

13   probability, I would assume.

14   Q    And that instruction is written the language of

15   likelihood ratio, is it not?

16   A    Or Bayesian reasoning.

17   Q    And it's an instruction that directs you to come up

18   with a likelihood ratio?

19   A    Oh, a Bayesian conclusion I would say more than the

20   likelihood ratio.

21   Q    Well, doesn't it specifically tell you how to come up

22   with a ratio of how likely it is to find the results?

23   A    Well, in assessed ratio it does.  But it's not

24   completely true, because the conclusion is just Bayesian ask

25   expression, not a numeric --

J. LINDH - CROSS - MR. STERN                    233

1   Q    Are you suggesting that it does not say ratio?

2   A    No, it's very possible, but then it's somewhat

3   incorrect.

4   Q    Well, it's not just impossible; it's true, isn't it?

5   A    Well, if you say so.  Let me see it, yes?

6   Q    Don't you have the report up there?

7   A    Where do I --

8   Q    Take a look at the section?

9   A    Oh, okay.  I wrote that -- where are you?  Can you give

10  me the --

11  Q    1.2 construction, which begins at the bottom of page

12  five.

13  A    Oh, yes.  Yes.  Now I see it, yes.  I found it.  I

14  found it.  Yes.  It's true, but that's that is kind of

15  incorrect, I would say, I would have to admit to that.

16  Q    So the instructions that you wrote with the input of

17  the Government are what?

18  A    Sorry?

19  Q    They're not entirely correct?

20  A    No, it should be stated more like as a Bayesian

21  conclusion or something like that instead of an actual

22  numerical ratio, yes.

23  Q    And, in fact, you never found a numeric ratio, did you?

24  A    Only for the automatic part, that's with the focus

25  part, yes.

1   Q    Now, do you at all, putting aside the automatic part

2   now, do you at all find likelihood ratios?

3   A    I do not understand that question.

4   Q    When you do these kinds of investigations, do you

5   generate likelihood ratios?

6   A    Do you mean for the other things than the system?

7   Q    Yes, other than the automatic system?

8   A    To some extent for the acoustic analysis or the formant

9   things that we expressed earlier that we didn't rely very

10  much upon, that one too; otherwise, no.

11  Q    Are there people in your field in your scientific

12  community who think the way to do this is, is to generate

13  likelihood ratios?

14  A    Dr. Morrison is one of the very few, yes.

15  Q    So you think that Dr. Morrison is an outlier in that

16  way?

17  A    Yes.  We have agreed many times to disagree on that

18  matter.  May I expand on that?

19  Q    No.  Let me ask you another question.  Do you know

20  someone named DK Uley (phonetic)?

21  A    Oh, yes, he's a statistician working for the Forensic

22  Institute in the Netherlands.

23  Q    And what does he think about likelihood ratios?

24  A    He loves them.

25  Q    He's another proponent of likelihood ratios?

1    A    Oh, yes.

2    Q    Those two we've mentioned are not the only two, are

3    they?

4    A    No, but what should be said is they are not forensic

5    statisticians, people doing forensic speaker comparison

6    casework.

7    Q    Are you saying Dr. Morrison has never done any cases?

8    A    Very, very few.

9    Q    And how about DJ Muley?

10   A    No, he works as a statistician, so he would give input

11   on how to express a conclusion in the Netherlands, but their

12   scale is absolutely not in an area that they use for their

13   conclusions.

14   Q    It's very different from the scales you use?

15   A    I am not -- I don't know exactly what it looks like,

16   but I'm helping them out doing evaluations now, so I think

17   I've seen something at some point.  It looks different from

18   ours, yes.

19   Q    Now, you, I take it, create hypotheses based on

20   information the government gave you; is that right?

21   A    Yes.

22   Q    And one hypothesis you created is -- and I'm talking

23   about hypothesis one now.

24   A    Um-huh.

25   Q    Can you say that the speech of a known speaker compared

J. LINDH - CROSS - MR. STERN                    236

1   to an known speaker originates from the same speaker, is
2   that one hypothesis?
3   A    The speech originates from the speaker, yes, that's the
4   first hypothesis.
5   Q    Did I read that accurately?
6   A    Yeah.  Yes.
7   Q    And really, you would never say as a scientist or
8   rarely say as a scientist, this speech comes from these same
9   speakers, would you?
10  A    No.
11  Q    You would state that as a level of confidence that you
12  have?
13  A    Bayesian -- well, using Bayesian reasoning gets a
14  conclusion for at least two probabilities and how much more
15  likely one is over the other.
16  Q    You don't really use strict Bayesian reasoning, do you?
17  A    I have to speak to the probability scale provided by
18  the NFC, and I have been in group discussing how to verbally
19  express it, and that's -- they have updated the scale many
20  times.  So, yes, there are some inconsistencies to the
21  Bayesian reasoning.
22  Q    And that ordinal system is not strictly Bayesian
23  reasoning, is it?
24  A    No, not strictly.
25  Q    And you differ with them about best way to state these

J. LINDH - CROSS - MR. STERN                    237

1   things, don't you?

2   A    To some extent, yes.  I still believe the ordinal scale

3   is very good, but we have long discussions.

4   Q    And --

5   A    Me and Norgaard, Norgaard who we were referring to, the

6   statistician at NFC.

7   Q    And discussions can be had, for example, on whether

8   nine is enough divisions or not, right?

9   A    Sorry?

10  Q    Whether nine in your scale, not your scale, the

11  Norgaard scale?

12  A    Oh, you mean plus four, now I understand.

13  Q    There are nine divisions, zero and then four on either

14  side?

15  A    Yeah, yeah.

16            THE COURT:  Wait.  Wait.  Wait.  My court reporter

17  is trying to take down what you're saying and you're both

18  talking at the same time.  She can't do that.

19            MR. STERN:  You're right, Judge.  I'm sorry.

20            THE WITNESS:  I'm sorry, your Honor.

21            MR. STERN:  I think it was my fault, not yours.

22            THE COURT:  All right.

23            MR. STERN:  Anyway, I'll try to make sure it

24  doesn't happen.  Sorry, court reporter.

25  BY MR. STERN:

J. LINDH - CROSS - MR. STERN                 238

1    Q    On that scale there are people who think there should

2    be more numbers; is that fair to say?

3    A    Oh, yeah, you can always argue how many levels there

4    should be, yes.

5    Q    And was there a specific reason why they arrived at

6    nine?

7    A    Yeah.  Well, Norgaard some reasons are, you know,

8    historic and domestic, so the Swedish judicial system is

9    very used to this nine point scale, so that is basically why

10   we used nine points.

11   Q    But that's not really a scientific reason, that's a

12   traditional reason?

13   A    Yes.

14   Q    And then the second hypothesis you have is, can you say

15   that the speech of a known speaker compared to an unknown

16   speaker does not originate from the same speaker, right?

17   A    Yes.

18   Q    And how would you prove that it does not originate from

19   the same speaker?

20   A    Oh, you would try to come up with, like, when we were

21   talking about finding all the similarities, and also finding

22   all will differences supporting that probability.  And then

23   finding all the similarities from supporting the other

24   probability, and that has to do with both similarity and

25   technicality.

1  Q    Now you're talking about probabilities, but I'm asking,

2  can you ever say it does not come from the same speaker?

3  A    No, no, the same with the other hypothesis.

4  Q    And the other only way you can do that is if you found

5  the person who said, and you could prove the person, he or

6  she, said, and then you would know it's not from the other

7  speaker?

8  A    Yes.

9  Q    And that's the only way you could prove -- I'm not

10 talking about probabilities now, but you would prove --

11 A    Yes.  You are talking about the national match,

12 correct?

13 Q    Yes.

14 A    Correct.

15 Q    All right.  Now, in your report you have a footnote

16 it's nominated number five and it's attached to the first

17 alternative hypothesis.  Take a look at page six of your

18 report.  You know what I'm talking about, right?

19 A    Yes.

20        MS. SALICK:  Excuse me, which report are you

21 referring to?

22        THE WITNESS:  Excuse me, your Honor, can we have a

23 five-minute bathroom break?

24        THE COURT:  Yes.  We're going to take a

25 five-minute recess.

1          THE WITNESS:  Thank you.

2          (Proceedings were recessed and recalled.)

3          THE COURT:  Ms. Salick may we proceed?  Your

4    co-counsel is not here, but I did say five minutes.

5          MS. SALICK:  May I step outside to see if he's

6    standing outside the door?

7          THE COURT:  Yes.

8          MR. ARIAIL:  The witness had asked for some

9    coffee.  Is that okay if I?

10         THE COURT:  Yes.  All right.  The defendants are

11   all present, counsel, as well as Mr. Lindh, who is still on

12   the stand, still under oath.  Mr. Stern.

13         MR. STERN:  Thank you, Judge.

14   BY MR. STERN:

15   Q    Mr. Lindh, I just want to go back for a minute to ask

16   about something.

17   A    Okay.

18   Q    We talked about lab accreditation?

19   A    Yeah.

20   Q    Is Voxalys an accredited lab?

21   A    I don't think that term is applicable, no.

22   Q    And we were talking about your doing phonetic and those

23   kinds of analyses?

24   A    Yes.

25   Q    Are there studies of voices, pronunciations, accents,

1  speech patterns, timbre or anything else to show what

2  percentage of people in a different population share what

3  traits?

4  A    Oh, yes.  Well, most phonetic and linguistic studies do

5  discrimination analysis of some kind, looking at how well

6  you can discriminate between speakers for a couple of

7  features, not normally all of them, but for some features.

8  But I see what you're getting at, the error rates and all

9  that.

10 Q    Have you read such a study for Somali speaking --

11 Swedish speaking Somalis?

12 A    As a matter of fact, you mean linguistic studies or?

13 Q    Yeah, showing what traits of whatever kind are

14 prominent in that population?

15 A    Not when it comes to -- you talk about voice quality

16 and those kinds of things, but when it comes to linguistic

17 straits, that's all.  There was a woman at our university

18 who did her speech thesis on Somalian Sudanese, is that the

19 right term?

20 Q    I'm sorry.

21 A    Sudanese.  I don't know how you say that language,

22 Sudan.

23 Q    Oh, the language you're talking about?

24 A    Yes.  She was working on that.

25 Q    And was it --

1        MS. KELLMAN:  Sorry, Judge, I didn't hear the end

2   of that.

3        THE COURT:  Yes.  You have to keep your voice up.

4        THE WITNESS:  Sorry, Judge.  I'll try to stay

5   closer to the microphone.  So there was a woman, she's now a

6   professor somewhere in Africa.  She worked at our university

7   and her speech thesis was on, I believe, Somali and the

8   language, I think is called the English, Sudanese.

9   BY MR. STERN:

10  Q    I'm really asking you about study of first language

11  Somali, second language Swedish speakers?

12  A    Okay.

13  Q    Have you read a study of that?

14  A    Not specifically, no.

15  Q    Now, we were talking when we broke about what is

16  footnote five in your report.  Do you recall that?

17  A    Yes.

18  Q    And that footnote, which is on page six of your report

19  is appended to the first alternative hypothesis, right?

20  A    Yes.

21  Q    And what is says is, I'm reading it to you, just tell

22  me if I read it correctly, "Here one can add nut someone who

23  sounds similar enough to find it necessary to send to

24  forensic analysis," right?

25  A    Yes.

J. LINDH - CROSS - MR. STERN                    243

1   Q    And by "similar enough" when you say that, do you

2   include in that, someone's accent?

3   A    Yes.  To some extent, yes.

4   Q    Do you include in that the speed of speech?

5   A    I guess it's the impression of the person who will

6   sound the material for a forensic request.

7   Q    And by that you mean it's not scientific, they just say

8   it sounds to me like these are pretty close?

9   A    Yes.

10  Q    So it's not the kind of thing that you do?

11  A    No.

12  Q    Now --

13  A    So it could be, yeah.  You could have something like

14  someone from the general population believes or something

15  like that, it's just some kind of clarification of that.

16  Q    All right.  Now, I want to read you a sentence from

17  your report that's at page seven, section 2.  I think it's

18  the section under the section, you see, that's marked

19  "additional".  It's the third section under two.

20  A    Yes.  Yep.  Trying to, since all these conversations

21  back and forth, I try to add some kind of explanation.

22  Q    So first tell me if I read it accurately.

23  A    All right.

24  Q    It says, "Similarities and dissimilarities observed in

25  the initial data analysis are also judged for typicality or

1   atypicality against the relevant population at large."  Tell
2   me what that means?
3   A    So the relevant population at large would be that
4   defined reference population for the phonetic linguistic
5   analysis.
6   Q    For the what?
7   A    For the linguistic and phonetic analysis measure.  So
8   there is one there and a different population referred to
9   when you do automatic analysis.
10  Q    Well --
11  A    Maybe it's confusing in English.  Or does population at
12  large mean anything?
13  Q    I just might not be smart enough to understand it, I
14  don't know.
15  A    It might be my English absolutely, as well.
16  Q    But you're saying generally it means the population as
17  defined by the person who is going to evaluate the
18  information?
19  A    Yes, through the linguistic and phonetic analysis.
20  Q    And in this case specifically what does that mean, the
21  population at large?
22  A    It refers to the -- what we defined under the results
23  there, the first general comments.
24  Q    Which was what?
25  A    So Swedish and Somali speaking community for young male

1   from Stockholm area.

2   Q    And when you say that's what you used, is that what you

3   used at every single step in this process, that Swedish and

4   Somali community from Stockholm between whatever ages you

5   said, 20 and 40?

6   A    It's a way to be able to somehow conceptualize the

7   typicality in the phonetic and linguistic analysis, yes.

8   Q    Okay.  Is it fair to say that how we speak is something

9   learned from very early stages in our lives?

10  A    Yes.

11  Q    And is it also fair to say that a trained linguist

12  should be able to detect traces of that early influence,

13  even when a person be comes fluent in another language?

14  A    Not necessarily.  Many factors will influence that.

15  Q    Like what?

16  A    When in time, for example, you acquire a language, you

17  if are you multilingual, for example, such factors, you

18  know, and then the ability of acquiring -- there are many

19  different factors influencing that.

20  Q    Are you multilingual?

21  A    Then you have to define what multilingual means.  I can

22  speak many languages to some extent.

23  Q    So you said multilingual, so you define it.

24  A    So in that instance I would mean that you are as a

25  native speaker.  So if you can communicate in the same -- to

1    the same extent as your native language, so what you

2    communicate.

3    Q    So if you could communicate to the same extent, but you

4    have a heavy accent, are you multilingual?

5    A    Yeah.  I mean, yes, you could be.  You could still have

6    a -- there is a different thing between having the ability

7    to speak a language and that you still carry, for example,

8    phonetic traits in your speech while you're speaking, right.

9    So some people -- so this is the thing with the adolescents

10   again.  If you have people acquiring the language before

11   adolescents, for example.  It's much more common.  They are

12   able to acquire the language much better, especially maybe

13   then if you are referring to the phonetic pronunciation and

14   so on.  So in Swedish you have the accent one and accent two

15   I've been talking about, that's very difficult to acquire.

16   So someone who would have started to learn Swedish after

17   adolescents has started has much more difficulties acquiring

18   that difference than someone who came before adolescents,

19   for example.

20   Q    Okay.  You were told by both the US and the Swedish

21   governments that the people they had you investigating were

22   Swedish Somalis, right?

23   A    There were both languages present in the recordings,

24   except for the video or -- there were some Arabic there.  I

25   think there was some Somali there as well.

1  Q    Were you told they were Swedish Somalis?

2  A    I actually don't remember, if you are referring to

3  2011.

4  Q    How about 2014?

5  A    Now, I would have been aware of that, yes.

6  Q    And you've listened to these tapes, right?

7  A    Um-huh.

8         THE COURT:  Yes?

9         THE WITNESS:  Yes.

10 Q    Could you tell from the accents that these were not

11 native Swedish speakers?

12 A    Yes, to most extent.  But there is subparts of the

13 speech that is very native Swedish.

14 Q    And I take it some parts that are not?

15 A    Yes.

16 Q    And so when you heard these accented parts, you were

17 aware that there were words that they pronounced differently

18 than native Swedes; is that right?

19 A    Yes.

20 Q    Now, you made some assumptions in your report, didn't

21 you?

22 A    Yes.

23 Q    So, for example, you assumed that the suspects were

24 living in Sweden in 2002?

25 A    Not entirely.  I was referring to the numbers that the

1    thesis I'm referring to is referring to.  Did that make

2    sense?  So in the thesis I'm referring to, she's referring

3    to numbers from 2002.

4    Q    Oh, but don't you say explicitly that you're assuming

5    that the suspects lived in Sweden in 2002?  Do you say that

6    or not?

7    A    Probably I do.  That's, to some extent, incorrect way

8    to express it in that case.

9    Q    You have no idea if that's true or not?

10   A    No.  No.  No.

11   Q    And the information you got regarding the number of

12   Swedish Somalis was from a dissertation, right?

13   A    Yes.

14   Q    It was written in when?

15   A    Oh, can I look?

16   Q    Sure.

17   A    That's 2010 or something like that, I think.  When was

18   it?  So it's from 2009.

19   Q    And the author of dissertation is a woman, right?

20   A    I think so, yes.

21   Q    And you adopted numbers she used in her dissertation to

22   help you figure out whatever it was you were figuring out?

23   A    Yes.  Conceptualizing with a ballpark figure the

24   typicality.

25   Q    Do you know where she got those numbers from?

1   A    I don't remember, but it's like several institutes

2   student statisticians in Sweden.

3   Q    Did you go to any of these institutes to get the

4   numbers?

5   A    It was easier for me to access the thesis, since it was

6   from the same university.

7   Q    Do you know how many Swedish Somalis lived in Stockholm

8   in 2008?

9   A    Not exactly, no.

10  Q    Well, do you know generally?

11  A    Am I referring to that here from her?  That was numbers

12  from 2002, so no.

13  Q    No the answer is, right?

14  A    Yeah.  Yeah.  Yes.

15  Q    Do you know if Somalis in Sweden cluster in certain

16  areas?  I don't know, Gothenburg, is that how you say it?

17  A    Yes.

18  Q    Stockholm or if a lot of them live in the country, I

19  don't know.  Do you know where Swedish Somalis cluster?

20  A    They are more common areas than different places than

21  others.

22  Q    Mostly in the cities, right?

23  A    Yes.

24  Q    Do you know how many 25 to 44 years old Swedes lived in

25  Stockholm in 2008?

1    A    Nope.

2    Q    And how is this information used; that is, how was it

3    useful to you in writing your report?

4    A    Like I stated, it's to conceptualize.  By that I mean

5    it's judgment for me, of course, on how to base all the

6    similarities and differences I find in regarding to

7    typicality, so how typical would that -- those things that I

8    find are, how typical will they be in the population.

9            So it will be very -- the only numbers kind of

10   that would make a difference would be, for example, to say

11   okay, any young male in Stockholm.  That would be mean there

12   are a lot more people.

13   Q    So how do those numbers help you understand typicality?

14   A    It's, as I stated, you know, the ballpark figure to

15   conceptualize approximately how many are there, okay?  Is

16   there a million or a thousand, for example.  I could give

17   you other examples.  There is a specific dialect spoken, and

18   this is from actual cases, someone is stuttering, someone

19   has a speech deficit, but they clearly speak a specific

20   dialect.  And the question recording contains the same kind

21   of dialect and the same kind of stuttering, right, and the

22   same speech deficit.  If that is from -- that dialect is

23   from Gothenburg, that could mean I would have to try to

24   assess typicality for maybe 250,000 young males, if it's

25   young male speaker.  It's from a tiny village, as has been

1    one case north of Gothenburg.  It might mean that only a

2    thousand people there.  That gives -- it's easier to make an

3    impressionistic judgment on typicality.

4    Q    So now you're just talking about odds, right, one in

5    1,000 is better than one in 250,000?

6    A    To some extent, yes.

7    Q    But does knowing that number help you understand speech

8    traits of that population?

9    A    Not unless there is a study on that specific dialect

10   for that accent.

11   Q    And we've determined there is no such study, right?

12   A    No.

13   Q    So it didn't help you at all in understanding what you

14   really needed to understand what ways of speaking were

15   typical and what ways of speaking were atypical in the

16   Somali Swedish population?

17   A    I would say, if that's what you are referring to, I

18   would still have to rely on my professional experience and

19   empirical judgment on all the Somali and Swedish speakers I

20   heard throughout my years of collecting dialect databases,

21   Swedish speakers with different accents and casework.

22   Q    Now, you talked about typicality on a number of

23   occasions, right?

24   A    Yes.

25   Q    And if you find similarities and regularities in speech

1    from different samples, they only support or are important

2    in your comparison, if they are atypical, right?

3    A    Yes.

4    Q    If everyone a certain population or many, many people

5    pronounce "au" one of the things ways you discussed, that

6    wouldn't helpful for you to figure out which any of these

7    people was, is that fair to say?

8    A    That's fair to say.

9    Q    Now, you, I take it, have studied Somali speaking

10   Swedes?

11   A    To some extent I have a lot of the experience listening

12   to it, yes.

13   Q    Because you're friends with a lot of Somali speaking

14   Swedes?

15   A    To some, yes.  And also, of course, by what I referred

16   to earlier; collecting databases, for example, and different

17   speakers.  But also listening to the many different kinds of

18   speakers.

19   Q    And have you written any articles showing the things

20   that you think are common or typical and the things that you

21   think are uncommon or atypical in that population?

22   A    Nope.

23   Q    Have you given any papers on that subject?

24   A    Nope.

25   Q    So this is just you saying I know some Swedish Somalis;

1    therefore, I know about Swedish Somalis?

2    A    That is a very generalization, but I see what you're

3    getting at, and I say yes.

4    Q    And the Swedish Somalis you know, are they mostly from

5    Gothenburg or Stockholm?

6    A    Both.

7    Q    How many do you know, altogether?

8    A    You mean personal?  As in a personal question?

9    Q    Yeah.

10   A    I have to define how close, but, yeah, to some extent I

11   know maybe ten to 20.

12   Q    And how many have you recorded?

13   A    Recorded?

14   Q    Yeah.

15   A    So I was referring to our databases earlier, so there

16   is not more than ten or 20 recorded.

17   Q    So all the things that you know about Swedish speaking

18   Somalis are from what you would agree might not be a

19   representative group; is that fair to say?

20   A    I see what you're getting at.  And you're correct, it's

21   all -- this all comes from this experience that you want and

22   nothing else, so you're correct.

23   Q    Now, in the general Swedish-speaking population, all

24   Swedes, would one expect to regularly hear the use of the

25   world inshallah?

1   A    That occurs, yes.  Quite often, yes.

2   Q    Well, do you know what percentage of the Swedish

3   population is Muslim?

4   A    No, but many.

5   Q    Many, like --

6   A    I wouldn't know.  I honestly have --

7   Q    Do you know what percentage of the Swedish Somali

8   population is Muslim?

9   A    Large majority.

10  Q    Would it be fair to say over 99 percent?

11  A    This is not my area at all, so I wouldn't be able to

12  answer that.

13  Q    I'm sorry?

14  A    My guess would be that too, yes.

15  Q    Would it be fair to say that the use of the term --

16  well, do you know what the term inshallah means?

17  A    No, not exactly.

18  Q    Have you heard it used?

19  A    Oh, yes.

20  Q    Would it be fair to say, do you think, that it's very

21  fairly commonly used in the Swedish Somali community?

22  A    Yes.

23  Q    And that it is not atypical in any way?

24  A    No.  Only possibly in the way it is pronounced.  When

25  you look at intonation of it, the Swedish influence and the

1   accent of one or two, and the parts of different sounds in

2   that pronunciation of that word.

3   Q    But not just the use of the word inshallah?

4   A    No, correct.

5   Q    Now the other fillers that you say were used here, and

6   I'm not going try to pronounce them, but you can look at

7   them.

8   A    There are dip thongs and fillers with repetitions.

9   There are other things mentioned, examples, yeah.

10  Q    Yeah.  One of -- you say there is consistent use of

11  pronunciations of fillers, and then you should pronounce

12  the first one, I can't, it begins with a "B" it's on page

13  nine at the bottom to the final paragraph.

14  A    Oh, brorsan?  Brother.

15  Q    And is that English?  I mean, in Swedish?  I'm sorry.

16  A    Yes.

17  Q    And it's something other Swedes say?

18  A    Oh, yes.  Yes.  That's a very --

19                  (Continued on the next page.)

20

21

22

23

24

25

1   BY MR. STERN:

2   Q    And what do you know about that that's odd about the

3   pronunciation?

4   A    Are you talking about referring to this case?

5   Q    Well, yes.

6   A    No.  I'm just stating that it was consistently used in

7   the same way in the same kind of positions before pausing,

8   for example.

9   Q    And you find that to be atypical?

10  A    I'm not sure I'm -- that specific is extremely

11  atypical?

12  Q    Common.

13  A    I would say if it would not have been consistent, for

14  example, I would have stated it as support, supporting the

15  other probability that there are different speakers.

16  Q    But it's consistent but not unusual?

17  A    I see what you're getting at.

18  Q    How about the next one that I'm not going to try to

19  pronounce?

20  A    The way of the repetitions, how many, and instances of

21  that and how to -- and again, if it's consistent or not.

22  Q    Was there anything atypical about the way that was

23  used?

24  A    No.  Only the way it perceptually sounded to me and my

25  colleague.

1    Q    You just thought it sounded like the same person?

2    A    Yes.

3    Q    And did you make any phonetic notes of what made you

4    think that?

5    A    There might be some, yes, in the text grids.  All the

6    text grids.

7    Q    No, I know what they are.

8    A    Okay.

9    Q    And you also list in this section the word

10   "Insha'Allah, right?

11   A    Yes.  Probably because we have the perceptual, again,

12   impression that they sounded similar.

13   Q    When you say the perceptual impression, is that what

14   you said?

15   A    Yes.

16   Q    Do you mean by that we should just take your word for

17   it that that's proof of something?

18   A    I see what you're getting at and, yes, it's all based

19   on my professional experience, academics, so yes.

20   Q    When you were -- let's talk now a little about the

21   biometric automatic voicemails, if we could.

22   A    Yes.

23   Q    Did you have tests where Batvox has been tested with a

24   speaker wearing a mask speaking into a lapel mic and that's

25   being compared to a cellphone?

LINDH - CROSS - STERN                    258

1   A    Very, very few examples of that.  So we could not

2   perform an evaluation, if that's what you're getting to,

3   it's true.

4   Q    And you've talked about the reference population,

5   right?

6   A    Yes.

7   Q    And where does that reference population, in this test

8   specifically, where did it come from?

9   A    You're referring to hypothesis number 1.

10  Q    Well, I'm talking about now when you were setting up

11  Batvox to do whatever it is it does.

12  A    For the known speaker, there is a reference population

13  so that contains several thousands of mobile phone calls and

14  also thousands of landline phone calls, because there were

15  both landline and mobile phones in those examples.

16  Q    Okay.  Well, let's talk about specifically about the

17  comparison of the cellphone calls to the video, okay?

18  A    Yeah, yeah.  That's what I was referring to.

19  Q    So those aren't landline calls, those are cellphone

20  calls?

21  A    There's a landline.  The jail call is a landline call.

22  Q    Were you able to do biometric testing on the jail

23  calls?

24  A    I used that for modeling the known speaker, all the

25  four mobile phone calls that I received, plus the jail call

1   which is a landline.

2           MR. STERN:  Could we have one second, please,

3   Judge?

4           THE COURT:  Yes.

5           (Brief pause.)

6   BY MR. STERN:

7   Q    Now, of the calls you were comparing, did you know

8   which were digital and which were analog?

9   A    No.  I think it's somewhere in the report, right, that

10  we suspected because of the sound of the noise from the jail

11  call that we suspected it was analog.  We have then gotten

12  information that it is a digital recording.

13  Q    And when you put information into Batvox, are you

14  expected to put in whether or not it's a digital or analog

15  recording?

16  A    In the metadata you can tag that, yes.

17  Q    And did you do that?

18  A    Probably, yes.

19  Q    Now, we're talking about the reference population.  You

20  said it's tens of thousands of landline and cellphones,

21  right?

22  A    Yes.

23  Q    And maybe I'm asking you the same question, I'm sorry

24  if I am, but how many Swedish Somalis are in that reference

25  population?

1   A    So again, referring to what we were talking about

2   before, so there's only 10 or 20 in there.

3   Q    And that's what you mean by reference population we're

4   talking about now?

5   A    Yes.  For the voice comparison, yes.

6   Q    Okay.  And how did you determine that the database you

7   used was appropriate?

8   A    So since Batvox presumes and there have been studies

9   that there is no influence on dialect or language, we could

10  use all the data to train the known model in this case and

11  thereby also only connecting the reference population

12  belonging to either mobile phone recordings or landline

13  phone recordings that contain the same acoustics.

14  Q    So when you say there's no influence on language or

15  dialect, do you mean that if a person was speaking one of

16  the dead languages you studied, Batvox would still evaluate

17  it and the scores wouldn't change?

18  A    Yes.

19  Q    Why then don't they just have, for example, all Swedish

20  speakers or all native English speakers in the reference

21  population?

22  A    As long as the acoustics is the same as the files that

23  you have used for training a known model.  The acoustic, the

24  channel conditions, are much more important to model.

25  Q    By acoustics, you mean how someone sounds, basically?

1    A    No, no, no, no.  The way it's recorded and the

2    acoustical environment.  That's the mismatched conditions,

3    that's what that means.

4    Q    These were mismatched conditions, right?

5    A    Yes.

6    Q    Are you limited to the groups that are built into

7    Batvox or can you add your own groups?

8    A    Are you talking about the reference population?

9    Q    Yes.

10   A    Yes.  The reference population, I -- you add yourself.

11   It's up to the analyst to add reference populations.

12   Q    And how did you select the reference populations?

13   A    I selected all the recordings that met the criteria of

14   having the same acoustic environment I was explaining.

15   Q    Which means what?

16   A    So all landline that was available to me and all the

17   mobile phones available to me.  Then -- you want me to

18   explain it further?

19   Q    Yes.

20   A    Okay.  So what we were talking about before several

21   times as well is the selection of a subset of that reference

22   population that best suits the acoustic conditions of those.

23   So out of those 10-, 11,000, whatever it is, select 45

24   closest to the model.

25   Q    45 closest according to what?  The tone of voice, the

1   what?

2   A    It could be the tone of voice but also the acoustic

3   environment.

4   Q    Which means whether it's a landline or a cellphone?

5   A    Yes.

6   Q    But they are all landlines or cellphones, right?

7   A    Yes.

8   Q    So what specifically do you mean when you say the

9   acoustic environment?

10  A    Yes.   That's connected to all the reference -- the

11  whole reference population you're putting in there.   Then

12  this subset is selected and that's just the scoring.   So you

13  score the known against all those several thousands, okay.

14  This is a score as well.

15  Q    But the score is based on what?   That's what I'm not

16  understanding.

17  A    A matched score again.   The likelihood ratio score that

18  you get out of the system before it comes a likelihood

19  ratio.   So you score it against all of those and you select

20  the 45 closest.

21  Q    So what I'm not understanding is you score it based on

22  the kind of call, analog or digital, or you score it based

23  on a high or low voice or on an accent?

24  A    When it's selected the 45, it's the 45 closest.   By

25  that, I mean the closest voices, okay.

LINDH - CROSS - STERN                     263

1           Is that what you're getting at?

2   Q    That is what I'm getting at.  Do you mean like high or

3   low?  I don't know what the traits are.

4   A    Voice quality.  Tamber (phonetic).  The tamber, the

5   voice.  How similar they are in the calculation by the

6   system.

7   Q    So it has nothing to do with language or accent or word

8   usage or anything like that?

9   A    Exactly.

10  Q    It just has to do with how the voice sounds to the

11  machine?

12  A    Yes.

13  Q    And when you say it picks the 45 closest, if someone

14  had for some reason a very strange voice, the 45 closest

15  could still be far from that voice, couldn't they?

16  A    Yes.

17  Q    Okay.

18  A    It would be a very atypical voice.

19  Q    You talked a little bit about error rate which you're

20  not that happy about.  I don't mean you're not happy to talk

21  about.

22           I mean, you don't agree with them, right?

23  A    Yes.

24  Q    And you talk about NIST doing experiments to determine

25  error rates for different systems.

1    A    Yes.

2    Q    And is it accurate that those tests were done under

3    optimal conditions?

4    A    There are many different conditions.  So in 2012 is

5    noise added and there's also recorded noisy environment, for

6    example.

7              So is that an answer to your question?  There are

8    many different conditions.

9    Q    But my question is this:  When they did them, whoever

10   did them, they made professional recordings of some sort,

11   right?

12   A    Yeah, yes.

13   Q    Or did they go out on the street and just take a

14   microphone with them and walk around and record whoever they

15   saw?

16   A    Probably not.  But you probably have to ask the ones

17   managing the recordings at NIST how they record it.

18   Q    I'm sorry?

19   A    How they record it.

20   Q    Correct.  So you don't know whether it was done under

21   what we might loosely like call real-life conditions or

22   laboratory conditions?

23   A    I know there are phone calls that I listened to, parts

24   of some NIST material.  Many of them are phone calls.

25   Q    Do you know the source of those calls?

1    A    What do you mean by the source?

2    Q    Well, were they done for the testing or are they random

3    calls?

4    A    It sounds like normal conversations to me, but probably

5    they are aware that they are being recorded, I assume.

6    Q    So they are not like the calls that were intercepted

7    here where presumably the people had no idea they were being

8    recorded?

9    A    You mean, like situational factors?

10   Q    Right.

11   A    Oh, yes.  I follow you, yes.

12   Q    And you also talk in your report about something called

13   the "Human Assisted Speaker Recognition" done by NIST,

14   right?

15   A    Yes.  2010.

16   Q    2010.  Did you participate in this testing?

17   A    No.

18   Q    Do you know people who did?

19   A    Yes.

20   Q    And the people who did were people with some experience

21   in speech identification, right?

22   A    Yes.  Well, most of them used panels of naive

23   listeners.  By naive, I mean not trained in linguistics and

24   phonetics.  I have also done similar experiments for my

25   data.

1   Q    In that case -- well, withdrawn.

2         Have you ever been tested to see what your

3   accuracy rate is when you didn't know the answer in advance?

4   A    So the NFC can provide blind tests for us whenever they

5   want.  And they don't have to tell us.  I presume that it's

6   not very often because it costs them money basically.  But

7   that's the only way.

8         And then what we do within the lab is in some

9   cases that we feel are particularly difficult, we have to

10  ask the NFC if we could make a blind test for a third

11  person, which is actually a Ph.D. student at the university

12  who has done her masters in forensic speech language as

13  well.  So sometimes we do blind testing as well.

14  Q    But have you ever been tested, that you know of, by the

15  NFC and given the results in a blind test?

16  A    No.

17  Q    And so you rendered results in these 350 or 400 cases

18  and in those cases like here you say we should rely on your

19  expertise, right?

20  A    Yes.

21  Q    Now, in this HASR test, which for short I'm going to

22  say that, you're aware that there was a wildly varying error

23  rate, aren't you?

24  A    Absolutely.

25  Q    That for some pairs, by which we means two calls,

1  right?

2  A    Yes.

3  Q    Some everyone got right, there was a zero percent error

4  rate, right?

5  A    Yes.

6  Q    And some there was as much as a 60 percent error rate.

7  A    Yes.

8  Q    And within examiners -- and I'm calling you examiners.

9  I know you say that some of them are what I'm going to

10  loosely call lay people.

11  A    Yes, exactly.

12  Q    There were some people who had a lowest which was a 6

13  percent error rate, right?

14  A    It's very possible, yes.  I can't remember the exact

15  numbers, of course, but I take your word for it.

16  Q    And does it sound right that some were as high as a 50

17  percent error rate?

18  A    For some voices, yes.

19  Q    Now, when you're doing your evaluations, do you assign

20  a specific percentage weight to the automatic system, the

21  biometric system, I'll call it?

22  A    No.

23  Q    That, again, is something experiential, right?

24  A    Yes.

25  Q    We should take your word for how much weight the

LINDH - CROSS - STERN                          268

1   biometric system gets?

2   A    Yes.

3   Q    And just let me look at something for one second.  I'm

4   sorry.

5   A    No problem.

6          MR. STERN:  I'm sorry, Judge.  I'm just going to

7   find it in one minute.

8          THE COURT:  All right.

9          (Brief pause.)

10  BY MR. STERN:

11  Q    Let me read you something from your report.  It's under

12  the section that's entitled "Additional."  I think it's on

13  page 8 if I'm right.  And I'd like you to tell me what it

14  means.

15          It says, "For a mismatched test, an analyst is

16  better at judging the value of a score or a likelihood ratio

17  than the machine itself and the analyst will, together with

18  the other results of the analysis, judge where in a

19  likelihood ratio span the outcome should be placed, i.e., on

20  which level in the ordinal scale."

21  A    Yes.

22  Q    What does that mean?

23  A    It means depending on how well I think you can perform

24  the test with the automatic voice comparison software, how

25  well that test is.  So depending on the quality of the

1   audio, all the feedback you get from the system regarding

2   the quality and the duration of the recordings and

3   everything else, depending on how well the test is.

4   Q    Did you have appropriate duration in this case?

5   A    Yes.  For most of it, yes.

6   Q    And for many of the calls did you have appropriate

7   quality?

8   A    For many of them, yes.

9   Q    But you disagreed with the outcome that Batvox arrived

10  at, didn't you?

11  A    You're referring to hypothesis one now, yes?

12  Q    Yes.

13  A    Mismatched.  Yes, yes.

14  Q    And you agreed because of your own personal experience?

15  A    Yes.  On how it evaluates for these kind of mismatched

16  conditions in combination with a phonetic analysis.

17  Q    And so again, this is a place where we should just take

18  your word for it that your score is more representative of

19  what really happened than the score of Batvox?

20  A    Yes.

21       May I make a comment?

22  Q    No, not unless the Judge says you can.  I'd rather you

23  just answer my questions.

24  A    Okay.

25  Q    Now, I want to go ahead now to the section that's

1    called "Results," which is on page 9, I believe.

2          Do you see that section?

3    A    Yes.

4    Q    You say you had information from an earlier case.  And

5    by that were you referring to the work you did for the

6    Swedish police?

7    A    Yes.

8    Q    And you talk about analysis of laughter and you showed

9    us what I think was a spectrogram of laughter.

10         Do you recall that?

11   A    Ms. Salick did, yes.

12   Q    But that laughter doesn't in any way help you with the

13   videotape, does it?

14   A    No.

15   Q    And there's no laughter at all on that videotape, is

16   there?

17   A    No, no.

18   Q    Now, I think you said earlier that you didn't calculate

19   any likelihood ratios, right?

20   A    For the phonetic and linguistic analysis, you mean?

21   Q    Well, other than Batvox.

22   A    Other than Batvox, yes.

23   Q    There were no likelihood ratios?

24   A    No.  Just likelihood ratio scores for the long-term

25   formant analysis.

LINDH - CROSS - STERN                          271

1    Q    And you would agree, I take it, with this statement

2    that holistic likelihood ratio span is judged

3    impressionistically; is that right?

4    A    Yes.

5    Q    Those are your words.

6    A    Yes.

7    Q    And what does that mean?

8    A    It means, as explained earlier as well, that you

9    compare the consistencies with all the similarities and

10   differences that you find in the different recordings, and

11   you try to assess the typicality somehow.  And then you

12   judge the likelihood ratio span of that, which is one level

13   on the scale.

14   Q    And you're saying that the likelihood ratio span is a

15   plus three?

16   A    In that case, yes.

17   Q    That's a likelihood ratio span?

18   A    Yes.

19   Q    Because a likelihood ratio is a specific thing, isn't

20   it?

21   A    It can be calculated, but with basic reasoning you

22   could also, of course, appreciate something or what's the

23   right word?  Judge that.

24   Q    It can be calculated, but it was not calculated?

25   A    That wasn't calculated.

LINDH - CROSS - STERN                     272

1   Q    Although you refer to the likelihood ratio span.

2   A    So the automatic system will calculate this likelihood

3   ratio and that likelihood ratio will be boosted by what you

4   have come up with in all the other analyses or it will be

5   decreased depending on the other parts of the analysis,

6   right.

7   Q    Boosted or increased or decreased in the sense that we

8   should take your word for it?

9   A    Yes.

10  Q    Now, we talk about how when you first did testing back

11  in 2011, I'm talking about for the Swedish police now, you

12  came up with an ordinal on the Nordgaard scale of 2.

13          Do you recall that?

14  A    Yes.

15  Q    And we're talking about the NFC scale.

16  A    I know what you mean, yes.

17  Q    What additional information did you have about

18  comparing the videotape to the Swedish phone calls that made

19  you come out with a plus three when you did the test for the

20  U.S. in 2014?

21  A    I was able to carry out much better automatic voice

22  comparison using an additional landline phone call and a

23  much better software system.

24  Q    So you mean Batvox made the difference to you?

25  A    Yes.

LINDH - CROSS - STERN                 273

1   Q    Well, isn't it true that just like the first time, the

2   score of the biometric testing you got was a two?

3   A    You mean, the likelihood ratio span that that ended up

4   within, that is correct, yes.

5   Q    If you take the number that Batvox gave you and you

6   convert it to the kind of numbers, it was a two just like

7   the first time?

8   A    Yes.

9   Q    So that couldn't have changed your opinion, could it?

10  A    Well, like we've made clear just a few minutes ago, we

11  were talking about how the analyst is much better at judging

12  because it will know -- an analyst that has evaluated and

13  worked a lot with automatic machine will know much better

14  where this span of likelihood ratios will end up.

15          So, yes, if you were totally connected to what is

16  being calculated, then, yes, you would end up in the plus

17  two again.  But if you add your judgment to that, again,

18  taking my word for it, because of all the testing and all

19  the experience I have with the software, I know which span

20  we're going to end up in when it's mismatched conditions and

21  we do that testing.

22  Q    But you don't make judgments about the score Batvox

23  comes up with, do you?

24  A    Yes.

25  Q    Don't you feed in the information and Batvox in the end

1   kicks out a number?

2   A     Yes.

3   Q     And don't you have protocols that tell you how that

4   number is supposed to be converted?

5   A     Not from that number to the ordinal scale because then

6   I wouldn't add all the other information and also that

7   number is within a span.  So for a mismatched test you will

8   know that it will not generate --

9   Q     Just I want to make sure I understand.  Are you saying

10  that the Nordgaard scale, which you used to convert the

11  information from Batvox to an ordinal number, doesn't tell

12  you a specific range?

13  A     No, it does.  It does.

14  Q     And your protocols require you to follow that, don't

15  they?

16  A     Yes.  But you have to add all the information I have.

17  And I am not using the likelihood ratio score from Batvox as

18  a number in itself, as we have clarified many times.  I

19  would use it also as judged score made by the system, but I

20  also have seen many, many likelihood ratio scores for

21  different kinds of testing.

22          I know that 158 for a mismatched test like that is

23  much higher, for example, than a test between mobile phone

24  calls only.  So that gives you an example.  The score space

25  is completely different.  So I'm, again, using that score, I

LINDH - CROSS - STERN                    275

1   am assessing how good or bad that score is.  You are

2   correct.  If I use only that specific number and put that

3   within the likelihood ratio span from the Nordgaard scale,

4   it is a plus two, you are correct.

5   Q    So now in addition to relying on your word from your

6   own analysis, we should rely on your word for the number the

7   machine spits out even when your word is different than the

8   one generated by the machine; is that right?

9   A    Yes.

10  Q    Now, I want to show you a document that's from your

11  2011 report.

12           MR. STERN:  May I approach, Judge?

13           THE COURT:  Yes.

14           MR. STERN:  It says "LLR score Versus Model."

15  BY MR. STERN:

16  Q    Do you recognize that document?

17  A    Yes.

18  Q    What is it?

19  A    It's a figure of all the tests run in that specific

20  case.  So you get a test score and then compare that to like

21  this reference population used, instead of in that case when

22  I was using Alize, I would just score against probably 500,

23  I think it was, that I selected with the same acoustics

24  again.  And then just plot all those scores and see the

25  dispersion of the scores.

1  Q    And read the word at the top of the graph.

2  A    Likelihood ratio score versus model.

3  Q    And what information does that graph give you?

4  A    It gives me the information on the dispersion of the

5  scores that I received for each test.

6  Q    Does it tell you anything about the meaning of those

7  scores?

8  A    It gives me a rough idea, yes, on how the scores are

9  dispersed for the actual test and the test against other

10 recordings containing the same kind acoustics.

11 Q    What's the rough idea it gives you?

12 A    So if it's a long distance between -- so first of all,

13 the test that you're interested in, so unknown and known,

14 that should of course end up on the top if it's going to

15 tell you anything or give support.  That test score gives

16 you support that the voices come from the same speaker, same

17 voice, if that's the highest rank, of course, it's at the

18 highest score.

19         And then it's the long distance to the next scores

20 that gives me an idea of how strong that score is, okay.

21 Q    And so what does that tell you about how strong those

22 scores were?

23 A    I probably described that in the report actually.

24 Q    Oh, you have it right in front of you.

25 A    Not the 2011.

LINDH - CROSS - STERN                    277

1   Q    Oh, you mean, you need the whole report?  Okay.

2   A    Wait a minute.  I can read maybe below.  No, no.

3            THE COURT:  JL-1 is Swedish?

4            MR. ARIAIL:  Yes, your Honor.

5            THE WITNESS:  So it doesn't seem I have commented

6   on that specific.  I only did the attempt to quantify that

7   into a likelihood ratio.

8   BY MR. STERN:

9   Q    So looking at it now, do you have any idea what that

10  means?

11  A    Oh, yeah.  The dispersion of scores.  I mean, it's

12  quite a meaningless graph if you ask me now, but I thought I

13  should have something back then.

14  Q    Well, it doesn't mean there is support or isn't support

15  for either hypothesis?

16  A    Yes, it does.

17  Q    What does it mean?

18  A    So it means that it gives support to some extent for

19  the --

20  Q    I'm sorry.  And you didn't comment on it at all in that

21  report?

22  A    I think I tried to by using the -- well, the summed-up

23  thing in the -- under hypothesis.

24  Q    And did you use it at all in the report from 2014?

25  A    No, no.

1  Q    But was that part of your impressionist understanding

2  of the strength of these hypotheses?

3  A    For when I did the examination now?

4  Q    Yeah.

5  A    The later one?  No.

6  Q    You forgot about it then?

7  A    Didn't forget about it, but it didn't influence us very

8  much.  I redid the test.

9  Q    Are you familiar with something called cognitive bias?

10 A    Oh, yes.

11 Q    What is cognitive bias?

12 A    So, yeah, based on all the information you get that

13 will sometimes affect the way you interpret different

14 things.

15 Q    And cognitive bias is not somebody doing anything bad,

16 it's doing something human, right?

17 A    Absolutely.

18 Q    And did you do anything to avoid the influence of

19 cognitive bias?

20 A    The stuff we were talking about before with the blind

21 testing and so on.  But that's pretty much -- and then, of

22 course, we try to actively -- we were talking about so at

23 the NFC I think I mentioned at some point that they have

24 these calibration meetings or disciplines and so on.  That's

25 how you try to -- the fingerprinting or we have a man doing

1   signature analysis, handwriting, all kinds of different

2   disciplines.  And we try to talk about using the ordinal

3   scale, what kind of conclusions you would come up with for

4   certain typical or atypical differences and similarities.

5   Q    And that avoids cognitive bias how?

6   A    It gives you an idea of how you try to assess where in

7   the scale you are for certain features, to some extent.  But

8   nobody is free from cognitive bias, I see what you're coming

9   to, absolutely.

10  Q    And when you do work on this case with your colleague,

11  you work on it together and discuss it with each other,

12  right?

13  A    Yeah.  Well, my colleague will prepare everything for

14  me, and then I will start performing the different --

15  similarities and differences and so on and the phonetic and

16  linguistic analysis.

17  Q    Well, what I'm getting at is you don't do a report and

18  not tell them anything about it, then give him or another

19  examiner the same information and not tell that person

20  anything about it and then compare your reports to see if

21  you come to the same conclusions?

22  A    Me and my colleague do that, to some extent, the

23  comparison and so on.  He will prepare so he will know more

24  and then give that to me.  And then of course afterwards we

25  will sit down and discuss that, kind of consensus thing as

LINDH - CROSS - STERN                    280

1   speech pathologists will do all the time when they assess,

2   for example, voice quality problems with different patients

3   and so on.

4           Then I told you as well that we for some cases

5   would have this Ph.D. candidate that will come in and that

6   will be blind testing.

7   Q    Well, did you do that in this case?

8   A    No.

9   Q    And when you and your colleague do this, you discuss

10  the case you're talking about, right?

11  A    Yes.

12  Q    You discuss the suspicions you had?

13  A    Discuss the different similarities and differences that

14  we have found.

15  Q    So that's in no way a blind test, is it?

16  A    No.  It's not a blind test in that sense, no.

17  Q    Okay.  Now, you're familiar, aren't you, of differences

18  in the scientific community about the way things should be

19  done in forensic speech recognition?

20  A    Are you referring to Dr. Morrison's?

21  Q    Not just Dr. Morrison.  Generally.

22  A    There are different opinions, yes, and ongoing

23  discussions all the time, yes.

24  Q    For example, in the U.S., do we use the ordinal scale?

25  A    I think there -- what I know is I've seen people talk a

1   lot more about this match, no match thing.

2   Q    And that's a very different system, right?

3   A    Yes.

4   Q    And there's not agreement on which is the better

5   system.  Each place, the U.S. and Europe, have their own

6   feeling about it?

7   A    Well, that's a long discussion, but I would -- to me

8   it's extremely important to have something I would call a

9   logical coherent framework.  And that is expressing

10  probabilities.  And in the same way that we are talking

11  here.

12  Q    In the U.S., for example, the FBI doesn't agree with

13  your way of doing it, do they?

14  A    You have to ask Dr. Nakasone in about this and you will

15  get a chance.

16  Q    I'm asking if you know it.

17  A    I think they have some match, no match.  So we have

18  differences there, absolutely.

19          Is that an answer to your question?

20  Q    Yes.

21  A    Sorry.

22  Q    And aren't there differences about whether the

23  reference population should be connected to the suspect or

24  the known speaker?

25  A    No, I don't think so.  Are you talking about automatic

1   voice comparison?

2   Q    I misspoke myself.  I meant the suspect -- that's why

3   you were confused.  The suspect and the known

4   speaker -- unknown.  Suspect and the unknown speaker, sorry.

5   A    Rephrase.

6   Q    Yes.  Some people think that the reference population

7   should be derived from the suspect, right?

8   A    Uh-huh.  Yes.

9   Q    And there are other people who think that it should be

10  derived from the unknown speaker?

11  A    Are we talking about automatic systems now?

12  Q    Yes.

13  A    In that case we have both.  We have a reference

14  population connected to the known speaker.  You will score

15  to get an idea from the unknown against all the reference

16  population.  But you also score within the known model to

17  get the intra-variation and those scores are more normalized

18  using this impostor set.  And the impostor set is a kind of

19  reference population regarding the unknown sample.

20  Q    Are there differences among people in your community on

21  whether or not the sound should be processed in a way that

22  is always a match, that is, if you have something

23  from -- this may not be right, you'll correct me if I'm

24  wrong -- but something from a landline and you're comparing

25  it to a lapel microphone, you would try and run that through

1    a system to make it like the sound from a lapel microphone.

2            Are there people who believe that in your

3    community?

4    A    I don't know actually about any people like that

5    within -- people performing casework, you're talking about,

6    in the scientific community?

7    Q    Yes.

8    A    No.  Maybe Dr. Morrison would do that.  I'm not sure.

9    You mean, acoustically try to simulate?

10   Q    Yes.

11   A    Yes.  Probably Dr. Morrison would do something like

12   that.  That's altering the acoustics of the -- I would not

13   do that, no.

14   Q    You would not do that?

15   A    No.

16   Q    There are people who would?

17   A    Yes.

18            MR. STERN:  Judge, can I have a moment, please?

19            THE COURT:  Yes.

20            (Brief pause.)

21   BY MR. STERN:

22   Q    I want to go back if we could to the graph that we were

23   talking about in your first report.  Do you know what I'm

24   talking about?

25   A    Yes.

1   Q    All those numbers are below zero; is that right?

2   A    Yes.  Yes, I think so.  Yeah, they were.

3   Q    Well, take a look.

4   A    Un-normalized scores.  They are normally end up below

5   zero.  And I think maybe not all of them are below zero but

6   most of them.  That's why we're talking about this version

7   of scores because scores in themselves un-normalized can end

8   up all over the place.  Dr. Wayman I'm sure can explain all

9   of that, too.

10  Q    So is it wrong to say that scores below zero support

11  the alternative hypothesis?

12  A    It depends on what kind of score it is.

13  Q    Low scores.

14  A    No, no.  It's the dispersion of scores in this case.

15  So you have to rank them.  You have to rank like a list of

16  scores, okay, does it end up on the top is the first

17  question?

18  Q    Is it what?

19  A    Does it end up in the first rank if you rank all the

20  scores.  And second, what is the distance to the other

21  scores?

22  Q    Okay.  Now, turn that same sheet sideways if you would.

23  This is not a trick.  There's dates written on it.  I just

24  want to see if you can read me the dates written on the side

25  of that document.

LINDH - CROSS - STERN                    285

1   A    You mean, here (indicating)?

2   Q    There should be a slightly bigger and a slightly

3   smaller date.

4   A    It says September 18th, 2012, time 8:56.

5   Q    Do you know what that date represents?

6   A    No idea.

7   Q    And what's the other date?

8   A    Is there another date?

9   Q    I thought there were two dates.  Am I mistaken?

10  A    Not that I can identify.  It could be something

11  connected to when it was printed by the security service.  I

12  don't know the procedures.  I have no idea.

13  Q    Do you recall if that was the date when you were asked

14  for the materials by the U.S. government -- by the Swedish

15  government, I'm sorry?

16  A    No, I do not recall that.  Is it documented somewhere

17  maybe when I gave them the material maybe or --

18  Q    I don't actually know the answer to that.  When you

19  were asked, I think you said sometime in the past several

20  years; is that right?

21  A    It's probably 2012.  It's very possible.

22  Q    Probably 2012?

23  A    Yes, yeah.  Sorry for taking up so much of your time.

24         THE COURT:  Don't worry about it.  It's my job.

25  BY MR. STERN:

1   Q     We're going to get you out of here.

2   A     Thank you.

3   Q     It's not a favor.  It just happens that way.  I'm going

4   to ask you a final question, sir.

5             Has the degree of validity and reliability of the

6   implementation of analytical approaches applied in Section

7   3.2 of the most recent report been empirically tested under

8   conditions reflecting those of the conditions of the present

9   case?

10  A     When you refer to validity or reliability, I presume

11  and from my experience I can probably judge that that

12  question was written by Dr. Morrison.  I would say according

13  to his way of defining reliability and validity, no.

14  Q     Okay.  Thank you.

15            MS. KELLMAN:  Your Honor, I wrote the Court

16  another letter this morning.

17            THE COURT:  Do you have questions of this witness?

18            MS. KELLMAN:  Well, my letter was saying that I

19  was asking --

20            THE COURT:  Do you have questions of the witness?

21            MS. KELLMAN:  I am not prepared to cross-examine

22  the witness, your Honor.

23            THE COURT:  All right.  Does the government have

24  any?

25            MR. SALICK:  Very briefly, your Honor.

LINDH - CROSS - STERN                287

1          THE COURT:  Redirect.

2          MS. SALICK:  Mr. Stern, do you want your computer?

3          MR. STERN:  Oh, thank you.

4    REDIRECT EXAMINATION

5    BY MS. SALICK:

6    Q    Mr. Lindh, just very briefly.  You were asked a number

7    of questions about the difference between the conclusions

8    that you achieved in your report in 2011 versus the

9    conclusions you obtained in 2014.

10   A    Yes.

11   Q    Did you have a different software program in 2011 than

12   the one you used in 2014?

13   A    Yes.

14   Q    And what was the software program you ran?

15   A    In 2011, it was my own version of the ALIZE software.

16   Q    Did you at some point purchase Batvox because you found

17   ALIZE to be insufficient?

18   A    We used both for one year and at the same time

19   evaluating using the most common kinds of material that we

20   receive in Sweden.  And based upon that, we decided only to

21   use Batvox to produce much better results.

22   Q    In 2014, you were using a software program that you

23   believe is better?

24   A    Yes.

25   Q    Okay.  Were you also provided with more known samples

1    of the person identified as "MY" for 2014?

2    A    Yes.  One jail call.

3    Q    And as you said, this was a jail call.  And was that

4    different from the recording mechanisms of the -- was that a

5    different recording system than what you had received

6    previously from SAPO?

7    A    Yes.

8    Q    Why is it important to have known samples under

9    different recording conditions?

10   A    In the modeling process of this statistical modeling, I

11   mentioned I-vectors.  I-vectors will try to extrapolate what

12   are features that do not belong to the voice that it is

13   trying to model and then subtract those things that belong

14   to the channel or other things that are not specifically the

15   features of the voice it's trying to model.  And if you have

16   several sessions, what that means is several different

17   recordings, it's good.  If you have several different

18   recordings recorded with different systems, it's even better

19   to model.

20   Q    So the statistical model that's created from the known

21   sample which we discussed at length with all the hills and

22   valleys, there is no detail in that statistical model if you

23   have recordings recorded under different conditions?

24   A    Yes.

25   Q    In your assessment, was the test you ran in

1   2011 -- excuse me.

2          Was the test you ran in 2014 better due to the

3   fact that you had both a better system and better samples

4   than the one you ran in 2011?

5   A    Yes.

6   Q    Okay.  You were also asked by Mr. Stern if you were

7   under any deadlines or any imposition by the government.

8   Were you able to fully run a forensic examination in the

9   time for the December 2014 report?

10  A    The draft one you're talking about?

11  Q    That's what I'm talking about, correct.

12  A    Except that we weren't finished with the impostor set

13  or the Batvox test regarding hypothesis one.  So that was

14  one additional, completely separate, not any discussion

15  about the case, of course, but discussions and rereading of

16  the thesis and papers and discussions regarding face masking

17  with your people.

18  Q    And that's -- the impostor set, you did have that

19  available for the April 2014 examination?

20  A    Yes.  We had it so '89 or '85 or something like that,

21  lapel microphone recordings.

22  Q    Is there --

23  A    To be clear, I'm not sure they are going to ask more

24  questions, but to make clear, it did not contain recordings

25  with people with face masking that impostor set, only lapel

1    microphone recordings.

2    Q    According to the protocols you've discussed at great

3    length and the 350 to 400 forensic cases that you've done,

4    was there anything that you did not do in this case?  Did

5    you have time to do everything you normally do in this case?

6    A    Yes.

7    Q    You were asked some questions about what you described

8    as facial wear in your report referring to the mask across

9    the defendant's face in the video.  Would you have been able

10   to tell if the covering had interfered with the acoustics or

11   the voice by listening to the audio?

12   A    That's what came up in the discussions with Dr. Watt

13   (phonetic) and Dr. Fasha (phonetic) is how much.  They were

14   describing it as if the garment is thick enough for you to

15   be able to perceive different audio quality of the speaker.

16   And it is influencing in some sense.

17         What they did find significant difference is what

18   we were talking, I think they call it -- yeah, they call it

19   POA, so place of articulation.  If it's very tight and very

20   thick, it will affect on how you move your articulators, so

21   the lips mostly, of course.

22   Q    And just to be clear, Mr. Stern asked you about

23   watching the video.  Your analysis was based on listening to

24   the audio sample, not watching the video, right?

25   A    Well, I could detect that it was a very thin garment

1    from the recording also, of course.

2    Q    But the phonetic analysis, the acoustic analysis, the

3    automated voice comparison was run on the audio sample?

4    A    Yes.

5    Q    What was your conclusion as to the effect based on

6    those three analyses of the facial wear on the voice on your

7    ability to judge the voice?

8    A    Please repeat the question.

9    Q    What was your conclusion as to the effect that the

10   facial wear had on your ability to assess the materials

11   provided?

12   A    So after that, we concluded that an impostor set using

13   lapel microphone recordings would be sufficient for us to be

14   able to run the test.

15   Q    So in other words, it did not affect your analysis?

16   A    No.

17   Q    You were also asked about cognitive bias.  And I

18   believe you said it's inescapable; everyone has cognitive

19   bias.

20   A    Yes.

21   Q    And you briefly mentioned some methods that are used to

22   counter cognitive bias.  Why does actively looking

23   throughout your analytical process for the support for the

24   alternative hypothesis assist in countering any cognitive

25   bias?

1  A    It is a way to when we discuss it that it's equally

2  important to find -- so the clients are not interested in

3  one or the other thing.  They want some kind of information

4  because they are actually paying for this.  So it means that

5  we have to come up with these two different probabilities,

6  because there are always two probabilities.

7          And I stated and as Mr. Stern also said, you know,

8  we could never assess that the true probability of this

9  being the same voice, that is up to the trier of fact.  So I

10 have never been in a case where forensic speaker comparison

11 has been used on its own.  It's always collaborative

12 evidence weighing these two different probabilities.  And it

13 is the trier of fact that has to use this weighing process

14 so if it's weighing one direction.  But there are other

15 things presented that will also assess to some extent the

16 reliability of the examination that I conduct.

17          Is that to some extent explains?

18 Q    So the client usually has a hypothesis, right?  Their

19 hypothesis is that the speakers are the same, right?

20 A    Normally, yes.  In some cases there are -- there's a

21 suspicion that they are different, absolutely, that happens.

22 Q    In this case, the hypothesis was that the speakers were

23 the same?

24 A    Yes.

25 Q    And it was you that came up and helped the government

1   and SAPO come up with the alternative hypothesis that they

2   would not be the same?

3   A    Yes.  That's what happens in most cases.

4   Q    And throughout your analysis, you were constantly

5   looking for evidence that would support the fact that these

6   speakers were not the same?

7   A    Yes.

8   Q    And is that a method for controlling cognitive bias?

9   A    To some extent, yes.

10  Q    Do you know the defendants names in this case?

11  A    I've seen one of the names now afterwards, yes.  Or

12  maybe in some transcripts I would have to say.

13  Q    Do you know what they're charged with?

14  A    No.  Some kind of terrorism.  I don't know the legal

15  words at all.

16  Q    Before coming to New York, did you know there were

17  three defendants?

18  A    No.  I did not know that.

19  Q    Do you know any other witnesses in this case?

20  A    No.  Well, I probably have spoken to one that I -- who

21  was from the security service in Sweden who was talking

22  about that they were traveling here.  So maybe he is going

23  to testify.  I don't know that, but I'm guessing that.

24  Q    And is it standard practice when you receive material

25  from a client in your case almost always the NFC, for the

1    client to identify in some way the unknown sample?

2    A    Yes.  To diminish the amount of work, of course, and

3    also for us -- for example, I mentioned the extreme example

4    of us being forced to compare female and a male voice, for

5    example, and then to make two hypotheses over that and

6    explain all these comparisons.  It has happened.  But then

7    they will run up with a huge bill and, oh, go back again.

8              So in many cases they will actually reduce the

9    amount of data, for example, oh, that's not interesting and

10   so on, reduce the amount to make it -- the deadline quicker

11   and the work more efficient.

12   Q    So those 350 to 400 cases that you've received, you've

13   also received some information to identify which unknown

14   speaker you're testing?

15   A    The suspicions they have, yes.  And in many cases -- in

16   quite many cases, probably 20 percent, there are other

17   speakers maybe in the same signal and we would have to

18   clarify everything again because they haven't discovered

19   this in some -- when the police officer has listened to

20   things and so on.  There are often misunderstandings.

21   Q    Thank you.  I want to touch very quickly now on why

22   Batvox is a language independent system.

23   A    Okay.

24   Q    You received a number of questions on

25   cross-examination.  Are there any studies that you're aware

1   of that have looked at whether there's any effect of

2   language on automated voice comparison?

3   A    I remember there are several, but I don't remember the

4   exact reference.  But I know that Herman Kunzel, the

5   professor who used to be the head of BKA, and also people

6   connected to Agnitio have done several studies using

7   different kinds of material.

8   Q    And what is the general consensus of these studies as

9   to whether or not language affects the ability of Batvox and

10  automated voice comparison in general to run a study?

11  A    That is language independent.

12  Q    Okay.  And can you explain why voice features are not

13  associated with language and why it is that Batvox is

14  language independent.

15  A    It's also the not finalized thesis I have written.

16  It's very much regarding trying to separate what is behavior

17  that you have acquired at a young age, we're talking about

18  how you speak, so the behavioristical features of how you

19  speak.  And the other more connected to biometrics is the

20  actual features of your voice.  That could be the voice from

21  someone actually just saying "ah" with no information in it

22  and the statistical model of that.

23        So to some extent we're talking about the

24  reflection of the vocal tract in the speech signal or in the

25  recorded audio, yes, and the divide between those two.  So

1    in the automatic sense, you are not interested in or to very

2    little extent because there's something called delta

3    features.  It has some temporal features in it.  But besides

4    that, there's nothing connected to what actually happens in

5    time.  It's all in the statistic model matched together.

6              So if you look at verification again, which is the

7    way you have to make a decision, okay, yes or no or match,

8    no match, in that case, there are systems.  They are usually

9    called text dependent system.  And the one we are talking

10   about is text independent system.  So text dependent system

11   would be dependent on what is being said as well.  And that

12   contains yet another module which is connected to speech

13   recognition.  So what is being said on a different segments

14   are evaluated.  But that's a very long story.  I've taken up

15   very much time in this court.

16   Q    So because Batvox is language independent, it doesn't

17   matter what the language is of the samples making up the

18   reference population or the impostor set; is that correct?

19   A    Yes.

20   Q    And because Batvox is language independent, is this

21   another reason why you perform a phonetic and linguistic

22   analysis on the material you receive to fully understand the

23   hypothesis that you are given?

24   A    Yes.

25   Q    You were asked a number of questions --

LINDH - CROSS - STERN                          297

1          THE COURT:  We're going to take five minutes, five

2     minutes, and then we'll go on.

3               (Continued on the next page.)

1          THE COURT:  All right.  The defendants are

2    present, and counsel.  Mr. Lindh is still on the stand,

3    still under oath.

4          COURTROOM DEPUTY:  Judge, we're missing the

5    Swedish interpreters.

6          THE COURT:  Oh, the most important people.

7          (Pause.)

8          THE COURT:  Swedish interpreters are also present.

9    REDIRECT EXAMINATION (Continued)

10   BY MS. SALICK:

11   Q    Mr. Lindh, on cross-examination, you were asked about

12   your experience with the Swedish -- Somali Swedish

13   community, and Mr. Stern asked you about your friends.

14          Do you have other experience from your forensic

15   work analyzing Somali Swedish speakers?

16   A    Yes.

17   Q    Can you briefly explain what that is?

18   A    Other recordings containing that kind of speech.

19   Q    So in the analyses you provided for the National

20   Forensic Center, you have examined recordings in which

21   Somali -- in which people speak both Somali and Swedish?

22   A    Yes.

23   Q    And based on that, were you able to draw out things

24   that were typical or atypical to those speakers?

25   A    Yes.

J. LINDH - REDIRECT - MS. SALICK                299

1   Q    Turning quickly to error rates and we went over some of

2   this, but is there generally some -- are there calculated

3   error rates for automatic voice comparisons?

4   A    Many, many different.

5   Q    Are there many for Batvox?

6   A    Yes.

7   Q    And is each error rate condition dependent?

8   A    Yes.

9   Q    Meaning that it depends on a variety of conditions that

10  the examination is looking at?

11  A    Yes.

12  Q    Okay.  In forensic examination would it be possible to

13  have a true error rate for every single forensic examination

14  that you run?

15  A    If you -- probably.  And I don't know if we're going to

16  hear Dr. Morrison talk, but he would like probably for us to

17  take the same microphone down to Somali and record a

18  thousand Somalian Swedish speakers at that same place, and

19  then have phone calls recorded from a thousand people;

20  evaluate all the comparisons between similar and different

21  speakers, and then come down with a -- you know, it's cost

22  that we use for lack of --

23  Q    So in that 350 to 400 forensic examinations that you

24  performed, those all contained different conditions, right?

25  A    One can say that every case is unique.

J. LINDH - REDIRECT - MS. SALICK                    300

1    Q    So to calculate an error rate that would be true for

2    each test, you would have to run thousands of tests under

3    that one -- under those conditions?

4    A    Yes.  So every case is different.  You would have a

5    research project for every case, and you would have to right

6    write a book for the report of every case.

7    Q    Have you ever been provided with an error rate for the

8    -- to match specifically each test that you performed?

9    A    That's a difficult to --

10   Q    I'll withdraw it.

11        You were asked a number of questions about your

12   findings with respect to hypothesis number one; comparison

13   of the video and the two audio calls.

14        Did your phonetic findings show support for

15   hypothesis one?

16   A    Yes.

17   Q    For the prosecution hypothesis, the speakers were the

18   same?

19   A    Yes.

20   Q    And did Batvox also determine that there was support

21   for the fact that the speakers were the same?

22   A    Yes.

23   Q    The last question Mr. Stern asked you respecting

24   validity and reliability, I believe you gave an answer that

25   Dr. Morrison would give.  Do you remember that question?

1    A    Yes.

2    Q    Is your answer -- answering as yourself different?

3    A    When it comes to research, we have many things in

4    common, and that's why we have worked together.  But

5    Dr. Morrison does not have casework experience.  And part of

6    that is because it is not possible with his way of dealing

7    with this problem to perform casework.  As I stated, you

8    would have to collect the database, you would have to run

9    evaluations similar to the condition of the case, language,

10   everything followed.  You would have a five-year research

11   project and a book published for each case.

12            Is that an answer to the question?

13   Q    Would it be impossible to do casework under

14   Dr. Morrison's methodology?

15   A    Yes, more or less.

16   Q    You were asked a number of times if we should take your

17   word for it.  Do you remember those questions?

18   A    Yes.

19   Q    Which I believe infers whether there is subjective

20   judgment in forensic science.

21            Are you generally familiar with other forensic

22   science disciplines?

23   A    To a little extent.

24   Q    Is there subjective judgment in DNA analysis?

25   A    To some extent.

1        MS. KELLMAN:  Objection.  Is he an expert in DNA,

2    Judge?

3        THE COURT:  Well, he can answer the question if he

4    can answer it.

5        THE WITNESS:  To the extent that in DNA matching

6    we would have to calculate random match probability, right?

7    And you would have to have a data set to calculate that

8    random match probability; and that is based on some database

9    and who selects that database.  That's, to some extent,

10   subjective, okay?

11       And the same thing goes for fingerprinting.  You

12   have someone visually comparing and somehow assessing how

13   typical certain fingerprints are visually, okay?

14   Q    And you also willingly admitted that there was

15   subjective judgment in how you weigh the scores between the

16   three methods that you use in your forensic examination?

17   A    Yeah, depending on the judge to be called here there is

18   similarities and differences, yes.  I don't know if you can

19   call it objective judgments or what is that, then you have

20   to define that.

21       And then does a doctor do objective judgments

22   looking at tests.  And you know there are some false

23   acceptance and false rejections from many medical tests.

24   And a doctor will talk to the patient and then he will

25   assess different other health factors, and then decide on

1   whether it's likely that he has the disease or not, right?

2          That's an objective judgment.  The Court has to do

3   decisions all the time, trier of fact, yeah.

4   Q    Mr. Lindh, what is your subjective judgment based on?

5   A    What we have been talking about, all the similarities

6   and differences found throughout the whole examination.

7   Q    Is it also based on your ten years plus of working in

8   forensic examination?

9   A    Based on all my experience, I would say everything.

10  But absolutely, of course, most relevant is the experience,

11  the professional experience on how.  And also maybe 20 years

12  or so linguistic and phonetic analyses, collecting

13  databases, listening closely to different speakers and

14  different features and being aware of channel differences

15  listening to it and performance of different automatic

16  systems under definition.

17  Q    And are these subjective judgments been the ones you've

18  testified to in court before?

19  A    Yes.

20  Q    And are these subjective judgments the ones that have

21  been accepted by the National Forensic Center?

22  A    Yes.

23  Q    In over 400 cases, 350?

24  A    Not all of them are from the NFC, but, yes.

25          MS. SALICK:  I have no further questions.

1           THE COURT:  Any recross?

2           MR. STERN:  Yes.

3    RECROSS-EXAMINATION

4    BY MR. STERN:

5    Q    How many of your 350 to 400 cases involve Swedish

6    Somali people?

7    A    Oh, maybe ten cases.

8    Q    And in those cases, did you do all the things you

9    talked about doing here?

10   A    Yes.

11   Q    And did you hear "inshallah" used in those cases?

12   A    I don't know.  I can't remember that.

13   Q    Did you hear nanana used in those cases?

14   A    It's impossible to remember all of that, of course.  I

15   have to go back and look on each and every analysis.

16   Q    So the specific things that you learned in those cases

17   don't inform what you did in this case, because you don't

18   remember them, right?

19   A    No.  To some extent, what I do remember --

20   Q    What do you remember?

21   A    Different ways they -- one thing that is common, if we

22   are talking about that population in general are the

23   different fillers, for example, are done in different ways.

24   Q    That's typicality, right?

25   A    Yeah, those are features that are commonly used and

1   they are used in different ways.  That's an example.

2   Q    And those wouldn't really tell you anything about who

3   it was, since they're quite typical in that population?

4   A    How they are percussed can be informative.

5   Q    Is there a case where that's what you used?

6   A    Yes.

7   Q    Tell me about that?

8   A    This case fillers and like that.

9   Q    Was this informed by another case where you used that

10  type of thing?

11  A    What I remember what I heard, these kinds of these

12  fillers, yes.

13  Q    Okay.  If you heard those kinds of fillers from other

14  Swedish Somalis, they're not atypical; is that fair to say?

15  A    Okay.  So you have to --

16  Q    Is that fair to say?  Those fillers standing alone are

17  not atypical?

18  A    It's not clear from your question that they actually

19  exist.  It's not atypical how they are pronounced, as I

20  explained earlier, that could be atypical.

21  Q    That's all I'm asking.

22  A    Is that an explanation?

23  Q    I'm sorry.  Go ahead.

24  A    No.  No.  You understand what I'm --

25  Q    I think so.

1          Did Mr. Yusuf, for example, MY, pronounce it in

2     some atypical way?

3     A    Yes.

4     Q    What is that?

5     A    It's some of the examples are specified in the report,

6     like, the "E" sound.

7     Q    The things that were in the report "inshallah",

8     "nanana", "brorsan", so it's the way you say it, right?

9     A    Yes.  Yes.

10    Q    So tell me what's the difference between how he

11    pronounces it and the way that typical Swedish Somali

12    pronounces it?

13    A    I can't imitate all different speakers, can I?

14    Q    I don't know.

15    A    No, I can't.

16    Q    Now, you said I think that cognitive bias is

17    inescapable when you were asked; is that right?

18    A    Yes.

19    Q    But it's not inescapable, is it?

20    A    What do you mean?

21    Q    Well, I mean, they can have people do the same test not

22    knowing anything about what the other person is doing?

23    That's one way to try to avoid it, right?

24    A    Oh, you mean blind testing?

25    Q    Yeah.

J. LINDH - RECROSS - MR. STERN                307

1   A    That's one way of doing the test.

2   Q    They could also have given you all the intercepts that

3   were from, let's say, the Swedish intercepts, let's limit

4   ourselves to that, since that's what you had in the first

5   examination, and the videotape, and not have told you who

6   any of them were and said, did of any the people on these

7   phone calls, is that the same as the person on the

8   videotape?  They could have done it that way, right?

9   A    If the deadline was put somewhere next year, yes.

10  Q    But that would have avoided this kind of bias, wouldn't

11  it?

12  A    To some extent, yes.

13  Q    So it's possible to avoid cognitive bias, right?

14  A    There are some measures that you can take, yes.

15  Q    And you said one way you avoid cognitive bias is by

16  actively looking for alternatives that --

17  A    Differences.

18  Q    Lack of alternative hypotheses, right, or stuff in

19  support of alternative hypotheses?

20  A    Yes.

21  Q    But that search itself can be affected by cognitive

22  bias, right?

23  A    Oh, yes.

24  Q    I mean, that's specifically what cognitive means.  It

25  means you might ignore things that support the alternative

1   hypothesis, because of your -- not conscious, but

2   unconscious belief?

3   A    Oh, I see what you're asking.  I think it's perfectly

4   clear what you're getting at, yes.

5   Q    Not just clear, it's true, isn't it?

6   A    Yes.  Yes.  Yes.

7   Q    Okay.  Now, you talked a lot about doing testing with

8   first not the imposter set, and then with the imposter set,

9   right?

10   A    Yes.

11   Q    And you talked about testing with -- I think it's Alize

12   and with Batvox, right?

13   A    Yes.

14   Q    Did you ever do a test that came out to a number on the

15   scale of higher than two?

16   A    Now, you're referring to the likely ratio span

17   connected to the probability scale.

18   Q    Well, the ordinal scale you're directed to use.

19   A    I understand what you mean, yes.

20   Q    You did?

21   A    No, I did not reach any other span than plus two.

22   Q    So whether you used the imposter set or not, or whether

23   you used Alize or Batvox, the numbers still came out on the

24   scale as a two, right?

25   A    The exact number, yes.

PROCEEDINGS                          309

1          MR. STERN:  Okay.  Thank you.

2          MS. SALICK:  Nothing further.

3          THE COURT:  You may step down.

4          THE WITNESS:  Thank you.  Sorry again for taking

5    so much of your time.

6          THE COURT:  No, please, don't apologize.  We're

7    going to take lunch.

8          MR. ARIAIL:  Your Honor, if I may say one quick

9    thing, just for purposes of the record, because Mr. Lindh is

10   obviously leaving right now, I just want to make sure it's

11   clear on the record if down the road we are litigating this,

12   that Ms. Kellman was provided an opportunity to

13   cross-examine Mr. Lindh and affirmatively decided not to

14   cross-examine him during this Daubert hearing.

15         THE COURT:  Well, I think that's clear from the

16   record.

17         MS. KELLMAN:  I want to be clear that it's not an

18   opportunity if you don't have the proper notice and you

19   can't properly prepare.

20         THE COURT:  Well, as far as I'm concerned, based

21   upon what I reviewed, you had proper notice.

22         You say you filed a motion.  I haven't seen any

23   motion that you filed.

24         MS. KELLMAN:  I filed it at 8:00 this morning,

25   Judge.

PROCEEDINGS                          310

1          THE COURT:  Well, you know, I did not -- I didn't

2  see it.

3          MS. KELLMAN:  I asked you earlier if you had seen

4  it.

5          THE COURT:  I'm not prepared to rule on it.

6          MR. ARIAIL:  And, your Honor, just to be clear,

7  it's a motion to reconsider your prior decision finding

8  of --

9          THE COURT:  I'm not prepared to rule on it, I

10  haven't seen it.

11          MR. ARIAIL:  Understood.

12          THE COURT:  All right.  We're going to take lunch.

13  3:00.

14          Is that enough time for the marshals, 3:00?

15          MARSHAL:  Yes.

16          THE COURT:  Okay.

17          (Proceedings recessed and recalled.)

18          (Time noted:  2:20 p.m.)

19          (Continued on the next page.)

20

21

22

23

24

25

PROCEEDINGS                              311

1              **AFTERNOON SESSION**

2              (Honorable Sandra L. Townes takes the bench.)

3              THE COURT:  All right.  All of the defendants are

4      present, and counsel.  Well, let me ask the government, do

5      you have anything else at this time?

6              MR. ARIAIL:  Your Honor, we do have another

7      witness; although in terms of scheduling, I believe

8      Dr. Wayman is not going to be available tomorrow.  Our

9      witness is here and would be available tomorrow, and it

10     would be make sense to have Dr. Wayman.

11             THE COURT:  Well, you said he was a rebuttal

12     witness anyway.

13             MR. STERN:  That's right.  We're prepared to do

14     that, but just that Dr. Wayman has to finish today.  We're

15     going to go as quickly as we can, but he has a flight

16     tonight to Denver.

17             THE COURT:  Okay.  We'll have Dr. Wayman come up.

18

19     **JAMES LEWIS WAYMAN**, called by the Defendant, having been

20     first duly sworn, was examined and testified as follows:

21

22             COURTROOM DEPUTY:  Please state your name and

23     spell it for the record.

24             THE WITNESS:  My name is James Lewis, L-e-w-i-s,

25     Wayman, W-a-y-m-a-n.

J. WAYMAN - DIRECT - MR. STERN                312

1   DIRECT EXAMINATION

2   BY MR. STERN:

3   Q    Good afternoon Dr. Wayman.

4   A    Good afternoon.

5   Q    Dr. Wayman, could you tell me about your educational

6   background?

7   A    Yes.  I received a PhD degree in engineering in 1980

8   from the University of California Santa Barbara.  My

9   dissertation was in the area of architecture acoustics, that

10  is how sound fields behave in rooms.

11          And I realized very early on that there was

12  limited employment opportunities in architectural acoustics,

13  so I moved over the last few years of my PhD project into

14  the field of mathematics and I obtained my first job out of

15  the university as a professor of mathematics for the US Navy

16  at the US Naval Post Graduate School where I taught courses

17  in probability, statistics, linear algebra, calculus, and

18  even a course on orbitology, orbital mechanics to graduate

19  students.

20  Q    If you move a time bit back from the mic, I think it

21  will stop that --

22          THE COURT:  And talk a little slower.

23          THE WITNESS:  All right.

24          THE COURT:  You said you studied -- the last thing

25  you said orbitology?

J. WAYMAN - DIRECT - MR. STERN                313

1          THE WITNESS:  Orbital mechanics.  I taught a

2     course in orbital mechanics in addition to the statistics

3     and the probability courses I was teaching.

4          THE COURT:  All right.

5     BY MR. STERN:

6     Q    And have you had any publications during your career?

7     A    Yes.  I'm a little confused on that.  Earlier we cited

8     peer reviewed abstracts and conference presentations.  There

9     is a draft memo circulating from the Department of Justice

10    National Commission on Forensic Science that says we only

11    should be citing peer-reviewed journal publications, and

12    journals available online.

13         So I don't know whether I should cite for you all

14    of these things or just the 34 publications that I've had in

15    peer-reviewed journals that are online and available as per

16    the recommendation of the National Commission on Forensic

17    Science.

18    Q    Well, without telling me what all they were, how many

19    of the other types of things that you just described do you

20    have?

21    A    If I put everything together, it would be around 100.

22    But I would never think of telling you that I had a peer

23    reviewed abstracts published, that's not something that I

24    do.

25    Q    What is peer review?

1  A    That's a real good question, because it's not

2  straightforward.  In the case of a journal article -- and I

3  should add that I review for journals and I review for

4  conferences.  A journal article must be reviewed by at least

5  three people recommended by the editor as knowledgeable in

6  the subject of paper.

7          And there are extensive formats that the editor

8  must comply with.  Reviewing a document for a journal takes

9  a full day.  And then the editor puts the three reviews

10  together and makes a recommendation.  A general

11  recommendation is rewrite your article and send it back for

12  another review.  It is probably usual that there would be

13  three reviews for a journal article before it goes to

14  publication.

15          After each review, the author must change the

16  article to respond to criticisms from the reviewers.  But

17  that's for full journal publications.

18          For conference publications, it's much easier.  I

19  review for conferences as well, and the reviewer is asked to

20  make a few comments to the author, and then to indicate

21  whether it would be an interesting paper to see at the

22  conference.

23          If you give an invited paper to a conference, I

24  don't believe there is any review at all.  I think if they

25  invite you to give a paper, I think you give the paper.  I

1   don't think they go through a review process.

2   Q    So the kind of peer review you are talking about with

3   three reviewers and revisions and all of that, how many

4   publications do you have like that?

5   A    I believe the number is 34.  I believe that's the

6   number.

7   Q    Without telling me every one; generally, what subjects

8   have you written on?

9   A    My primary area and what I'm going to call biometrics.

10  And I mean by that automated human recognition systems.  The

11  term biometrics being very controversial and being used in a

12  lot of different ways.  For me, it means automated human

13  recognition.

14          I concentrated solely on that area.  And in the

15  last 15 or 20 years, most of the publications have concerned

16  tests or testing of automated human recognition systems and

17  establishing error rates and uncertainty in the error rates

18  for those systems.

19  Q    Tell me about your work experience, if you would.

20  A    So I was professor of mathematics for five years at the

21  US Naval Post Graduate School.  And during that time all

22  faculty members were encouraged to consult one day a week

23  for industry.  I began consulting with Ford Aerospace on

24  speaker requisition algorithm development.

25  Q    What is an algorithm?

J. WAYMAN - DIRECT - MR. STERN                316

1    A    An algorithm is a set of instructions for a computer.

2    It's usually expressed by saying, let's take a look at the

3    recipe for baking a cake, you know.  It tells you to take

4    one cup of flour and a half cup of sugar, and then to go

5    through a series of processes to do that.

6              Any time you want a computer to complete a task,

7    you must give it specific instructions as to precisely what

8    you want it to do.  So my job was to give the computer

9    specific line-by-line instructions as to what number should

10   be added, subtracted, multiplied, divided, bit reversed, so

11   that we could figure out who was speaking from a list of

12   possible speakers.

13   Q    Okay.  And I interrupted when you were talking about

14   your work experience, so go ahead.

15   A    Okay.  So in '86 I left to work for Ford Aerospace

16   full-time, and I continued the development of speaker

17   recognition algorithms for the US Department of Defense in

18   the early 90's.  And this was a very important event that

19   happened.

20             I delivered to the Defense Department a speaker

21   recognition algorithm and they said to me --

22             THE COURT:  Doctor, wait.

23             THE WITNESS:  I'm sorry.

24             THE COURT:  You know, this slips off your tongue

25   very easily, but my court reporter has to follow this, so

1  I'm going to have to take many breaks with you if you don't

2  slow down.

3           THE WITNESS:  I apologize to the court reporter

4  and I apologize to the Court.  I'm sorry.  I really am.

5           THE COURT:  I'm sorry.  Continue.

6           THE WITNESS:  So I'll continue.

7  BY MR. STERN:

8  Q    Dr. Wayman, every time I go like this, it means slow

9  down.

10 A    I'm sorry.  I apologize.

11          The Defense Department said to me, now test your

12 algorithm and tell us how well it works.  And I realized I

13 didn't know what to do, because I could test the algorithm

14 in such a way that the results would be very, very good or

15 very, very bad.

16          I wanted to do the right and the moral thing, but

17 what is the right thing?  It was my algorithm.  I knew how

18 to make it work or not work, and there were no standards or

19 processes or procedures or guidelines.

20          So I became involved in the issue of biometric

21 system testing, and to try to understand how these systems

22 ought to be tested.  And in the creation of testing

23 standards, not for forensic systems, but for access

24 controlled systems and systems that might have secondary

25 forensic applications, such as large-scale, automated

J. WAYMAN - DIRECT - MR. STERN                318

1   fingerprint identification systems.

2            So my publications have been in testing

3   fingerprint systems, in establishing standards for the

4   testing of any type of biometric system, and for

5   understanding the uncertainty in the measurements thereof.

6            I should add that for 15 years currently, and for

7   the last 15 years, I've been under contract to the British

8   Government as well as the US Government in this field of

9   automated human recognition technology.

10  Q    Have you done work with any US Government agencies?

11  A    Yes, I've done work with many US Government agencies.

12  Q    Such as?

13  A    Such as the FBI, for example.  Such as the US

14  Department of Defense.  Such as the Department of Commerce,

15  that would be NIST, National Institute of Standards and

16  Technology.  I worked for the Department of Homeland

17  Security.  I worked for the Department of Agriculture.

18            I can't think of them all.  I've done some work

19  with the Department of State, I'm not sure they ever hired

20  me though.

21  Q    Have you done any teaching to US Government law

22  enforcement agencies?

23  A    Yes.  So I have a week-long course that I teach.  I'm

24  teaching -- well, I'm teaching one day of it in two weeks.

25  The last installment I think was in November at the FBI's

1    fingerprint facility in Clarksburg, West Virginia.  I taught

2    a week there.  I've taught several times for -- that

3    week-long course several times for the FBI, as well as for

4    other US government agencies.

5    Q    Are you a member of any committees that are part of

6    your scientific work?

7    A    Yes, I'm a member of a number of committees.  One

8    committee of great interest, I think, should be the speaker

9    recognition subcommittee chaired by Dr. Hirotaka Nakasone of

10   the Organization of Scientific Area Committees established

11   by the Department of Justice, and NIST, which is the

12   Department of Commerce.

13   Q    And tell me what that committee is about?

14   A    So I have to give a bit of a historical background.

15   There was a very influential report by the National Academy

16   of Sciences in 2009 called, "Strengthening Forensic Science

17   in the United States."  The thrust of that report was that

18   forensic science was too loosey-goosey.  It was too -- I

19   like the word ipsy-dipsy and that it needed to be

20   strengthened and the response of the Department of Justice

21   was --

22   Q    Slow down.  It needed to be strengthened in what way?

23   A    It was the feeling of the National Academy of Science

24   committee members is that there wasn't enough science in

25   forensic science, that there was too much, well, it's my

1   idea that, or too much -- they called it -- they called it

2   craft and guild behavior in the report.  Not enough peer

3   review.  Too much reliance on past traditions.  Not enough

4   testing.  Too few standards.  Too few formal procedures.

5            And the Department of Justice responded to that in

6   a number of ways; they established the National Commission

7   on Forensic Science, and they also established this

8   organization of scientific area committees, one or in some

9   cases more committees for each of what they considered major

10  areas of forensic science, such as DNA, there is two

11  committees; fingerprint analysis, tire mark, blood spatter,

12  facial recognition; and ultimately, speaker recognition.

13  Q    Are you, yourself, a forensic scientist?

14  A    I don't know how to respond to that.  Perhaps if the

15  word "forensic" means pertaining to the courts of law, yes.

16  I've been involved in several scientific activities that

17  directly involve courts of law.  I don't do field work.  I

18  -- meaning, I don't do voice examination.  I generally don't

19  do forensic examinations.

20  Q    Have you kept up with the literature in the area of

21  forensic examination of your specific area in general?

22  A    Yes, that's what I do.  Let me respond to say there are

23  some reasons that I don't do forensic speaker recognition.

24  It's not that I'm potentially not qualified; in fact, one of

25  our problems now is that there are no specific

1   qualifications required to call yourself a forensic speaker

2   recognition examiner.  So I certainly could claim that I'm

3   qualified.  But the problem is number one, I don't work for

4   an accredited laboratory.  And number two, there are no

5   standards, processes or procedures in place such that I

6   think I would have to argue against the admissibility of my

7   own evidence, if I was going to be really honest.

8           I don't think I'm capable of producing evidence

9   that I myself would accept as forensically valid.

10  Q    Did you have any relationship with the National Academy

11  of Science?

12  A    Yes.  Let me speak on that.  I've been involved in two

13  committees and one panel.  The first committee was called --

14  in 2000 to 2002, it was called, "Authentication Technologies

15  and Their Implications For Privacy."  I was the biometrics

16  experts on that committee.

17          And then in 2006, and this committee ran I think

18  for almost six years, from 2006 to 2012, simultaneously to

19  the National Academy's Report on Forensic Science, I was on

20  a committee called Whither Biometrics, where we looked at

21  automated human recognition technologies in general.  And

22  what we thought their challenge -- we called it challenges

23  and opportunities.

24          And then perhaps maybe even more interesting and

25  relevant to this particular trial, I served for two sessions

1  on the National Academy of Science Panel on Information

2  Technology, and let me explain that.

3          Every two years Congress has mandated that a

4  review be done of the National Institute of Standards and

5  Technology.  I was for two, two-year periods on that panel.

6  And it was my responsibility to review the work of the

7  information access division within NIST.  That's the

8  division that does all the biometric testing, including all

9  the speaker recognition testing.  I chaired that subpanel

10 the last time I was on the committee, which must have been

11 2011, I think.

12          Now, subsequent to that, I'm still answering your

13 same question.

14 Q    Good.

15 A    My relationship to NIST.  After -- and I emphasize

16 after, there is no conflict of interest here -- after I list

17 the National Academy of Science panel, I went to work for

18 NIST as the only technical assessor for the accreditations

19 of biometric laboratories.

20          The reason I have to leave here tonight is

21 tomorrow we're reaccrediting a laboratory in Denver to do

22 testing of biometric systems.  And this laboratory has

23 planned this reaccreditation for a year.

24 Q    But first tell me what it means to be an accredited?

25 A    To be accredited?

1  Q    Yes.

2  A    So there are many laboratory accreditation bodies in

3  the world, but they all follow an ISO, I-S-O, which means

4  International Organization For Standards, standard called

5  17025.  I have a copy of the standard here in front of me.

6  I think it's publicly available.

7            All accredited laboratories in the world, I think

8  that's fair to say, are credited to this standard,

9  regardless of who the accrediting body is.  So NIST, N-I-S-T

10  is an accrediting body.  They can accredit laboratories

11  through the National Voluntary Laboratory Assessment

12  program.  They can accredit laboratories internationally.

13  In fact, we accredited a German laboratory about four years

14  ago to do biometric testing.

15  Q    And tell me something, why is accreditation important?

16  A    Well, I'm not going to take the time to read to you

17  from this report from the National Academy of Science

18  saying, "Strengthening Forensic Science in the United

19  States, a Path Forward," but they mention it in the report

20  as one of the recommendations.  And maybe I will read from

21  the National Academies as to why accrediting a forensic

22  laboratory is important.

23  Q    Tell us exactly what you're reading from and the page

24  number, if you would?

25  A    I'm reading from page 215 of document number 228091.

1          MS. SALICK:  Do we have it?

2          MR. STERN:  No, you don't have this.

3          THE WITNESS:  This is available online.

4          MR. STERN:  This is my fault.

5          THE WITNESS:  I can paraphrase what it says.

6          MR. STERN:  Why don't you do that.  You guys are

7    right.

8    BY MR. STERN:

9    Q    Go ahead.  Just paraphrase what it says for me and tell

10   me the source of the information.

11   A    Okay.  The source of my information is the report from

12   2009 from the National Academies of Science.  And it says,

13   that the accreditation of forensic laboratory should be

14   mandatory.  If we're going to raise the level of forensic

15   science in the United States, we can't do it in somebody's

16   backyard, we have to have accreditation to ISO 17025

17   standards or we're never going to get anyplace.

18   Q    Why?  What difference does it make?

19   A    It makes a big difference.  So let's talk about what

20   accreditation entails.  To become accredited you must show

21   that you have processes and procedures in place in writing,

22   and that you are following those processes and procedures.

23   Q    What are the processes and procedures?

24   A    And I don't mean by this simply formats and frameworks.

25   Specific, we'll call them algorithms, for how you will test

1   a device, a process, test whatever it is that you test.  It

2   will specify exactly how data is to be treated, what exams

3   are to be done on the data, how those exams are to be

4   evaluated, what numbers are to be applied to the evaluation

5   of those exams.  You will have a method in place for

6   tracking all documents, such that we won't have any document

7   confusion.  For instance, two documents with the same

8   document number, but in different versions will never be

9   released by this laboratory.  There will be quality

10  controlled mechanisms in place, such that all reports are

11  reviewed before release by the lab.  There will be a

12  periodic review of the laboratory processes to see that they

13  are following their own written procedures.  There would be

14  a person named as the quality manager; and perhaps, very

15  importantly in 17027, it says that reports from the lab must

16  come with estimates of uncertainty in the results.

17  Q    And how does all of that, that you just described,

18  improve the state of the science?

19  A    One of the foundations of science, I believe, is

20  repeatability and reproducibility.  Repeatability means if I

21  conduct the same test on the same data, I should get the

22  same results.  Reproducibility means if you conduct a test

23  using my data, you should be able to get the same results.

24        The only way we can have reproducibility and

25  repeatability, which is what we need in science, is to have

1   some control over our processes, procedures, so that a

2   person knows exactly what you've done and can repeat those

3   processes, that algorithm, to arrive at approximately the

4   same conclusions.

5   Q    All right.  Now, I want to talk to you some

6   specifically about speaker recognition.

7        Is there a single way of treating speaker

8   recognition that's recognized worldwide?

9   A    No.  Prior to this hearing I thought there were three

10  competing methods.  Now after this hearing, I believe there

11  are four competing methods.

12       The differences in the methods are very, very

13  significant, but they're a little bit hard to describe.  And

14  I've watched the hearing the last two days and I thought

15  Mr. Lindh was brilliant.  He was very careful about the way

16  he described his findings and his Bayesian methodology.  But

17  I find myself tripping over the words, and I found some of

18  the lawyers tripping over the words, it's subtle.

19       So the point is there are four methods.  One is

20  the Bayesian method, and this method is promoted in Europe

21  mainline Europe.  I can discuss it at length, if you wish.

22  It's subtle.  And I think what I've learned in the last

23  couple of days is it's really not attainable.  It's not

24  realizable.  I have lots of specific objections to the

25  Bayesian method.  What I heard Mr. Lindh say, I wasn't fully

1   Bayesian, and I sympathize and empathize with that.  I don't

2   think the Bayesian method is implementable.

3           So Mr. Lindh had a modified Bayesian method, he

4   called it impressionistic.  He did not give likelihood

5   ratios specifically to his results.  He combined them in

6   some way with a Bayesian method from the speaker

7   recognition.  So I would say this impressionistic approach

8   would be number two.

9   Q    Let me stop you for a minute.  Are there people or

10  countries you're specifically aware of who are proponents

11  for the Bayesian technique or the Bayesian method?

12  A    Well, we both mention our friend DJ Muley.  And DJ is

13  at the Netherlands Forensic Institute.  He worked for a good

14  deal of time and maybe even got his PhD from the University

15  of Lausanne and Kristof Chapo (phonetic).  Lausanne does the

16  work for Switzerland.  The Netherlands Forensic Institute

17  does the work for Netherlands.  I don't know if they have a

18  national policy, but it's the policy of both of those

19  forensic institutes to support the Bayesian approach.

20          What we heard today is it's a policy of Sweden to

21  support a modified Bayesian approach, because of the lack of

22  realism, I think, the inability to really do a Bayesian

23  analysis.

24          I hear in the United States we're going to hear or

25  what I would rather say that I have reviewed the standard

1    operating procedures from the FBI laboratory on speaker

2    recognition.  I think it is a different approach entirely.

3    They use one in which they -- their results come out as what

4    we call posterior statements.  This is not only a difference

5    in reporting, it's an entirely different approach.  They

6    will say the two samples matched, the two samples did not

7    match and there may be some intermediate levels of partial

8    or possible match, I don't quite remember right now.

9            And there is a fourth approach that needs to be

10   brought out.  Right now I'm a proponent of the fourth

11   approach, but it may be because I'm a bit naive.  I've never

12   seen the fourth approach actually used in court.  And this

13   approach was mentioned by Mr. Lindh, it's the British

14   approach.  23 of 24 British researchers in speaker

15   recognition science signed a position statement saying we

16   don't like Bayesian approach, we don't like this hard match,

17   no match approach, we don't understand intermediate

18   approaches, we want something completely different.

19           And the British approach makes a lot of sense to

20   me, but maybe that's only because I haven't seen it

21   implemented.  In the British approach we give a quantitative

22   number.  You can maybe make it a negative four to positive

23   four of the similarity of two samples.  And we give another

24   quantitative number, maybe from negative four to positive

25   four, on the typicality of those similarities.

1           That seems, to me, a very reasonable approach

2    going forward, but I haven't seen it yet implemented.

3           So to answer your question directly, there are at

4    least four completely different approaches; not only to

5    report it, but to analysis.

6           It's not clear that those four approaches, if done

7    in parallel, would have arrived at the same results.  That's

8    never been done.

9           I think I'm a proponent of the British approach,

10   but that may only be because I haven't seen it implemented

11   in a court of law, but I'm keeping an open mind.

12   Q    So would it be fair to say that there is no consensus

13   in the community of people involved with this kind of

14   research as to what way it should be done?

15   A    I would say that's not only fair to say that, I would

16   say it's fair to say these arguments become quite heated;

17   particularly, in the academic literature.  Yes, there is no

18   consensus and, in fact, there is active disagreement in this

19   area.

20   Q    Now, is there any difference between one country or

21   another, one group or another, on whether or not it's

22   appropriate to testify in court about your conclusions?

23   A    Yes, absolutely, I believe so.  There have been a

24   number of cases in Europe where there have been -- there is

25   testimony in court relating to speaker recognition.

J. WAYMAN - DIRECT - MR. STERN                330

1          There was a very important case in the UK about

2     four years ago that excluded the use of likelihood ratio

3     testimony in British courts of law.  I believe that British

4     courts of law do accept testimony on speaker recognition,

5     but I don't believe they will accept it now in likelihood

6     ratio terms.

7          And it's my understanding in the United States

8     that it is not generally accepted.  My last court

9     appearance, as you know, was in the Zimmerman trial, and it

10    was determined in that trial that that evidence presented;

11    although not comparable to the evidence being presented

12    here, was not admissible.

13    Q    And I take it that your a colleague of Dr. Nakasone's?

14    A    Not only a colleague, I'm a very close, personal

15    friend.  I consider him a brilliant and wonderful man.

16    Q    Do you know from either professional or social

17    functions with him whether or not the FBI is allowed to

18    testify about these forensic conclusions at trials?

19    A    I know the answer, but not from my social involvement.

20    I know it from reading the standard operating procedure of

21    the FBI.  And I know from that standard operating procedure

22    it is in writing that the FBI does not testify to voice

23    comparisons in Courts of law in the United States.

24    Q    Why is that?

25    A    I think you're going to have to ask Dr. Nakasone.  I

J. WAYMAN - DIRECT - MR. STERN                  331

1    can speculate.

2    Q    Don't speculate.

3    A    Okay.

4    Q    Now, you heard some discussion with Dr. Lindh of

5    cognitive bias, do you recall that?

6    A    Yes, sir, very well.

7    Q    And tell me your definition of cognitive bias?

8    A    Cognitive bias are these subliminal subconscious clues

9    that cause us to very subtly modify our behavior.

10            Cognitive bias is not something that you can blame

11   someone for.  We all have these things.  If we did not, and

12   we're not subject to cognitive bias, advertising would not

13   work.  When I see in advertisement that shows a healthy,

14   strong male wearing a particular coat, I'm not stupid enough

15   to go out and buy the coat.  But when I see the coat on the

16   shelf I get good feelings.  I connect it with strength and

17   masculinity so I decide to buy the coat.

18            Cognitive bias is that subliminal messages that I

19   get that, you know, this is what I want to do.  I really

20   want to do this.  And it's been the subject of -- it's the

21   subject of extensive talk in the Strengthening Forensic

22   Science in the United States report by the National Academy

23   of Science.  And it's also been a major area of academic

24   research for now the last ten years; particularly, cognitive

25   bias in the field of forensic science.

J. WAYMAN - DIRECT - MR. STERN            332

1   Q    Are you aware of ways in which cognitive bias can be

2   either avoided or lessened?

3   A    I'm going to use the term "mitigated".  I can never

4   avoid cognitives, but you can mitigate things so that my

5   cognitive biases are not allowed to come out.

6         For instance, in the FBI's standard operating

7   procedure for forensic speaker recognition, they have two

8   different examiners look at the evidence.  The examiners do

9   not work together.  They do not compare notes.  And further,

10  they try to protect the examiners from too much knowledge of

11  the case.  And then when both examiners have independently

12  reached their conclusions, the conclusions are compared to

13  see if there is consensus.

14        I'm not sure what happens if there is lack of

15  consensus, you'll have to direct those questions to

16  Dr. Nakasone.

17  Q    Do you know if that same practice is followed in

18  Europe?

19  A    I don't know.

20  Q    Now, when someone is evaluating speech, is it enough

21  that there are similarities between the speech to assume

22  that it comes from the same person.

23  A    One of the papers that was quoted extensively, I'm

24  sorry, one of the authors that was quoted extensively by

25  Mr. Lindh was Phil Rose.  Now, I think to be fair to

1  everybody, I don't think he referenced this specific Phil

2  Rose paper Technical and Forensic Speaker Recognition,

3  Evaluation Types and Testing of Evidence.  It's a paper from

4  2006.

5  Q    Go ahead.

6  A    So if I'm allowed --

7        MR. STERN:  One second.  I'm sorry.

8  A    He's talking in this paper about the likelihood ratio

9  approaches to speaker recognition.  The numerator quantifies

10  the degree of similarity between the offender and suspect

11  samples, and its denominator quantifies the degree of

12  typicality of the offender and suspect samples in the

13  relevant population.

14        I'll skip down here a few sentences.

15        "Base zero makes it clear that both these factors

16  are needed to evaluate identification evidence:  It is a

17  very common fallacy to ignore both base rate and typicality

18  and assume that similarity is enough:  That if two speech

19  samples are similar, that indicates common origin."

20        So the err is assuming that one can simply look at

21  similarity or dissimilarity, and make an estimation as to

22  whether speech came from the same person.

23  Q    Now, you heard Mr. Lindh talking about the fact that

24  some of these biometric systems are not text dependent.  Do

25  you recall that?

J. WAYMAN - DIRECT - MR. STERN                    334

1   A    Oh, yes.  Not text dependent, correct.

2   Q    And have you any information that either supports or

3   does not support that position?

4   A    Let me make sure I'm clear in the question.

5        There are two types of biometric -- of speaker

6   recognition systems; those that are text independent and

7   those that are text dependent.  Text dependent systems

8   require a specific password.

9        The speaker recognition system I developed for the

10  US Department of Defense was a speech dependant system.  You

11  enrolled giving your password.  For instance, you would say

12  "my voice is my password."  That's a text dependent system.

13       A text independent system is the type of system

14  that NIST is interested in.  And there, there is no

15  requirement for any specific phrase to be said, you simply

16  lower my voice as you would now, as I talk.  And when I come

17  back tomorrow, I don't have to say the same words, I can say

18  any words at all, and you will recognize me.

19       Of course text independent systems are much more

20  fragile.

21  Q    What does that mean when you say they're fragile?

22  A    That was a term that Mr. Lindh used.  It means that

23  they can easily go wrong when things start -- bad start

24  happening, like channel mismatch, for instance.  And also, I

25  want to caution that many of the test results that were

1    presented or have been discussed today were for text

2    dependent systems.  And it's important to recognize that

3    equal error rates for text dependent systems are not the

4    same as equal error rates for text independent.

5    Q    Which were text dependent and which were text

6    independent?

7    A    You know, I haven't been through them all.  I received

8    last night a second copy, and you did send it to me earlier.

9    I apologize, I should have said that.  I received in the

10   past a copy of the Round Seven report from the IPG.  I have

11   previously seen this, but I didn't read it.  The IPG

12   generally does text dependent testing.  I don't know if

13   Round Seven on Batvox was dependent or independent.  Their

14   history is on text dependent, I would have to read that.

15   Any NIST test would be text independent.

16   Q    Are you aware of any testing done by NIST or anyone

17   else on whether or not text independent systems are truly

18   text independent?

19   A    Yeah.  Yes.  I guess I'm a little bit confused by the

20   question.  So, yes, text independent systems are truly text

21   independent.

22          But if I could insert something at this point:  I

23   heard several times here in the last couple of days that

24   NIST has tested Batvox.  That's entirely correct.  NIST is

25   not authorized to test commercial software systems, they do

1    not test commercial software systems.  And further, those

2    tests -- the vendor is allowed to release their own tests,

3    but they're not allowed to make any comparative claims.

4    Meaning, any claim that Batvox was number two on a NIST test

5    is first wrong.  And secondly, it violates NIST policy.

6              Now what I heard this morning was a change in

7    terminology, and I heard the word Batvox core technology, or

8    something.

9              It's absolutely true that Agnitio algorithms have

10   been regularly evaluated in the NIST testing program.

11             Again, those algorithms are not allowed by the

12   protocols to be compared to any other algorithms.

13             And secondly, it's unfair to say that the Agnitio

14   algorithm is necessarily the core algorithm of Batvox for a

15   couple of reasons.

16             First all, we don't know what the commercial

17   product actually incorporates.  But number two, when these

18   companies go into a NIST evaluation, they bring in a very

19   highly tuned algorithm for exactly the conditions they know

20   they're facing in the NIST test, because they are told in

21   advance what the conditions are going to be.

22   Q    What do you mean by the conditions?

23   A    So, for instance, we talked about channel mismatch.  If

24   there was going to be a test between landline and cell

25   phone, they would know it.

1          If there was going to be a test between landline

2    and microphone, they would know it.  They could adjust all

3    of their databases accordingly.

4          They would know what language the test was going

5    to be.  They would have a good estimate of the age group of

6    the speakers, knowing how the data is collected.

7          The data for this test is collected at the

8    University of Pennsylvania Linguistics Data Consortium, and

9    it involves primarily volunteering students who will pay for

10   their time to make telephone calls that are matched up via

11   computer.  So we know they're dealing with young people.  We

12   know they are speaking primarily in English.  We know the

13   conditions of the test.

14   Q    Now, I want you to talk a little bit, if you could,

15   about typicality and relevant populations.  What the

16   relationship between those two things is.

17   A    Well, I think we've talked about it a good deal already

18   this morning.  And I think Mr. Lindh was precisely right in

19   his footnote five where he said, I think in footnote five of

20   his -- any of his reports, I think, except the first one,

21   and said, "or someone those voice was similar enough to have

22   been sent for forensic evaluation."  That is an exact quote

23   of Mr. Lindh's.

24          So we have two things going on.  The relevant

25   population must include not only people that sound similar

1    enough for forensic evaluation, but the channel conditions

2    must have been similar.  For instance, if we're going to

3    test -- if we're going to test a hypothesis based on a

4    telephone call, the relevant population should be telephone

5    calls.  And it should consistent of people like the data

6    subject.  In this case, a defendant in the case.  It should

7    be the same basic age group, the same linguistic type.  It

8    should be the same sex, and Mr. Lindh mentioned that.

9           All of those things impact the concept of a

10   relevant population.  But I want to say that there is no

11   clear understanding of what the term "relevant population"

12   would have to be.  And this is a big problem, because the

13   definition of the relevant population severely impacts the

14   results of any Bayesian or partial Bayesian-based test.

15   Q    Why would that happen?

16   A    Let me see if I can give an example.  Suppose there is

17   a hypothesis that you are listening right now to President

18   Obama.  There is a great deal of similarity in this speech

19   you're hearing now and that of President Obama, and I mean

20   it in the following sense, I don't mean it with any lack of

21   humility, but I want to raise something that's obviously

22   crazy, and show how the relevant population is important.

23          President Obama and I do share some speech

24   characteristics.  We both speak with moderate Midwestern

25   accents.  We both use the words "I" and "we" a lot, and we

1    both make a grammatical error.  He and I both use is, is.

2    For example, the current subject under discussion is, is

3    this a scientific method.  The is, is thing.

4             Now, those are some similarities in our speech.

5    That's not enough to determine whether or not what you're

6    listening to is from President Obama.  We must consider the

7    typicality of those things in the population.

8             There is a large and easily accessible database

9    from the British Broadcasting Corporation on BBC

10   broadcasters.  If that was taken as a typical population,

11   you would know that they do not speak with Midwestern

12   accents.  They do not say "I" or "we" very often.  They

13   rarely make grammatical mistakes.  And one would conclude

14   that there is great similarity between this voice you're

15   hearing now and that of the President, and that these voices

16   are very atypical.

17            I can establish a likelihood ratio that it's much

18   more likely, given the hypothesis that this voice is the

19   president, to have gotten this similarity, then it would be

20   likely to get such some similarity, given the hypothesis,

21   that this voice came from a random selection from the

22   relevant population.

23            So the relevant population makes all the

24   difference in the world as to what the likelihood ratio is

25   going to be.

1   Q    Now, you've been talking some about relevant

2   population.  Is there a reason the relevant population

3   considered for phonetic and morphemic investigation should

4   be different than the relevant population used in

5   biometrics?

6   A    I see no reason whatsoever.  Now, I'm not a phonetic

7   linguistic specialist by any means.  But the same question

8   must be answered.  And that is:  Are these similarities

9   simply typical from the population from which the defendant

10   comes from.  In both cases you have to ask that same

11   question.  You can't be comparing me to British Broadcast

12   Corporation professional announcers.  I'm not of that

13   population, my voice would not speak to that, of that, like

14   that.

15   Q    Just one second.

16          (Pause.)

17          MR. STERN:  One moment, your Honor.

18          (Pause.)

19          MS. SALICK:  Your Honor, to the extent that the

20   expert is going to be talking about phonetic and linguistic

21   expertise, I believe he's admitted and his CV indicates that

22   he does not have expertise in this area, so we do not think

23   it's proper for this expert, who is very qualified in other

24   areas, to provide any opinions as to phonetic or linguistic

25   analyses.

J. WAYMAN - DIRECT - MR. STERN                341

1        MR. STERN:  We're not going to ask him.  We have

2   nothing else to ask him about that.

3        THE COURT:  All right.

4   BY MR. STERN:

5   Q    Now, you've told us, I think towards the beginning your

6   testimony, that you were on a committee from OSAC; is that

7   right?

8   A    Yes, sir.  This is a committee established by the

9   Department of Justice and the National Institutes of

10  Standards and Technology to look at what is needed in each

11  specific subfield of forensic science and address those

12  issues.

13  Q    And what are you doing exactly, and what are they

14  hoping to go accomplish with that committee?

15  A    I'm the vice chair and the chair is Dr. Hirotaka

16  Nakasone.

17       THE COURT:  Wait.  Wait.  You are the vice chair

18  of?

19       THE WITNESS:  Yes, of the sub OSAC subcommittee on

20  speaker recognition.

21       THE COURT:  All right.

22       THE WITNESS:  Dr. Naksone is the chair.  And we

23  have a plan for the use of three different task groups to

24  establish best practice standards for data collection for

25  reporting and for forensic speaker recognition assessments.

J. WAYMAN - DIRECT - MR. STERN                    342

1        We have a committee called the Research

2   Development Testing and Evaluation Committee that will make

3   recommendations as to how government money can be invested

4   to improve the state of the technologies, including

5   linguistic and phonetic technologies.

6             And then we have a committee called Legal Aspects

7   of Speaker Recognition.  That is going to look at a whole

8   number of issues, including admissibility issues, but also

9   privacy issues, and some very specific issues in forensic

10  science that come up only with speaker recognition.

11  Q    And is all of this an attempt to get speaker

12  recognition to a place where it should be admissible in

13  court?

14  A    Absolutely.  I would say that that's my personal goal

15  with regard to OSAC would be to raise the level of

16  competency in this field such that we could all agree that

17  testimony should be admitted.

18  Q    Given the state of speaker recognition now as you know

19  it, what can reliably be done with the information and

20  technology people have now?

21  A    Yeah.  I -- thank you for asking that question.

22  Q    You're welcome.

23  A    There are a number of -- I shouldn't call them simple

24  problems, but there are a number of problems that can be

25  resolved.

1          I was asked -- although I turned it down -- if I

2    could do an analysis of the voices on the MH Malaysia Air

3    370 air traffic control tapes.  The question was:  Can I

4    divide up the speech into when the pilot speaks and when the

5    copilot speaks.  I wasn't interested in taking that on, but

6    that would be a very doable project.  To be able to

7    recognize which voices are from the pilot, which are from

8    the copilot, and then to say transcribe those so we know

9    exactly what the pilot was saying and exactly what the

10   copilot was saying.  I think that would be quite doable,

11   given the current levels of technology and understanding.

12   Q    How do you compare that kind of task to what's being

13   done in this case?

14   A    There is words that we use called "closed set testing"

15   and "open set testing."  Closed set testing is when you are

16   absolutely certain beyond a shadow of a doubt through other

17   information that there is only a small number of people that

18   could be the source of the question recorded.

19   Q    So, for example, in Malaysia Air how would that be so

20   certain?

21   A    Well again, it's always questionable.  There could have

22   been an unknown third person to break into the cockpit.  If

23   we stipulate that that is not the case or under the

24   assumption that that could not be the case, then we know

25   there are only two people in the cockpit.  Any voice coming

1    from the cockpit had to be one of those two people.

2         But there would still be the uncertainty, uh-oh,

3    there might have been -- there is always the possibility

4    that there is some third person in there.  So, you're right,

5    we still have some issues.

6    Q    That's a closed set?

7    A    That would be a closed set, with the possibility caveat

8    that we are never really certain that it's closed.

9    Q    How does that contrast with this case?

10   A    I don't know the details of this case.  I don't know if

11   there is already evidence that the voice must have come from

12   one or two or some small number of speakers.  I don't have

13   access to that.

14   Q    Well, let's say there was no such evidence?

15   A    If there was no such evidence, then what you have is

16   essentially an open set.  Despite the fact that -- I don't

17   know if the number was 1,700 or maybe even 14,000 people

18   that could have made this recording, we don't know the exact

19   number, we cannot test every one of those people possibly.

20   And it's a very, very much harder problem to say that it is

21   not any one of these 1,700 people who we can't test.

22                    (Continued on the next page.)

23

24

25

1   BY MR. STERN:

2   Q    And do you think biometric voice identification is up

3   to that task yet?

4   A    Thank you for saying yet.  Not yet.  We hope to move it

5   to that level in the future.

6   Q    Okay.  Thank you.

7            THE COURT:  Cross-examination.

8            MR. SALICK:  Thank you, your Honor.

9   CROSS-EXAMINATION

10  BY MS. SALICK:

11  Q    Good afternoon, Dr. Wayman.

12  A    Good afternoon.  I will concentrate on speaking slower.

13  Q    Thank you.  So to begin, I believe you said that you

14  thought Mr. Lindh was brilliant; is that correct?

15  A    I very much enjoyed his testimony.

16  Q    And you have no --

17           THE COURT:  I'm sorry.  That wasn't the question.

18  You enjoyed his -- what was your question?

19           MR. SALICK:  I apologize, your Honor.

20  BY MS. SALICK:

21  Q    Mr. Wayman, on direct examination did you say that

22  Mr. Lindh was brilliant?

23  A    I'm sure I used those words.  I'm not sure exactly what

24  I meant, but please don't ask me to define it.  I liked him.

25  I enjoyed his presentation.

WAYMAN - CROSS - SALICK                    346

1   Q    And you'd agree with me that Mr. Lindh has excellent

2   qualifications in the field of phonetics and linguistics?

3   A    Again, I'm not a phonetic or linguistics expert.  I

4   don't personally know any of the faculty members he studied

5   under.  I can't comment on his expertise in that area.

6            I'm not questioning it.  I'm not questioning it.

7   Q    You're not questioning his expertise -- his

8   qualifications in any way?

9   A    No.

10  Q    And you'd agree that having the professional experience

11  he's had in the area of phonetic and linguistics analysis,

12  the testimony you heard about the 350 to 400 cases that he's

13  done is a lot of cases, it shows that he's an experienced

14  examiner?

15  A    I want to be careful on that based on the report of the

16  National Academies of Science.  One of the problems in

17  forensic science is we never really know ground truth.  And

18  so it's not possible to get much feedback from our cases as

19  to whether what we determine was correct or incorrect.

20            So I want to say that, yes, 350 cases is a good

21  number of cases, I appreciate that, but without any feedback

22  as to the validity of what it was that we got right and when

23  we get it wrong, it's very hard to know what to make of

24  that.

25  Q    How many cases have you provided of forensic speech

—

1   identification analysis on?

2   A    None.  Because, again, I'm not part of an accredited

3   laboratory.  And I would question the admissibility of my

4   own results.

5   Q    Mr. Wayman, did you have a chance to listen to the

6   audio samples in this case?

7   A    I did not.  Except I heard some of them Friday in the

8   room here.

9   Q    So in no way is your testimony today attacking the

10  sufficiency of those audio samples?

11  A    Yes.

12  Q    No basis?

13  A    No basis.  And let me also make clear, I am not in any

14  way attacking Mr. Lindh's conclusions.  I didn't listen to

15  the tapes.  I'm not attacking his conclusions.  It's the

16  methodologies that are in doubt.

17  Q    Understood.  Did you read Mr. Lindh's report in this

18  case, the report dated April 17th, 2015?

19  A    There were two April 17th reports, 2015.

20  Q    The final one.  Did you read both?

21  A    I've read all five of Mr. Lindh's reports, but on the

22  first report only the English handwritten pencil stuff at

23  the bottom.  I've read I believe every report Mr. Lindh's

24  written, yes.

25  Q    Okay.  Turning to the final report in this case, did

1  you read that report?

2  A    I read the pre-final -- see, there were two reports

3  issued that day.  And this is one of the things I mean about

4  version control and the importance of having an accredited

5  laboratory.

6  Q    Mr. Wayman, could you answer the question with a yes or

7  no answer?

8  A    I cannot answer with a yes or no answer.

9  Q    Okay.  I'll move on then.

10        Do you agree that it's important to calculate the

11  sufficiency of a speech sample?

12  A    Yes.

13  Q    And would you agree that such things as calculating

14  next speech are an important factor?

15  A    Oh, yes.

16  Q    Did you see the portion in Mr. Lindh's report where he

17  calculated this next speech for each sample?

18  A    Yes.

19  Q    Would you agree that it's important to determine

20  whether there are -- there is compression in a recording?

21  A    Thank you.  Yes.  I have three patents in speech

22  compression.  And I love speech compression, yes.

23  Q    And did you note in Mr. Lindh's reports that he noted

24  that there was possible speech compression in the video

25  sample?

1   A    Yes.  He talked about compressions.

2   Q    And would you agree that that is an important and a

3   careful notation of the examiner?

4   A    Yes.

5   Q    Would you agree that it's important to edit out any

6   disruption in the audio samples that are not associated with

7   speech?

8   A    That's certainly controversial.

9   Q    I'll continue.  That's a sufficient answer.

10        And would you agree that after an evaluation of

11  the speeches -- of the audio samples is conducted, it's

12  important for the examiner to decide whether he can move

13  forward, he or she can move forward with that examination?

14  A    Yes.

15  Q    Okay.  In the Zimmerman trial in which you testified,

16  you cited to an article entitled, "When to Punt."

17        Do you remember that article?

18  A    It was actually a conference presentation done by Riva

19  Schwartz of the U.S. Secret Service and Joe Campbell of MIT

20  Lincoln Lab, both of whom worked with Dr. Nakasone and

21  myself on the OSAC committee.  The word punt, p-u-n-t, was

22  also used by Mr. Lindh.  It's a special word we use to mean

23  refuse to take the case.

24  Q    So do you remember testifying about this document in

25  Zimmerman?

1    A    Very well, yes.

2    Q    Okay.  And would you agree that after an examiner

3    evaluates the speech samples that he or she has provided,

4    that based on the careful examination, it's important to

5    decide whether a speech sample should be evaluated or not?

6    A    Yes, absolutely.

7    Q    And did you hear Mr. Lindh's testimony in this case in

8    which he said that he was not able to use two of the speech

9    samples provided to him because they were of insufficient

10   quality?

11   A    I was a little confused on that point and a little bit

12   disturbed, because what I saw on one of his graphs, and I

13   don't have his in front of me, he apparently punted on at

14   least one speech sample after he had seen the results of the

15   automatic speaker recognition system output.  That was

16   improper.

17   Q    I believe that may not be exactly what happened.

18   A    If you could bring me a copy of his second April 17th

19   report, I can find that for you.

20   Q    Would it change your opinion if in the report you read

21   that Mr. Lindh evaluated the speech samples of two speech

22   samples and was concerned about their speech quality, ran

23   them through the automated system because that was the

24   protocol that he follows and regardless of the result of the

25   automated system, he disregarded those results because he

1    originally had found them to be insufficient?

2    A    I don't accept the basis of that question.  I don't

3    believe that they were discarded independent of the output

4    of the speaker recognition system.  If you saw anything out

5    of the speaker recognition system and then decided not to

6    accept the speech because of the quality, that would be

7    improper.

8    Q    Mr. Wayman, did you hear Mr. Lindh testify that he

9    follows certain protocols when conducting his evaluations?

10   A    I heard him say that, yes.

11   Q    Did you also hear him testify that according to the

12   protocols he follows, he must run automated voice

13   comparisons on every unknown sample that he receives?

14   A    No, I didn't hear him say that.  And I saw no written

15   protocols.

16   Q    Did you hear Mr. Lindh say that he ran every unknown

17   speech sample in through the Batvox technology due to the

18   instructions in the protocols that he has developed with

19   NFC?  You do not remember that testimony?

20   A    I thought that he failed to -- I thought he punted on

21   some of that material because of lack of sufficient quality.

22   We may have to go back and check the record.  I'm not sure

23   what he said, but I thought that he did not run all of the

24   samples because of insufficient quality attributable to at

25   least two of them.

1  Q    I can provide you with a copy of the report showing

2  that he ran every sample through the audio voice comparison,

3  if that would be of help.

4  A    Then your questions don't follow because you had told

5  me earlier on that he removed some samples from

6  consideration owing to low quality.

7  Q    Mr. Wayman, let me back up and maybe we can stay on

8  track with the questions.

9        In your testimony in the Zimmerman trial, do you

10 remember stressing the importance of the article, "When to

11 Punt"?

12 A    Yes.

13 Q    And would you agree with me that it's an important

14 consideration for every examiner that when faced with an

15 insufficient data sample, that they should reject it?

16 A    Yes.

17 Q    And do you also recall from Mr. Lindh's testimony that

18 he rejected two audio samples because they were

19 insufficient?  Yes or no?

20 A    You're confusing me.  I'm not tracking any of this.  I

21 thought you just told me he didn't.  I don't remember

22 because I've heard from you now two different things and I

23 can't keep track in my mind.

24        Something you've said is not correct.  Both things

25 cannot be correct that you told me and I've forgotten.

1   Q    I'm going to move on, Mr. Wayman.

2   A    Okay, okay.

3   Q    Now, you also testified that you are not an expert in

4   any way in phonetic or linguistics analyses.

5   A    Yes.

6   Q    So no part of your testimony today takes any contention

7   with Mr. Lindh's phonetic and linguistic analysis through

8   this case?

9   A    Only to say that I never saw a written protocol on how

10  that was done.  As a technical assessor that accredits

11  laboratories, I would like to see a written algorithm

12  explaining precisely how one goes about doing those things.

13  Q    Understanding that you would like to see that protocol,

14  you have no basis to dispute Mr. Lindh's phonetic or

15  linguistic conclusions in this case?

16  A    Correct.  Other than the philosophical one.

17  Q    Mr. Wayman, I'm trying to get you out of here.

18  A    I understand, but this is important to me.  This is

19  what I do -- this is very important to me.  And if I miss a

20  plane, I miss a plane.  This is so important to me.  Other

21  than his failure to adequately define and collect data from

22  the relative population as per his footnote 5, meaning

23  speaker sounding similar enough to the defendant that they

24  would have been sent to further evaluation, that's a

25  philosophical issue, a scientific issue, that transcends the

1   fact that I don't anything about phonetics, I don't.

2   Q    Mr. Wayman, there's been a lot of testimony about error

3   rates in this case -- in this hearing, excuse me.  And you'd

4   agree that error rates are determinations that are condition

5   dependent?

6   A    Yes.

7   Q    And that these error rates are also dependent on the

8   threshold that the evaluator determines; is that correct?

9   A    If we're speaking in non-bayesian terms, the answer is

10  yes.  For the non-bayesian, that would be correct.

11  Q    Okay.  And you've heard many error rates cited in the

12  testimony on Friday and today, correct?

13  A    Yes.

14  Q    And you'd agree with me that error rates are a baseline

15  of reliability.

16  A    No.

17  Q    They are not a perfect measurement of a system because

18  they are condition dependent?

19  A    Yes, yes.

20  Q    Okay.

21  A    Yes.

22  Q    And you'd agree with me that a better measurement of a

23  forensic exam would be if it was performed by a qualified

24  examiner?

25  A    No, I certainly would not.  And that would be contrary

1    to the findings of the National Academy of Science.

2    Absolutely would not.  Error rate is important.

3    Q    Do you not agree that the qualifications of a forensic

4    examiner are one of the most important things in assessing a

5    forensic exam?

6    A    No.  I side with the National Academies on that.

7    Q    Okay.

8    A    You don't want me to read out of this.  One of the

9    things that National Academy suggests is that there be

10   mandatory certification -- individual certification of

11   forensic science professionals should be mandatory.  We

12   don't have any certification programs now for speaker

13   recognition examiners.

14   Q    And I understand that and I understand that your quest,

15   which is very noble, is to raise the standard of forensic

16   science.

17   A    Correct.

18   Q    Now, you talked a little bit about the NIST evaluation

19   of Agnitio's core technology, and I just wanted to clear a

20   few things up on that.

21   A    Thank you for phrasing it that way.  Perfect, yes.

22   Q    Right.  Which is how we've been phrasing it.

23        Have you read the 2012 speaker recognition

24   evaluations, the result of that examination?

25   A    Yes.  NIST published one paper on that.  They did not

1    name names so, yes, I saw that.

2    Q    Okay.  And understanding that a company may not in its

3    own publications release its NIST evaluations of its

4    products, are you aware if there are still calculations of

5    those products during the NIST evaluation?

6    A    There are calculations of those products?

7    Q    So even though a company may not be able to claim I got

8    this score or that score, it still did score?

9    A    Oh, yes.  And the company is -- the scores of the

10   company are released to the company, and the company may use

11   those scores standalone in their advertising, is my

12   understanding.

13   Q    Correct.  They may publicize the score they receive,

14   just not in terms of how others scored.

15   A    Correct.

16   Q    Have you yourself ever run a test in Batvox?

17   A    Test of Batvox, no, I haven't.

18   Q    Test using Batvox?

19   A    No.

20   Q    Have you ever attended any of the Batvox training

21   courses?

22   A    No, ma'am.

23   Q    Did you read the Batvox manual?

24   A    No.  We received a copy of some Batvox materials that I

25   skimmed through, but no.

WAYMAN - CROSS - SALICK                 357

1   Q    So it's safe to say you don't know what makes up the

2   impostor set in Batvox?

3   A    No.  Other than to say that -- first of all, Batvox

4   uses the terms "impostor" and "reference population"

5   different than we use in the standardized vocabulary, the

6   standard being IS2382, part 37.  So I sometimes get confused

7   reading Batvox literature because their terminology is

8   nonstandard.

9          But secondly, that built-in set is going to cause

10  problems if it's substantially different than the data that

11  you're attempting to evaluate.

12  Q    And understanding that you have a degree in

13  mathematical algorithms, and I apologize if I butcher the

14  type of degree you have, but you yourself have never

15  assessed the core technology that makes up Batvox?

16  A    I certainly am quite conversant with both UBM,

17  universal background model, bayesian mixture models and

18  I-vectors.  And I'm perfectly comfortable with lecturing on

19  either I-vectors or the lower-level UBMGMMs.  And I'd be

20  more than happy to explain to you how those work.  But have

21  I assessed them?  No, I'm a second-level consumer.  I read

22  the academic reports.

23  Q    You personally have never assessed Batvox, and you also

24  personally have never used Batvox?

25  A    Correct.

1   Q    Okay.  Mr. Wayman, have you ever read an FBI speaker

2   comparison report, one of the forensic examinations that the

3   FBI does?

4   A    I think those are classified.  And the answer is I

5   probably haven't for that reason.

6   Q    And did you read the report of a gentleman named

7   Dr. Grigoras who testified to using Batvox in the Colorado

8   case?

9   A    Yes, I did read that.  And that was not an FBI report.

10  It wasn't classified.

11  Q    We've talked a lot about cognitive bias, and I just

12  want to quickly discuss that.

13           Have you ever reviewed a forensic exam that you

14  believe does not contain cognitive bias?

15  A    That does not contain cognitive bias?  Probably not.

16  Q    Would this include forensic examinations of DNA?

17  A    I have never read a forensics examination on DNA, but

18  there are many papers published recently that suggest it

19  contains cognitive bias.  One paper in particular is called

20  "Painting the Barn," by William Thompson, University of

21  California Irvine, published I think in 2012.  "Painting the

22  Barn."

23  Q    And have you ever read a fingerprint forensic

24  examination?

25  A    Yeah.  Examination?

WAYMAN - CROSS - SALICK                  359

1   Q    A report, excuse me.  A report of a fingerprint --

2   A    Yes, sure.  Certainly, yes.

3   Q    And are you aware of any fingerprint -- excuse me.  A

4   fingerprint report that does not contain cognitive bias?

5   A    No.

6   Q    Okay.

7   A    Actually, I get a little confused because of the lack

8   of specificity in the term of "fingerprint report."  I've

9   written lots and lots of reports myself on fingerprint

10  competitions.

11  Q    I'm talking about forensic examinations of

12  fingerprints.

13  A    Fine.  That's right.

14  Q    And is your answer, no, that you have not read one that

15  would not contain cognitive bias?

16  A    Correct, correct.

17  Q    So of all the reports you've read of DNA forensic

18  examinations and fingerprint examinations, those have

19  contained some cognitive bias?

20  A    Yes.

21  Q    And you talked quite a bit about accreditation and

22  accreditation of laboratories.  And I understand that it's

23  your position that laboratories should be accredited, but I

24  wanted to ask you, how many international labs has your

25  organization accredited in the area of speaker recognition?

WAYMAN - CROSS - SALICK                360

1  A    Well, there are no standards so we accredit to

2  standards so the answer is zero.

3  Q    And do you know of how many -- do you know if all DNA

4  labs in the United States are accredited?

5  A    I believe there is -- I believe Congress passed a

6  special legislative requirement almost 20 years requiring

7  that.  But this is outside of my area of expertise.

8  Q    So to your knowledge, you don't know if DNA labs are

9  all accredited?

10  A    I don't know one way or the other.  I suspect they are,

11  but I don't know.

12  Q    Do you know if DNA labs in the United States all follow

13  the same procedures?

14  A    I believe there are standardized procedures.  But

15  again, I don't know about DNA.  I can't really answer.

16  Q    I believe you mentioned that there is a difference of

17  opinion in how to express conclusions of a forensic exam; is

18  that correct?

19  A    That's true.

20  Q    And I think you mentioned there's either three and a

21  half or four, depending on if you consider bayesian and

22  bayesian modified, there are four methods currently.  One of

23  the ones you mentioned was bayesian.

24  A    These are methods of analysis, not a method of

25  reporting results.  And I think there are far more ways of

WAYMAN - CROSS - SALICK                361

1  reporting results because multiple -- different countries

2  might have multiple reporting scales.  We heard that Sweden

3  has a nine-point reporting scale.  That's just Sweden.  I'm

4  not talking about the reporting methodologies.  I'm talking

5  about the underlying evaluation philosophy.

6  Q    Okay.  And I believe you mentioned that currently you

7  believe that the UK approach would be best suited?

8  A    It's attractive.  But again, I haven't seen it used in

9  a court so we'll see.

10 Q    Currently, I think you said how many people were

11 following that methodology?  Was it 24?

12 A    This group of 24 people in the UK put 23 signatures on

13 this position paper that was organized by Peter French.

14 Q    Have you ever seen a forensic report in that method?

15 A    No.

16 Q    I believe you testified that the OSAC committee was --

17 one of its mandates is to raise the level of competence in

18 the field of forensic examination; is that correct?

19 A    There's no written mandate, but that's our general

20 feeling.  That's what we want to do, yes.

21 Q    Okay.  And was part of this a reaction to people

22 without the correct qualifications conducting these types of

23 examinations on insufficient sample size and models?

24         And was that the crux of your testimony --

25         THE COURT:  Wait.  Excuse me.  You're shaking your

1    head.  Are you answering, Doctor?

2          THE WITNESS:  I didn't want to speak over her,

3    ma'am, so I was waiting till she stopped talking.

4          THE COURT:  I guess you were doing the right

5    thing.  I just see you shaking your head.  I don't know

6    whether that's an answer.

7          THE WITNESS:  I'm trying to take great pity on the

8    court reporter and not speak while she speaks.

9          THE COURT:  Yes.

10          THE WITNESS:  So the answer to all those questions

11    is emphatically yes.

12    BY MS. SALICK:

13    Q    And was part of your -- was the crux of your testimony

14    in the Zimmerman case in reaction to the prosecution's

15    introduction of evidence provided by people without the

16    proper qualifications?

17    A    You are absolutely correct.  And that case has no

18    parallel here.

19    Q    And you'd agree with me that it has no parallel in this

20    case because, first, you agree that Mr. Lindh is qualified,

21    right?

22    A    I said that I couldn't comment on his qualification in

23    linguistics because I don't know that.  But this certainly

24    is much higher level testimony than what we faced in the

25    earlier case.

1  Q    When you read his reports, did you find them to be

2  sufficiently -- I'm sorry.  I'm losing my words at this

3  point of the day.

4       Did you find them to be of much greater detail

5  than the ones you examined in Zimmerman?

6  A    I did, but I found them insufficient.  Let me be quite

7  clear here.  As much as I respect Mr. Lindh, his reports

8  lacked adequate detail.  For example, his report B3, today

9  he was asked to examine figure 4 in B3, and he admitted that

10 he included nothing in his report to explain that figure.

11 When I saw that figure, I had no idea what it meant.  There

12 was no explanatory text in his report as he admitted here on

13 the stage.

14      I found all of his reports generally lacking in

15 specific detail.  I thought his reports did not meet

16 adequate requirements for reproducibility.  Can I finish the

17 answer to that?

18 Q    I believe you answered my question.

19      MS. KELLMAN:  He was in the middle of his answer,

20 Judge.

21      THE WITNESS:  I found the text of his report

22 inadequate for me to have reproduced his results or for me

23 to go to another forensic examiner and ask that examiner to

24 attempt to reproduce the results.  There was insufficient

25 detail in the test reports.

1    BY MS. SALICK:

2    Q    Mr. Wayman, approximately how many forensic examination

3    reports that you reviewed in your lifetime?

4    A    Oh, eight, ten, I don't know.

5    Q    And of those eight to ten reports, what percentage of

6    those were up to your standards?

7    A    I suppose I could always find a better way to do

8    things.  So probably none.

9              MR. SALICK:  No further questions.

10             THE COURT:  Any redirect?

11             MR. STERN:  No questions.

12             THE COURT:  Thank you very much.  Let me ask you,

13   are you going to be able to finish your direct in half an

14   hour?

15             MR. ARIAIL:  No, your Honor.

16             THE COURT:  I simply need a break.

17             MR. ARIAIL:  I understand, your Honor.

18             THE COURT:  We are going to adjourn for today and

19   begin tomorrow morning at 9:30.

20             MR. ARIAIL:  Your Honor, sorry.  Just in terms of

21   timing, we all hadn't obviously realized this was going to

22   be over till Tuesday.  And we had some very important things

23   that we scheduled related to this case for the early morning

24   hours tomorrow.

25             I was wondering if we could possibly start after

1    lunch or at noon.  I expect Dr. Nakasone's testimony on

2    direct to be an hour at most, maybe 45 minutes to an hour

3    probably.  I don't know how long the cross would be.

4              MR. STERN:  I don't think longer than that.  I

5    think it may be equally long.

6              THE COURT:  So we'll start at noon.  Have your

7    lunch before then so we don't have to stop.  Okay.

8              MR. ARIAIL:  Thank you, your Honor.

9              THE COURT:  Thank you.  We're adjourned.

10             (Time noted:  4:36 p.m.)

11             (Proceedings adjourned until Tuesday, April 28,

12   2015, at 12:00 p.m.)

13

14                         *****

15

16

17

18

19

20

21

22

23

24

25

366

**INDEX**

**JONAS LINDH**

DIRECT EXAMINATION BY MS. SALICK                146

CROSS-EXAMINATION BY MR. STERN                  186

REDIRECT EXAMINATION BY MS. SALICK              287

RECROSS-EXAMINATION BY MR. STERN                304


**JAMES LEWIS WAYMAN**

DIRECT EXAMINATION BY MR. STERN                 312

CROSS-EXAMINATION BY MS. SALICK                 345

* * * * *

## $

**$50,000** [1] - 228:18

## '

**'85** [1] - 289:20
**'86** [1] - 316:15
**'89** [1] - 289:20

## 1

**1** [3] - 156:19, 159:12, 258:9
**1,000** [1] - 251:5
**1,700** [2] - 344:17, 344:21
**1.1** [3] - 209:7, 218:21, 230:12
**1.2** [2] - 231:2, 233:11
**10** [2] - 260:2, 261:23
**100** [3] - 148:25, 149:5, 313:21
**10:30** [3] - 143:4, 143:14, 145:16
**11** [1] - 179:7
**11,000** [1] - 261:23
**11-year** [1] - 179:6
**12-CR-661** [3] - 141:3, 142:9, 144:7
**12:00** [1] - 365:12
**14,000** [1] - 344:17
**146** [1] - 366:4
**15** [3] - 315:15, 318:6, 318:7
**158** [1] - 274:22
**17025** [2] - 323:5, 324:16
**17027** [1] - 325:15
**17th** [3] - 347:18, 347:19, 350:18
**186** [1] - 366:5
**18th** [1] - 285:4
**1980** [1] - 312:7

## 2

**2** [2] - 243:17, 272:12
**2.1** [4] - 208:3, 208:24, 218:21, 230:10
**2.2** [1] - 231:2
**20** [20] - 167:5, 167:13, 167:16, 167:18, 169:8, 181:14, 181:18, 181:21, 182:10, 183:21, 190:13, 222:18, 245:5, 253:11, 253:16, 260:2, 294:16, 303:11, 315:15, 360:6
**2000** [1] - 321:14
**2002** [5] - 247:24, 248:3, 248:5, 249:12, 321:14
**2006** [3] - 321:17, 321:18, 333:4
**2008** [2] - 249:8, 249:25
**2009** [3] - 248:18, 319:16, 324:12
**2010** [5] - 161:14, 162:3, 248:17, 265:15, 265:16
**2011** [21] - 207:23, 208:17, 208:25, 219:3, 220:5, 220:15, 220:18, 231:1, 231:10, 231:17, 231:21, 247:3, 272:11, 275:11, 276:25, 287:8, 287:11, 287:15, 289:1, 289:4, 322:11
**2012** [7] - 264:4, 285:4, 285:21,

285:22, 321:18, 355:23, 358:21
**2013** [1] - 161:23
**2014** [12] - 220:5, 226:20, 247:4, 272:20, 277:24, 287:9, 287:12, 287:22, 288:1, 289:2, 289:9, 289:19
**2015** [4] - 141:8, 347:18, 347:19, 365:12
**215** [1] - 323:25
**228091** [1] - 323:25
**23** [2] - 328:14, 361:12
**232.778** [1] - 221:18
**24** [3] - 328:14, 361:11, 361:12
**25** [1] - 249:24
**250,000** [2] - 250:24, 251:5
**26th** [1] - 142:23
**27** [1] - 141:8
**28** [1] - 365:11
**287** [1] - 366:6
**2:20** [1] - 310:18
**2:30** [1] - 186:13

## 3

**3** [1] - 162:8
**3.2** [1] - 286:7
**30** [1] - 222:18
**304** [1] - 366:7
**312** [1] - 366:10
**34** [2] - 313:14, 315:5
**345** [1] - 366:11
**350** [10] - 182:5, 187:3, 266:17, 290:3, 294:12, 299:23, 303:23, 304:5, 346:12, 346:20
**3500** [1] - 144:16
**37** [1] - 357:6
**370** [1] - 343:3
**3:00** [2] - 310:13, 310:14
**3rd** [1] - 226:20

## 4

**4** [2] - 162:15, 363:9
**4-25-15** [1] - 144:14
**4.1** [1] - 162:11
**40** [2] - 222:18, 245:5
**400** [10] - 182:5, 187:3, 266:17, 290:3, 294:12, 299:23, 303:23, 304:5, 346:12
**44** [1] - 249:24
**45** [17] - 174:20, 174:24, 175:1, 175:4, 176:8, 176:9, 177:1, 190:16, 190:17, 261:23, 261:25, 262:20, 262:24, 263:13, 263:14, 365:2
**4:36** [1] - 365:10

## 5

**5** [5] - 148:20, 148:24, 156:19, 162:16, 353:22
**50** [7] - 181:14, 183:1, 183:4, 183:10, 185:2, 202:24, 267:16
**500** [1] - 275:22

## 6

**6** [1] - 267:12
**6-25-15** [1] - 144:4
**60** [4] - 181:14, 181:18, 181:21, 267:6
**613-2615** [1] - 142:2

## 7

**70** [2] - 181:18, 181:22
**718** [1] - 142:2

## 8

**8** [2] - 154:25, 268:13
**80** [1] - 184:23
**8:00** [1] - 309:24
**8:56** [1] - 285:4

## 9

**9** [2] - 154:22, 270:1
**90** [1] - 203:7
**90's** [1] - 316:18
**99** [2] - 149:8, 254:10
**9:30** [2] - 141:9, 364:19

## A

**a.m** [1] - 141:9
**abbreviated** [1] - 168:4
**ability** [8] - 158:25, 178:22, 179:16, 245:18, 246:6, 291:7, 291:10, 295:9
**able** [20] - 152:21, 175:13, 186:15, 212:16, 245:6, 245:12, 246:12, 254:11, 258:22, 272:21, 289:8, 290:9, 290:15, 291:14, 298:23, 325:23, 343:6, 350:8, 356:7, 364:13
**absolutely** [17] - 147:19, 212:23, 235:12, 244:15, 266:24, 278:17, 279:9, 281:18, 292:21, 303:10, 329:23, 336:9, 342:14, 343:16, 350:6, 355:2, 362:17
**abstract** [3] - 145:3, 145:5, 145:9
**abstracts** [3] - 313:8, 313:23
**academic** [3] - 329:17, 331:23, 357:22
**academics** [1] - 257:19
**Academies** [4] - 323:21, 324:12, 346:16, 355:6
**Academy** [9] - 319:15, 319:23, 321:10, 322:1, 322:17, 323:17, 331:22, 355:1, 355:9
**Academy's** [1] - 321:19
**accent** [8] - 243:2, 246:4, 246:14, 251:10, 255:1, 262:23, 263:7
**accented** [1] - 247:16
**accents** [5] - 240:25, 247:10, 251:21, 338:25, 339:12
**accept** [5] - 321:9, 330:4, 330:5, 351:2, 351:6
**acceptance** [1] - 302:23

acceptances [5] - 148:18, 148:22, 149:1, 150:11, 150:13
accepted [3] - 212:14, 303:21, 330:8
access [4] - 249:5, 317:23, 322:7, 344:13
accessible [1] - 339:8
accompanied [1] - 195:12
accomplish [1] - 341:14
according [6] - 173:13, 227:16, 261:25, 286:12, 290:2, 351:11
accordingly [1] - 337:3
account [2] - 151:1, 190:25
accounts [1] - 184:23
accredit [3] - 323:10, 323:12, 360:1
accreditation [12] - 205:4, 205:9, 205:16, 205:22, 240:18, 323:2, 323:15, 324:13, 324:16, 324:20, 359:21, 359:22
accreditations [1] - 322:18
accredited [14] - 205:7, 240:20, 321:4, 322:24, 322:25, 323:7, 323:13, 324:20, 347:2, 348:4, 359:23, 359:25, 360:4, 360:9
accrediting [1] - 323:9, 323:10, 323:21
accredits [1] - 353:10
accuracy [1] - 266:3
accurate [1] - 264:2
accurately [2] - 236:5, 243:22
achieved [1] - 287:8
acknowledged [1] - 206:7
acoustic [21] - 152:16, 153:7, 153:8, 154:13, 174:6, 174:17, 175:9, 176:22, 177:13, 177:17, 191:13, 199:4, 215:13, 216:15, 234:8, 260:23, 261:14, 261:22, 262:2, 262:9, 291:2
Acoustic [1] - 167:22
acoustical [1] - 261:2
acoustically [4] - 175:4, 177:2, 177:6, 283:9
acoustics [11] - 152:17, 195:4, 260:13, 260:22, 260:25, 275:23, 276:10, 283:12, 290:10, 312:9, 312:12
acquaintances [1] - 218:14
acquire [3] - 245:16, 246:12, 246:15
acquired [1] - 295:17
acquiring [3] - 245:18, 246:10, 246:17
acronyms [2] - 157:24, 227:4
act [1] - 215:25
acting [1] - 146:13
active [1] - 329:18
actively [3] - 278:22, 291:22, 307:16
activities [1] - 320:16
actor [1] - 217:18
actual [10] - 172:7, 178:9, 189:18, 194:10, 214:2, 225:24, 233:21, 250:18, 276:9, 295:20
adapted [1] - 164:11
adaption [1] - 170:13

Adaption [1] - 170:18
adapts [1] - 173:3
add [16] - 145:14, 147:18, 151:20, 152:8, 159:24, 174:5, 242:22, 243:21, 261:7, 261:10, 261:11, 273:17, 274:6, 274:16, 314:3, 318:6
added [3] - 159:13, 159:17, 181:16, 264:5, 316:10
addition [3] - 163:7, 275:5, 313:2
Additional [1] - 268:12
additional [4] - 171:23, 272:17, 272:22, 289:14
additional" [1] - 243:19
address [2] - 143:17, 341:11
addressing [1] - 214:25
adequate [2] - 363:8, 363:16
adequately [1] - 353:21
adjourn [1] - 364:18
adjourned [2] - 365:9, 365:11
adjust [2] - 173:12, 337:2
admissibility [3] - 321:6, 342:8, 347:3
admissible [2] - 330:12, 342:12
admit [1] - 233:15
admitted [5] - 302:14, 340:21, 342:17, 363:9, 363:12
adolescence [2] - 179:25, 180:8
adolescents [4] - 246:9, 246:11, 246:17, 246:18
adopted [1] - 248:21
adult [2] - 181:3, 181:4
adulthood [2] - 180:9, 181:14
advance [2] - 266:3, 336:21
advertisement [1] - 331:13
advertising [2] - 331:12, 356:11
Aerospace [2] - 315:23, 316:15
affect [6] - 178:21, 180:12, 197:9, 278:13, 290:20, 291:15
affected [1] - 307:21
affects [1] - 295:9
affirmatively [1] - 309:13
Africa [1] - 242:6
AFTERNOON [1] - 311:1
afternoon [4] - 312:3, 312:4, 345:11, 345:12
afterwards [3] - 161:8, 279:24, 293:11
age [8] - 179:22, 181:4, 181:10, 181:14, 181:22, 295:17, 337:5, 338:7
agencies [5] - 160:1, 318:10, 318:11, 318:22, 319:4
agency [2] - 154:10, 203:10
ages [2] - 181:18, 245:4
Agnes [1] - 142:1
Agnitio [12] - 144:9, 155:11, 158:8, 158:9, 161:2, 161:23, 192:3, 192:9, 195:21, 295:6, 336:9, 336:13
Agnitio's [1] - 355:19
ago [6] - 161:1, 176:3, 207:16,

273:10, 323:14, 330:2
agree [22] - 201:9, 253:18, 263:22, 271:1, 281:12, 342:16, 346:1, 346:10, 348:10, 348:13, 348:19, 349:2, 349:5, 349:10, 350:2, 352:13, 354:4, 354:14, 354:22, 355:3, 362:19, 362:20
agreed [3] - 185:15, 234:17, 269:14
agreement [4] - 184:18, 201:3, 202:16, 281:4
Agriculture [1] - 318:17
ahead [7] - 212:17, 217:4, 269:25, 305:23, 316:14, 324:9, 333:5
AHMED [1] - 141:7
Ahmed [3] - 141:19, 142:10, 142:18
aided [1] - 142:5
Air [2] - 343:2, 343:19
air [1] - 343:3
Akesson [2] - 204:12, 204:14
al [1] - 141:7
algebra [1] - 312:17
algorithm [12] - 315:24, 315:25, 316:1, 316:21, 317:12, 317:13, 317:17, 326:3, 336:14, 336:19, 353:11
algorithms [7] - 156:3, 316:17, 324:25, 336:9, 336:11, 336:12, 357:13
Ali [3] - 141:19, 142:9, 142:18
ALIZE [5] - 160:23, 161:6, 161:24, 287:15, 287:17
Alize [4] - 196:20, 221:9, 221:14, 275:22, 308:11, 308:23
allow [1] - 142:25
allowed [6] - 330:17, 332:5, 333:6, 336:2, 336:3, 336:11
almost [6] - 187:17, 202:5, 202:14, 293:25, 321:18, 360:6
alone [1] - 305:16
altering [1] - 283:12
alternative [11] - 200:2, 211:2, 212:16, 239:17, 242:19, 284:11, 291:24, 293:1, 307:18, 307:19, 307:25
alternatives [1] - 307:16
altogether [1] - 253:7
AMERICA [1] - 141:3
amount [6] - 149:17, 156:24, 228:18, 294:2, 294:9, 294:10
analog [4] - 259:8, 259:11, 259:14, 262:22
analyses [22] - 151:14, 153:8, 153:11, 153:25, 154:11, 163:1, 163:14, 164:1, 182:6, 182:16, 184:24, 222:25, 240:23, 272:4, 291:6, 298:19, 303:12, 340:25, 353:4
analysis [65] - 145:7, 148:1, 152:12, 152:15, 153:4, 153:7, 153:17, 154:13, 154:14, 154:15, 162:21, 163:21, 163:22, 179:2, 182:24, 184:20, 196:3, 199:4, 199:5, 199:9, 199:11, 199:15, 200:5, 203:19, 211:16, 211:24, 220:8, 221:8, 224:19, 225:9, 232:9, 234:8, 241:5, 242:24, 243:25, 244:5, 244:7,

244:9, 244:19, 245:7, 268:18, 269:16, 270:8, 270:20, 270:25, 272:5, 275:6, 279:1, 279:16, 290:23, 291:2, 291:15, 293:4, 296:22, 301:24, 304:15, 320:11, 327:23, 329:5, 343:2, 346:11, 347:1, 353:7, 360:24

**analyst** [5] – 261:11, 268:15, 268:17, 273:11, 273:12

**analytical** [2] – 286:6, 291:23

**analyze** [1] – 178:22

**analyzing** [1] – 298:15

**AND** [1] – 141:23

**ANNAMARTINE** [1] – 141:18

**Annamartine** [1] – 142:14

**announcers** [1] – 340:12

**answer** [44] – 171:13, 188:7, 189:6, 189:10, 189:13, 192:4, 193:14, 193:16, 196:12, 196:13, 201:15, 205:5, 205:6, 205:10, 210:11, 225:18, 249:13, 254:12, 264:7, 266:3, 269:23, 281:19, 285:18, 300:24, 301:2, 301:12, 302:3, 302:4, 329:3, 330:19, 348:6, 348:7, 348:8, 349:9, 354:9, 358:4, 359:14, 360:2, 360:15, 362:6, 362:10, 363:17, 363:19

**answered** [2] – 340:8, 363:18

**answering** [3] – 301:2, 322:12, 362:1

**anticipated** [1] – 216:14

**anyplace** [1] – 324:17

**anyway** [3] – 193:10, 237:23, 311:12

**apologize** [8] – 146:15, 309:6, 317:3, 317:4, 317:10, 335:9, 345:19, 357:13

**appear** [4] – 218:13, 218:16, 218:18

**appearance** [1] – 330:9

**appended** [1] – 242:19

**applicable** [2] – 153:14, 240:21

**applications** [1] – 317:25

**applied** [2] – 286:6, 325:4

**appreciate** [2] – 271:22, 346:21

**approach** [19] – 221:22, 275:12, 327:7, 327:19, 327:21, 328:2, 328:5, 328:9, 328:11, 328:12, 328:13, 328:14, 328:16, 328:17, 328:19, 328:21, 329:1, 329:9, 361:7

**approaches** [5] – 286:6, 328:18, 329:4, 329:6, 333:9

**appropriate** [4] – 260:7, 269:4, 269:6, 329:22

**approve** [1] – 224:16

**approved** [3] – 206:11, 220:24, 224:15

**approximate** [1] – 156:12

**April** [7] – 141:8, 142:23, 289:19, 347:18, 347:19, 350:18, 365:11

**Arabic** [1] – 246:24

**architectural** [1] – 312:12

**architecture** [1] – 312:9

**area** [20] – 188:21, 202:19, 207:12, 207:17, 235:12, 245:1, 254:11, 312:9, 315:9, 315:14, 320:8, 320:20, 320:21,

329:19, 331:23, 340:22, 346:5, 346:11, 359:25, 360:7

**Area** [1] – 319:10

**areas** [5] – 158:5, 249:16, 249:20, 320:10, 340:24

**argue** [2] – 238:3, 321:6

**arguments** [1] – 329:16

**ARIAIL** [20] – 141:15, 142:13, 143:1, 143:16, 144:13, 144:22, 145:22, 146:2, 146:6, 146:15, 240:8, 277:4, 309:8, 310:6, 310:11, 311:6, 364:15, 364:17, 364:20, 365:8

**Ariail** [1] – 142:14

**arrangements** [1] – 186:14

**arrive** [1] – 326:3

**arrived** [3] – 238:5, 269:9, 329:7

**article** [8] – 314:2, 314:4, 314:11, 314:13, 314:16, 349:16, 349:17, 352:10

**articles** [3] – 188:3, 188:13, 252:19

**articulate** [1] – 216:20

**articulation** [1] – 290:19

**articulators** [2] – 217:6, 290:20

**aside** [1] – 234:1

**Aspects** [1] – 342:6

**assess** [8] – 250:24, 271:11, 279:6, 280:1, 291:10, 292:8, 292:15, 302:25

**assessed** [4] – 232:23, 357:15, 357:21, 357:23

**assessing** [3] – 275:1, 302:12, 355:4

**Assessment** [1] – 323:11

**assessment** [3] – 143:20, 204:20, 288:25

**assessments** [1] – 341:25

**assessor** [2] – 322:18, 353:10

**assign** [1] – 267:19

**assignments** [1] – 187:3

**assist** [1] – 291:24

**Assistant** [1] – 141:16

**Assisted** [1] – 265:13

**assisting** [1] – 209:12

**associated** [2] – 295:13, 349:6

**Associates** [1] – 202:10

**assume** [5] – 146:4, 232:13, 265:5, 332:21, 333:18

**assumed** [2] – 215:25, 247:23

**assuming** [3] – 144:21, 248:4, 333:20

**assumption** [1] – 343:24

**assumptions** [1] – 247:20

**asylum** [2] – 203:20, 203:22

**attached** [1] – 239:16

**attachments** [1] – 144:22

**attacking** [3] – 347:9, 347:14, 347:15

**attainable** [1] – 326:23

**attempt** [4] – 222:3, 277:6, 342:11, 363:24

**attempting** [1] – 357:11

**attended** [1] – 356:20

**attention** [2] – 186:2, 186:10

**attenuating** [1] – 216:1

**Attorney** [2] – 141:15, 141:16

**attorneys** [1] – 185:9

**attractive** [1] – 361:8

**attributable** [1] – 351:24

**attributed** [2] – 172:11, 172:20

**atypical** [16] – 251:15, 252:2, 252:21, 254:23, 256:9, 256:11, 256:22, 263:18, 279:4, 298:24, 305:14, 305:17, 305:19, 305:20, 306:2, 339:16

**atypicality** [1] – 244:1

**au** [1] – 252:5

**audio** [35] – 148:8, 162:25, 163:13, 174:14, 179:2, 182:14, 182:17, 182:23, 183:5, 196:11, 197:19, 199:24, 204:16, 206:19, 207:1, 207:7, 207:8, 209:23, 209:24, 216:13, 217:12, 223:18, 269:1, 290:11, 290:15, 290:24, 291:3, 295:25, 300:13, 347:6, 347:10, 349:6, 349:11, 352:2, 352:18

**augment** [1] – 192:12

**Authentication** [1] – 321:14

**author** [5] – 144:4, 144:5, 248:19, 314:15, 314:20

**authorized** [1] – 335:25

**authors** [1] – 332:24

**automated** [15] – 160:20, 167:25, 179:16, 291:3, 295:2, 295:10, 315:10, 315:12, 315:16, 317:25, 318:9, 321:21, 350:23, 350:25, 351:12

**automatic** [24] – 153:17, 154:3, 154:4, 195:17, 201:10, 202:13, 224:19, 226:2, 233:24, 234:1, 234:7, 244:9, 257:21, 267:20, 268:24, 272:2, 272:21, 273:13, 281:25, 282:11, 296:1, 299:3, 303:15, 350:15

**automatically** [1] – 169:21

**AV** [1] – 216:13

**available** [13] – 159:6, 160:15, 160:17, 160:21, 261:16, 261:17, 289:19, 311:8, 311:9, 313:12, 313:15, 323:6, 324:3

**Avion** [1] – 160:23

**avoid** [5] – 278:18, 306:23, 307:13, 307:15, 332:4

**avoided** [2] – 307:10, 332:2

**avoids** [1] – 279:5

**aware** [19] – 152:14, 156:8, 158:24, 178:22, 202:8, 205:14, 210:7, 214:19, 247:5, 247:17, 265:5, 266:22, 294:25, 303:14, 327:10, 332:1, 335:16, 356:4, 359:3

**AYA** [8] – 227:14, 227:24, 231:9, 231:13, 231:19, 231:24, 231:25

**AYA's** [4] – 231:4, 231:5, 231:7

## B

**B3** [2] – 363:8, 363:9

**Background** [1] - 189:25
**background** [16] - 169:13, 169:15, 169:22, 169:24, 170:3, 170:7, 170:12, 170:15, 170:21, 171:1, 172:5, 173:17, 229:1, 312:6, 319:14, 357:17
**backing** [2] - 169:23, 174:13
**backyard** [1] - 324:16
**bad** [6] - 147:23, 183:16, 275:1, 278:15, 317:15, 334:23
**baking** [1] - 316:3
**balancing** [1] - 223:7
**ballpark** [3] - 190:15, 248:23, 250:14
**bands** [1] - 216:2
**Barbara** [1] - 312:8
**Barn** [2] - 358:20, 358:22
**base** [3] - 250:5, 333:15, 333:17
**based** [24] - 142:24, 163:25, 173:2, 173:5, 174:17, 235:19, 257:18, 262:15, 262:21, 262:22, 278:12, 287:20, 290:23, 291:5, 298:23, 302:8, 303:4, 303:7, 303:9, 309:20, 338:3, 338:14, 346:15, 350:4
**baseline** [1] - 354:14
**basic** [2] - 271:21, 338:7
**basis** [4] - 347:12, 347:13, 351:2, 353:14
**bathroom** [1] - 239:23
**Batvox** [95] - 155:2, 157:20, 158:10, 160:3, 160:19, 161:11, 161:13, 161:17, 162:3, 162:6, 162:15, 162:17, 163:4, 163:10, 163:20, 163:25, 164:14, 167:1, 167:2, 167:9, 169:17, 170:7, 171:20, 171:23, 172:10, 174:11, 174:17, 174:23, 176:11, 177:21, 179:4, 189:1, 189:16, 189:21, 190:18, 190:24, 190:25, 193:18, 194:18, 196:8, 196:9, 196:16, 200:20, 219:18, 221:14, 226:13, 226:15, 226:16, 257:23, 258:11, 259:13, 260:8, 260:16, 261:7, 269:9, 269:19, 270:21, 270:22, 272:24, 273:5, 273:22, 273:25, 274:11, 274:17, 287:16, 287:21, 289:13, 294:22, 295:9, 295:13, 296:16, 296:20, 299:5, 300:20, 308:12, 308:23, 335:13, 335:24, 336:4, 336:7, 336:14, 351:17, 356:16, 356:17, 356:18, 356:20, 356:23, 356:24, 357:2, 357:3, 357:7, 357:15, 357:23, 357:24, 358:7
**Batvox's** [8] - 155:6, 155:10, 155:20, 156:9, 156:13, 158:24, 159:22, 196:15
**bayesian** [6] - 354:9, 354:10, 357:17, 360:21, 360:22, 360:23
**Bayesian** [25] - 210:8, 232:16, 232:19, 232:24, 233:20, 236:13, 236:16, 236:21, 236:22, 326:16, 326:20, 326:25, 327:1, 327:2, 327:3, 327:6, 327:11, 327:19, 327:21, 327:22, 328:16, 338:14
**Bayesian-based** [1] - 338:14

**BBC** [1] - 339:9
**became** [1] - 317:20
**become** [4] - 163:19, 181:15, 324:20, 329:16
**becomes** [1] - 179:22
**BEFORE** [1] - 141:12
**began** [3] - 207:22, 226:19, 315:23
**begin** [5] - 185:10, 185:16, 185:19, 345:13, 364:19
**beginning** [1] - 341:5
**begins** [2] - 233:11, 255:12
**behave** [1] - 312:10
**behavior** [4] - 163:15, 295:16, 320:2, 331:9
**behavioristical** [1] - 295:18
**belief** [1] - 308:2
**believes** [1] - 243:14
**bell** [2] - 166:16, 166:19
**belong** [2] - 261:24, 288:13
**belonging** [3] - 165:2, 172:6, 260:12
**belongs** [1] - 172:5
**below** [5] - 277:2, 284:1, 284:4, 284:5, 284:10
**bench** [2] - 185:25, 311:2
**best** [6] - 150:8, 174:8, 236:25, 261:22, 341:24, 361:7
**better** [26] - 151:18, 153:21, 162:4, 169:5, 170:18, 173:4, 182:21, 187:19, 201:6, 207:19, 246:12, 251:5, 268:16, 272:21, 272:23, 273:11, 273:13, 281:4, 287:21, 287:23, 288:18, 289:2, 289:3, 354:22, 364:7
**between** [40] - 148:15, 153:1, 155:21, 156:19, 162:15, 176:6, 178:3, 178:13, 178:21, 179:6, 179:12, 179:15, 181:13, 181:14, 181:18, 182:5, 184:18, 190:13, 211:19, 218:13, 218:20, 223:19, 232:9, 241:6, 245:4, 246:6, 274:23, 276:12, 287:7, 295:25, 299:20, 302:15, 306:10, 329:20, 332:21, 333:10, 336:24, 337:1, 337:16, 339:14
**beyond** [1] - 343:16
**bias** [31] - 278:9, 278:11, 278:15, 278:19, 279:5, 279:8, 291:17, 291:19, 291:22, 291:25, 293:8, 306:16, 307:10, 307:13, 307:15, 307:22, 331:5, 331:7, 331:8, 331:10, 331:12, 331:18, 331:25, 332:1, 358:11, 358:14, 358:15, 358:19, 359:4, 359:15, 359:19
**biases** [1] - 332:5
**big** [7] - 147:6, 151:10, 170:13, 175:20, 324:19, 338:12
**bigger** [1] - 285:2
**bill** [1] - 294:7
**Biometric** [2] - 144:10, 159:21
**biometric** [19] - 158:4, 195:8, 219:21, 221:8, 223:8, 257:21, 258:22, 267:21, 268:1, 273:2, 317:20, 318:4, 322:8,

322:19, 322:22, 323:14, 333:24, 334:5, 345:2
**Biometrics** [1] - 321:20
**biometrics** [6] - 149:19, 295:19, 315:9, 315:11, 321:15, 340:5
**bit** [15] - 149:15, 150:10, 213:22, 227:9, 263:19, 312:20, 316:10, 319:14, 326:13, 328:11, 335:19, 337:14, 350:11, 355:18, 359:21
**BKA** [6] - 153:15, 154:6, 154:8, 154:20, 179:2, 295:5
**blame** [1] - 331:10
**blind** [9] - 266:4, 266:10, 266:13, 266:15, 278:20, 280:6, 280:15, 280:16, 306:24
**blood** [1] - 307:11
**bodies** [1] - 323:2
**body** [2] - 323:9, 323:10
**book** [2] - 300:6, 301:11
**boost** [2] - 163:24, 173:1
**boosted** [2] - 272:3, 272:7
**bottom** [3] - 233:11, 255:13, 347:23
**bought** [1] - 206:16
**box** [1] - 181:7
**break** [5] - 185:19, 185:21, 239:23, 343:22, 364:16
**breaks** [2] - 167:13, 317:1
**Brief** [3] - 259:5, 268:9, 283:20
**brief** [1] - 143:19
**briefly** [8] - 142:23, 143:6, 143:16, 148:6, 286:25, 287:6, 291:21, 298:17
**brilliant** [4] - 326:15, 330:15, 345:14, 345:22
**bring** [2] - 336:18, 350:18
**British** [10] - 318:7, 328:13, 328:14, 328:19, 328:21, 329:9, 330:3, 339:9, 340:11
**Broadcast** [1] - 340:11
**broadcasters** [1] - 339:10
**Broadcasting** [1] - 339:9
**broke** [2] - 219:14, 242:15
**Brooklyn** [1] - 141:6
**brorsan** [2] - 255:14, 306:8
**brother** [1] - 255:14
**brought** [1] - 328:10
**Brummer** [3] - 195:15, 195:16, 196:4
**built** [2] - 261:6, 357:9
**built-in** [1] - 357:9
**bunch** [2] - 144:7, 184:13
**Bundeskriminalamt** [1] - 154:8
**but..** [1] - 207:19
**butcher** [2] - 204:13, 357:13
**buy** [3] - 161:11, 331:15, 331:17
**buying** [1] - 159:25
**BY** [43] - 141:15, 141:18, 141:19, 141:21, 141:22, 141:23, 146:19, 154:5, 154:21, 166:20, 171:16, 181:2, 186:24, 208:18, 237:25, 240:14, 242:9, 256:1, 259:6, 268:10, 275:15,

277:8, 283:21, 285:25, 287:5, 298:10,
304:4, 312:2, 313:5, 317:7, 324:8,
341:4, 345:1, 345:10, 345:20, 362:12,
364:1, 366:4, 366:5, 366:6, 366:7,
366:10, 366:11

## C

cake [1] - 316:3
calculate [9] - 149:17, 153:5, 176:19,
270:18, 272:2, 300:1, 302:6, 302:7,
348:10
calculated [15] - 146:24, 149:16,
152:15, 153:9, 154:13, 156:13, 159:5,
162:14, 271:21, 271:24, 271:25,
273:16, 299:2, 348:17
calculates [1] - 151:13
calculating [3] - 148:10, 151:21,
348:13
calculation [3] - 151:2, 151:17, 263:5
calculations [2] - 356:4, 356:6
calculus [1] - 312:17
calibration [1] - 278:24
California [2] - 312:8, 358:21
camera [2] - 214:9, 224:24
Campbell [1] - 349:19
candidate [1] - 280:5
cannot [8] - 163:11, 193:13, 198:23,
198:24, 210:12, 344:19, 348:8, 352:25
capable [1] - 321:8
career [1] - 313:6
careful [4] - 326:15, 346:15, 349:3,
350:4
carefully [1] - 144:8
carry [2] - 246:7, 272:21
case [100] - 144:7, 147:25, 148:3,
153:14, 155:3, 162:1, 162:9, 163:2,
163:9, 163:19, 164:4, 169:11, 169:17,
176:18, 177:12, 178:10, 183:1, 183:2,
183:5, 183:19, 187:10, 189:13,
190:20, 191:11, 192:12, 199:9, 200:7,
209:15, 209:17, 209:18, 211:19,
213:8, 213:11, 222:21, 223:3, 223:8,
226:7, 226:20, 228:9, 244:20, 248:8,
251:1, 256:4, 260:10, 266:1, 269:4,
270:4, 271:16, 275:20, 275:21,
279:10, 280:7, 280:10, 282:13,
284:14, 286:9, 289:15, 290:4, 290:5,
292:10, 292:22, 293:10, 293:19,
293:25, 296:8, 299:25, 300:4, 300:5,
300:6, 301:9, 301:11, 304:17, 305:5,
305:8, 305:9, 314:2, 330:1, 332:11,
338:6, 343:13, 343:23, 343:24, 344:9,
344:10, 347:6, 347:18, 347:25,
349:23, 350:7, 353:8, 353:15, 354:3,
358:8, 362:14, 362:17, 362:20,
362:25, 364:23
cases [41] - 161:7, 183:4, 183:21,
187:7, 187:9, 187:14, 201:19, 202:9,
203:20, 203:23, 235:7, 250:18, 266:9,

266:17, 266:18, 280:4, 290:3, 292:20,
293:3, 294:8, 294:12, 294:15, 294:16,
303:23, 304:5, 304:7, 304:8, 304:11,
304:13, 304:16, 320:9, 329:24,
340:10, 346:12, 346:13, 346:18,
346:20, 346:21, 346:25
casework [12] - 161:18, 161:19,
179:4, 188:17, 203:13, 203:16, 235:6,
251:21, 283:5, 301:5, 301:7, 301:13
categories [1] - 177:16
CAUSE [1] - 141:11
caution [1] - 334:25
caveat [1] - 344:7
CAZGANY [1] - 141:23
cell [4] - 198:2, 200:20, 224:25,
336:24
cellphone [4] - 257:25, 258:17,
258:19, 262:4
cellphones [2] - 259:20, 262:6
Center [7] - 182:15, 183:3, 183:9,
184:1, 184:5, 298:20, 303:21
center [1] - 182:16
cepstral [5] - 167:7, 167:19, 168:1,
168:4, 172:14
Cepstral [1] - 194:21
certain [19] - 162:2, 167:17, 167:23,
167:24, 167:25, 168:22, 174:16,
179:22, 183:12, 196:22, 249:15,
252:4, 279:4, 279:7, 302:13, 343:16,
343:20, 344:8, 351:9
certainly [7] - 146:2, 321:2, 349:8,
354:25, 357:16, 359:2, 362:23
certification [3] - 355:10, 355:12
cetera [1] - 147:9
chain [1] - 223:20
chair [4] - 341:15, 341:17, 341:22
chaired [2] - 319:9, 322:9
challenge [1] - 321:22
challenges [1] - 321:22
chance [2] - 281:15, 347:5
change [5] - 179:9, 260:17, 314:15,
336:6, 350:20
changed [1] - 273:9
changes [1] - 214:4
channel [10] - 155:24, 172:4, 213:8,
213:9, 260:24, 288:14, 303:14,
334:24, 336:23, 338:1
Chapo [1] - 327:15
characteristics [8] - 174:17, 175:9,
176:23, 177:3, 177:6, 177:14, 215:14,
338:24
charge [2] - 228:9, 228:19
charged [1] - 293:13
check [2] - 157:3, 351:22
checking [1] - 207:5
checks [1] - 157:3
children [1] - 146:13
children's [1] - 179:24
Christmas [1] - 229:20
circulating [1] - 313:9

cite [1] - 313:13
cited [4] - 153:13, 313:7, 349:16,
354:11
cities [1] - 249:22
citing [1] - 313:11
claim [2] - 321:2, 336:4, 356:7
claims [1] - 336:3
clarification [2] - 147:2, 243:15
clarified [1] - 274:18
clarify [5] - 145:22, 164:3, 178:1,
201:5, 294:18
Clarksburg [1] - 319:1
classified [3] - 198:25, 358:4, 358:10
clear [19] - 223:13, 273:10, 289:23,
289:24, 290:22, 305:18, 308:4, 308:5,
309:11, 309:15, 309:17, 310:6, 329:6,
333:15, 334:4, 338:11, 347:13,
355:19, 363:7
clearly [1] - 250:19
client [5] - 142:19, 185:13, 292:18,
293:25, 294:1
clients [1] - 292:2
cloaking [3] - 215:21, 215:25, 216:4
close [5] - 207:3, 218:6, 243:8,
253:10, 330:14
closed [5] - 343:14, 343:15, 344:6,
344:7, 344:8
closely [2] - 211:17, 303:13
closer [2] - 153:23, 242:5
closest [10] - 174:20, 190:17, 226:3,
261:24, 261:25, 262:20, 262:24,
262:25, 263:13, 263:14
clues [1] - 331:8
cluster [2] - 249:15, 249:19
co [1] - 240:4
co-counsel [1] - 240:4
coat [4] - 331:14, 331:15, 331:17
cockpit [3] - 343:22, 343:25, 344:1
code [2] - 196:18, 196:21
Coefficients [1] - 194:22
coefficients [4] - 167:7, 167:20,
168:2, 168:4
coffee [1] - 240:9
cognitive [33] - 216:12, 278:9,
278:11, 278:15, 278:19, 279:5, 279:8,
291:17, 291:18, 291:22, 291:24,
293:8, 306:16, 307:13, 307:15,
307:21, 307:24, 331:5, 331:7, 331:8,
331:10, 331:12, 331:18, 331:24,
332:1, 332:5, 358:11, 358:14, 358:15,
358:19, 359:4, 359:15, 359:19
cognitives [1] - 332:4
coherent [1] - 281:9
collaborative [2] - 151:24, 292:11
colleague [9] - 203:24, 204:2,
256:25, 279:10, 279:13, 279:22,
280:9, 330:13, 330:14
collect [2] - 301:8, 353:21
collected [2] - 337:6, 337:7
collecting [3] - 251:20, 252:16,

303:12
 **collection** [1] - 341:24
 **Colorado** [1] - 358:7
 **combination** [5] - 163:8, 165:19, 165:24, 170:3, 269:16
 **combined** [1] - 327:5
 **comfortable** [1] - 357:18
 **coming** [4] - 152:3, 279:8, 293:16, 343:25
 **comment** [4] - 269:21, 277:20, 346:5, 362:22
 **commented** [1] - 277:5
 **comments** [2] - 244:23, 314:20
 **Commerce** [2] - 318:14, 319:12
 **commercial** [7] - 150:3, 150:8, 157:14, 159:7, 335:25, 336:1, 336:16
 **Commission** [3] - 313:10, 313:16, 320:6
 **Committee** [1] - 342:2
 **committee** [15] - 319:8, 319:13, 319:24, 321:13, 321:17, 321:20, 322:10, 341:6, 341:8, 341:14, 342:1, 342:6, 349:21, 361:16
 **committees** [6] - 319:5, 319:7, 320:8, 320:9, 320:11, 321:13
 **Committees** [1] - 319:10
 **common** [10] - 183:22, 246:11, 249:20, 252:20, 256:12, 287:19, 301:4, 304:21, 333:17, 333:19
 **commonly** [2] - 254:21, 304:25
 **communicate** [3] - 245:25, 246:2, 246:3
 **communication** [2] - 161:15, 215:5
 **community** [20] - 182:24, 188:15, 188:21, 188:23, 198:8, 198:12, 198:21, 200:24, 200:25, 201:3, 234:12, 244:25, 245:4, 254:21, 280:18, 282:20, 283:3, 283:6, 298:13, 329:13
 **companies** [2] - 205:8, 336:18
 **company** [11] - 158:10, 203:18, 204:3, 204:4, 204:6, 356:2, 356:7, 356:9, 356:10
 **comparable** [2] - 226:9, 330:11
 **comparative** [1] - 336:3
 **compare** [31] - 147:22, 147:24, 149:23, 158:25, 170:10, 176:14, 177:21, 184:6, 191:1, 209:19, 209:21, 211:16, 217:14, 217:21, 224:24, 228:24, 229:3, 231:4, 231:7, 231:9, 231:19, 231:23, 231:24, 232:2, 271:9, 275:20, 279:20, 294:4, 332:9, 343:12
 **compared** [21] - 156:9, 156:24, 156:25, 160:20, 161:24, 162:2, 169:12, 170:21, 175:23, 176:12, 177:19, 189:9, 219:16, 226:11, 226:12, 231:6, 235:25, 238:15, 257:25, 332:12, 336:12
 **comparing** [19] - 156:8, 156:14, 156:21, 158:11, 158:25, 159:22,

175:7, 175:11, 178:23, 184:17, 198:2, 211:17, 229:4, 231:18, 259:7, 272:18, 282:24, 302:12, 340:11
 **comparison** [40] - 151:7, 151:9, 156:13, 158:6, 159:18, 160:20, 168:1, 170:23, 170:25, 175:17, 177:24, 178:17, 179:10, 179:17, 182:16, 187:19, 187:22, 187:23, 187:24, 188:16, 205:19, 206:20, 218:20, 224:12, 235:5, 252:2, 258:17, 260:5, 268:24, 272:22, 279:23, 282:1, 291:3, 292:10, 295:2, 295:10, 300:12, 352:2, 358:2
 **Comparison** [2] - 144:7, 146:7
 **comparisons** [12] - 147:6, 147:10, 147:21, 152:20, 162:22, 179:20, 231:13, 294:6, 299:3, 299:20, 330:23, 351:13
 **competence** [1] - 361:17
 **competency** [1] - 342:16
 **competing** [3] - 161:22, 326:10, 326:11
 **competitions** [1] - 359:10
 **complete** [2] - 230:2, 316:6
 **completed** [3] - 229:23, 229:24, 230:4
 **completely** [6] - 163:12, 232:24, 274:25, 289:14, 328:18, 329:4
 **completing** [2] - 181:3, 183:19
 **complexity** [1] - 216:5
 **complicated** [2] - 164:4, 164:8
 **comply** [1] - 314:8
 **composite** [1] - 190:1
 **compounded** [1] - 216:15
 **compression** [4] - 348:20, 348:22, 348:24
 **compressions** [1] - 349:1
 **Computer** [1] - 142:5
 **computer** [6] - 204:24, 287:2, 316:1, 316:6, 316:8, 337:11
 **Computer-aided** [1] - 142:5
 **computerized** [1] - 142:4
 **concentrate** [1] - 345:12
 **concentrated** [1] - 315:14
 **concept** [1] - 338:9
 **conceptualize** [3] - 245:6, 250:4, 250:15
 **conceptualizing** [1] - 248:23
 **concerned** [3] - 309:20, 315:15, 350:22
 **concerning** [1] - 153:10
 **conclude** [1] - 339:13
 **concluded** [1] - 291:12
 **conclusion** [14] - 146:22, 147:11, 163:23, 196:9, 199:16, 226:7, 230:15, 232:19, 232:24, 233:21, 235:11, 236:14, 291:5, 291:9
 **conclusions** [20] - 143:21, 151:19, 181:25, 200:7, 202:12, 222:9, 235:13, 279:3, 279:21, 287:7, 287:9, 326:4,

329:22, 330:18, 332:12, 347:14, 347:15, 353:15, 360:17
 **conclusively** [2] - 210:3, 210:12
 **condition** [7] - 158:15, 159:1, 159:2, 299:7, 301:9, 354:4, 354:18
 **conditions** [40] - 155:22, 155:25, 156:7, 156:22, 157:20, 158:14, 158:19, 159:13, 159:14, 159:19, 161:25, 174:9, 197:7, 197:8, 197:12, 197:13, 260:24, 261:2, 261:4, 261:22, 264:3, 264:4, 264:8, 264:21, 264:22, 269:16, 273:20, 286:8, 288:9, 288:23, 299:9, 299:24, 300:3, 336:19, 336:21, 336:22, 337:13, 338:1
 **conduct** [4] - 224:12, 292:16, 325:21, 325:22
 **conducted** [4] - 153:4, 157:11, 200:21, 349:11
 **conducting** [2] - 351:9, 361:22
 **conference** [5] - 313:8, 314:18, 314:22, 314:23, 349:18
 **conferences** [2] - 314:4, 314:19
 **confidence** [2] - 169:21, 236:11
 **conflict** [1] - 322:16
 **confused** [6] - 282:3, 313:7, 335:19, 350:11, 357:6, 359:7
 **confusing** [3] - 227:3, 244:11, 352:20
 **confusion** [1] - 325:7
 **Congress** [1] - 322:3, 360:5
 **conjunction** [2] - 153:17, 161:19
 **connect** [1] - 331:16
 **connected** [10] - 262:10, 273:15, 281:23, 282:14, 285:11, 295:6, 295:19, 296:4, 296:12, 308:17
 **connecting** [1] - 260:11
 **connection** [2] - 144:16, 144:25
 **conscious** [1] - 308:1
 **consensus** [8] - 202:1, 202:3, 279:25, 295:8, 329:12, 329:18, 332:13, 332:15
 **consider** [5] - 188:15, 188:20, 330:15, 339:6, 360:21
 **consideration** [2] - 352:6, 352:14
 **considered** [2] - 320:9, 340:3
 **considers** [1] - 190:24
 **consistencies** [1] - 271:9
 **consistent** [5] - 255:10, 256:13, 256:16, 256:21, 338:5
 **consistently** [2] - 207:5, 256:6
 **consists** [1] - 147:5
 **consonants** [1] - 216:8
 **Consortium** [1] - 337:8
 **constantly** [1] - 293:4
 **construction** [1] - 233:11
 **consult** [1] - 315:22
 **consulting** [1] - 315:23
 **consumer** [1] - 357:21
 **contain** [7] - 164:21, 260:13, 289:24, 358:14, 358:15, 359:4, 359:15
 **contained** [3] - 189:20, 299:24,

359:19
 **containing** [2] - 276:10, 298:18
 **contains** [5] - 174:6, 250:20, 258:13, 296:12, 358:19
 **content** [2] - 189:18, 191:5
 **contention** [1] - 353:6
 **continue** [3] - 317:5, 317:6, 349:9
 **continued** [2] - 180:13, 316:16
 **Continued** [7] - 146:18, 181:1, 255:19, 297:3, 298:9, 310:19, 344:22
 **contract** [3] - 228:10, 228:15, 318:7
 **contrary** [1] - 354:25
 **contrast** [2] - 177:5, 344:9
 **control** [6] - 180:3, 206:21, 224:3, 326:1, 343:3, 348:4
 **controlled** [1] - 317:24, 325:10
 **controlling** [2] - 206:25, 293:8
 **controversial** [2] - 315:11, 349:8
 **conversant** [1] - 357:16
 **conversation** [1] - 218:13
 **conversations** [2] - 243:20, 265:4
 **convert** [5] - 222:6, 222:10, 222:21, 273:6, 274:10
 **converted** [1] - 274:4
 **copilot** [3] - 343:5, 343:8, 343:10
 **copy** [8] - 208:10, 214:7, 323:5, 335:8, 335:10, 350:18, 352:1, 356:24
 **cords** [2] - 165:13, 180:1, 180:6
 **core** [15] - 155:3, 155:6, 155:10, 155:20, 156:9, 156:13, 157:15, 158:24, 159:22, 196:15, 222:4, 336:7, 336:14, 355:19, 357:15
 **Corporation** [2] - 339:9, 340:12
 **correct** [41] - 145:21, 149:8, 154:7, 158:13, 167:11, 189:7, 194:15, 226:24, 231:2, 233:19, 239:12, 239:14, 253:20, 253:22, 255:4, 273:4, 275:2, 275:4, 282:23, 289:11, 296:18, 334:1, 335:24, 345:14, 346:19, 352:24, 352:25, 353:16, 354:8, 354:10, 354:12, 355:17, 356:13, 356:15, 357:25, 359:16, 360:18, 361:18, 361:22, 362:17
 **Correct** [1] - 264:20
 **correctly** [1] - 242:22
 **cost** [7] - 151:3, 151:7, 151:11, 211:9, 211:11, 299:21
 **costs** [2] - 184:21, 266:6
 **counsel** [6] - 142:11, 186:5, 240:4, 240:11, 298:2, 311:4
 **counter** [1] - 291:22
 **countering** [1] - 291:24
 **COUNTERTERRORISM** [1] - 141:17
 **countries** [2] - 327:10, 361:1
 **country** [2] - 249:18, 329:20
 **couple** [4] - 241:6, 326:23, 335:23, 336:15
 **course** [37] - 150:8, 152:20, 157:6, 159:25, 163:6, 164:19, 177:23, 180:12, 184:12, 184:21, 196:5,

196:12, 196:24, 197:20, 202:10, 207:15, 227:22, 250:5, 252:15, 267:15, 271:22, 276:14, 276:17, 278:22, 279:24, 289:15, 290:21, 291:1, 294:2, 303:10, 304:14, 312:18, 313:2, 318:23, 319:3, 334:19
 **courses** [3] - 312:16, 313:3, 356:21
 **COURT** [89] - 141:1, 141:12, 142:15, 142:22, 143:2, 143:9, 143:23, 144:20, 145:17, 145:21, 146:1, 146:11, 146:16, 153:20, 154:17, 166:13, 166:17, 185:9, 185:13, 185:17, 185:20, 185:23, 186:3, 186:5, 186:11, 186:17, 186:21, 188:5, 188:7, 191:19, 208:11, 221:23, 225:18, 237:16, 237:22, 239:24, 240:3, 240:7, 240:10, 242:3, 247:8, 259:4, 268:8, 275:13, 277:3, 283:19, 285:24, 286:17, 286:20, 286:23, 287:1, 297:1, 298:1, 298:6, 298:8, 302:3, 304:1, 309:3, 309:6, 309:15, 309:20, 310:1, 310:5, 310:9, 310:12, 310:16, 311:3, 311:11, 311:17, 312:22, 312:24, 313:4, 316:22, 316:24, 317:5, 341:3, 341:17, 341:21, 345:7, 345:17, 361:25, 362:4, 362:9, 364:10, 364:12, 364:16, 364:18, 365:6, 365:9
 **court** [17] - 142:19, 203:1, 203:5, 237:16, 237:24, 296:15, 303:18, 316:25, 317:3, 328:12, 329:11, 329:22, 329:25, 330:8, 342:13, 361:9, 362:8
 **Court** [14] - 142:1, 142:1, 145:2, 145:25, 146:23, 148:6, 150:24, 158:8, 164:5, 178:20, 179:21, 286:15, 303:2, 317:4
 **Court's** [2] - 186:2, 186:9
 **Courthouse** [1] - 141:6
 **Courtroom** [1] - 141:24
 **COURTROOM** [3] - 142:8, 298:4, 311:22
 **courts** [5] - 203:2, 320:15, 320:17, 330:3, 330:4
 **Courts** [1] - 330:23
 **covering** [1] - 290:10
 **craft** [1] - 320:2
 **crazy** [1] - 338:22
 **create** [5] - 170:1, 211:2, 226:8, 227:5, 235:19
 **created** [8] - 145:10, 169:10, 173:15, 220:16, 225:10, 227:11, 235:22, 288:20
 **creates** [3] - 189:1, 226:15, 226:17
 **creation** [1] - 317:22
 **credentials** [1] - 204:14
 **credited** [1] - 323:8
 **criminal** [1] - 142:8
 **CRIMINAL** [1] - 141:11
 **criteria** [1] - 261:13
 **criticisms** [1] - 314:16

 **CROSS** [4] - 186:23, 345:9, 366:5, 366:11
 **cross** [14] - 143:7, 143:14, 143:15, 145:15, 186:14, 186:19, 286:21, 294:25, 298:11, 309:13, 309:14, 345:7, 365:3
 **cross-examination** [4] - 186:19, 294:25, 298:11, 345:7
 **CROSS-EXAMINATION** [4] - 186:23, 345:9, 366:5, 366:11
 **cross-examine** [6] - 143:7, 143:14, 143:15, 286:21, 309:13, 309:14
 **crossing** [1] - 186:21
 **crux** [2] - 361:24, 362:13
 **cup** [2] - 316:4
 **current** [3] - 196:1, 339:2, 343:11
 **curve** [4] - 165:16, 166:16, 166:19
 **curves** [2] - 165:19, 165:25
 **custody** [1] - 223:20
 **CV** [1] - 340:21

## D

 **data** [22] - 149:17, 160:8, 160:15, 160:16, 169:7, 170:2, 243:25, 260:10, 265:25, 294:9, 302:7, 325:2, 325:3, 325:21, 325:23, 337:6, 337:7, 338:5, 341:24, 352:15, 353:21, 357:10
 **Data** [1] - 337:8
 **database** [7] - 147:6, 226:3, 260:6, 301:8, 302:8, 302:9, 339:8
 **databases** [6] - 155:17, 251:20, 252:16, 253:15, 303:13, 337:3
 **date** [13] - 214:17, 226:21, 229:13, 229:21, 229:24, 230:1, 230:2, 230:4, 285:3, 285:5, 285:7, 285:8, 285:13
 **dated** [4] - 142:23, 144:4, 144:14, 347:18
 **dates** [3] - 284:23, 284:24, 285:9
 **Daubert** [2] - 142:8, 309:14
 **DAUBERT** [1] - 141:11
 **Dave** [1] - 142:16
 **DAVID** [1] - 141:22
 **days** [3] - 326:14, 326:23, 335:23
 **dead** [1] - 260:16
 **deadline** [9] - 229:15, 229:19, 229:23, 229:25, 230:2, 230:3, 230:4, 294:10, 307:9
 **deadlines** [2] - 183:18, 289:7
 **deal** [4] - 203:6, 327:14, 337:17, 338:18
 **dealing** [2] - 301:6, 337:11
 **December** [2] - 226:20, 289:9
 **decide** [6] - 150:18, 152:2, 302:25, 331:17, 349:12, 350:5
 **decided** [5] - 150:16, 161:15, 287:20, 309:13, 351:5
 **decides** [2] - 150:21, 169:21
 **deciding** [2] - 191:1, 215:7
 **decision** [8] - 147:10, 147:14,

148:11, 148:12, 149:25, 162:3, 296:7, 310:7

**decisions** [3] - 229:2, 229:3, 303:3
**decrease** [2] - 150:14, 163:13
**decreased** [3] - 179:18, 272:5, 272:7
**defendant** [3] - 338:6, 340:9, 353:23
**Defendant** [4] - 141:19, 141:20, 141:22, 311:19
**defendant's** [1] - 290:9
**DEFENDANTS** [1] - 141:8
**defendants** [8] - 144:18, 186:3, 186:5, 240:10, 293:10, 293:17, 298:1, 311:3
**Defense** [5] - 316:17, 316:20, 317:11, 318:14, 334:10
**defense** [7] - 144:15, 144:24, 145:1, 145:24, 184:18, 195:10, 212:19
**deficit** [2] - 250:19, 250:22
**define** [8] - 147:3, 225:2, 245:21, 245:23, 253:10, 302:20, 345:24, 353:21
**defined** [3] - 244:4, 244:17, 244:22
**defining** [2] - 164:15, 286:13
**definitely** [1] - 218:1
**definition** [3] - 303:16, 331:7, 338:13
**degree** [7] - 204:15, 286:5, 312:7, 333:10, 333:11, 357:12, 357:14
**degrees** [1] - 215:15
**delivered** [2] - 223:24, 316:20
**delta** [1] - 296:2
**demands** [1] - 216:12
**DEMARCO** [1] - 141:21
**DeMarco** [4] - 142:20, 186:19, 186:22
**denominator** [1] - 333:11
**Denver** [2] - 311:16, 322:21
**department** [1] - 179:1
**Department** [15] - 313:9, 316:17, 316:20, 317:11, 318:14, 318:16, 318:17, 318:19, 319:11, 319:12, 319:20, 320:5, 334:10, 341:9
**DEPARTMENT** [1] - 141:17
**dependant** [1] - 334:10
**dependent** [18] - 296:9, 296:10, 296:11, 299:7, 333:24, 334:1, 334:7, 334:12, 335:2, 335:3, 335:5, 335:12, 335:13, 335:14, 354:5, 354:7, 354:18
**Deputy** [1] - 141:24
**DEPUTY** [3] - 142:8, 298:4, 311:22
**derived** [3] - 147:4, 282:7, 282:10
**describe** [1] - 326:13
**described** [5] - 276:23, 290:7, 313:19, 325:17, 326:16
**describing** [1] - 290:14
**desk** [1] - 184:14
**despair** [1] - 183:7
**despite** [1] - 344:16
**detail** [5] - 288:22, 363:4, 363:8, 363:15, 363:25
**details** [1] - 344:10

**detect** [2] - 245:12, 290:25
**detective** [1] - 207:25
**determination** [4] - 150:17, 151:15, 203:20, 210:20
**determinations** [1] - 354:4
**determine** [7] - 184:2, 260:6, 263:24, 300:20, 339:5, 346:19, 348:19
**determined** [4] - 150:2, 155:7, 251:11, 330:10
**determines** [1] - 354:8
**developed** [2] - 334:9, 351:18
**development** [2] - 315:24, 316:16
**Development** [1] - 342:2
**device** [2] - 197:8, 325:1
**devices** [2] - 156:7, 162:2
**dialect** [8] - 250:17, 250:20, 250:21, 250:22, 251:9, 251:20, 260:9, 260:15
**differ** [1] - 236:25
**difference** [19] - 148:15, 179:6, 179:15, 179:20, 191:7, 195:3, 200:24, 246:18, 250:10, 272:24, 287:7, 290:17, 306:10, 324:18, 324:19, 328:4, 329:20, 339:24, 360:16
**differences** [19] - 176:5, 181:12, 181:13, 181:22, 238:22, 250:6, 271:10, 279:4, 279:15, 280:13, 280:17, 281:18, 281:22, 282:20, 302:18, 303:6, 303:14, 307:17, 326:12
**different** [154] - 147:6, 147:7, 147:8, 149:6, 149:10, 149:22, 149:23, 151:9, 151:21, 151:25, 152:19, 152:21, 155:12, 155:21, 155:24, 156:3, 156:7, 157:6, 157:12, 157:21, 161:3, 161:14, 162:22, 163:21, 164:10, 164:11, 164:12, 164:17, 164:19, 164:24, 165:11, 165:14, 166:2, 169:18, 173:1, 173:25, 174:1, 176:1, 178:18, 178:24, 179:7, 179:9, 179:24, 189:5, 189:9, 189:16, 191:5, 191:17, 192:16, 192:18, 193:8, 197:6, 197:13, 202:4, 202:7, 203:9, 207:1, 207:11, 207:15, 211:18, 215:12, 215:18, 216:8, 216:19, 217:14, 218:2, 219:18, 220:22, 221:10, 225:15, 226:4, 226:5, 227:3, 227:4, 227:9, 227:11, 232:9, 232:10, 235:14, 235:17, 241:2, 244:8, 245:19, 246:6, 249:20, 251:21, 252:1, 252:16, 252:17, 255:1, 256:15, 263:25, 264:4, 264:8, 271:10, 274:21, 274:25, 275:7, 278:13, 279:1, 279:14, 280:2, 280:13, 280:22, 281:2, 287:11, 288:4, 288:5, 288:9, 288:16, 288:17, 288:18, 288:23, 290:15, 292:5, 292:12, 292:21, 295:7, 296:13, 299:4, 299:20, 299:24, 300:4, 301:2, 302:25, 303:13, 303:14, 303:15, 304:21, 304:23, 305:1, 306:13, 315:12, 325:8, 328:2, 328:5, 328:18, 329:4, 332:8, 340:4, 341:23, 352:22, 357:5, 357:10, 361:1

**differently** [2] - 173:1, 247:17
**difficult** [7] - 153:4, 153:19, 181:12, 217:13, 246:15, 266:9, 300:9
**difficulties** [1] - 246:17
**digestible** [1] - 145:24
**digital** [4] - 259:8, 259:12, 259:14, 262:22
**dimensional** [8] - 164:10, 164:18, 165:9, 165:18, 165:19, 166:19, 166:21, 166:23
**dimensions** [2] - 195:5, 196:2
**diminish** [2] - 229:9, 294:2
**dip** [1] - 255:8
**dipsy** [1] - 319:19
**DIRECT** [5] - 146:18, 181:1, 312:1, 366:4, 366:10
**direct** [6] - 142:24, 185:8, 332:15, 345:21, 364:13, 365:2
**directed** [2] - 211:3, 308:18
**direction** [4] - 151:9, 151:10, 152:5, 292:14
**directions** [1] - 151:5
**directly** [6] - 171:10, 171:15, 180:10, 196:3, 320:17, 329:3
**directs** [1] - 232:17
**disagree** [1] - 234:17
**disagreed** [1] - 269:9
**disagreement** [2] - 151:17, 329:18
**disc** [2] - 213:23, 214:2
**discarded** [1] - 351:3
**disciplines** [3] - 278:24, 279:2, 301:22
**disclosures** [1] - 144:25
**discovered** [1] - 294:18
**discovery** [2] - 144:15, 144:24
**discriminate** [2] - 153:1, 241:6
**discrimination** [1] - 241:5
**discriminative** [1] - 152:25
**discuss** [9] - 149:15, 279:11, 279:25, 280:9, 280:12, 280:13, 292:1, 326:21, 358:12
**discussed** [12] - 152:13, 158:11, 168:11, 173:14, 184:11, 184:22, 185:1, 207:22, 252:5, 288:21, 290:2, 335:1
**discussing** [1] - 236:18
**discussion** [4] - 281:7, 289:14, 331:4, 339:2
**discussions** [6] - 237:3, 237:7, 280:23, 289:15, 289:16, 290:12
**disease** [1] - 303:1
**dislike** [2] - 147:16, 150:24
**dispersed** [1] - 276:9
**dispersion** [6] - 151:4, 194:7, 275:25, 276:4, 277:11, 284:14
**dispersions** [1] - 194:11
**dispute** [1] - 353:14
**disputed** [2] - 187:7, 187:9
**disregarded** [1] - 350:25

**disruption** [1] - 349:6
**dissertation** [4] - 248:12, 248:19, 248:21, 312:9
**dissimilar** [1] - 170:19
**dissimilarities** [1] - 243:24
**dissimilarity** [1] - 333:21
**distance** [3] - 276:12, 276:19, 284:20
**distinct** [1] - 199:20
**distribution** [8] - 165:7, 165:24, 166:16, 168:18, 175:16, 175:25, 176:19, 222:4
**distributions** [2] - 178:5, 178:8
**DISTRICT** [3] - 141:1, 141:1, 141:12
**disturbed** [1] - 350:12
**divide** [2] - 295:25, 343:4
**divided** [2] - 165:12, 316:10
**division** [2] - 322:7, 322:8
**divisions** [2] - 237:8, 237:13
**DJ** [3] - 235:9, 327:12
**DK** [1] - 234:20
**DNA** [18] - 167:24, 168:23, 193:15, 225:10, 225:12, 225:14, 226:9, 301:24, 302:1, 302:5, 320:10, 358:16, 358:17, 359:17, 360:3, 360:8, 360:12, 360:15
**doable** [2] - 343:6, 343:10
**docket** [1] - 142:9
**Doctor** [1] - 362:1
**doctor** [3] - 302:21, 302:24, 316:22
**Document** [1] - 221:25
**document** [11] - 195:25, 213:8, 230:1, 275:10, 275:16, 284:25, 314:8, 323:25, 325:6, 325:8, 349:24
**documented** [1] - 285:16
**documents** [7] - 144:17, 145:1, 209:10, 209:22, 213:16, 325:6, 325:7
**domestic** [1] - 238:8
**Dominic** [1] - 215:6
**done** [59] - 153:15, 153:24, 155:12, 155:16, 157:12, 157:18, 159:6, 160:14, 161:12, 162:22, 182:5, 187:17, 188:17, 195:21, 196:9, 198:1, 198:3, 198:19, 198:20, 198:23, 198:24, 202:9, 211:20, 214:4, 214:15, 220:4, 220:6, 222:25, 224:15, 227:20, 229:14, 235:7, 264:2, 264:20, 265:2, 265:13, 265:24, 266:12, 280:19, 290:3, 295:6, 304:23, 307:8, 318:10, 318:11, 318:18, 318:21, 322:4, 325:3, 326:2, 329:6, 329:8, 329:14, 335:16, 342:19, 343:13, 346:13, 349:18, 353:10
**door** [2] - 150:4, 240:6
**double** [2] - 173:7, 173:8
**doubt** [2] - 343:16, 347:16
**down** [19] - 146:11, 167:13, 174:23, 176:11, 213:5, 219:14, 227:24, 237:17, 279:25, 299:17, 299:21, 309:3, 309:11, 317:2, 317:9, 319:22, 333:14, 343:1

**downloaded** [1] - 214:1
**Dr** [41] - 179:14, 187:12, 187:25, 196:4, 202:20, 215:6, 234:14, 234:15, 235:7, 280:20, 280:21, 281:14, 283:8, 283:11, 284:8, 286:12, 290:12, 290:13, 299:16, 300:25, 301:5, 301:14, 311:8, 311:10, 311:14, 311:17, 312:3, 312:5, 317:8, 319:9, 330:13, 330:25, 331:4, 332:16, 341:15, 341:22, 345:11, 349:20, 358:7, 365:1
**draft** [5] - 229:18, 229:21, 229:24, 289:10, 313:9
**drag** [1] - 196:19
**draw** [1] - 298:23
**drop** [2] - 184:13, 196:19
**dropping** [1] - 153:19
**drug** [1] - 180:11
**Drury** [1] - 142:1
**due** [7] - 153:3, 160:16, 199:24, 200:2, 214:20, 289:2, 351:17
**duly** [1] - 311:20
**duration** [2] - 269:2, 269:4
**during** [6] - 156:6, 181:24, 309:14, 313:6, 315:21, 356:5
**Dutch** [1] - 157:19
**DVD** [1] - 213:19

# E

**E-mail** [1] - 142:2
**ear** [3] - 173:2, 173:4, 173:6
**early** [5] - 245:9, 245:12, 312:11, 316:18, 364:23
**easier** [8] - 166:25, 168:8, 181:19, 208:13, 221:21, 249:5, 251:2, 314:18
**easily** [3] - 316:25, 334:23, 339:8
**EASTERN** [1] - 141:1
**easy** [3] - 150:9, 185:22, 217:21
**edit** [1] - 349:5
**edited** [4] - 207:5, 207:6, 207:8, 207:13
**editor** [3] - 314:5, 314:7, 314:9
**educational** [1] - 312:5
**effect** [14] - 145:6, 162:23, 178:21, 178:23, 179:15, 197:22, 214:20, 215:1, 215:8, 217:5, 218:1, 291:5, 291:9, 295:1
**effecting** [1] - 215:14
**effects** [1] - 216:7
**efficient** [2] - 184:21, 294:11
**effort** [1] - 145:22
**eight** [2] - 364:4, 364:5
**either** [8] - 237:13, 260:12, 277:15, 330:16, 332:2, 334:2, 357:19, 360:20
**elements** [1] - 172:11
**eligibility** [1] - 216:13
**empathize** [1] - 327:1
**emphasize** [1] - 322:15
**emphatically** [1] - 362:11

**empirical** [1] - 251:19
**empirically** [1] - 286:7
**employed** [5] - 157:13, 204:3, 204:6, 204:7, 212:1
**employment** [1] - 312:12
**encouraged** [1] - 315:22
**encrypted** [1] - 223:24
**end** [18] - 160:24, 173:11, 184:16, 186:14, 188:25, 193:22, 228:10, 229:4, 242:1, 273:14, 273:16, 273:20, 273:25, 276:14, 284:4, 284:7, 284:16, 284:19
**ended** [1] - 273:3
**ends** [1] - 194:10
**energy** [1] - 216:1
**enforcement** [1] - 318:22
**ENFSI** [1] - 205:18
**engineer** [1] - 204:16
**engineering** [1] - 312:7
**English** [10] - 154:19, 192:24, 226:5, 242:8, 244:11, 244:15, 255:15, 260:20, 337:12, 347:22
**enhancement** [1] - 207:1
**enjoyed** [3] - 345:15, 345:18, 345:25
**enormous** [1] - 170:13
**enrolled** [1] - 334:11
**ensure** [1] - 163:4
**entails** [1] - 324:20
**enter** [1] - 167:9
**entered** [1] - 167:2
**entirely** [6] - 189:7, 233:19, 247:25, 328:2, 328:5, 335:24
**entitled** [6] - 144:5, 146:6, 146:10, 268:12, 349:16
**environment** [7] - 177:17, 197:9, 261:2, 261:14, 262:3, 262:9, 264:5
**environmental** [1] - 181:8
**environments** [1] - 218:2
**equal** [14] - 148:16, 148:17, 148:20, 149:4, 149:13, 150:7, 150:18, 151:6, 155:1, 155:22, 155:23, 156:12, 335:3, 335:4
**equally** [2] - 292:1, 365:5
**equivalent** [1] - 226:18
**err** [1] - 333:20
**error** [80] - 143:19, 143:22, 145:3, 146:24, 147:3, 147:4, 147:16, 148:10, 148:15, 148:16, 148:17, 148:20, 149:4, 149:10, 149:13, 149:15, 149:17, 150:7, 150:15, 150:18, 150:24, 151:6, 151:13, 151:18, 152:15, 153:5, 153:9, 154:12, 154:24, 155:1, 155:7, 155:22, 155:23, 156:12, 159:4, 159:9, 159:10, 162:14, 162:16, 162:18, 163:1, 163:3, 163:8, 163:9, 163:11, 163:13, 197:10, 198:1, 200:9, 200:11, 200:19, 201:4, 202:2, 241:8, 263:19, 263:25, 266:22, 267:3, 267:6, 267:13, 267:17, 299:1, 299:3, 299:7, 299:13, 300:1, 300:7, 315:17, 335:3,

335:4, 339:1, 354:2, 354:4, 354:7, 354:11, 354:14, 355:2
**errors** [1] - 198:17
**especially** [6] - 151:22, 153:10, 161:25, 179:25, 183:22, 246:12
**ESQ** [6] - 141:14, 141:15, 141:18, 141:19, 141:21, 141:22
**essentially** [1] - 344:16
**establish** [4] - 210:2, 232:7, 339:17, 341:24
**established** [4] - 319:10, 320:6, 320:7, 341:8
**establishing** [2] - 315:17, 318:3
**establishment** [1] - 210:12
**estimate** [5] - 169:2, 182:22, 182:25, 183:18, 337:5
**estimates** [1] - 325:16
**estimation** [1] - 333:21
**et** [2] - 141:7, 147:9
**ethical** [1] - 224:9
**Europe** [10] - 201:12, 202:2, 202:17, 205:16, 281:5, 326:20, 326:21, 329:24, 332:18
**European** [1] - 157:18
**evaluate** [12] - 152:21, 157:20, 160:3, 161:9, 161:17, 182:17, 197:19, 244:17, 260:16, 299:20, 333:16, 357:11
**evaluated** [7] - 163:12, 273:12, 296:14, 325:4, 336:10, 350:5, 350:21
**evaluates** [4] - 158:5, 194:20, 269:15, 350:3
**evaluating** [6] - 150:15, 150:20, 158:16, 219:9, 287:19, 332:20
**Evaluation** [2] - 333:3, 342:2
**evaluation** [36] - 147:5, 147:9, 147:20, 148:18, 149:18, 150:6, 151:3, 151:12, 151:13, 153:14, 154:24, 155:17, 156:5, 156:8, 156:15, 157:10, 157:16, 158:12, 159:4, 160:6, 160:11, 160:14, 162:23, 162:24, 184:3, 258:2, 325:4, 336:18, 337:22, 338:1, 349:10, 353:24, 355:18, 356:5, 361:5
**evaluations** [29] - 152:14, 153:8, 153:24, 154:6, 154:12, 155:2, 155:6, 155:9, 155:12, 155:15, 155:19, 156:6, 157:13, 157:15, 157:17, 158:3, 158:24, 159:25, 161:11, 161:20, 162:15, 162:20, 198:3, 235:16, 267:19, 301:9, 351:9, 355:24, 356:3
**evaluator** [2] - 150:20, 354:8
**event** [1] - 316:18
**Evidence** [1] - 333:3
**evidence** [16] - 151:24, 152:6, 152:10, 219:6, 292:12, 293:5, 321:7, 321:8, 330:10, 330:11, 332:8, 333:16, 344:11, 344:14, 344:15, 362:15
**evident** [1] - 146:8
**exact** [7] - 163:18, 226:21, 267:14, 295:4, 308:25, 337:22, 344:18

**exactly** [22] - 143:11, 154:25, 160:18, 166:9, 168:12, 210:10, 223:21, 225:10, 235:15, 249:9, 254:17, 263:9, 267:11, 323:23, 325:2, 326:2, 336:19, 341:13, 343:9, 345:23, 350:17
**exam** [4] - 354:23, 355:5, 358:13, 360:17
**examination** [31] - 152:9, 164:1, 183:13, 185:8, 186:19, 188:25, 278:3, 289:8, 289:19, 292:16, 294:25, 298:11, 299:10, 299:12, 299:13, 302:16, 303:6, 303:8, 307:5, 320:18, 320:21, 345:7, 345:21, 349:13, 350:4, 355:24, 358:17, 358:24, 358:25, 361:18, 364:2
**EXAMINATION** [14] - 146:18, 181:1, 186:23, 287:4, 298:9, 304:3, 312:1, 345:9, 366:4, 366:5, 366:6, 366:7, 366:10, 366:11
**examinations** [8] - 299:23, 320:19, 358:2, 358:16, 359:11, 359:18, 361:23
**examine** [7] - 143:7, 143:14, 143:15, 286:21, 309:13, 309:14, 363:9
**examined** [4] - 230:14, 298:20, 311:20, 363:5
**examiner** [14] - 156:23, 157:6, 226:4, 279:19, 321:2, 346:14, 349:3, 349:12, 350:2, 352:14, 354:24, 355:4, 363:23
**examiners** [7] - 267:8, 332:8, 332:10, 332:11, 355:13
**example** [58] - 147:21, 147:24, 149:7, 149:8, 149:9, 150:3, 150:11, 151:8, 155:18, 158:23, 160:8, 162:7, 163:18, 164:25, 173:7, 181:13, 181:16, 184:19, 187:10, 192:21, 196:19, 207:2, 217:8, 217:17, 222:20, 223:19, 223:24, 237:7, 245:16, 245:17, 246:7, 246:11, 246:19, 247:23, 250:10, 250:16, 252:16, 256:8, 256:14, 260:19, 264:6, 274:23, 274:24, 280:2, 280:24, 281:12, 294:3, 294:5, 294:9, 304:23, 305:1, 306:1, 318:13, 338:16, 339:2, 343:19, 363:8
**examples** [5] - 250:17, 255:9, 258:1, 258:15, 306:5
**exams** [3] - 325:2, 325:3, 325:5
**excellent** [1] - 346:1
**except** [4] - 246:24, 289:12, 337:20, 347:7
**exception** [1] - 144:14
**exclude** [3] - 157:8, 172:4, 183:20
**excluded** [1] - 330:2
**excludes** [1] - 183:9
**excuse** [10] - 148:21, 171:25, 226:14, 239:20, 239:22, 289:1, 354:3, 359:1, 359:3, 361:25
**Exhibits** [1] - 145:4
**exist** [1] - 305:19
**expand** [1] - 234:18
**expect** [2] - 253:24, 365:1

**expected** [2] - 143:13, 259:14
**expensive** [1] - 161:16
**experience** [19] - 201:18, 204:17, 251:18, 252:11, 253:21, 257:19, 265:20, 269:14, 273:19, 286:11, 298:12, 298:14, 301:5, 303:9, 303:10, 303:11, 315:19, 316:14, 346:10
**experienced** [2] - 180:4, 346:13
**experiential** [1] - 267:23
**experiments** [2] - 263:24, 265:24
**expert** [14] - 142:17, 145:12, 145:13, 161:4, 202:18, 207:11, 207:16, 225:20, 226:9, 302:1, 340:20, 340:23, 346:3, 353:3
**expertise** [6] - 266:19, 340:21, 340:22, 346:5, 346:7, 360:7
**experts** [3] - 152:19, 203:11, 321:16
**explain** [16] - 148:15, 150:24, 152:1, 164:7, 167:3, 172:3, 175:25, 179:21, 261:18, 284:8, 294:6, 295:12, 298:17, 322:2, 357:20, 360:17
**explained** [5] - 210:15, 211:15, 227:17, 271:8, 305:20
**explaining** [5] - 191:4, 261:14, 353:12
**explains** [1] - 292:17
**Explanation** [1] - 144:6
**explanation** [4] - 146:6, 166:25, 243:21, 305:22
**explanatory** [1] - 363:12
**explicitly** [1] - 248:4
**express** [10] - 149:10, 151:18, 181:25, 201:6, 201:13, 222:9, 235:11, 236:19, 248:8, 360:17
**expressed** [3] - 177:24, 234:9, 316:2
**expressing** [1] - 281:9
**expression** [2] - 147:17, 232:25
**extensive** [2] - 314:7, 331:21
**extensively** [2] - 332:23, 332:24
**extent** [40] - 152:8, 164:18, 164:21, 169:4, 179:4, 195:7, 204:23, 206:4, 206:5, 215:9, 218:6, 225:13, 231:8, 231:10, 234:8, 237:2, 243:3, 245:22, 246:1, 246:3, 247:12, 248:7, 251:6, 252:11, 253:10, 277:18, 279:7, 279:22, 292:15, 292:17, 293:9, 295:23, 296:2, 301:23, 301:25, 302:5, 302:9, 304:19, 307:12, 340:19
**extract** [2] - 165:1, 167:20
**extracted** [6] - 166:7, 168:9, 168:22, 170:4, 170:20, 171:14
**extracting** [3] - 167:7, 168:1, 171:18
**extraction** [6] - 166:3, 167:3, 167:10, 172:14, 173:14, 173:19
**extracts** [5] - 167:12, 167:16, 167:24, 167:25, 171:20
**extrapolate** [1] - 288:11
**extreme** [1] - 294:3
**extremely** [8] - 147:23, 150:12, 151:20, 161:16, 161:24, 180:1,

256:10, 281:8

## F

**face** [4] - 214:23, 289:16, 289:25, 290:9
**faced** [2] - 352:14, 362:24
**facial** [7] - 215:21, 215:25, 216:4, 290:8, 291:6, 291:10, 320:12
**facility** [1] - 319:1
**facing** [1] - 336:20
**fact** [19] - 152:2, 184:23, 185:1, 185:20, 229:12, 233:23, 241:12, 289:3, 292:9, 292:13, 293:5, 300:21, 303:3, 320:24, 323:13, 329:18, 333:23, 344:16, 354:1
**factor** [2] - 190:23, 348:14
**factors** [10] - 191:2, 216:12, 217:24, 220:22, 245:14, 245:17, 245:19, 265:9, 302:25, 333:15
**faculty** [2] - 315:22, 346:4
**failed** [1] - 351:20
**failure** [1] - 353:21
**fair** [28] - 155:19, 177:9, 197:7, 197:10, 197:12, 200:4, 210:11, 215:10, 217:13, 218:3, 218:12, 230:6, 238:2, 245:8, 245:11, 252:7, 252:8, 253:19, 254:10, 254:15, 254:20, 305:14, 305:16, 323:8, 329:12, 329:15, 329:16, 332:25
**fairly** [1] - 254:21
**fallacy** [1] - 333:17
**falls** [1] - 180:2
**false** [12] - 148:18, 148:21, 148:22, 149:1, 149:5, 150:11, 150:13, 302:22, 302:23
**familiar** [10] - 143:12, 153:7, 155:2, 155:6, 159:24, 195:9, 198:1, 278:9, 280:17, 301:21
**far** [11] - 162:4, 202:15, 209:15, 211:25, 221:25, 226:1, 227:2, 229:20, 263:15, 309:20, 360:25
**Fasha** [1] - 290:13
**fast** [1] - 180:7
**fault** [2] - 237:21, 324:4
**Fausha** [3] - 215:4, 215:11
**favor** [1] - 286:3
**FBI** [10] - 281:12, 318:13, 319:3, 328:1, 330:17, 330:21, 330:22, 358:1, 358:3, 358:9
**FBI's** [2] - 318:25, 332:6
**FCG's** [3] - 215:19, 216:4
**feature** [8] - 165:11, 165:16, 166:3, 167:3, 167:9, 168:18, 173:14, 173:18
**features** [37] - 164:19, 165:2, 166:2, 167:6, 167:10, 167:17, 167:21, 167:24, 167:25, 168:9, 168:10, 168:22, 168:24, 170:4, 170:20, 171:18, 171:21, 172:11, 172:19, 174:6, 175:19, 181:11, 181:16,

211:17, 211:18, 241:7, 279:7, 288:12, 288:15, 295:12, 295:18, 295:20, 296:3, 303:14, 304:25
**fed** [2] - 219:21, 221:13
**federal** [1] - 203:5
**feed** [1] - 273:25
**feedback** [3] - 269:1, 346:18, 346:21
**feelings** [1] - 331:16
**female** [5] - 169:20, 169:22, 170:8, 184:17, 294:4
**few** [13] - 152:25, 190:7, 201:11, 234:14, 235:8, 258:1, 273:10, 312:13, 314:20, 320:4, 333:14, 355:20
**fewer** [1] - 229:10
**field** [10] - 195:23, 215:23, 234:11, 312:14, 318:8, 320:17, 331:25, 342:16, 346:2, 361:18
**fields** [1] - 312:10
**figure** [13] - 164:9, 194:1, 194:7, 227:13, 248:22, 248:23, 250:14, 252:6, 275:19, 316:11, 363:9, 363:10, 363:11
**figuring** [1] - 248:22
**file** [2] - 171:9, 175:22
**filed** [4] - 144:1, 309:22, 309:23, 309:24
**files** [8] - 176:6, 176:13, 176:14, 182:23, 189:21, 196:19, 209:24, 260:22
**fillers** [8] - 255:5, 255:8, 255:11, 304:23, 305:8, 305:12, 305:13, 305:16
**filling** [1] - 223:14
**filter** [2] - 173:3, 216:1
**filtering** [2] - 214:19, 215:8
**filters** [2] - 172:22, 173:5
**final** [7] - 223:3, 223:7, 255:13, 286:4, 347:20, 347:25, 348:2
**finalized** [1] - 295:15
**findings** [4] - 300:12, 300:14, 326:16, 355:1
**Fine** [1] - 359:13
**fine** [1] - 185:17
**fingerprint** [14] - 167:25, 193:15, 225:24, 318:1, 318:3, 319:1, 320:11, 358:23, 359:1, 359:3, 359:4, 359:8, 359:9, 359:19
**fingerprinting** [3] - 226:1, 278:25, 302:11
**fingerprints** [5] - 168:23, 225:24, 226:10, 302:13, 359:12
**finish** [3] - 311:14, 363:16, 364:13
**finished** [2] - 180:7, 289:12
**first** [35] - 147:3, 164:23, 166:13, 174:7, 182:19, 185:13, 193:11, 199:18, 206:25, 236:4, 239:16, 242:10, 242:19, 243:22, 244:23, 255:12, 272:10, 273:1, 273:7, 276:12, 283:23, 284:16, 284:19, 307:4, 308:8, 311:20, 312:14, 321:13, 322:24, 336:5, 336:16, 337:20, 347:22, 357:3,

362:20
**fit** [4] - 164:13, 170:14, 170:17, 173:3
**fits** [1] - 172:23
**five** [16] - 149:3, 185:19, 208:23, 233:12, 239:16, 239:23, 239:25, 240:4, 242:16, 297:1, 301:10, 315:20, 337:19, 347:21
**five-minute** [3] - 185:19, 239:23, 239:25
**five-year** [1] - 301:10
**flagged** [1] - 145:1
**flight** [3] - 186:10, 186:13, 311:15
**flour** [1] - 316:4
**fluent** [1] - 245:13
**focus** [2] - 145:2, 233:24
**follow** [7] - 206:6, 265:11, 274:14, 316:25, 323:3, 352:4, 360:12
**followed** [2] - 301:10, 332:17
**following** [4] - 324:22, 325:13, 338:20, 361:11
**follows** [4] - 311:20, 350:24, 351:9, 351:12
**footnote** [6] - 239:15, 242:16, 242:18, 337:19, 353:22
**FOR** [1] - 141:11
**forced** [2] - 147:10, 294:4
**forces** [2] - 148:11, 157:2
**Ford** [2] - 315:23, 316:15
**forensic** [70] - 152:14, 154:11, 158:3, 161:7, 182:5, 184:24, 203:23, 204:18, 206:20, 211:16, 222:9, 225:9, 235:4, 235:5, 242:24, 243:6, 266:12, 280:19, 289:8, 290:3, 292:10, 298:14, 299:12, 299:13, 299:23, 301:20, 301:21, 302:16, 303:8, 317:23, 317:25, 319:18, 319:25, 320:10, 320:13, 320:15, 320:19, 320:21, 320:23, 321:1, 323:21, 324:13, 324:14, 327:19, 330:18, 331:25, 332:7, 337:22, 338:1, 341:11, 341:25, 342:9, 346:17, 346:25, 354:23, 355:3, 355:5, 355:11, 355:15, 358:2, 358:13, 358:16, 358:23, 359:11, 359:17, 360:17, 361:14, 361:18, 363:23, 364:2
**Forensic** [22] - 144:6, 146:7, 157:19, 182:15, 182:23, 183:3, 183:9, 184:1, 184:5, 234:21, 298:20, 303:21, 313:10, 313:16, 319:16, 320:7, 321:19, 323:18, 327:13, 327:16, 331:21, 333:2
**forensically** [2] - 157:17, 321:9
**forensics** [1] - 358:17
**forget** [1] - 278:7
**forgot** [1] - 278:6
**forgotten** [1] - 352:25
**form** [1] - 194:6
**formal** [2] - 160:6, 320:4
**formant** [14] - 153:10, 153:16, 153:25, 154:14, 154:15, 199:5, 199:9, 199:11, 199:15, 200:5, 221:6, 234:8,

270:25
**formants** [1] - 154:16
**formats** [2] - 314:7, 324:24
**formulate** [3] - 211:1, 212:15, 212:19
**formulating** [1] - 232:12
**forth** [1] - 243:21
**forward** [4] - 168:7, 329:2, 349:13
**Forward** [1] - 323:19
**foundations** [1] - 325:19
**four** [19] - 182:2, 182:7, 188:14, 211:13, 237:12, 237:13, 258:25, 323:13, 326:11, 326:19, 328:22, 328:23, 328:24, 328:25, 329:4, 329:6, 330:2, 360:21, 360:22
**fourth** [3] - 328:9, 328:10, 328:12
**fragile** [3] - 151:23, 334:20, 334:21
**frames** [3] - 166:7, 167:12, 169:6
**framework** [1] - 281:9
**frameworks** [1] - 324:24
**France** [1] - 160:24
**free** [2] - 194:15, 219:8
**French** [3] - 202:10, 361:13
**frequencies** [2] - 173:1, 221:6
**frequency** [12] - 153:11, 167:7, 167:19, 168:1, 168:4, 172:22, 172:23, 173:3, 173:7, 173:8, 173:9, 216:2
**Frequency** [1] - 194:21
**Friday** [10] - 144:25, 145:6, 146:22, 152:13, 164:3, 165:7, 178:20, 181:24, 347:7, 354:12
**friend** [2] - 327:12, 330:15
**friends** [4] - 181:9, 218:14, 252:13, 298:13
**front** [3] - 276:24, 323:5, 350:13
**Frullo** [1] - 141:24
**full** [3] - 314:9, 314:17, 316:16
**full-time** [1] - 316:16
**fully** [3] - 289:8, 296:22, 326:25
**function** [1] - 229:10
**functions** [3] - 152:25, 196:8, 330:17
**fundamental** [1] - 153:11
**fusion** [1] - 154:2
**future** [1] - 345:5

## G

**gap** [1] - 178:21
**garment** [3] - 217:5, 290:14, 290:25
**garments** [3] - 215:21, 215:25, 216:4
**Gaussian** [7] - 166:10, 166:15, 166:17, 166:21, 168:17
**gender** [1] - 169:21
**general** [14] - 162:16, 198:20, 224:7, 230:19, 243:14, 244:23, 253:23, 295:8, 295:10, 304:22, 314:10, 320:21, 321:21, 361:19
**generalization** [1] - 253:2
**generally** [11] - 217:13, 244:16, 249:10, 280:21, 299:2, 301:21, 315:7, 320:18, 330:8, 335:12, 363:14

**generate** [4] - 151:11, 234:5, 234:12, 274:8
**generated** [2] - 143:18, 275:8
**gentleman** [1] - 358:6
**German** [3] - 153:15, 154:6, 323:13
**Germany** [2] - 154:10, 179:2
**giant** [1] - 174:22
**given** [19] - 161:9, 184:22, 189:8, 206:22, 208:5, 208:25, 209:4, 210:16, 228:8, 229:13, 232:11, 252:23, 266:15, 296:23, 337:18, 339:18, 339:20, 342:18, 343:11
**glitches** [1] - 180:6
**GMM** [3] - 168:15, 168:16, 170:23
**goal** [1] - 342:14
**goosey** [1] - 319:18
**Gothenburg** [4] - 249:16, 250:23, 251:1, 253:5
**Government** [9] - 141:14, 219:6, 226:19, 233:17, 318:8, 318:10, 318:11, 318:21
**government** [22] - 142:23, 143:8, 144:23, 154:10, 157:14, 160:1, 185:7, 189:10, 203:10, 219:12, 220:19, 226:25, 232:5, 235:20, 285:14, 285:15, 286:23, 289:7, 292:25, 311:4, 319:4, 342:3
**Government's** [1] - 145:4
**governments** [1] - 246:21
**Graduate** [2] - 312:16, 315:21
**graduate** [1] - 312:18
**grammatical** [2] - 339:1, 339:13
**graph** [17] - 164:8, 178:6, 208:4, 208:23, 209:5, 225:15, 226:9, 226:12, 226:13, 226:15, 226:17, 229:25, 230:4, 276:1, 276:3, 277:12, 283:22
**graphs** [1] - 350:12
**great** [6] - 208:12, 290:2, 319:8, 338:18, 339:14, 362:7
**greater** [1] - 363:4
**grid** [1] - 208:4
**grids** [2] - 257:5, 257:6
**Grigoras** [1] - 358:7
**ground** [1] - 346:17
**Group** [1] - 144:10
**group** [10] - 158:2, 159:21, 190:16, 205:18, 236:18, 253:19, 329:21, 337:5, 338:7, 361:12
**groups** [4] - 205:22, 261:6, 261:7, 341:23
**grow** [1] - 180:1
**growing** [2] - 180:7, 180:8
**guess** [5] - 225:6, 243:5, 254:14, 335:19, 362:4
**guessing** [2] - 190:13, 293:23
**guide** [2] - 224:4, 224:5
**guidelines** [5] - 205:19, 224:3, 224:11, 224:18, 317:19
**guild** [1] - 320:2
**GUNILLA** [1] - 141:23

**guy** [1] - 211:7
**guys** [1] - 324:6

## H

**half** [4] - 173:9, 316:4, 360:21, 364:13
**hand** [2] - 177:12, 204:20
**handed** [1] - 221:25
**handled** [1] - 223:19
**handling** [1] - 223:18
**handwriting** [1] - 279:1
**handwritten** [1] - 347:22
**happy** [2] - 263:20, 357:20
**hard** [7] - 161:6, 181:17, 217:9, 229:6, 326:13, 328:16, 346:23
**harder** [2] - 216:21, 344:20
**hardly** [1] - 217:9
**Hashi** [3] - 141:21, 142:10, 142:20
**HASR** [1] - 266:21
**head** [5] - 179:1, 195:21, 295:5, 362:1, 362:5
**health** [2] - 180:11, 302:25
**healthy** [1] - 331:13
**hear** [16] - 144:4, 153:19, 192:4, 197:19, 242:1, 253:24, 299:16, 304:11, 304:13, 327:24, 350:7, 351:8, 351:11, 351:14, 351:16
**heard** [18] - 247:16, 251:20, 254:18, 305:11, 305:13, 326:25, 327:20, 331:4, 333:23, 335:23, 336:6, 336:7, 346:12, 347:7, 351:10, 352:22, 354:11, 361:2
**hearing** [14] - 142:9, 144:25, 146:22, 153:12, 180:4, 213:20, 228:3, 309:14, 326:9, 326:10, 326:14, 338:19, 339:15, 354:3
**HEARING** [1] - 141:11
**heart** [1] - 196:5
**heated** [1] - 329:16
**heavily** [1] - 182:9
**heavy** [1] - 246:4
**help** [11] - 189:16, 210:25, 211:2, 212:18, 229:7, 248:22, 250:13, 251:7, 251:13, 270:12, 352:3
**helped** [2] - 212:15, 292:25
**helpful** [1] - 252:6
**helping** [3] - 157:19, 232:12, 235:16
**Herman** [2] - 178:25, 295:4
**high** [7] - 150:12, 151:8, 196:25, 197:5, 197:18, 197:23, 197:24, 262:23, 263:2, 267:16
**higher** [5] - 211:9, 216:2, 274:23, 308:15, 362:24
**highest** [3] - 199:19, 276:17, 276:18
**highly** [1] - 336:19
**hills** [6] - 164:10, 164:16, 164:17, 165:6, 168:20, 288:21
**hired** [1] - 318:19
**Hirotaka** [2] - 319:9, 341:15

**historic** [1] - 238:8
**historical** [1] - 319:14
**history** [1] - 335:14
**holistic** [1] - 271:2
**Homeland** [1] - 318:16
**honest** [1] - 321:7
**honestly** [1] - 254:6
**Honor** [30] - 142:13, 143:1, 143:16, 144:13, 144:22, 146:15, 153:18, 171:12, 185:7, 186:1, 186:9, 208:9, 221:22, 237:20, 239:22, 277:4, 286:15, 286:22, 286:25, 309:8, 310:6, 311:6, 340:17, 340:19, 345:8, 345:19, 364:15, 364:17, 364:20, 365:8
**Honor's** [2] - 143:20, 145:6
**Honorable** [2] - 185:25, 311:2
**HONORABLE** [1] - 141:12
**hope** [5] - 165:4, 189:12, 194:15, 199:5, 345:4
**hopefully** [1] - 186:14
**hoping** [1] - 341:14
**hour** [3] - 364:14, 365:2
**hours** [2] - 211:13, 364:24
**huge** [2] - 174:8, 294:7
**human** [10] - 173:4, 190:24, 224:19, 226:11, 278:16, 315:10, 315:12, 315:16, 318:9, 321:21
**Human** [1] - 265:13
**humility** [1] - 338:21
**hundreds** [1] - 149:20
**hypotheses** [10] - 184:16, 184:19, 211:1, 229:10, 232:10, 235:19, 278:2, 294:5, 307:18, 307:19
**hypothesis** [40] - 199:18, 199:22, 199:23, 199:24, 200:1, 200:2, 211:2, 212:15, 212:16, 212:19, 212:20, 227:19, 235:22, 235:23, 236:2, 236:4, 238:14, 239:3, 239:17, 242:19, 258:9, 269:11, 277:15, 277:23, 284:11, 289:13, 291:24, 292:18, 292:19, 292:22, 293:1, 296:23, 300:12, 300:15, 300:17, 308:1, 338:3, 338:17, 339:18, 339:20
**hypothesize** [4] - 162:19, 162:23, 163:12, 163:16

**I**

**I-vector** [4] - 164:25, 168:15, 172:16, 172:17
**I-vectors** [4] - 288:11, 357:18, 357:19
**i.e** [1] - 268:19
**IAFPA** [1] - 224:4
**idea** [14] - 176:24, 208:15, 248:9, 265:7, 276:8, 276:11, 276:20, 277:9, 279:6, 282:15, 285:6, 285:12, 320:1, 363:11
**identical** [1] - 202:14
**identification** [11] - 145:12, 187:6, 187:15, 187:18, 187:20, 203:11,

265:21, 318:1, 333:16, 345:2, 347:1
**identifications** [1] - 149:8
**identified** [2] - 144:16, 288:1
**identify** [3] - 285:10, 294:1, 294:13
**ignore** [2] - 307:25, 333:17
**images** [1] - 214:5
**imitate** [1] - 306:13
**immediately** [1] - 183:8
**impact** [1] - 338:9
**impacts** [1] - 338:13
**impairs** [1] - 216:13
**implementable** [1] - 327:2
**implementation** [1] - 286:6
**implemented** [3] - 328:21, 329:2, 329:10
**Implications** [1] - 321:15
**importance** [2] - 348:4, 352:10
**important** [33] - 147:20, 150:9, 151:20, 151:24, 152:4, 165:1, 169:2, 252:1, 260:24, 281:8, 288:8, 292:2, 298:6, 316:18, 323:15, 323:22, 330:1, 335:2, 338:22, 348:10, 348:14, 348:19, 349:2, 349:5, 349:12, 350:4, 352:13, 353:18, 353:19, 353:20, 355:2, 355:4, 364:22
**importantly** [1] - 325:15
**impose** [2] - 216:5, 216:12
**imposition** [1] - 289:7
**impossible** [3] - 233:4, 301:13, 304:14
**imposter** [7] - 176:21, 176:22, 177:5, 189:15, 308:8, 308:22
**impostor** [12] - 176:15, 177:9, 177:19, 282:18, 289:12, 289:18, 289:25, 291:12, 296:18, 357:2, 357:4
**impoverished** [2] - 216:16, 216:23
**impression** [3] - 243:5, 257:12, 257:13
**impressionist** [1] - 278:1
**impressionistic** [4] - 162:20, 251:3, 327:4, 327:7
**impressionistically** [2] - 173:10, 271:3
**improper** [2] - 350:16, 351:7
**improve** [4] - 154:4, 171:24, 325:18, 342:4
**improves** [1] - 154:3
**inability** [1] - 327:22
**inadequate** [1] - 363:22
**include** [4] - 243:2, 243:4, 337:25, 358:16
**included** [2] - 159:8, 363:10
**including** [3] - 322:8, 342:4, 342:8
**inconsistencies** [1] - 236:20
**incorporates** [1] - 336:17
**incorrect** [4] - 233:3, 233:15, 248:7, 346:19
**increased** [2] - 182:20, 272:7
**increases** [1] - 182:9

**independent** [19] - 195:17, 294:22, 295:11, 295:14, 296:10, 296:16, 296:20, 334:6, 334:13, 334:19, 335:4, 335:6, 335:13, 335:15, 335:17, 335:18, 335:20, 335:21, 351:3
**independently** [1] - 332:11
**INDEX** [1] - 366:2
**indicate** [2] - 182:11, 314:20
**indicates** [2] - 333:19, 340:21
**indicating** [1] - 285:1
**indictment** [1] - 185:10
**individual** [2] - 195:1, 355:10
**industry** [2] - 204:17, 315:23
**inescapable** [3] - 291:18, 306:17, 306:19
**infer** [1] - 196:1
**infers** [1] - 301:19
**influence** [7] - 245:12, 245:14, 254:25, 260:9, 260:14, 278:7, 278:18
**influencing** [2] - 245:19, 290:16
**influential** [1] - 319:15
**inform** [2] - 163:22, 304:17
**information** [42] - 143:25, 145:23, 161:9, 171:4, 172:4, 172:5, 172:6, 175:18, 194:3, 198:11, 213:7, 213:9, 213:13, 219:9, 221:13, 229:22, 230:7, 235:20, 244:18, 248:11, 250:2, 259:12, 259:13, 270:4, 272:17, 273:25, 274:6, 274:11, 274:16, 276:3, 276:4, 278:12, 279:19, 292:3, 294:13, 295:21, 322:7, 324:10, 324:11, 334:2, 342:19, 343:17
**Information** [1] - 322:1
**informative** [1] - 305:4
**informed** [3] - 187:13, 210:15, 305:9
**initial** [1] - 243:25
**injury** [2] - 180:10, 181:6
**input** [3] - 174:16, 233:16, 235:10
**inquiry** [2] - 143:20, 145:6
**insert** [1] - 335:22
**Insha'Allah** [1] - 257:10
**inshallah** [5] - 253:25, 254:16, 255:3, 304:11, 306:7
**inspected** [1] - 205:1
**inspector** [1] - 208:1
**installment** [1] - 318:25
**instance** [7] - 245:24, 325:7, 332:6, 334:11, 334:24, 336:23, 338:2
**instances** [3] - 154:1, 168:25, 256:20
**instant** [1] - 167:23
**instead** [6] - 151:6, 196:3, 196:19, 221:14, 233:21, 275:21
**Institute** [7] - 157:20, 157:25, 234:22, 318:15, 322:4, 327:13, 327:16
**institute** [1] - 159:7
**Institutes** [1] - 341:9
**institutes** [3] - 249:1, 249:3, 327:19
**instruction** [3] - 232:10, 232:14, 232:17
**instructions** [7] - 232:4, 232:7,

233:16, 316:1, 316:7, 316:9, 351:18
**insufficient** [9] - 287:17, 350:9, 351:1, 351:24, 352:15, 352:19, 361:23, 363:6, 363:24
**inter** [6] - 175:16, 176:2, 176:5, 178:5, 178:12, 194:8
**inter-variability** [2] - 176:2, 176:5
**inter-variation** [2] - 178:5, 178:12
**inter-voice** [2] - 175:16, 194:8
**intercepted** [3] - 183:23, 184:13, 265:6
**interception** [1] - 160:9
**intercepts** [2] - 307:2, 307:3
**interest** [2] - 319:8, 322:16
**interested** [5] - 276:13, 292:2, 296:1, 334:14, 343:5
**interesting** [3] - 294:9, 314:21, 321:24
**interface** [2] - 196:17
**interfered** [1] - 290:10
**interference** [3] - 216:14, 216:17, 217:1
**intermediate** [2] - 328:7, 328:17
**internal** [5] - 159:25, 161:11, 161:20, 167:11, 167:16
**internally** [2] - 155:13, 198:3
**internals** [1] - 167:5
**international** [1] - 359:24
**International** [3] - 144:10, 159:21, 323:4
**internationally** [1] - 323:12
**internet** [1] - 214:1
**interpret** [1] - 278:13
**interpreters** [2] - 298:5, 298:8
**INTERPRETING** [1] - 141:23
**interrupt** [1] - 212:17
**interrupted** [1] - 316:13
**interval** [1] - 169:8
**interview** [3] - 155:25, 162:1, 169:18
**interviews** [1] - 147:9
**intonation** [2] - 220:10, 254:25
**intra** [5] - 176:20, 178:5, 178:13, 194:9, 282:17
**intra-variation** [4] - 176:20, 178:5, 178:13, 282:17
**intra-voice** [1] - 194:9
**introduction** [1] - 362:15
**invested** [1] - 342:3
**investigating** [5] - 184:12, 184:15, 209:18, 215:18, 246:21
**investigation** [3] - 207:14, 209:13, 340:3
**investigations** [1] - 234:4
**invite** [1] - 314:25
**invited** [3] - 161:2, 161:4, 314:23
**invoice** [1] - 228:17
**invoices** [1] - 228:23
**involve** [2] - 304:5, 320:17
**involved** [4] - 317:20, 320:16,

321:12, 329:13
**involvement** [1] - 330:19
**involves** [1] - 337:9
**IPG** [2] - 335:10, 335:11
**ipsy** [1] - 319:19
**ipsy-dipsy** [1] - 319:19
**Irvine** [1] - 358:21
**IS2382** [1] - 357:6
**ISO** [3] - 323:3, 324:16
**isolated** [1] - 163:9
**issue** [3] - 186:1, 202:17, 317:20, 353:25
**issued** [1] - 348:3
**issues** [7] - 180:11, 341:12, 342:8, 342:9, 344:5
**Italian** [1] - 157:16
**itself** [5] - 181:7, 268:17, 274:18, 307:21

# J

**jagged** [1] - 225:21
**jail** [7] - 230:19, 258:21, 258:22, 258:25, 259:10, 288:2, 288:3
**JAMES** [2] - 311:19, 366:9
**James** [2] - 142:17, 311:24
**Jane** [1] - 142:16
**Java** [1] - 196:18
**Jessen** [2] - 154:14, 154:19
**JFK** [1] - 186:10
**JL-1** [1] - 277:3
**job** [4] - 189:16, 285:24, 312:14, 316:8
**Joe** [1] - 349:19
**Joel** [2] - 204:10, 204:11
**JONAS** [1] - 366:3
**journal** [6] - 313:11, 314:2, 314:4, 314:8, 314:13, 314:17
**journals** [3] - 313:12, 313:15, 314:3
**JP** [1] - 202:10
**JUDGE** [1] - 141:12
**judge** [8] - 226:4, 268:18, 271:12, 271:23, 283:18, 286:11, 291:7, 302:17
**Judge** [15] - 185:18, 185:22, 186:22, 237:19, 240:13, 242:1, 242:4, 259:3, 268:6, 269:22, 275:12, 298:4, 302:2, 309:25, 363:20
**judged** [4] - 162:24, 243:25, 271:2, 274:19
**judging** [3] - 151:21, 268:16, 273:11
**judgment** [5] - 250:5, 251:3, 251:19, 273:17, 301:20, 301:24, 302:15, 303:2, 303:4
**judgments** [6] - 152:19, 273:22, 302:19, 302:21, 303:17, 303:20
**judicial** [2] - 238:8
**Justice** [5] - 313:9, 319:11, 319:20, 320:5, 341:9
**JUSTICE** [1] - 141:17

# K

**keep** [3] - 160:25, 242:3, 352:23
**keeping** [1] - 329:11
**KELLMAN** [16] - 141:19, 142:18, 153:18, 153:22, 171:12, 192:4, 192:7, 242:1, 286:15, 286:18, 286:21, 302:1, 309:17, 309:24, 310:3, 363:19
**Kellman** [3] - 142:18, 185:14, 309:12
**kept** [1] - 320:20
**kicks** [1] - 274:1
**kind** [41] - 151:3, 164:9, 164:18, 166:19, 169:16, 173:25, 179:8, 196:11, 201:13, 202:5, 204:14, 205:9, 206:14, 207:14, 218:3, 218:18, 233:14, 241:5, 241:13, 243:10, 243:15, 243:21, 250:9, 250:20, 250:21, 256:7, 262:22, 269:15, 273:6, 276:10, 279:3, 279:25, 282:18, 284:12, 292:3, 293:14, 298:18, 307:10, 315:2, 329:13, 343:12
**kinds** [16] - 149:6, 169:18, 174:1, 183:7, 217:14, 225:8, 234:4, 240:23, 241:16, 252:17, 274:21, 279:1, 287:19, 295:7, 305:11, 305:13
**Kingdom** [1] - 202:3
**knob** [1] - 173:8
**knowing** [6] - 182:21, 192:8, 193:10, 251:7, 306:22, 337:6
**knowledge** [4] - 206:17, 209:17, 332:10, 360:8
**knowledgeable** [1] - 314:5
**known** [48] - 167:8, 169:11, 169:12, 170:2, 170:10, 170:14, 170:20, 171:1, 171:2, 171:4, 171:7, 171:8, 172:1, 173:15, 174:7, 174:9, 174:18, 175:2, 175:5, 175:7, 175:9, 175:11, 175:17, 175:19, 176:12, 176:24, 177:3, 177:14, 177:22, 198:7, 215:22, 235:25, 236:1, 238:15, 258:12, 258:24, 260:10, 260:23, 262:13, 276:13, 281:24, 282:3, 282:14, 282:16, 287:25, 288:8, 288:20
**knows** [2] - 223:22, 326:2
**Kristof** [1] - 327:15
**Kunzel** [2] - 178:25, 295:4
**Kunzel's** [1] - 179:14

# L

**lab** [8] - 205:8, 205:25, 207:4, 240:18, 240:20, 266:8, 325:11, 325:15
**Lab** [1] - 349:20
**labeled** [1] - 208:3
**labels** [1] - 227:7
**laboratories** [9] - 155:16, 157:18, 322:19, 323:7, 323:10, 323:12, 353:11, 359:22, 359:23
**Laboratory** [1] - 323:11
**laboratory** [15] - 202:9, 205:1, 264:22, 321:4, 322:21, 322:22, 323:2,

323:13, 323:22, 324:13, 325:9, 325:12, 328:1, 347:3, 348:5
**labs** [4] - 359:24, 360:4, 360:8, 360:12
**lack** [8] - 192:15, 299:22, 307:18, 327:21, 332:14, 338:20, 351:21, 359:7
**lacked** [1] - 363:8
**lacking** [1] - 363:14
**landline** [15] - 156:1, 258:14, 258:15, 258:19, 258:21, 259:1, 259:20, 260:12, 261:16, 262:4, 272:22, 282:24, 336:24, 337:1
**landlines** [1] - 262:6
**LANGUAGE** [1] - 141:23
**language** [36] - 189:19, 190:23, 191:2, 191:5, 193:11, 203:19, 203:20, 203:22, 232:14, 241:21, 241:23, 242:8, 242:10, 242:11, 245:13, 245:16, 246:1, 246:7, 246:10, 246:12, 260:9, 260:14, 263:7, 266:12, 294:22, 295:2, 295:9, 295:11, 295:13, 295:14, 296:16, 296:17, 296:20, 301:9, 337:4
**languages** [3] - 245:22, 246:23, 260:16
**lapel** [14] - 197:4, 197:6, 197:15, 197:16, 197:23, 198:2, 200:19, 214:12, 257:24, 282:25, 283:1, 289:21, 289:25, 291:13
**large** [8] - 164:18, 244:1, 244:3, 244:12, 244:21, 254:9, 317:25, 339:8
**large-scale** [1] - 317:25
**larger** [1] - 176:7
**last** [16] - 143:4, 143:14, 144:25, 300:23, 312:13, 312:24, 315:15, 318:7, 318:25, 322:10, 326:14, 326:22, 330:8, 331:24, 335:8, 335:23
**laughter** [4] - 270:8, 270:9, 270:12, 270:15
**Lausanne** [2] - 327:15
**law** [7] - 318:21, 320:15, 320:17, 329:11, 330:3, 330:4, 330:23
**lawyer** [1] - 143:13
**lawyers** [1] - 326:18
**lay** [1] - 267:10
**learn** [1] - 246:16
**learned** [3] - 245:9, 304:16, 326:22
**least** [9] - 149:20, 160:13, 178:25, 201:11, 236:14, 314:4, 329:4, 350:14, 351:25
**leave** [2] - 186:12, 322:20
**leaving** [1] - 309:10
**lecturing** [1] - 357:18
**left** [1] - 316:15
**Legal** [1] - 342:6
**legal** [1] - 293:14
**legislative** [1] - 360:6
**length** [7] - 152:13, 156:16, 156:23, 157:2, 288:21, 290:3, 326:21
**lengths** [2] - 155:24, 157:21
**less** [7] - 150:13, 156:19, 159:12,

161:12, 163:17, 190:10, 301:15
**lessened** [1] - 332:2
**letter** [6] - 142:22, 144:1, 144:23, 286:16, 286:18
**letting** [1] - 150:4
**level** [14] - 148:19, 150:15, 156:18, 178:15, 216:1, 216:5, 236:11, 268:20, 271:12, 324:14, 342:15, 345:5, 357:19, 357:21, 361:17, 362:24
**levels** [4] - 202:15, 238:3, 328:7, 343:11
**LEWIS** [3] - 311:19, 311:24, 366:9
**Lewis** [1] - 311:24
**life** [1] - 264:21
**lifetime** [1] - 364:3
**likelihood** [58] - 151:2, 151:4, 151:8, 151:10, 163:19, 177:25, 178:1, 178:14, 178:15, 179:9, 179:18, 189:1, 193:22, 193:25, 194:12, 221:16, 222:5, 222:14, 222:17, 222:22, 224:21, 225:13, 232:15, 232:18, 232:20, 234:2, 234:5, 234:13, 234:23, 234:25, 262:17, 262:18, 268:16, 268:19, 270:19, 270:23, 270:24, 271:2, 271:12, 271:14, 271:17, 271:19, 272:1, 272:2, 272:3, 273:3, 273:14, 274:17, 274:20, 275:3, 277:7, 327:4, 330:2, 330:5, 333:8, 339:17, 339:24
**Likelihood** [1] - 276:2
**likely** [6] - 189:7, 232:8, 232:22, 236:15, 303:1, 308:16, 339:18, 339:20
**limit** [2] - 228:8, 307:3
**limited** [4] - 228:12, 228:14, 261:6, 312:12
**limits** [1] - 228:16
**Lincoln** [1] - 349:20
**LINDH** [1] - 366:3
**Lindh** [43] - 142:24, 143:2, 143:5, 143:9, 143:19, 145:10, 145:23, 146:4, 146:5, 146:16, 146:20, 147:25, 181:24, 186:6, 186:10, 186:25, 187:2, 240:11, 240:15, 287:6, 298:2, 298:11, 303:4, 309:9, 309:13, 326:15, 326:25, 327:3, 328:13, 331:4, 332:25, 333:23, 334:22, 337:18, 338:8, 345:14, 345:22, 346:1, 349:22, 351:8, 351:16, 362:20, 363:7
**lindh** [1] - 350:21
**Lindh's** [11] - 337:23, 347:14, 347:17, 347:21, 347:23, 348:16, 348:23, 350:7, 352:17, 353:7, 353:14
**line** [4] - 165:8, 165:10, 316:9
**line-by-line** [1] - 316:9
**linear** [1] - 312:17
**lines** [1] - 225:22
**linguist** [1] - 245:11
**linguistic** [28] - 152:12, 152:15, 152:18, 152:23, 153:3, 162:21, 163:1, 163:14, 163:21, 211:23, 241:4,

241:12, 241:16, 244:4, 244:7, 244:19, 245:7, 270:20, 279:16, 296:21, 303:12, 338:7, 340:7, 340:20, 340:24, 342:5, 353:7, 353:15
**linguistics** [7] - 204:15, 265:23, 346:2, 346:3, 346:11, 353:4, 362:23
**Linguistics** [1] - 337:8
**linguists** [1] - 211:25
**lips** [5] - 165:14, 216:9, 217:7, 217:8, 290:21
**list** [5] - 219:25, 257:9, 284:15, 316:11, 322:16
**listed** [2] - 144:5, 185:10
**listen** [6] - 161:4, 179:23, 211:6, 211:10, 211:13, 211:21, 212:22, 217:12, 347:5, 347:14
**listened** [5] - 212:10, 227:23, 247:6, 264:23, 294:19
**listener's** [1] - 216:5
**listeners** [1] - 265:23
**listening** [12] - 210:21, 211:15, 212:3, 213:2, 252:11, 252:17, 290:11, 290:23, 303:13, 303:15, 338:17, 339:6
**literally** [1] - 145:9
**literature** [3] - 320:20, 329:17, 357:7
**litigating** [1] - 309:11
**live** [1] - 249:18
**lived** [3] - 248:5, 249:7, 249:24
**lives** [1] - 245:9
**living** [1] - 247:24
**LLR** [1] - 275:14
**logical** [1] - 281:9
**long-term** [3] - 154:15, 199:11, 270:24
**look** [26] - 143:6, 152:24, 153:1, 154:2, 165:6, 172:23, 203:21, 207:15, 213:5, 220:17, 229:7, 229:21, 233:8, 239:17, 248:15, 254:25, 255:6, 268:3, 284:3, 296:6, 304:15, 316:2, 332:8, 333:20, 341:10, 342:7
**looked** [6] - 144:8, 155:9, 178:23, 213:4, 295:1, 321:20
**looking** [19] - 163:15, 165:9, 185:11, 186:13, 197:20, 216:7, 220:22, 222:4, 230:7, 230:9, 230:12, 230:18, 241:5, 277:9, 291:22, 293:5, 299:10, 302:22, 307:16
**looks** [4] - 202:14, 227:9, 235:15, 235:17
**loosely** [3] - 210:24, 264:21, 267:10
**loosey** [1] - 319:18
**loosey-goosey** [1] - 319:18
**LORETTA** [1] - 141:14
**losing** [1] - 363:2
**love** [1] - 348:22
**loves** [1] - 234:24
**low** [15] - 148:8, 151:11, 157:6, 159:9, 162:25, 163:13, 197:2, 197:5, 197:18, 197:23, 216:1, 262:23, 263:3, 284:13, 352:6

**low-quality** [1] - 157:6
**lower** [5] - 151:11, 163:19, 163:24, 334:16, 357:19
**lower-level** [1] - 357:19
**lowest** [2] - 150:7, 267:12
**lunch** [4] - 309:7, 310:12, 365:1, 365:7
**LYNCH** [1] - 141:14

# M

**ma'am** [2] - 356:22, 362:3
**machine** [10] - 223:9, 225:14, 225:15, 226:8, 263:11, 268:17, 273:13, 275:7, 275:8
**Mad78910@yahoo.com** [1] - 142:2
**Madhi** [2] - 141:21, 142:10
**MAGNA** [1] - 141:23
**mail** [1] - 142:2
**mailed** [1] - 214:2
**mainline** [1] - 326:21
**major** [4] - 158:2, 202:8, 320:9, 331:23
**majority** [2] - 202:4, 254:9
**Malaysia** [2] - 343:2, 343:19
**male** [14] - 169:20, 169:22, 170:8, 179:5, 179:25, 180:5, 181:3, 181:4, 184:17, 244:25, 250:11, 250:25, 294:4, 331:14
**males** [1] - 250:24
**man** [2] - 278:25, 330:15
**manager** [1] - 325:14
**managing** [1] - 264:17
**mandate** [1] - 361:19
**mandated** [1] - 322:3
**mandates** [1] - 361:17
**mandatory** [3] - 324:14, 355:10, 355:11
**manner** [1] - 173:12
**manual** [2] - 206:1, 356:23
**map** [2] - 164:10, 164:18
**MARK** [1] - 141:21
**mark** [2] - 142:20, 320:11
**marked** [5] - 145:4, 227:23, 231:24, 231:25, 243:18
**MARSHAL** [1] - 310:15
**marshals** [1] - 310:14
**Mary** [1] - 142:1
**masculinity** [1] - 331:17
**mask** [2] - 257:24, 290:8
**masked** [1] - 215:12
**masking** [4] - 214:20, 215:1, 289:16, 289:25
**masks** [1] - 215:18
**masters** [1] - 266:12
**match** [25] - 147:11, 148:12, 150:1, 150:16, 151:14, 239:11, 281:1, 281:17, 282:22, 296:7, 296:8, 300:8, 302:6, 302:8, 328:7, 328:8, 328:16, 328:17

**matched** [7] - 158:12, 158:14, 197:13, 262:17, 296:5, 328:6, 337:10
**matching** [1] - 302:5
**material** [19] - 143:4, 143:12, 144:9, 144:16, 145:8, 189:14, 198:25, 206:21, 207:23, 209:7, 210:16, 243:6, 264:24, 285:17, 287:19, 293:24, 295:7, 296:22, 351:21
**materials** [12] - 143:17, 144:13, 144:19, 195:12, 208:3, 208:5, 208:24, 215:12, 285:14, 291:10, 356:24
**mathematical** [1] - 357:13
**mathematics** [3] - 312:14, 312:15, 315:20
**matter** [6] - 190:8, 190:11, 202:20, 234:18, 241:12, 296:17
**MCFFs** [1] - 171:14
**mean** [89] - 145:19, 152:4, 157:8, 159:15, 178:2, 178:17, 186:17, 191:4, 191:6, 194:1, 194:25, 195:5, 195:11, 199:12, 199:13, 199:18, 201:1, 201:5, 201:6, 206:5, 209:14, 209:23, 209:24, 210:8, 211:8, 212:17, 213:25, 216:6, 216:9, 216:18, 217:1, 217:23, 221:2, 222:17, 223:20, 226:6, 227:21, 228:23, 234:6, 237:12, 241:12, 243:7, 244:12, 244:20, 245:24, 246:5, 250:4, 250:11, 250:23, 251:1, 253:8, 255:15, 257:16, 260:3, 260:15, 260:25, 262:8, 262:25, 263:2, 263:20, 263:22, 265:1, 265:9, 265:23, 268:22, 270:20, 271:7, 272:16, 272:24, 273:3, 277:1, 277:11, 277:14, 277:17, 283:9, 285:1, 306:20, 306:21, 306:24, 307:24, 308:19, 315:10, 324:24, 334:21, 336:22, 338:19, 338:20, 348:3, 349:22
**meaning** [8] - 169:23, 175:4, 196:17, 276:6, 299:9, 320:18, 336:4, 353:22
**meaningless** [1] - 277:12
**means** [33] - 147:11, 147:22, 151:4, 172:14, 213:23, 214:22, 223:21, 244:2, 244:16, 245:21, 254:16, 261:3, 261:15, 262:4, 266:25, 268:14, 268:23, 271:8, 277:10, 277:18, 288:16, 292:4, 307:24, 307:25, 315:12, 317:8, 320:15, 322:24, 323:3, 325:20, 325:22, 334:22, 340:7
**meant** [4] - 223:6, 282:2, 345:24, 363:11
**measure** [7] - 149:13, 150:25, 151:3, 167:22, 174:10, 200:13, 244:7
**measured** [1] - 154:16
**measurement** [3] - 165:10, 354:17, 354:22
**measurements** [4] - 152:16, 168:24, 169:8, 318:5
**measures** [2] - 183:15, 307:14
**mechanics** [3] - 312:18, 313:1, 313:2
**mechanism** [2] - 163:7, 167:20, 198:7, 198:10

**mechanisms** [3] - 172:19, 288:4, 325:10
**medical** [1] - 302:23
**MEDINA** [1] - 141:23
**meet** [2] - 163:4, 363:15
**meeting** [2] - 161:1, 161:8
**meetings** [2] - 182:25, 278:24
**Mel** [1] - 194:21
**mel** [7] - 167:7, 167:19, 168:1, 168:4, 172:22, 173:3, 173:5
**mel-frequency** [6] - 167:7, 167:19, 168:1, 168:4, 172:22, 173:3
**member** [3] - 188:23, 319:5, 319:7
**members** [3] - 315:22, 319:24, 346:4
**memo** [1] - 313:9
**men** [2] - 193:3, 193:7
**mention** [2] - 323:19, 327:12
**mentioned** [23] - 149:25, 150:23, 156:6, 157:16, 160:12, 164:16, 165:6, 167:19, 176:2, 181:6, 218:5, 235:2, 255:9, 278:23, 288:11, 291:21, 294:3, 328:13, 338:8, 360:16, 360:20, 360:23, 361:6
**merged** [1] - 169:1
**merging** [2] - 166:7, 169:5
**messages** [1] - 331:18
**messed** [1] - 204:24
**met** [1] - 261:13
**metadata** [1] - 259:16
**method** [15] - 163:3, 171:17, 191:3, 293:8, 325:5, 326:20, 326:25, 327:2, 327:3, 327:6, 327:11, 339:3, 360:24, 361:14
**methodologies** [2] - 347:16, 361:4
**methodology** [3] - 301:14, 326:16, 361:11
**methods** [10] - 163:8, 172:14, 291:21, 302:16, 326:10, 326:11, 326:12, 326:19, 360:22, 360:24
**MFCC** [2] - 168:5, 168:10
**MFCC's** [1] - 196:3
**MFCCs** [2] - 171:10, 171:17
**MH** [1] - 343:2
**mic** [5] - 197:4, 197:15, 197:16, 257:24, 312:20
**Michael** [2] - 154:14, 154:19
**microphone** [20] - 147:8, 153:23, 158:23, 159:1, 159:19, 159:22, 169:18, 172:6, 200:20, 214:12, 242:5, 264:14, 282:25, 283:1, 289:21, 290:1, 291:13, 299:17, 337:2
**microphones** [1] - 196:23
**mics** [2] - 197:6, 198:2
**middle** [1] - 363:19
**Midwestern** [2] - 338:24, 339:11
**might** [16] - 145:11, 152:5, 189:21, 192:15, 200:25, 215:8, 244:13, 244:15, 251:1, 253:18, 257:5, 264:21, 307:25, 317:24, 344:3, 361:2
**million** [1] - 250:16

**millisecond** [5] - 167:5, 167:13, 167:16, 167:18, 169:8
**mind** [2] - 329:11, 352:23
**mine** [1] - 161:24
**minimal** [3] - 145:8, 145:11, 145:12
**minus** [1] - 182:10
**minute** [11] - 185:19, 185:20, 201:25, 204:24, 207:16, 239:23, 239:25, 240:15, 268:7, 277:2, 327:9
**minutes** [6] - 185:23, 240:4, 273:10, 297:1, 297:2, 365:2
**misidentification** [1] - 159:12
**mismatch** [3] - 200:19, 334:24, 336:23
**Mismatched** [1] - 269:13
**mismatched** [2] - 157:20, 158:18, 159:19, 161:25, 197:12, 261:2, 261:4, 268:15, 269:15, 273:20, 274:7, 274:22
**miss** [2] - 353:19, 353:20
**missed** [1] - 171:12
**missing** [1] - 298:4
**misspoke** [1] - 282:2
**mistaken** [1] - 285:9
**mistakes** [1] - 339:13
**misunderstandings** [1] - 294:20
**MIT** [1] - 349:19
**mitigate** [1] - 332:4
**mitigated"** [1] - 332:3
**mixture** [6] - 166:10, 166:18, 166:21, 168:17, 357:17
**MMFC** [1] - 196:2
**mobile** [10] - 155:25, 156:1, 157:21, 258:13, 258:15, 258:25, 260:12, 261:17, 274:23
**model** [66] - 162:6, 164:5, 164:7, 164:12, 164:15, 164:20, 165:5, 165:18, 165:25, 166:8, 166:10, 166:11, 166:18, 166:21, 166:22, 168:11, 168:17, 168:19, 169:5, 169:10, 169:12, 169:13, 169:15, 169:16, 169:22, 169:23, 169:24, 170:2, 170:3, 170:10, 170:11, 170:12, 170:14, 170:15, 170:21, 170:25, 171:1, 171:2, 173:2, 173:3, 173:15, 173:17, 175:7, 175:12, 175:17, 176:17, 176:19, 176:24, 177:22, 260:10, 260:23, 260:24, 261:24, 276:2, 282:16, 288:13, 288:15, 288:19, 288:20, 288:22, 295:22, 296:5, 357:17
**Model** [2] - 189:25, 275:14
**modeled** [3] - 164:20, 168:10, 168:23
**modeling** [10] - 156:3, 164:23, 165:3, 166:6, 168:14, 172:17, 173:24, 258:24, 288:10
**models** [6] - 164:15, 170:7, 171:24, 196:3, 357:17, 361:23
**moderate** [1] - 338:24
**modified** [3] - 327:3, 327:21, 360:22
**modify** [2] - 215:13, 331:9

**module** [1] - 296:12
**Mohamed** [2] - 141:22, 142:10
**moment** [4] - 188:7, 198:6, 283:18, 340:17
**Monday** [1] - 141:8
**money** [3] - 228:8, 266:6, 342:3
**moral** [1] - 317:16
**morning** [15] - 142:13, 142:15, 142:21, 142:22, 143:18, 146:20, 146:21, 186:25, 187:1, 286:16, 309:24, 336:6, 337:18, 364:19, 364:23
**morphemic** [2] - 223:1, 340:3
**morphemic/lexical** [1] - 220:8
**Morrison** [2] - 187:12, 187:25, 234:14, 234:15, 235:7, 280:21, 283:8, 283:11, 286:12, 299:16, 300:25, 301:5
**Morrison's** [2] - 280:20, 301:14
**most** [24] - 154:2, 155:11, 165:22, 175:3, 175:4, 178:15, 181:25, 183:22, 202:6, 202:9, 219:10, 241:4, 247:12, 265:22, 269:5, 284:6, 286:7, 287:19, 293:3, 298:6, 303:10, 315:15, 355:4, 365:2
**mostly** [9] - 201:12, 203:6, 203:19, 215:5, 216:7, 217:12, 249:22, 253:4, 290:21
**motion** [3] - 309:22, 309:23, 310:7
**mountains** [2] - 164:11, 164:17
**mouth** [1] - 217:9
**move** [10] - 152:11, 170:15, 217:6, 290:20, 312:20, 345:4, 348:9, 349:12, 349:13, 353:1
**moved** [1] - 312:13
**moving** [4] - 166:24, 168:7, 176:11, 216:9
**MR** [83] - 142:13, 142:16, 142:20, 143:1, 143:3, 143:11, 143:16, 144:3, 144:13, 144:22, 145:11, 145:19, 145:22, 146:2, 146:3, 146:6, 146:9, 146:15, 185:11, 185:15, 185:18, 185:22, 186:19, 186:22, 186:24, 208:12, 208:15, 208:18, 237:19, 237:21, 237:23, 237:25, 240:8, 240:13, 240:14, 242:9, 256:1, 259:2, 259:6, 268:6, 268:10, 275:12, 275:14, 275:15, 277:4, 277:8, 283:21, 285:25, 286:25, 287:3, 304:2, 304:4, 309:1, 309:8, 310:6, 310:11, 311:6, 311:13, 312:2, 313:5, 317:7, 324:2, 324:4, 324:6, 324:8, 333:7, 340:17, 341:1, 341:4, 345:1, 345:8, 345:19, 364:9, 364:11, 364:15, 364:17, 364:20, 365:4, 365:8, 366:5, 366:7, 366:10
**MS** [42] - 142:18, 146:19, 153:18, 153:22, 154:5, 154:21, 166:20, 171:12, 171:16, 181:2, 185:7, 186:1, 186:9, 186:12, 192:4, 192:7, 208:9, 239:20, 240:5, 242:1, 286:15, 286:18, 286:21, 287:2, 287:5, 298:10, 302:1,

303:25, 309:2, 309:17, 309:24, 310:3, 324:1, 340:19, 345:10, 345:20, 362:12, 363:19, 364:1, 366:4, 366:6, 366:11
**Muley** [2] - 235:9, 327:12
**multilingual** [5] - 245:17, 245:20, 245:21, 245:23, 246:4
**multiple** [2] - 361:1, 361:2
**multiplied** [1] - 316:10
**music** [1] - 204:17
**Muslim** [2] - 254:3, 254:8
**must** [16] - 159:13, 188:7, 225:18, 314:4, 314:8, 314:15, 316:7, 322:10, 324:20, 325:15, 337:25, 338:2, 339:6, 340:8, 344:11, 351:12
**MY** [6] - 227:1, 227:13, 227:24, 228:3, 288:1, 306:1
**MY's** [3] - 231:5, 231:7

## N

**naive** [3] - 265:22, 265:23, 328:11
**Nakasone** [6] - 202:20, 319:9, 330:25, 332:16, 341:16, 349:20
**nakasone** [1] - 281:14
**nakasone's** [1] - 365:1
**Nakasone's** [1] - 330:13
**Naksone** [1] - 341:22
**name** [10] - 154:17, 159:8, 168:13, 195:15, 204:9, 204:13, 220:5, 311:22, 311:24, 356:1
**named** [7] - 195:14, 215:3, 215:11, 227:1, 234:20, 325:14, 358:6
**names** [6] - 142:11, 220:3, 227:4, 293:10, 293:11, 356:1
**nanana** [2] - 304:13, 306:8
**Natalie** [1] - 215:3
**National** [29] - 182:15, 182:23, 183:3, 183:9, 184:1, 184:5, 298:19, 303:21, 313:10, 313:16, 318:15, 319:15, 319:23, 320:6, 321:10, 321:19, 322:1, 322:4, 322:17, 323:11, 323:17, 323:21, 324:12, 331:22, 341:9, 346:16, 355:1, 355:6, 355:9
**national** [3] - 157:25, 239:11, 327:18
**native** [6] - 245:25, 246:1, 247:11, 247:13, 247:18, 260:20
**nature** [2] - 143:21, 153:3
**Naval** [2] - 312:16, 315:21
**Navy** [1] - 312:15
**necessarily** [3] - 166:23, 245:14, 336:14
**necessary** [2] - 149:16, 242:23
**need** [8] - 145:20, 149:17, 149:21, 157:13, 222:16, 277:1, 325:25, 364:16
**needed** [5] - 251:14, 319:19, 319:22, 333:16, 341:10
**needs** [2] - 145:14, 328:9
**negative** [5] - 182:7, 182:11, 328:22, 328:24

**Netherlands** [5] - 234:22, 235:11, 327:13, 327:16, 327:17
**never** [22] - 183:3, 185:3, 198:4, 230:20, 233:23, 235:7, 236:7, 292:8, 292:10, 313:22, 324:17, 325:8, 328:11, 329:8, 332:3, 344:8, 346:17, 353:9, 357:14, 357:23, 357:24, 358:17
**new** [7] - 145:8, 146:3, 146:4, 164:25, 202:12, 208:16, 216:5
**NEW** [1] - 141:1
**New** [2] - 141:6, 293:16
**newer** [1] - 162:12
**newly** [1] - 230:18
**next** [14] - 175:14, 180:13, 227:13, 227:14, 255:19, 256:18, 276:19, 297:3, 307:9, 310:19, 344:22, 348:14, 348:17
**NFC** [35] - 160:10, 161:2, 161:3, 161:15, 185:2, 185:3, 187:3, 187:4, 202:14, 203:8, 203:9, 203:16, 205:2, 205:5, 205:10, 206:7, 206:10, 206:25, 207:18, 220:16, 220:24, 222:7, 222:11, 223:19, 225:6, 236:18, 237:6, 266:4, 266:10, 266:15, 272:15, 278:23, 293:25, 303:24, 351:19
**night** [4] - 143:4, 143:14, 145:16, 335:8
**Niko** [1] - 195:15
**nine** [8] - 237:8, 237:10, 237:13, 238:6, 238:9, 238:10, 255:13, 361:3
**nine-point** [1] - 361:3
**NIST** [29] - 155:16, 157:12, 157:24, 158:5, 263:24, 264:17, 264:24, 265:13, 318:15, 319:11, 322:7, 322:15, 322:18, 323:9, 334:14, 335:15, 335:16, 335:24, 336:4, 336:5, 336:10, 336:18, 336:20, 355:18, 355:25, 356:3, 356:15
**noble** [1] - 355:15
**nobody** [1] - 279:8
**noise** [10] - 156:24, 157:3, 159:17, 164:22, 172:5, 172:8, 172:9, 173:24, 259:10, 264:5
**noisy** [1] - 264:5
**nominated** [1] - 239:16
**non** [2] - 354:9, 354:10
**non-bayesian** [2] - 354:9, 354:10
**none** [2] - 347:2, 364:8
**nonstandard** [1] - 357:8
**noon** [2] - 365:1, 365:6
**Nordgaard** [3] - 272:12, 274:10, 275:3
**Norgaard** [9] - 222:6, 222:10, 222:22, 223:3, 230:15, 237:5, 237:11, 238:7
**normal** [2] - 166:16, 265:4
**normalization** [8] - 173:20, 173:22, 173:23, 173:25, 174:2, 174:3, 231:12
**normalize** [2] - 175:13, 176:16
**normalized** [6] - 176:21, 177:18, 177:21, 282:17, 284:4, 284:7

**normally** [10] - 152:17, 152:23, 160:1, 162:1, 183:8, 185:9, 241:7, 284:4, 290:5, 292:20
**north** [1] - 251:1
**notation** [1] - 349:3
**note** [1] - 348:23
**noted** [3] - 310:18, 348:23, 365:10
**notes** [7] - 200:23, 212:4, 212:7, 231:13, 231:16, 257:3, 332:9
**nothing** [8] - 184:17, 223:25, 253:22, 263:7, 296:4, 309:2, 341:2, 363:10
**notice** [3] - 181:22, 309:18, 309:21
**November** [3] - 182:25, 184:11, 318:25
**number** [57] - 142:9, 149:7, 154:22, 163:18, 193:20, 213:10, 217:10, 221:18, 222:11, 222:21, 239:16, 248:11, 251:7, 251:22, 258:9, 273:5, 274:1, 274:4, 274:5, 274:7, 274:11, 274:18, 275:2, 275:6, 287:6, 294:24, 296:25, 300:11, 300:12, 301:16, 308:14, 308:25, 315:5, 315:6, 316:9, 319:7, 320:6, 321:3, 321:4, 323:24, 323:25, 325:8, 327:8, 328:22, 328:24, 329:24, 336:4, 336:17, 342:8, 342:23, 342:24, 343:17, 344:12, 344:17, 344:19, 346:21
**numbers** [17] - 190:11, 193:21, 222:18, 238:2, 247:25, 248:3, 248:21, 248:25, 249:4, 249:11, 250:9, 250:13, 267:15, 273:6, 284:1, 308:23, 325:4
**numerator** [1] - 333:9
**numeric** [3] - 154:23, 232:25, 233:23
**numerical** [1] - 233:22
**nut** [1] - 242:22

# O

**oath** [4] - 146:16, 186:7, 240:12, 298:3
**Obama** [4] - 338:18, 338:19, 338:23, 339:6
**objection** [1] - 302:1
**objections** [1] - 326:24
**objective** [3] - 302:19, 302:21, 303:2
**obligations** [1] - 186:16
**observed** [1] - 243:24
**obtained** [2] - 287:9, 312:14
**obvious** [1] - 179:23
**obviously** [5] - 143:17, 145:25, 309:10, 338:21, 364:21
**occasions** [1] - 251:23
**occur** [1] - 182:1
**occurs** [2] - 174:3, 254:1
**odd** [1] - 256:2
**odds** [1] - 251:4
**OF** [4] - 141:1, 141:3, 141:11, 141:17
**offender** [2] - 333:10, 333:12
**officer** [2] - 184:15, 294:19
**officers** [1] - 184:12

**Official** [1] - 142:1
**often** [5] - 184:18, 254:1, 266:6, 294:20, 339:12
**old** [3] - 180:10, 181:4, 249:24
**older** [3] - 181:15, 181:17, 181:20
**on-going** [1] - 205:21
**once** [2] - 168:9, 169:10
**one** [168] - 145:3, 145:4, 145:9, 147:18, 148:10, 149:13, 151:8, 154:6, 154:12, 154:14, 155:22, 156:1, 158:5, 158:22, 159:6, 161:17, 161:21, 162:19, 162:23, 163:3, 164:5, 165:12, 165:16, 166:4, 168:11, 169:20, 170:7, 171:8, 172:14, 172:16, 173:6, 173:9, 178:25, 179:8, 179:15, 179:18, 179:19, 181:9, 181:13, 186:1, 187:17, 190:10, 191:2, 191:12, 193:14, 193:19, 195:14, 201:23, 201:25, 202:14, 203:15, 204:21, 205:17, 206:19, 208:16, 208:17, 210:17, 211:3, 211:6, 211:10, 212:11, 213:4, 213:9, 216:12, 217:14, 219:16, 220:5, 222:13, 229:18, 229:21, 229:24, 229:25, 230:4, 234:10, 234:14, 235:22, 235:23, 236:2, 236:15, 242:22, 244:8, 246:14, 251:1, 251:4, 251:5, 252:5, 253:24, 255:1, 255:10, 255:12, 256:18, 259:2, 260:15, 268:3, 268:7, 269:11, 271:12, 275:8, 278:5, 287:12, 287:18, 288:2, 289:4, 289:10, 289:13, 289:14, 292:3, 292:14, 293:11, 293:20, 296:9, 299:25, 300:3, 300:12, 300:15, 304:21, 306:23, 307:1, 307:15, 309:8, 315:7, 315:22, 316:4, 318:24, 319:7, 320:8, 320:24, 321:3, 321:13, 323:20, 325:19, 326:19, 328:3, 329:20, 329:21, 332:23, 332:24, 333:7, 333:20, 337:20, 339:13, 340:15, 340:17, 344:1, 344:12, 344:19, 344:21, 346:16, 347:20, 348:3, 350:12, 350:14, 353:12, 353:16, 355:4, 355:8, 355:25, 358:2, 358:19, 359:14, 360:10, 360:22, 361:17
**ones** [9] - 174:9, 196:25, 197:2, 200:21, 264:16, 303:17, 303:20, 360:23, 363:5
**ongoing** [1] - 280:22
**online** [3] - 313:12, 313:15, 324:3
**open** [5] - 160:23, 161:6, 329:11, 343:15, 344:16
**open-source** [1] - 160:23, 161:6
**operating** [4] - 328:1, 330:20, 330:21, 332:6
**opinion** [6] - 160:19, 179:14, 201:13, 273:9, 350:20, 360:17
**opinions** [2] - 280:22, 340:24
**opportunities** [2] - 312:12, 321:23
**opportunity** [3] - 145:18, 309:12, 309:18

**opposed** [1] - 163:17
**optimal** [2] - 174:20, 264:3
**optimize** [1] - 156:4
**option** [1] - 191:14
**orbital** [3] - 312:18, 313:1, 313:2
**orbitology** [2] - 312:18, 312:25
**ordinal** [12] - 181:25, 222:11, 225:5, 236:22, 237:2, 268:20, 272:12, 274:5, 274:11, 279:2, 280:24, 308:18
**organization** [3] - 224:8, 320:8, 359:25
**Organization** [2] - 319:10, 323:4
**organizations** [1] - 157:15
**organized** [1] - 361:13
**origin** [3] - 189:19, 203:20, 333:19
**original** [3] - 207:2, 207:3, 214:7
**originally** [1] - 351:1
**originate** [2] - 238:16, 238:18
**originated** [2] - 184:6, 185:4
**originates** [2] - 236:1, 236:3
**OSAC** [5] - 341:6, 341:19, 342:15, 349:21, 361:16
**otherwise** [3] - 179:19, 184:16, 234:10
**ought** [1] - 317:22
**ourselves** [1] - 307:4
**outcome** [2] - 268:19, 269:9
**outlier** [1] - 234:15
**output** [2] - 350:15, 351:3
**outside** [3] - 240:5, 240:6, 360:7
**overall** [2] - 163:22, 164:1
**overlapping** [3] - 159:16, 167:12, 167:18
**owing** [1] - 352:6
**own** [22] - 149:19, 150:23, 151:14, 153:13, 153:16, 154:4, 155:17, 182:19, 196:21, 203:10, 205:8, 261:7, 269:14, 275:6, 281:5, 287:15, 292:11, 321:7, 325:13, 336:2, 347:4, 356:3

**P**

**p.m** [3] - 310:18, 365:10, 365:12
**page** [19] - 144:1, 145:4, 145:9, 145:10, 180:13, 208:23, 233:11, 239:17, 242:18, 243:17, 255:12, 255:19, 268:13, 270:1, 297:3, 310:19, 323:23, 323:25, 344:22
**pages** [1] - 143:7
**Painting** [1] - 358:20
**painting** [1] - 358:21
**pairs** [1] - 266:25
**panel** [3] - 321:13, 322:5, 322:17
**Panel** [1] - 322:1
**panels** [1] - 265:22
**paper** [16] - 215:3, 215:7, 215:10, 215:16, 225:22, 314:6, 314:21, 314:23, 314:25, 333:2, 333:3, 333:8, 355:25, 358:19, 361:13
**papers** [5] - 214:25, 252:23, 289:16,

332:23, 358:18
**paragraph** [1] - 255:13
**parallel** [4] - 209:9, 329:7, 362:18, 362:19
**parameters** [1] - 152:25
**paraphrase** [2] - 324:5, 324:9
**part** [23] - 144:24, 151:17, 152:17, 165:3, 172:17, 173:24, 188:15, 188:20, 215:15, 218:6, 219:10, 220:1, 233:24, 233:25, 234:1, 278:1, 301:5, 319:5, 347:2, 353:6, 357:6, 361:21, 362:13
**partial** [2] - 328:7, 338:14
**participate** [1] - 265:16
**particular** [3] - 321:25, 331:14, 358:19
**particularly** [3] - 266:9, 329:17, 331:24
**parties** [1] - 145:25
**partly** [1] - 157:16
**parts** [6] - 166:2, 247:14, 247:16, 255:1, 264:23, 272:5
**pass** [1] - 216:1
**passed** [1] - 360:5
**password** [3] - 334:8, 334:11, 334:12
**past** [3] - 285:19, 320:3, 335:10
**patents** [1] - 348:21
**path** [2] - 157:23, 213:5
**Path** [1] - 323:19
**pathologists** [1] - 280:1
**patient** [1] - 302:24
**patients** [1] - 280:2
**patterns** [2] - 226:5, 241:1
**pause** [6] - 201:24, 259:5, 268:9, 283:20, 340:16, 340:18
**Pause** [2] - 186:4, 298:7
**pausing** [1] - 256:7
**pay** [1] - 337:9
**paying** [1] - 292:4
**peer** [10] - 198:6, 198:7, 198:10, 313:8, 313:11, 313:15, 313:22, 313:25, 315:2, 320:2
**peer-reviewed** [2] - 313:11, 313:15
**pencil** [1] - 347:22
**pending** [1] - 209:15
**Pennsylvania** [1] - 337:8
**people** [71] - 159:16, 173:11, 181:19, 183:6, 188:16, 188:21, 190:16, 191:22, 192:19, 201:10, 202:9, 202:10, 206:17, 206:19, 210:9, 212:1, 212:11, 216:8, 218:2, 218:13, 234:11, 235:5, 238:1, 241:2, 246:9, 246:10, 246:21, 250:12, 251:2, 252:4, 252:7, 265:7, 265:18, 265:20, 267:10, 267:12, 280:25, 282:6, 282:9, 282:20, 283:2, 283:4, 283:5, 283:16, 289:17, 289:25, 295:5, 298:6, 298:21, 299:19, 304:6, 306:21, 307:6, 314:5, 327:9, 329:13, 337:11, 337:25, 338:5, 342:20, 343:17, 343:25, 344:1,

344:17, 344:19, 344:21, 361:10, 361:12, 361:21, 362:15
**per** [2] - 313:15, 353:22
**perceive** [7] - 172:24, 173:11, 181:19, 216:8, 216:19, 216:21, 290:15
**percent** [24] - 148:20, 148:24, 149:8, 155:1, 156:19, 159:12, 162:15, 162:16, 182:10, 183:1, 183:4, 183:10, 183:21, 184:23, 185:2, 190:10, 203:7, 254:10, 267:3, 267:6, 267:13, 267:17, 294:16
**percentage** [9] - 182:23, 183:25, 191:21, 192:1, 241:2, 254:2, 254:7, 267:20, 364:5
**percentages** [1] - 190:8
**perception** [1] - 216:13
**perceptional** [1] - 216:6
**perceptual** [2] - 257:11, 257:13
**perceptually** [1] - 256:24
**percussed** [1] - 305:4
**perfect** [2] - 354:17, 355:21
**perfectly** [2] - 308:3, 357:18
**perform** [6] - 157:15, 212:16, 258:2, 268:23, 296:21, 301:7
**performance** [3] - 218:4, 218:18, 303:15
**performances** [1] - 161:23
**performed** [3] - 299:24, 300:8, 354:23
**performing** [6] - 154:10, 155:15, 158:3, 161:20, 279:14, 283:5
**perhaps** [4] - 166:24, 320:14, 321:24, 325:14
**periodic** [1] - 325:12
**periods** [2] - 178:24, 322:5
**person** [35] - 163:15, 171:8, 184:7, 184:10, 185:14, 188:3, 188:10, 202:18, 203:17, 204:9, 210:3, 210:4, 210:18, 212:11, 212:25, 213:10, 227:1, 239:5, 243:5, 244:17, 245:13, 257:1, 260:15, 266:11, 279:19, 288:1, 306:22, 307:7, 325:14, 326:2, 332:22, 333:22, 343:22, 344:4
**person's** [1] - 179:22
**personal** [7] - 147:16, 186:15, 253:8, 269:14, 330:14, 342:14
**personally** [4] - 160:3, 346:4, 357:23, 357:24
**pertaining** [1] - 320:15
**Peter** [2] - 202:10, 361:13
**Ph.D** [3] - 160:22, 266:11, 280:5
**PhD** [3] - 312:7, 312:13, 327:14
**Phil** [2] - 332:25, 333:1
**philosophical** [2] - 353:16, 353:25
**philosophy** [1] - 361:5
**phone** [36] - 147:8, 155:25, 156:1, 156:9, 156:10, 156:14, 157:21, 159:23, 183:23, 184:13, 200:20, 210:3, 211:4, 211:14, 213:10, 218:12, 218:25, 227:23, 230:10, 230:18,

258:13, 258:14, 258:25, 260:12, 260:13, 264:23, 264:24, 272:18, 272:22, 274:23, 299:19, 307:7, 336:25
  **phonemic** [2] - 220:8, 223:1
  **phones** [4] - 198:2, 224:25, 258:15, 261:17
  **phonetic** [43] - 152:12, 152:14, 152:17, 152:18, 152:24, 153:3, 162:21, 163:1, 163:14, 163:22, 181:9, 195:11, 211:17, 211:23, 234:20, 240:22, 241:4, 244:4, 244:7, 244:19, 245:7, 246:8, 246:13, 257:3, 269:16, 270:20, 279:15, 290:13, 291:2, 296:21, 300:14, 303:12, 340:3, 340:6, 340:20, 340:24, 342:5, 346:3, 346:11, 353:4, 353:7, 353:14
  **phonetic)** [1] - 215:6, 263:4, 327:15
  **phonetically** [1] - 219:14
  **phoneticist** [2] - 212:4, 212:7
  **phonetics** [7] - 152:18, 179:3, 204:16, 219:16, 265:24, 346:2, 354:1
  **phrase** [1] - 334:15
  **phrasing** [2] - 355:21, 355:22
  **physical** [2] - 195:5, 196:2
  **picks** [1] - 263:13
  **picture** [1] - 214:14
  **piece** [2] - 195:19, 225:22
  **pieces** [2] - 165:14, 219:5
  **pilot** [3] - 343:4, 343:7, 343:9
  **pitch** [1] - 180:2
  **pitches** [1] - 180:6
  **pity** [1] - 362:7
  **place** [12] - 173:11, 189:19, 269:17, 281:5, 284:8, 290:19, 299:18, 321:5, 324:21, 325:5, 325:10, 342:12
  **placed** [4] - 170:16, 178:4, 178:10, 268:19
  **places** [2] - 220:6, 249:20
  **plan** [1] - 341:23
  **plane** [2] - 353:20
  **planned** [1] - 322:23
  **play** [1] - 217:18
  **plot** [1] - 275:24
  **plus** [11] - 222:23, 223:4, 230:16, 237:12, 258:25, 271:15, 272:19, 273:16, 275:4, 303:7, 308:21
  **POA** [1] - 290:19
  **point** [21] - 148:17, 149:25, 150:7, 161:11, 167:6, 168:21, 173:19, 175:11, 176:12, 177:21, 193:14, 209:12, 235:17, 238:9, 278:23, 287:16, 326:19, 335:22, 350:11, 361:3, 363:3
  **points** [3] - 145:3, 166:5, 238:10
  **police** [8] - 203:8, 203:9, 210:24, 211:20, 219:10, 270:6, 272:11, 294:19
  **Police** [1] - 210:23
  **policy** [4] - 327:18, 327:20, 336:5
  **population** [77] - 157:4, 174:4, 174:6, 174:8, 174:12, 174:13, 174:21,

174:22, 175:8, 175:12, 175:15, 175:18, 175:23, 176:7, 176:9, 176:13, 177:1, 177:10, 177:19, 225:2, 241:2, 241:14, 243:14, 244:1, 244:3, 244:4, 244:8, 244:11, 244:16, 244:21, 250:8, 251:8, 251:16, 252:4, 252:21, 253:23, 254:3, 254:8, 258:4, 258:7, 258:12, 259:19, 259:25, 260:3, 260:11, 260:21, 261:8, 261:10, 261:22, 262:11, 275:21, 281:23, 282:6, 282:14, 282:16, 282:19, 296:18, 304:22, 305:3, 333:13, 337:25, 338:4, 338:10, 338:11, 338:13, 338:22, 339:7, 339:10, 339:22, 339:23, 340:2, 340:4, 340:9, 340:13, 353:22, 357:4
  **populations** [3] - 261:11, 261:12, 337:15
  **portion** [1] - 348:16
  **portions** [1] - 167:14
  **portray** [1] - 166:1
  **position** [5] - 202:5, 328:15, 334:3, 359:23, 361:13
  **positions** [1] - 256:7
  **positive** [4] - 182:1, 184:24, 328:22, 328:24
  **positives** [1] - 148:21
  **possibility** [3] - 201:13, 344:3, 344:7
  **possible** [14] - 186:13, 196:6, 228:20, 233:2, 267:14, 285:21, 299:12, 301:6, 307:13, 316:12, 328:8, 346:18, 348:24
  **possibly** [3] - 254:24, 344:19, 364:25
  **post** [1] - 162:25
  **Post** [2] - 312:16, 315:21
  **posterior** [1] - 328:4
  **potentially** [1] - 320:24
  **practice** [5] - 224:4, 224:5, 293:24, 332:17, 341:24
  **pre** [1] - 348:2
  **pre-final** [1] - 348:2
  **precisely** [3] - 316:7, 337:18, 353:12
  **preliminary** [4] - 183:20, 227:9, 229:7, 229:15
  **preparation** [1] - 153:12
  **prepare** [3] - 279:13, 279:23, 309:19
  **prepared** [5] - 143:6, 286:21, 310:5, 310:9, 311:13
  **present** [10] - 142:19, 161:2, 186:5, 186:6, 240:11, 246:23, 286:8, 298:2, 298:8, 311:4
  **presentation** [3] - 161:5, 345:25, 349:18
  **presentations** [1] - 313:8
  **presented** [5] - 152:10, 292:15, 330:10, 330:11, 335:1
  **presenting** [1] - 202:12
  **President** [4] - 338:17, 338:19, 339:6, 339:15
  **president** [2] - 338:23, 339:19
  **presumably** [2] - 149:20, 265:7
  **presume** [4] - 150:7, 211:9, 266:5,

286:10
  **presumes** [1] - 260:8
  **pretty** [3] - 146:7, 243:8, 278:21
  **previously** [6] - 144:18, 144:23, 145:23, 154:23, 288:6, 335:11
  **primarily** [2] - 337:9, 337:12
  **primary** [1] - 315:9
  **print** [2] - 193:24, 226:8
  **printed** [1] - 285:11
  **Privacy** [1] - 321:15
  **privacy** [1] - 342:9
  **probabilities** [16] - 147:12, 147:13, 151:1, 151:22, 151:25, 178:9, 178:11, 201:7, 202:2, 236:14, 239:1, 239:10, 281:10, 292:5, 292:6, 292:12
  **probability** [20] - 151:19, 152:2, 175:16, 176:1, 194:8, 194:9, 202:13, 222:7, 225:5, 232:13, 236:17, 238:22, 238:24, 256:15, 292:8, 302:6, 302:8, 308:17, 312:17, 313:3
  **problem** [5] - 268:5, 301:7, 321:3, 338:12, 344:20
  **problems** [8] - 148:10, 180:2, 280:2, 320:25, 342:24, 346:16, 357:10
  **procedure** [3] - 330:20, 330:21, 332:7
  **procedures** [13] - 171:23, 285:12, 317:19, 320:4, 321:5, 324:21, 324:22, 324:23, 325:13, 326:1, 328:1, 360:13, 360:14
  **proceed** [1] - 240:3
  **proceeding** [1] - 144:17
  **Proceedings** [5] - 142:4, 185:24, 240:2, 310:17, 365:11
  **process** [21] - 164:8, 165:3, 166:4, 170:13, 171:9, 173:18, 173:20, 174:1, 174:3, 175:14, 176:19, 182:20, 205:4, 205:16, 219:11, 245:3, 288:10, 291:23, 292:13, 315:1, 325:1
  **processed** [1] - 282:21
  **processes** [4] - 172:8, 207:11, 316:5, 317:19, 321:5, 324:21, 324:22, 324:23, 325:12, 326:1, 326:3
  **produce** [1] - 287:21
  **produced** [4] - 142:5, 144:15, 144:18, 144:23
  **producing** [1] - 321:8
  **product** [1] - 336:17
  **production** [4] - 216:15, 216:18, 217:1, 217:2
  **products** [3] - 356:4, 356:5, 356:6
  **professional** [8] - 186:15, 251:18, 257:19, 264:10, 303:11, 330:16, 340:12, 346:10
  **professionals** [1] - 355:11
  **professor** [5] - 179:3, 242:6, 295:5, 312:15, 315:20
  **Professor** [1] - 202:11
  **program** [5] - 287:11, 287:14, 287:22, 323:12, 336:10

**programming** [1] - 161:22
**programs** [1] - 355:12
**project** [4] - 300:5, 301:11, 312:13, 343:6
**prominent** [1] - 241:14
**promoted** [1] - 326:20
**pronounce** [5] - 252:5, 255:6, 255:11, 256:19, 306:1
**pronounced** [3] - 247:17, 254:24, 305:19
**pronounces** [2] - 306:11, 306:12
**pronunciation** [4] - 154:20, 246:13, 255:2, 256:3
**pronunciations** [2] - 240:25, 255:11
**proof** [1] - 257:17
**proper** [5] - 155:11, 309:18, 309:21, 340:23, 362:16
**properly** [1] - 309:19
**properties** [3] - 152:17, 191:13, 215:13
**proponent** [3] - 234:25, 328:10, 329:9
**proponents** [1] - 327:10
**propose** [1] - 216:11
**prosecution** [2] - 184:18, 300:17
**prosecution's** [1] - 362:14
**protect** [1] - 332:10
**protocol** [11] - 206:6, 206:8, 220:16, 220:19, 220:23, 220:24, 221:2, 221:3, 350:24, 353:9, 353:13
**protocols** [16] - 220:1, 223:12, 223:14, 223:17, 223:18, 224:2, 224:11, 224:18, 274:3, 274:14, 290:2, 336:12, 351:9, 351:12, 351:15, 351:18
**prove** [4] - 238:18, 239:5, 239:9, 239:10
**provide** [7] - 183:12, 185:3, 207:8, 208:9, 266:4, 340:24, 352:1
**provided** [21] - 144:24, 145:5, 145:24, 147:21, 148:2, 154:23, 192:3, 207:25, 222:7, 227:18, 231:1, 236:17, 287:25, 291:11, 298:19, 300:7, 309:12, 346:25, 350:3, 350:9, 362:15
**providing** [1] - 183:10
**proxies** [1] - 177:10
**puberty** [1] - 181:3
**public** [1] - 160:11
**publication** [1] - 314:14
**publications** [10] - 225:12, 313:6, 313:11, 313:14, 314:17, 314:18, 315:4, 315:15, 318:2, 356:3
**publicize** [1] - 356:13
**publicly** [2] - 159:6, 323:6
**publish** [1] - 160:14
**published** [9] - 155:13, 155:14, 155:15, 160:2, 301:11, 313:23, 355:25, 358:18, 358:21
**punt** [7] - 147:21, 148:1, 148:7, 148:13, 157:6, 157:8, 349:21
**Punt** [2] - 349:16, 352:11

**PUNT** [1] - 349:21
**punted** [2] - 350:13, 351:20
**punting** [1] - 162:21
**purchase** [2] - 162:4, 287:16
**purchased** [1] - 160:4
**purposes** [1] - 309:9
**put** [22] - 146:12, 150:10, 150:21, 163:4, 168:21, 174:22, 194:3, 210:6, 210:7, 221:13, 227:13, 227:14, 229:15, 259:13, 259:14, 275:2, 307:9, 313:21, 361:12
**puts** [1] - 314:9
**putting** [2] - 234:1, 262:11

## Q

**qualification** [1] - 362:22
**qualifications** [6] - 321:1, 346:2, 346:8, 355:3, 361:22, 362:16
**qualified** [5] - 320:24, 321:3, 340:23, 354:23, 362:20
**qualities** [1] - 147:7
**quality** [35] - 147:23, 148:8, 157:6, 162:25, 163:5, 174:10, 184:2, 196:11, 196:25, 197:2, 197:5, 197:6, 197:18, 197:22, 197:23, 197:24, 199:24, 205:25, 220:12, 241:15, 263:4, 268:25, 269:2, 269:7, 280:2, 290:15, 325:9, 325:14, 350:10, 350:22, 351:6, 351:21, 351:24, 352:6
**quantifies** [2] - 333:9, 333:11
**quantify** [1] - 277:6
**quantitative** [2] - 328:21, 328:24
**quantity** [1] - 163:5
**quest** [1] - 355:14
**questionable** [1] - 343:21
**questioning** [3] - 346:6, 346:7
**questions** [21] - 142:24, 146:23, 185:8, 269:23, 286:17, 286:20, 287:7, 289:24, 290:7, 294:24, 296:25, 300:11, 301:17, 303:25, 332:15, 352:4, 352:8, 362:10, 364:9, 364:11
**queues** [3] - 216:6, 216:16, 216:24
**quick** [1] - 309:8
**quicker** [1] - 294:10
**quickly** [5] - 180:1, 294:21, 299:1, 311:15, 358:12
**quite** [14] - 192:14, 196:7, 196:10, 227:2, 254:1, 277:12, 294:16, 305:3, 328:8, 329:16, 343:10, 357:16, 359:21, 363:6
**quote** [2] - 196:4, 337:22
**quoted** [2] - 332:23, 332:24

## R

**raise** [6] - 186:1, 324:14, 338:21, 342:15, 355:15, 361:17
**raises** [1] - 229:5
**ran** [8] - 287:14, 288:25, 289:2, 289:4, 321:17, 350:22, 351:16, 352:2

**random** [4] - 265:2, 302:6, 302:8, 339:21
**range** [7] - 162:15, 182:1, 182:2, 182:8, 182:11, 199:19, 274:12
**ranges** [1] - 200:2
**rank** [6] - 199:19, 276:17, 284:15, 284:19
**rarely** [2] - 236:8, 339:13
**rate** [49] - 147:3, 147:4, 148:16, 148:17, 148:20, 149:4, 149:5, 149:11, 149:13, 149:15, 149:17, 150:7, 150:18, 151:6, 151:13, 152:15, 153:5, 153:9, 154:12, 155:1, 155:7, 155:22, 156:13, 159:4, 159:9, 159:10, 162:18, 163:2, 163:3, 163:8, 163:9, 163:13, 197:10, 198:1, 263:19, 266:3, 266:23, 267:4, 267:6, 267:13, 267:17, 299:7, 299:13, 300:1, 300:7, 333:17, 355:2
**rates** [32] - 143:19, 143:22, 145:3, 146:24, 147:16, 148:11, 150:15, 150:24, 151:18, 155:23, 162:14, 162:16, 163:11, 197:21, 200:9, 200:11, 200:19, 201:4, 202:2, 241:8, 263:25, 299:1, 299:3, 315:17, 335:3, 335:4, 354:3, 354:4, 354:7, 354:11, 354:14
**rather** [3] - 180:9, 269:22, 327:25
**ratio** [54] - 151:8, 151:10, 157:3, 163:19, 177:25, 178:1, 178:11, 178:13, 178:14, 178:15, 179:9, 179:18, 189:1, 193:22, 193:25, 194:12, 221:16, 222:5, 222:22, 225:13, 232:8, 232:15, 232:18, 232:20, 232:22, 232:23, 233:1, 233:22, 233:23, 262:17, 262:19, 268:16, 268:19, 270:24, 271:2, 271:12, 271:14, 271:17, 271:19, 272:1, 272:3, 273:3, 274:20, 275:3, 276:2, 277:7, 308:16, 330:2, 330:6, 333:8, 339:17, 339:24
**ratios** [14] - 151:2, 151:4, 179:10, 222:14, 224:22, 234:2, 234:5, 234:13, 234:23, 234:25, 270:19, 270:23, 273:14, 327:5
**raw** [1] - 190:11
**reaccreditation** [1] - 322:23
**reaccrediting** [1] - 322:21
**reach** [1] - 308:21
**reached** [2] - 200:7, 332:12
**reaches** [1] - 181:4
**reaching** [2] - 162:3, 202:12
**reaction** [2] - 361:21, 362:14
**READ** [1] - 218:10
**read** [43] - 143:5, 145:13, 146:9, 186:11, 187:12, 214:25, 218:6, 218:9, 218:10, 218:16, 236:5, 241:10, 242:13, 242:22, 243:16, 243:22, 268:11, 276:1, 277:2, 284:24, 323:16, 323:20, 335:11, 335:14, 347:17, 347:20, 347:21, 347:23, 348:1, 348:2,

350:20, 355:8, 355:23, 356:23,
357:21, 358:1, 358:6, 358:9, 358:17,
358:23, 359:14, 359:17, 363:1
  **readable** [1] - 229:11
  **reading** [5] - 242:21, 323:23, 323:25,
330:20, 357:7
  **real** [5] - 148:12, 222:18, 228:3,
264:21, 314:1
  **real-life** [1] - 264:21
  **realism** [1] - 327:22
  **realizable** [1] - 326:24
  **realized** [3] - 312:11, 317:12, 364:21
  **really** [25] - 143:5, 180:2, 199:12,
199:15, 200:6, 200:11, 209:14, 213:5,
220:15, 223:14, 236:7, 236:16,
238:11, 242:10, 251:14, 269:19,
305:2, 317:4, 321:7, 326:23, 327:22,
331:19, 344:8, 346:17, 360:15
  **reason** [10] - 156:21, 238:5, 238:11,
238:12, 263:14, 296:21, 322:20,
340:2, 340:6, 358:5
  **reasonable** [2] - 210:8, 329:1
  **reasoning** [8] - 147:12, 210:8,
232:16, 236:13, 236:16, 236:21,
236:23, 271:21
  **reasons** [3] - 238:7, 320:23, 336:15
  **rebuttal** [1] - 311:11
  **recalled** [3] - 185:24, 240:2, 310:17
  **receive** [9] - 183:23, 183:25, 184:12,
196:12, 201:21, 287:20, 293:24,
296:22, 356:13
  **received** [15] - 142:22, 143:3, 163:20,
182:14, 214:5, 258:25, 276:5, 288:5,
294:12, 294:13, 294:24, 312:7, 335:7,
335:9, 356:24
  **receives** [1] - 351:13
  **receiving** [2] - 184:9, 213:10
  **recent** [1] - 286:7
  **recently** [1] - 358:18
  **recess** [2] - 185:23, 239:25
  **recessed** [3] - 185:24, 240:2, 310:17
  **recipe** [1] - 316:3
  **recognition** [42] - 150:4, 158:6,
195:17, 196:1, 200:25, 280:19,
296:13, 315:10, 315:13, 315:16,
316:17, 316:21, 318:9, 319:9, 320:12,
320:23, 321:2, 321:21, 322:9, 326:6,
326:8, 327:7, 328:22, 328:15, 329:25,
330:4, 332:7, 333:9, 334:6, 334:9,
341:20, 341:25, 342:10, 342:12,
342:18, 350:15, 351:4, 351:5, 355:13,
355:23, 359:25
  **Recognition** [3] - 265:13, 333:2,
342:7
  **recognize** [5] - 221:25, 275:16,
334:18, 335:2, 343:7
  **recognized** [1] - 326:8
  **recognizes** [1] - 195:1
  **recognizing** [1] - 167:10
  **recollect** [1] - 226:21

  **recollection** [1] - 213:12
  **recommendation** [4] - 161:10,
313:16, 314:10, 314:11
  **recommendations** [2] - 323:20,
342:3
  **recommended** [1] - 314:5
  **reconsider** [1] - 310:7
  **record** [12] - 142:12, 190:19, 217:19,
264:14, 264:17, 264:19, 299:17,
309:9, 309:11, 309:16, 311:23, 351:22
  **recorded** [17] - 142:4, 147:7, 178:24,
179:11, 232:9, 253:12, 253:13,
253:16, 261:1, 264:5, 265:5, 265:8,
288:18, 288:23, 295:25, 299:19,
343:18
  **recording** [22] - 147:8, 156:7, 156:17,
156:25, 158:22, 158:25, 159:1,
179:12, 197:8, 197:20, 197:21,
197:25, 207:6, 250:20, 259:12,
259:15, 288:4, 288:5, 288:9, 291:1,
344:18, 348:20
  **recordings** [51] - 147:7, 147:23,
148:9, 149:22, 155:24, 156:9, 156:10,
156:14, 156:17, 156:24, 157:7,
157:21, 158:12, 159:16, 159:17,
162:1, 162:2, 163:13, 169:17, 169:19,
170:5, 174:14, 174:16, 176:18,
176:25, 179:7, 179:16, 183:8, 211:18,
224:24, 246:23, 260:12, 260:13,
261:13, 264:10, 264:17, 269:2,
271:10, 276:10, 288:17, 288:18,
288:23, 289:21, 289:24, 290:1,
291:13, 298:18, 298:20
  **recross** [1] - 304:1
  **RECROSS** [2] - 304:3, 366:7
  **RECROSS-EXAMINATION** [2] -
304:3, 366:7
  **redid** [1] - 278:8
  **redirect** [2] - 287:1, 364:10
  **REDIRECT** [3] - 287:4, 298:9, 366:6
  **reduce** [8] - 162:18, 163:1, 163:9,
164:23, 184:1, 184:21, 294:8, 294:10
  **reduced** [1] - 183:25
  **reducing** [2] - 163:3, 163:7
  **refer** [6] - 202:19, 207:18, 208:4,
208:13, 272:1, 286:10
  **reference** [48] - 154:22, 157:4, 174:4,
174:5, 174:8, 174:11, 174:13, 174:21,
174:22, 175:8, 175:12, 175:15,
175:18, 175:23, 176:7, 176:9, 176:13,
177:1, 177:10, 177:19, 189:15, 190:2,
190:18, 244:4, 258:4, 258:7, 258:12,
259:19, 259:24, 260:3, 260:11,
260:20, 261:8, 261:10, 261:11,
261:12, 261:21, 262:10, 262:11,
275:21, 281:23, 282:6, 282:13,
282:15, 282:19, 295:4, 296:18, 357:4
  **referenced** [1] - 333:1
  **references** [1] - 153:13
  **referred** [4] - 196:15, 209:7, 244:8,

252:15
  **referring** [35] - 144:21, 194:1, 194:2,
194:21, 201:12, 208:17, 209:23,
210:22, 210:23, 218:25, 226:12,
226:15, 230:24, 230:25, 237:5,
239:21, 246:13, 247:2, 247:25, 248:1,
248:2, 249:11, 251:17, 253:15, 256:4,
258:9, 258:18, 260:1, 269:11, 270:5,
280:20, 290:8, 308:16
  **refers** [1] - 244:22
  **refine** [2] - 174:23, 185:3
  **refined** [2] - 173:16, 177:13
  **refines** [1] - 172:25
  **reflect** [5] - 164:19, 165:14, 167:6,
167:22, 174:9
  **reflecting** [4] - 166:3, 177:12, 213:16,
286:8
  **reflection** [2] - 166:4, 295:24
  **reflects** [2] - 195:3, 195:5
  **refuse** [1] - 349:23
  **regard** [1] - 342:15
  **regarding** [10] - 143:21, 145:6,
199:24, 248:11, 250:6, 269:1, 282:19,
289:13, 289:16, 295:16
  **Regarding** [2] - 144:6, 146:7
  **regardless** [2] - 323:9, 350:24
  **regularities** [1] - 251:25
  **regularly** [2] - 253:24, 336:10
  **reject** [3] - 182:17, 183:3, 352:15
  **rejected** [2] - 161:10, 352:18
  **rejections** [5] - 148:18, 148:22,
149:1, 149:5, 302:23
  **rejects** [1] - 182:24
  **relate** [4] - 143:21, 145:2, 164:9,
175:1
  **related** [1] - 364:23
  **relating** [1] - 329:25
  **relationship** [3] - 321:10, 322:15,
337:16
  **relative** [1] - 353:22
  **release** [3] - 325:11, 336:2, 356:3
  **released** [5] - 198:4, 198:11, 198:20,
325:9, 356:10
  **relevant** [21] - 143:4, 157:17, 171:21,
225:2, 244:1, 244:3, 303:10, 321:25,
333:13, 337:15, 337:24, 338:4,
338:10, 338:11, 338:13, 338:22,
339:22, 339:23, 340:1, 340:2, 340:4
  **reliability** [10] - 147:17, 150:25,
152:8, 196:10, 286:5, 286:10, 286:13,
292:16, 300:24, 354:15
  **reliable** [1] - 163:18
  **reliably** [1] - 342:19
  **reliance** [1] - 320:3
  **relied** [1] - 212:3
  **rely** [6] - 199:15, 215:7, 234:9,
251:18, 266:18, 275:6
  **relying** [1] - 275:5
  **remains** [1] - 180:9
  **remember** [32] - 146:23, 156:12,

157:11, 159:7, 159:11, 164:9, 178:25, 182:2, 182:4, 189:5, 202:15, 220:15, 221:19, 247:2, 249:1, 267:14, 295:3, 300:25, 301:17, 304:12, 304:14, 304:18, 304:19, 304:20, 305:11, 328:8, 349:17, 349:24, 351:19, 352:10, 352:21

**remind** [2] - 148:6, 158:8
**remotely** [1] - 185:4
**remove** [6] - 150:13, 163:13, 172:7, 172:8, 172:10, 172:19
**removed** [1] - 352:5
**removes** [1] - 169:1
**removing** [2] - 162:24, 173:24
**rendered** [1] - 266:17
**reopen** [1] - 142:23
**repeat** [4] - 217:16, 218:24, 291:8, 326:2
**repeatability** [3] - 325:20, 325:25
**repetitions** [2] - 255:8, 256:20
**rephrase** [1] - 282:5
**replicate** [1] - 198:14
**Report** [1] - 321:19
**report** [77] - 144:14, 149:7, 153:13, 154:22, 162:9, 197:24, 199:13, 207:4, 208:3, 208:7, 209:4, 210:22, 220:15, 220:18, 220:21, 220:23, 220:25, 221:1, 229:9, 233:6, 239:15, 239:18, 239:20, 242:16, 242:18, 243:17, 247:20, 250:3, 259:9, 265:12, 268:11, 275:11, 276:23, 277:1, 277:21, 277:24, 279:17, 283:23, 286:7, 287:8, 289:9, 290:8, 300:6, 306:5, 306:7, 319:15, 319:17, 320:2, 323:17, 323:19, 324:11, 329:5, 331:22, 335:10, 346:15, 347:17, 347:18, 347:22, 347:23, 347:25, 348:1, 348:16, 350:19, 350:20, 352:1, 358:2, 358:6, 358:9, 359:1, 359:4, 359:8, 361:14, 363:8, 363:10, 363:12, 363:21
**reporter** [5] - 237:16, 237:24, 316:25, 317:3, 362:8
**Reporter** [2] - 142:1, 142:1
**reporting** [7] - 328:5, 341:25, 360:25, 361:1, 361:2, 361:3, 361:4
**reports** [21] - 204:18, 221:3, 223:15, 279:20, 325:10, 325:15, 337:20, 347:19, 347:21, 348:2, 348:23, 357:22, 359:9, 359:17, 363:1, 363:7, 363:14, 363:15, 363:25, 364:3, 364:5
**represent** [4] - 165:10, 165:16, 165:25, 177:15
**representative** [2] - 253:19, 269:18
**represents** [1] - 285:5
**reproduce** [1] - 363:24
**reproduced** [1] - 363:22
**reproducibility** [4] - 325:20, 325:22, 325:24, 363:16
**request** [2] - 212:18, 243:6
**requesting** [1] - 142:23

**requests** [2] - 183:1, 183:2
**require** [2] - 274:14, 334:8
**required** [2] - 151:14, 321:1
**requirement** [3] - 157:2, 334:15, 360:6
**requirements** [2] - 163:5, 363:16
**requiring** [2] - 186:12, 360:6
**requisition** [1] - 315:24
**rereading** [1] - 289:15
**research** [11] - 152:24, 160:13, 181:5, 188:21, 195:22, 200:14, 300:5, 301:3, 301:10, 329:14, 331:24
**Research** [1] - 342:1
**researcher** [1] - 160:15
**researchers** [1] - 328:14
**resolved** [1] - 342:25
**respect** [3] - 188:11, 300:12, 363:7
**respected** [2] - 188:23, 195:23
**respecting** [1] - 300:23
**respond** [3] - 314:16, 320:14, 320:22
**responded** [1] - 320:5
**response** [4] - 143:20, 145:5, 225:13, 319:20
**responsibility** [1] - 322:6
**responsible** [1] - 204:21
**result** [9] - 161:12, 163:25, 191:5, 194:4, 194:6, 219:23, 223:7, 350:24, 355:24
**resulted** [1] - 153:9
**resulting** [2] - 170:23, 171:2
**results** [31] - 156:4, 162:25, 173:10, 182:1, 182:7, 198:15, 198:17, 232:8, 232:22, 244:22, 266:15, 266:17, 268:18, 287:21, 317:14, 325:16, 325:22, 325:23, 327:5, 328:3, 329:7, 334:25, 338:14, 347:4, 350:14, 350:25, 360:25, 361:1, 363:22, 363:24
**Results** [1] - 270:1
**resumes** [1] - 143:10
**reversed** [1] - 316:10
**review** [17] - 145:18, 198:7, 198:10, 313:25, 314:3, 314:12, 314:15, 314:19, 314:24, 315:1, 315:2, 320:3, 322:4, 322:6, 325:12
**reviewed** [12] - 212:8, 218:22, 309:21, 313:8, 313:11, 313:15, 313:23, 314:4, 325:11, 327:25, 358:13, 364:3
**reviewer** [1] - 314:19
**reviewers** [2] - 314:16, 315:3
**reviewing** [3] - 153:12, 207:22, 314:8
**reviews** [2] - 314:9, 314:13
**revisions** [1] - 315:3
**rewrite** [1] - 314:11
**rhythm** [1] - 220:10
**Riva** [1] - 349:18
**road** [1] - 309:11
**room** [2] - 159:17, 347:8
**rooms** [1] - 312:10

**Rose** [2] - 332:25, 333:2
**rough** [2] - 276:8, 276:11
**Round** [2] - 335:10, 335:13
**RPR** [1] - 142:1
**rule** [2] - 310:5, 310:9
**run** [17] - 164:1, 179:16, 183:12, 184:2, 275:19, 282:25, 289:8, 291:3, 291:14, 294:7, 295:10, 299:14, 300:2, 300:8, 351:12, 351:23, 356:16

## S

**safe** [1] - 357:1
**Salick** [3] - 142:14, 240:3, 270:11
**SALICK** [32] - 141:18, 146:19, 154:5, 154:21, 166:20, 171:16, 181:2, 185:7, 186:1, 186:9, 186:12, 208:9, 239:20, 240:5, 286:25, 287:2, 287:5, 298:10, 303:25, 309:2, 324:1, 340:19, 345:8, 345:10, 345:19, 345:20, 362:12, 364:1, 364:9, 366:4, 366:6, 366:11
**sample** [44] - 156:2, 157:8, 159:23, 163:20, 165:6, 167:13, 170:11, 170:14, 170:20, 171:20, 171:21, 171:25, 172:11, 173:15, 173:16, 173:18, 174:9, 174:18, 175:2, 175:17, 175:19, 175:22, 176:23, 177:7, 177:14, 177:22, 178:17, 185:3, 189:4, 282:19, 288:21, 290:24, 291:3, 294:1, 348:11, 348:17, 348:25, 350:5, 350:14, 351:13, 351:17, 352:2, 352:15, 361:23
**samples** [69] - 148:2, 148:7, 148:25, 152:21, 156:2, 163:4, 167:2, 167:8, 167:9, 168:21, 169:11, 169:12, 170:3, 171:1, 171:2, 171:5, 171:7, 171:8, 172:1, 172:25, 173:19, 175:5, 175:7, 175:9, 177:1, 177:3, 177:5, 177:18, 177:20, 178:16, 178:21, 178:22, 178:23, 179:11, 179:12, 182:14, 182:18, 183:10, 183:12, 183:16, 184:1, 184:6, 184:9, 185:2, 229:8, 252:1, 287:25, 288:8, 289:3, 296:17, 328:6, 328:23, 333:11, 333:12, 333:19, 347:6, 347:10, 349:6, 349:11, 350:3, 350:9, 350:21, 350:22, 351:24, 352:5, 352:18
**sampling** [1] - 197:21
**Sandra** [2] - 185:25, 311:2
**SANDRA** [1] - 141:12
**Santa** [1] - 312:8
**SAPO** [2] - 288:6, 293:1
**saw** [10] - 165:7, 197:15, 227:4, 264:15, 350:12, 351:4, 351:14, 353:9, 356:1, 363:11
**scale** [40] - 172:23, 173:12, 178:10, 181:25, 184:24, 201:13, 202:13, 202:15, 222:7, 222:10, 222:22, 223:3, 225:5, 225:8, 230:16, 235:12, 236:17, 236:19, 237:2, 237:10, 237:11, 238:1, 238:9, 268:20, 271:13, 272:12,

272:15, 274:5, 274:10, 275:3, 279:3, 279:7, 280:24, 308:15, 308:17, 308:18, 308:24, 317:25, 361:3
**Scale** [1] - 222:6
**scales** [2] - 235:14, 361:2
**scheduled** [1] - 364:23
**scheduling** [1] - 311:7
**School** [2] - 312:16, 315:21
**Schwartz** [1] - 349:19
**science** [19] - 149:19, 152:24, 301:20, 301:22, 319:18, 319:24, 319:25, 320:10, 324:15, 325:18, 325:19, 325:25, 328:15, 331:25, 341:11, 342:10, 346:17, 355:11, 355:16
**Science** [16] - 313:10, 313:17, 319:16, 319:23, 320:7, 321:11, 321:19, 322:1, 322:17, 323:17, 323:18, 324:12, 331:22, 331:23, 346:16, 355:1
**Sciences** [1] - 319:16
**scientific** [14] - 198:8, 198:11, 198:21, 200:13, 234:11, 238:11, 243:7, 280:18, 283:6, 319:6, 320:8, 320:16, 339:3, 353:25
**Scientific** [1] - 319:10
**scientist** [5] - 154:17, 195:21, 236:7, 236:8, 320:13
**scientists** [2] - 161:23, 198:14
**score** [47] - 163:20, 175:25, 176:17, 177:25, 178:1, 178:3, 178:4, 178:7, 178:8, 178:9, 189:8, 194:9, 200:2, 223:3, 262:13, 262:14, 262:15, 262:17, 262:19, 262:21, 262:22, 268:16, 269:18, 269:19, 273:2, 273:22, 274:17, 274:19, 274:24, 274:25, 275:1, 275:14, 275:20, 275:22, 276:2, 276:15, 276:18, 276:20, 282:14, 282:16, 284:12, 356:8, 356:13
**scored** [1] - 356:14
**scores** [36] - 175:13, 175:16, 175:25, 176:16, 176:17, 176:20, 176:24, 178:16, 194:8, 194:11, 199:19, 260:17, 270:24, 270:24, 275:24, 275:25, 276:5, 276:7, 276:8, 276:19, 276:22, 277:11, 282:17, 284:4, 284:7, 284:10, 284:13, 284:14, 284:16, 284:20, 284:21, 302:15, 356:9, 356:11
**scoring** [8] - 174:1, 174:10, 175:3, 175:14, 176:18, 176:21, 193:23, 262:12
**scrape** [1] - 196:20
**screaming** [2] - 183:6, 183:7
**screen** [2] - 183:15, 229:7
**screened** [1] - 183:8
**screening** [6] - 182:19, 182:20, 183:17, 183:20, 227:10, 229:16
**screens** [1] - 185:2
**search** [2] - 216:5, 307:21

**second** [21] - 147:17, 166:9, 174:13, 176:3, 193:11, 201:23, 212:22, 221:22, 230:6, 230:9, 230:12, 238:14, 242:11, 259:2, 268:3, 284:20, 333:7, 335:8, 340:15, 350:18, 357:21
**second-level** [1] - 357:21
**secondary** [1] - 317:24
**secondly** [3] - 336:5, 336:13, 357:9
**Secret** [1] - 349:19
**secret** [2] - 200:22, 200:23
**section** [9] - 233:8, 243:17, 243:18, 243:19, 257:9, 268:12, 269:25, 270:2
**SECTION** [1] - 141:17
**Section** [2] - 208:24, 286:6
**sections** [3] - 165:13, 166:4, 195:3
**security** [4] - 150:11, 150:12, 285:11, 293:21
**Security** [6] - 161:3, 208:1, 208:5, 212:1, 213:17, 318:17
**see** [44] - 154:3, 156:4, 170:15, 183:3, 186:17, 198:14, 198:17, 206:18, 208:7, 211:6, 212:24, 216:9, 216:20, 231:2, 233:5, 233:13, 240:5, 241:8, 243:18, 253:2, 253:20, 256:17, 257:18, 266:2, 270:2, 275:24, 279:8, 279:20, 284:24, 308:3, 310:2, 314:21, 325:12, 331:13, 331:15, 332:13, 338:16, 340:6, 348:2, 348:16, 353:11, 353:13, 361:9, 362:5
**seeing** [1] - 197:21
**seem** [2] - 181:15, 277:5
**segments** [1] - 296:13
**select** [6] - 174:7, 174:16, 174:20, 261:12, 261:23, 262:19
**selected** [4] - 261:13, 262:12, 262:24, 275:23
**selection** [2] - 261:21, 339:21
**selects** [1] - 302:9
**sells** [1] - 158:10
**semiautomatic** [1] - 205:19
**send** [5] - 182:21, 182:24, 242:23, 314:11, 335:8
**sense** [12] - 147:12, 150:9, 165:4, 224:14, 248:2, 272:7, 280:16, 290:16, 296:1, 311:10, 328:19, 338:20
**sensitivities** [1] - 160:12
**sensitivity** [2] - 160:8, 160:16
**sent** [7] - 183:2, 195:9, 196:1, 228:17, 228:23, 337:22, 353:24
**sentence** [1] - 243:16
**sentences** [1] - 333:14
**separate** [4] - 209:20, 220:24, 289:14, 295:16
**September** [1] - 285:4
**series** [1] - 316:5
**served** [1] - 321:25
**service** [2] - 285:11, 293:21
**Service** [6] - 161:4, 208:1, 208:6, 212:2, 213:18, 349:19
**SESSION** [1] - 311:1

**sessions** [2] - 288:16, 321:25
**set** [34] - 147:22, 156:23, 175:21, 176:15, 176:21, 176:22, 176:25, 177:5, 177:9, 177:20, 190:18, 211:17, 230:2, 232:7, 282:18, 289:12, 289:18, 289:25, 291:12, 296:18, 302:7, 308:8, 308:22, 316:1, 343:14, 343:15, 344:6, 344:7, 344:16, 357:2, 357:9
**sets** [6] - 189:15, 190:1, 190:2, 211:18, 229:8
**setting** [1] - 258:10
**seven** [2] - 144:1, 243:17
**Seven** [2] - 335:10, 335:13
**seven-page** [1] - 144:1
**several** [27] - 153:10, 153:15, 153:24, 155:19, 156:2, 156:16, 157:1, 157:5, 157:12, 165:13, 172:8, 176:18, 187:2, 249:1, 258:13, 261:20, 262:13, 285:19, 288:16, 288:17, 295:3, 296:7, 319:2, 319:3, 320:16, 335:23
**severely** [1] - 338:13
**sex** [1] - 338:8
**shadow** [1] - 343:16
**Shakespearian** [1] - 217:18
**shaking** [2] - 361:25, 362:5
**shapes** [2] - 164:11, 164:17
**share** [2] - 241:2, 338:23
**shark** [1] - 178:4
**sheet** [1] - 284:22
**shelf** [1] - 331:16
**short** [4] - 160:25, 186:20, 196:12, 266:21
**shortened** [1] - 189:12
**show** [6] - 221:20, 241:1, 275:10, 300:14, 324:20, 338:22
**showed** [3] - 206:12, 206:17, 270:8
**showing** [4] - 176:5, 241:13, 252:19, 352:1
**shown** [2] - 178:7, 194:7
**shows** [5] - 170:19, 181:5, 194:9, 331:13, 346:13
**SHREVE** [1] - 141:15
**Shreve** [1] - 142:13
**side** [8] - 150:14, 158:16, 158:22, 158:23, 183:17, 237:14, 284:24, 355:6
**sideways** [1] - 284:22
**sign** [1] - 173:6
**signal** [7] - 157:3, 195:4, 215:13, 216:6, 216:15, 294:17, 295:24
**signal-to-noise** [1] - 157:3
**signature** [1] - 279:1
**signatures** [1] - 361:12
**signed** [2] - 202:6, 328:15
**significant** [4] - 179:9, 216:12, 290:17, 326:13
**significantly** [1] - 179:19
**similar** [23] - 171:9, 173:12, 173:18, 174:6, 175:3, 175:4, 175:20, 177:2, 177:6, 203:19, 242:23, 243:1, 257:12, 263:5, 265:24, 299:20, 301:9, 333:19,

337:21, 337:25, 338:2, 353:23
**Similarities** [1] - 243:24
**similarities** [17] - 163:15, 176:6, 226:4, 238:21, 238:23, 250:6, 251:25, 271:9, 279:4, 279:15, 280:13, 302:18, 303:5, 328:25, 332:21, 339:4, 340:8
**similarity** [10] - 157:4, 238:24, 328:23, 333:10, 333:18, 333:21, 338:18, 339:14, 339:19, 339:20
**Simkin** [1] - 142:16
**simple** [2] - 146:10, 342:23
**simplication** [1] - 195:11
**simplified** [2] - 165:9, 166:24
**Simplified** [3] - 144:6, 146:6, 146:10
**simplify** [1] - 145:23
**simplistic** [2] - 165:22, 178:15
**simply** [5] - 324:24, 333:20, 334:15, 340:9, 364:16
**simulate** [1] - 283:9
**simultaneously** [1] - 321:18
**single** [5] - 165:12, 176:6, 245:3, 299:13, 326:7
**sit** [4] - 146:11, 193:10, 279:25
**situational** [2] - 217:23, 265:9
**six** [4] - 145:10, 239:17, 242:18, 321:18
**six-page** [1] - 145:10
**size** [1] - 361:23
**skimmed** [1] - 356:25
**skip** [1] - 333:14
**SKL** [1] - 225:6
**slightly** [2] - 285:2
**slips** [1] - 316:24
**slow** [3] - 317:2, 317:8, 319:22
**slower** [3] - 181:15, 312:22, 345:12
**SLT** [1] - 141:4
**small** [3] - 200:2, 343:17, 344:12
**smaller** [1] - 285:3
**smart** [1] - 244:13
**Smith** [1] - 142:16
**sniping** [1] - 146:13
**so..** [3] - 203:6, 204:3, 227:17
**social** [2] - 330:16, 330:19
**society** [1] - 181:9
**sociological** [1] - 217:23
**software** [26] - 155:17, 157:2, 160:1, 160:3, 160:23, 161:3, 161:6, 161:16, 161:18, 161:20, 161:25, 167:1, 168:22, 171:23, 192:3, 192:5, 196:20, 268:24, 272:23, 273:19, 287:11, 287:14, 287:15, 287:22, 335:25, 336:1
**solely** [1] - 315:14
**Somali** [27] - 190:4, 190:6, 190:16, 191:14, 191:15, 192:2, 193:11, 230:22, 241:10, 242:7, 242:11, 244:25, 245:4, 246:25, 251:16, 251:19, 252:9, 252:13, 254:7, 254:21, 298:12, 298:15, 298:21, 299:17, 304:6, 306:11
**Somalian** [2] - 241:18, 299:18

**Somalis** [15] - 192:11, 192:13, 241:11, 246:22, 247:1, 248:12, 249:7, 249:15, 249:19, 252:25, 253:1, 253:4, 253:18, 259:24, 305:14
**someone** [26] - 150:20, 183:7, 185:4, 195:14, 206:14, 214:2, 215:3, 215:11, 227:19, 227:20, 227:21, 227:23, 234:20, 242:22, 243:14, 246:16, 246:18, 250:18, 260:25, 263:13, 295:21, 302:12, 331:11, 332:20, 337:21
**sometime** [2] - 229:20, 285:19
**sometimes** [4] - 200:16, 266:13, 278:13, 357:6
**somewhat** [1] - 233:2
**somewhere** [13] - 147:14, 156:18, 159:8, 178:4, 178:10, 218:5, 226:23, 227:19, 227:21, 242:6, 259:9, 285:16, 307:9
**sorry** [52] - 153:18, 171:12, 187:8, 189:13, 191:20, 192:4, 194:18, 201:23, 201:25, 205:12, 212:6, 212:17, 213:21, 215:21, 216:23, 217:4, 218:24, 223:6, 227:20, 228:13, 231:18, 231:21, 233:18, 237:9, 237:19, 237:20, 237:24, 241:20, 242:1, 242:4, 254:13, 255:15, 259:23, 264:18, 268:4, 268:6, 277:20, 281:21, 282:4, 285:15, 285:23, 305:23, 309:4, 316:23, 317:4, 317:5, 317:10, 332:24, 333:7, 345:17, 363:2, 364:20
**sort** [4] - 164:13, 184:14, 206:8, 264:10
**sorted** [1] - 184:20
**SOS** [1] - 183:6
**sound** [13] - 172:24, 179:24, 214:14, 215:14, 216:1, 243:6, 259:10, 267:16, 282:21, 283:1, 306:6, 312:10, 337:25
**sounded** [5] - 211:10, 212:24, 256:24, 257:1, 257:12
**sounding** [1] - 353:23
**sounds** [9] - 159:24, 211:7, 214:22, 242:23, 243:8, 255:1, 260:25, 263:10, 265:4
**source** [8] - 160:23, 161:6, 213:24, 264:25, 265:1, 324:10, 324:11, 343:18
**space** [6] - 164:13, 165:20, 170:14, 175:25, 179:11, 274:24
**span** [15] - 156:18, 156:21, 268:19, 271:2, 271:12, 271:14, 271:17, 272:1, 273:3, 273:14, 273:19, 274:7, 275:3, 308:16, 308:21
**Spanish** [1] - 193:1
**spans** [3] - 156:16, 222:14, 222:17
**spatter** [1] - 320:11
**Speaker** [4] - 146:7, 265:13, 333:2, 342:7
**speaker** [74] - 158:3, 158:5, 170:11, 181:10, 181:13, 185:5, 187:24, 188:16, 189:5, 195:17, 196:1, 203:22,

205:19, 214:22, 229:8, 231:10, 235:5, 235:25, 236:1, 236:3, 238:15, 238:16, 238:19, 239:2, 239:7, 245:25, 250:25, 257:24, 258:12, 258:24, 276:16, 281:24, 282:4, 282:10, 282:14, 290:15, 292:10, 294:14, 315:24, 316:16, 316:20, 319:8, 320:12, 320:23, 321:1, 322:9, 326:6, 326:7, 327:6, 328:1, 328:14, 329:25, 330:4, 332:7, 333:9, 334:5, 334:9, 341:20, 341:25, 342:10, 342:11, 342:18, 350:15, 351:4, 351:5, 353:23, 355:12, 355:23, 358:1, 359:25
**speakers** [46] - 153:2, 164:13, 177:15, 178:17, 178:18, 179:5, 179:25, 182:12, 189:20, 190:4, 190:6, 190:17, 192:2, 192:21, 192:24, 193:1, 193:9, 210:17, 211:4, 232:9, 236:9, 241:6, 242:11, 247:11, 251:19, 251:21, 252:17, 252:18, 256:15, 260:20, 292:19, 292:22, 293:6, 294:17, 298:15, 298:24, 299:18, 299:21, 300:17, 300:21, 303:13, 306:13, 316:12, 337:6, 344:12
**speaking** [19] - 210:4, 227:1, 231:20, 241:10, 241:11, 244:25, 246:8, 251:14, 251:15, 252:9, 252:13, 253:17, 253:23, 257:24, 260:15, 316:11, 337:12, 345:12, 354:9
**speaks** [4] - 216:20, 343:4, 343:5, 362:8
**special** [2] - 349:22, 360:6
**specialist** [1] - 340:7
**specialization** [1] - 204:16
**specific** [34] - 146:23, 153:25, 154:1, 154:16, 165:2, 171:18, 175:19, 210:11, 215:3, 238:5, 250:17, 250:19, 251:9, 256:10, 267:20, 271:19, 274:12, 275:2, 275:19, 277:6, 304:16, 316:7, 316:9, 320:21, 320:25, 324:25, 326:24, 333:1, 334:8, 334:15, 341:11, 342:9, 363:15
**specifically** [16] - 210:2, 211:3, 224:6, 224:12, 232:21, 242:14, 244:20, 258:8, 258:16, 262:8, 288:14, 300:8, 307:24, 326:6, 327:5, 327:10
**specificity** [1] - 359:8
**specifics** [1] - 213:12
**specified** [1] - 306:5
**specify** [1] - 325:2
**spectrogram** [2] - 197:21, 270:9
**speculate** [2] - 331:1, 331:2
**speech** [66] - 149:22, 163:15, 179:1, 187:23, 192:18, 195:4, 199:23, 200:25, 206:20, 215:8, 216:13, 216:14, 216:17, 217:1, 217:2, 217:14, 218:7, 220:10, 220:14, 235:25, 236:3, 236:8, 238:15, 241:1, 241:18, 242:7, 243:4, 246:8, 247:13, 250:19, 250:22, 251:7, 251:25, 265:21, 266:12, 280:1,

280:19, 295:24, 296:12, 298:18,
332:20, 332:21, 333:18, 333:22,
334:10, 338:18, 338:23, 339:4, 343:4,
346:25, 348:11, 348:14, 348:17,
348:21, 348:22, 348:24, 349:7, 350:3,
350:5, 350:8, 350:14, 350:21, 350:22,
351:6, 351:17
  **Speech** [1] - 144:6
  **speeches** [1] - 349:11
  **speed** [2] - 220:14, 243:4
  **spell** [1] - 311:23
  **spit** [1] - 226:2
  **spits** [2] - 225:15, 275:7
  **spoken** [4] - 187:2, 189:19, 250:17,
293:20
  **Sprakab** [1] - 203:18
  **stabilizes** [1] - 180:8
  **stable** [4] - 179:22, 180:9, 181:4,
181:21
  **stage** [1] - 363:13
  **stages** [1] - 245:9
  **stand** [6] - 143:10, 157:24, 186:6,
188:1, 240:12, 298:2
  **standalone** [1] - 356:11
  **standard** [11] - 215:22, 293:24,
323:4, 323:5, 323:8, 327:25, 330:20,
330:21, 332:6, 355:15, 357:6
  **standardized** [2] - 357:5, 360:14
  **standards** [11] - 157:1, 317:18,
317:23, 318:3, 320:4, 321:5, 324:17,
341:24, 360:1, 360:2, 364:6
  **Standards** [5] - 157:25, 318:15,
322:4, 323:4, 341:10
  **standing** [2] - 240:6, 305:16
  **star** [1] - 229:9
  **start** [6] - 167:8, 279:14, 334:23,
364:25, 365:6
  **started** [2] - 246:16, 246:17
  **starting** [1] - 213:5
  **starts** [1] - 167:10
  **state** [8] - 142:11, 203:5, 236:11,
236:25, 311:22, 325:18, 342:4, 342:18
  **State** [1] - 318:19
  **statement** [5] - 146:3, 146:4, 202:6,
271:1, 328:15
  **statements** [2] - 152:6, 328:4
  **STATES** [3] - 141:1, 141:3, 141:12
  **States** [19] - 141:6, 141:15, 141:16,
142:9, 142:14, 158:2, 201:21, 202:17,
203:3, 205:23, 319:17, 323:19,
324:15, 327:24, 330:7, 330:23,
331:22, 360:4, 360:12
  **stating** [2] - 220:21, 256:6
  **statistic** [2] - 166:11, 296:5
  **statistical** [30] - 156:3, 164:5, 164:7,
164:12, 164:14, 164:15, 164:20,
165:5, 165:18, 165:25, 166:6, 166:7,
166:22, 168:10, 169:10, 169:11,
169:24, 170:2, 170:10, 170:11,
170:25, 171:24, 173:15, 175:7,

175:11, 221:8, 288:10, 288:20,
288:22, 295:22
  **statistician** [4] - 225:12, 234:21,
235:10, 237:6
  **statisticians** [2] - 235:5, 249:2
  **statistics** [2] - 312:17, 313:2
  **stay** [2] - 242:4, 352:7
  **stenography** [1] - 142:4
  **step** [3] - 240:5, 245:3, 309:3
  **steps** [2] - 166:25, 176:11
  **stern** [9] - 143:24, 186:18, 240:12,
287:2, 289:6, 290:22, 292:7, 298:13,
300:23
  **STERN** [58] - 141:22, 142:16, 143:3,
143:11, 144:3, 145:11, 145:19, 146:3,
146:9, 185:11, 185:15, 185:18,
185:22, 186:24, 208:12, 208:15,
208:18, 237:19, 237:21, 237:23,
237:25, 240:13, 240:14, 242:9, 256:1,
259:2, 259:6, 268:6, 268:10, 275:12,
275:14, 275:15, 277:8, 283:18,
283:21, 285:25, 287:3, 304:2, 304:4,
309:1, 311:13, 312:2, 313:5, 317:7,
324:2, 324:4, 324:6, 324:8, 333:7,
340:17, 341:1, 341:4, 345:1, 364:11,
364:5, 366:5, 366:7, 366:10
  **Stern** [1] - 142:16
  **stick** [1] - 157:2
  **still** [23] - 146:16, 179:3, 186:6,
201:11, 205:20, 205:21, 237:2,
240:11, 240:12, 246:5, 246:7, 251:18,
260:16, 263:15, 298:2, 298:3, 308:23,
322:12, 344:2, 344:5, 356:4, 356:8
  **stimuli** [1] - 216:14
  **stipulate** [1] - 343:23
  **Stockholm** [7] - 245:1, 245:4, 249:7,
249:18, 249:25, 250:11, 253:5
  **stop** [5] - 146:14, 312:21, 327:9,
365:7
  **stopped** [1] - 362:3
  **story** [2] - 161:15, 296:14
  **straightforward** [1] - 314:2
  **straits** [1] - 241:17
  **strange** [1] - 263:14
  **street** [1] - 264:13
  **strength** [2] - 278:2, 331:16
  **strengthened** [2] - 319:20, 319:22
  **Strengthening** [3] - 319:16, 323:18,
331:21
  **stressing** [1] - 352:10
  **strict** [1] - 236:16
  **strictly** [2] - 236:22, 236:24
  **strike** [1] - 146:9
  **strong** [3] - 276:20, 276:21, 331:14
  **structure** [1] - 195:1
  **student** [2] - 249:2, 266:11
  **students** [2] - 312:19, 337:9
  **studied** [4] - 252:9, 260:16, 312:24,
346:4
  **studies** [10] - 178:23, 191:4, 198:10,

240:25, 241:4, 241:12, 260:8, 294:25,
295:6, 295:8
  **study** [10] - 178:25, 179:5, 179:11,
181:21, 241:10, 242:10, 242:13,
251:9, 251:11, 295:10
  **stuff** [8] - 144:11, 164:22, 183:6,
194:3, 223:20, 278:20, 307:18, 347:22
  **stupid** [1] - 331:14
  **stuttering** [2] - 250:18, 250:21
  **sub** [1] - 341:19
  **subcommittee** [2] - 319:9, 341:19
  **subconscious** [1] - 331:8
  **subcontracted** [1] - 206:16
  **subfield** [1] - 341:11
  **subject** [10] - 202:17, 213:19, 228:3,
252:23, 314:6, 331:12, 331:20,
331:21, 338:6, 339:2
  **subjective** [8] - 150:16, 301:19,
301:24, 302:10, 302:15, 303:4,
303:17, 303:20
  **subjects** [2] - 173:6, 315:7
  **subliminal** [2] - 331:8, 331:18
  **subpanel** [1] - 322:9
  **subparts** [1] - 247:12
  **subsequent** [1] - 322:12
  **subset** [7] - 174:7, 174:20, 174:21,
175:15, 176:8, 261:21, 262:12
  **substantially** [1] - 357:10
  **subtle** [2] - 326:18, 326:22
  **subtly** [1] - 331:9
  **subtract** [1] - 288:13
  **subtracted** [1] - 316:10
  **subtracting** [1] - 165:3
  **Sudan** [1] - 241:22
  **Sudanese** [3] - 241:18, 241:21, 242:8
  **sufficiency** [2] - 347:10, 348:11
  **sufficient** [4] - 184:2, 291:13, 349:9,
351:21
  **sufficiently** [1] - 363:2
  **sugar** [1] - 316:4
  **suggest** [2] - 224:16, 358:18
  **suggested** [1] - 224:14
  **suggesting** [1] - 233:1
  **suggests** [1] - 355:9
  **suitable** [1] - 174:11
  **suited** [1] - 361:7
  **suits** [2] - 211:1, 261:22
  **summary** [2] - 143:19, 145:10
  **summed** [1] - 277:22
  **summed-up** [1] - 277:22
  **summer** [1] - 202:11
  **sun** [1] - 168:20
  **supervisor** [1] - 215:6
  **supplies** [1] - 182:16
  **support** [21] - 199:20, 199:22,
199:23, 200:1, 252:1, 256:14, 276:15,
276:16, 277:14, 277:18, 284:10,
291:23, 293:5, 300:14, 300:20,
307:19, 307:25, 327:19, 327:21, 334:3

**supporting** [3] - 238:22, 238:23, 256:14

**supports** [1] - 334:2

**suppose** [2] - 338:16, 364:7

**supposed** [2] - 177:15, 274:4

**surrounding** [1] - 197:9

**SUSAN** [1] - 141:19

**Susan** [1] - 142:18

**suspect** [8] - 281:23, 282:2, 282:3, 282:4, 282:7, 333:10, 333:12, 360:10

**suspected** [2] - 259:10, 259:11

**suspects** [2] - 247:23, 248:5

**suspicion** [9] - 184:10, 210:25, 211:1, 211:22, 227:21, 228:4, 228:5, 229:6, 292:21

**suspicions** [2] - 280:12, 294:15

**Sweden** [19] - 160:13, 181:10, 182:17, 203:8, 203:12, 205:4, 205:9, 219:1, 220:4, 226:1, 247:24, 248:5, 249:2, 249:15, 287:20, 293:21, 327:20, 361:2, 361:3

**Swedes** [6] - 247:18, 249:24, 252:10, 252:14, 253:24, 255:17

**SWEDISH** [1] - 141:23

**Swedish** [67] - 160:9, 161:3, 162:1, 190:6, 190:17, 191:14, 191:15, 192:2, 192:10, 192:13, 192:21, 193:12, 202:14, 203:6, 208:1, 208:5, 210:23, 213:17, 219:10, 230:10, 238:8, 241:11, 242:11, 244:25, 245:3, 246:14, 246:16, 246:20, 246:22, 247:1, 247:11, 247:13, 248:12, 249:7, 249:19, 251:16, 251:19, 251:21, 252:25, 253:1, 253:4, 253:17, 253:23, 254:2, 254:7, 254:21, 254:25, 255:15, 259:24, 260:19, 270:6, 272:11, 272:18, 277:3, 285:14, 298:5, 298:8, 298:12, 298:15, 298:21, 299:18, 304:5, 305:14, 306:11, 307:3

**Swedish-speaking** [1] - 253:23

**swirls** [1] - 226:5

**Switzerland** [1] - 327:16

**sworn** [1] - 311:20

**sympathize** [1] - 327:1

**synthesize** [4] - 181:11, 181:12, 181:17, 181:18

**system** [54] - 150:3, 150:9, 150:21, 154:3, 154:4, 160:9, 162:4, 168:1, 168:13, 168:14, 168:22, 169:7, 174:19, 206:21, 219:19, 219:21, 221:10, 223:9, 226:2, 234:6, 234:7, 236:22, 238:8, 262:18, 263:6, 267:20, 267:21, 268:1, 269:1, 272:2, 272:23, 274:19, 281:2, 281:5, 283:1, 288:5, 289:3, 294:22, 296:9, 296:10, 317:21, 318:4, 334:9, 334:10, 334:12, 334:13, 350:15, 350:23, 350:25, 351:4, 351:5, 354:17

**systems** [30] - 160:20, 172:10, 193:20, 201:10, 202:13, 263:25,

282:11, 288:18, 296:8, 303:16, 315:10, 315:16, 315:18, 317:21, 317:23, 317:24, 318:1, 318:3, 322:22, 333:24, 334:6, 334:7, 334:19, 335:2, 335:3, 335:17, 335:20, 335:25, 336:1

## T

**table** [4] - 209:6, 209:7, 227:5, 227:11

**tag** [1] - 259:16

**tagged** [1] - 191:10

**tagging** [1] - 191:3

**Tamber** [1] - 263:4

**tamber** [1] - 263:4

**tape** [2] - 217:8, 217:9

**tapes** [3] - 247:6, 343:3, 347:15

**task** [4] - 316:6, 341:23, 343:12, 345:3

**taught** [4] - 312:16, 313:1, 319:1, 319:2

**teach** [1] - 318:23

**teaching** [4] - 313:3, 318:21, 318:24

**Technical** [1] - 333:2

**technical** [4] - 143:12, 144:8, 322:18, 353:10

**technicality** [1] - 238:25

**technique** [1] - 327:11

**Technologies** [1] - 321:14

**technologies** [5] - 158:4, 158:6, 321:21, 342:4, 342:5

**technology** [26] - 151:22, 155:3, 155:4, 155:7, 155:10, 155:20, 156:4, 156:9, 156:14, 157:16, 158:3, 158:25, 159:22, 160:19, 161:21, 164:4, 164:25, 196:1, 196:15, 318:9, 336:7, 342:20, 343:11, 351:17, 355:19, 357:15

**Technology** [5] - 157:25, 318:16, 322:2, 322:5, 341:10

**teenagers** [2] - 180:5

**Telephone** [1] - 142:2

**telephone** [12] - 156:22, 158:12, 158:15, 158:23, 159:2, 159:20, 162:2, 169:18, 337:10, 338:4

**telephones** [2] - 158:11, 158:16

**template** [3] - 206:7, 220:25, 223:14

**temporal** [1] - 296:3

**ten** [18] - 161:1, 179:12, 179:15, 183:21, 185:20, 185:23, 187:16, 190:13, 222:18, 226:3, 226:10, 253:11, 253:16, 303:7, 304:7, 331:24, 364:4, 364:5

**ten-minute** [1] - 185:20

**ten-year** [1] - 179:15

**tens** [1] - 259:20

**term** [12] - 154:15, 199:11, 240:21, 241:19, 254:15, 254:16, 270:24, 315:11, 332:3, 334:22, 338:11, 359:8

**terminology** [2] - 336:7, 357:7

**terms** [10] - 151:19, 157:24, 201:7, 226:5, 311:7, 330:6, 354:9, 356:14, 357:4, 364:20

**terrorism** [1] - 293:14

**test** [67] - 156:7, 159:19, 163:17, 171:9, 173:5, 175:22, 176:6, 194:10, 198:19, 258:7, 266:10, 266:15, 266:21, 268:15, 268:24, 268:25, 269:3, 272:19, 274:7, 274:22, 274:23, 275:20, 276:5, 276:9, 276:13, 276:15, 278:8, 280:15, 280:16, 288:25, 289:2, 289:13, 291:14, 300:2, 300:8, 306:21, 307:1, 308:14, 317:11, 317:13, 324:25, 325:1, 325:21, 325:22, 334:25, 335:15, 335:25, 336:1, 336:4, 336:20, 336:24, 337:1, 337:4, 337:7, 337:13, 338:3, 338:14, 344:19, 344:21, 356:16, 356:17, 356:18, 363:25

**tested** [8] - 159:22, 179:5, 257:23, 266:2, 266:14, 286:7, 317:22, 335:24

**testified** [8] - 196:7, 202:24, 303:18, 311:20, 349:15, 353:3, 358:7, 361:16

**testify** [9] - 293:23, 329:22, 330:18, 330:22, 351:8, 351:11

**testifying** [1] - 349:24

**testimony** [22] - 152:6, 181:24, 182:2, 329:25, 330:3, 330:4, 341:6, 342:17, 345:15, 346:12, 347:9, 350:7, 351:19, 352:9, 352:17, 353:6, 354:2, 354:12, 361:24, 362:13, 362:24, 365:1

**testing** [36] - 148:25, 174:5, 198:1, 199:1, 223:25, 258:22, 265:2, 265:16, 266:13, 272:10, 273:2, 273:18, 273:21, 274:21, 278:21, 280:6, 294:14, 306:24, 308:7, 308:11, 315:16, 317:21, 317:22, 318:2, 318:4, 320:4, 322:8, 322:9, 322:22, 323:14, 335:12, 335:16, 336:10, 343:14, 343:15

**Testing** [2] - 333:3, 342:2

**tests** [12] - 149:21, 200:21, 257:23, 264:2, 266:4, 275:19, 300:2, 302:22, 302:23, 315:16, 336:2

**text** [29] - 195:17, 196:5, 257:5, 257:6, 296:9, 296:10, 333:24, 334:1, 334:6, 334:7, 334:12, 334:13, 334:19, 335:1, 335:3, 335:4, 335:5, 335:12, 335:14, 335:15, 335:17, 335:18, 335:20, 363:12, 363:21

**THE** [125] - 141:12, 142:8, 142:15, 142:22, 143:2, 143:9, 143:23, 144:20, 145:17, 145:21, 146:1, 146:11, 146:16, 146:17, 153:20, 153:21, 153:23, 154:17, 154:19, 166:13, 166:15, 166:17, 166:18, 171:14, 185:9, 185:13, 185:17, 185:20, 185:23, 186:3, 186:5, 186:11, 186:17, 186:21, 188:5, 188:6, 188:7, 188:9, 191:19, 191:20, 192:5, 208:11,

208:13, 208:16, 221:23, 225:18, 225:19, 237:16, 237:20, 237:22, 239:22, 239:24, 240:1, 240:3, 240:7, 240:10, 242:3, 242:4, 247:8, 247:9, 259:4, 268:8, 275:13, 277:3, 277:5, 283:19, 285:24, 286:17, 286:20, 286:23, 287:1, 297:1, 298:1, 298:6, 298:8, 302:3, 302:5, 304:1, 309:3, 309:4, 309:6, 309:15, 309:20, 310:1, 310:5, 310:9, 310:12, 310:16, 311:3, 311:11, 311:17, 311:24, 312:22, 312:23, 312:24, 313:1, 313:4, 316:22, 316:23, 316:24, 317:3, 317:5, 317:6, 324:3, 324:5, 341:3, 341:17, 341:19, 341:21, 341:22, 345:7, 345:17, 361:25, 362:2, 362:4, 362:7, 362:9, 362:10, 363:21, 364:10, 364:12, 364:16, 364:18, 365:6, 365:9

**themselves** [2] - 155:15, 284:7
**theory** [1] - 221:10
**thereby** [2] - 229:10, 260:11
**therefore** [1] - 253:1
**thereof** [1] - 318:5
**thesis** [8] - 181:10, 241:18, 242:7, 248:1, 248:2, 249:5, 289:16, 295:15
**thick** [3] - 217:5, 290:14, 290:20
**thin** [1] - 290:25
**thinking** [1] - 165:5
**third** [4] - 243:19, 266:10, 343:22, 344:4
**Thompson** [1] - 358:20
**thongs** [1] - 255:8
**thousand** [4] - 250:16, 251:2, 299:18, 299:19
**thousands** [13] - 149:20, 152:20, 169:16, 169:17, 170:5, 189:20, 191:24, 258:13, 258:14, 259:20, 262:13, 300:2
**three** [28] - 163:8, 164:10, 164:18, 165:9, 165:18, 165:19, 166:18, 166:21, 166:23, 188:14, 200:1, 200:2, 219:11, 230:15, 271:15, 272:19, 291:6, 293:17, 302:16, 314:5, 314:9, 314:13, 315:3, 326:9, 341:23, 348:21, 360:20
**three-dimensional** [5] - 164:10, 164:18, 165:18, 165:19, 166:21
**threshold** [11] - 147:13, 149:16, 149:24, 150:2, 150:6, 150:10, 150:13, 150:15, 150:19, 150:20, 341:20, 354:8
**throughout** [4] - 251:20, 291:23, 293:4, 303:6
**thrust** [1] - 319:17
**tight** [2] - 217:5, 290:19
**Tim** [1] - 187:11
**timbre** [2] - 189:19, 241:1
**timeframe** [1] - 183:18
**timing** [1] - 364:21
**tiny** [1] - 250:25
**tire** [1] - 320:11

**titled** [2] - 144:12, 146:5
**today** [13] - 143:15, 162:9, 162:12, 186:10, 189:1, 311:14, 327:20, 335:1, 347:9, 353:6, 354:12, 363:8, 364:18
**today's** [1] - 153:12
**together** [12] - 154:2, 154:16, 166:7, 204:19, 204:22, 268:17, 279:11, 296:5, 301:4, 313:21, 314:10, 332:9
**tomorrow** [6] - 311:8, 311:9, 322:21, 334:17, 364:19, 364:24
**tone** [2] - 261:25, 262:2
**tones** [1] - 173:12
**tongue** [1] - 316:24
**tonight** [2] - 311:16, 322:20
**took** [2] - 228:10, 231:19
**top** [3] - 276:1, 276:14, 284:16
**tops** [1] - 180:2
**total** [1] - 183:2
**totally** [1] - 273:15
**touch** [1] - 294:21
**towards** [2] - 188:25, 341:5
**TOWNES** [1] - 141:12
**Townes** [2] - 185:25, 311:2
**traces** [1] - 245:12
**track** [2] - 352:8, 352:23
**tracking** [2] - 325:6, 352:20
**tract** [15] - 164:19, 165:12, 165:15, 166:2, 166:5, 167:6, 167:23, 180:10, 181:7, 194:20, 195:2, 195:3, 195:6, 196:2, 295:24
**tracts** [1] - 166:3
**tradition** [1] - 152:23
**traditional** [1] - 238:12
**traditions** [1] - 320:3
**traffic** [1] - 343:3
**train** [1] - 260:10
**trained** [4] - 170:23, 202:21, 245:11, 265:23
**training** [4] - 156:18, 201:21, 260:23, 356:20
**trains** [1] - 171:2
**traits** [6] - 226:6, 241:3, 241:13, 246:8, 251:8, 263:3
**transcends** [1] - 353:25
**transcribe** [1] - 343:8
**Transcript** [1] - 142:4
**TRANSCRIPT** [1] - 141:11
**Transcription** [1] - 142:5
**transcripts** [3] - 227:3, 227:16, 293:12
**transmission/absorption** [1] - 215:14
**traveling** [1] - 293:22
**treated** [1] - 325:2
**treating** [1] - 326:7
**trial** [7] - 152:7, 152:10, 321:25, 330:9, 330:10, 349:15, 352:9
**trials** [1] - 330:18
**trick** [1] - 284:23

**tried** [1] - 277:22
**trier** [5] - 152:2, 229:11, 292:9, 292:13, 303:3
**tries** [1] - 165:1
**tripping** [2] - 326:17, 326:18
**true** [16] - 192:11, 199:25, 200:3, 210:13, 232:24, 233:4, 233:14, 248:9, 258:3, 273:1, 292:8, 299:13, 300:1, 308:5, 336:9, 360:19
**truly** [2] - 335:17, 335:20
**truth** [3] - 199:12, 199:13, 346:17
**try** [24] - 145:13, 150:6, 170:14, 172:8, 222:5, 229:9, 237:23, 238:20, 242:4, 243:21, 250:23, 255:6, 256:18, 271:11, 278:22, 278:25, 279:2, 279:6, 282:25, 283:9, 288:11, 306:23, 317:21, 332:10
**trying** [17] - 152:1, 160:25, 167:4, 167:6, 167:22, 172:4, 172:7, 180:5, 181:11, 203:21, 237:17, 243:20, 288:13, 288:15, 295:16, 353:17, 362:7
**Tuesday** [2] - 364:22, 365:11
**tuned** [1] - 336:19
**turn** [2] - 173:8, 284:22
**turned** [2] - 143:17, 343:1
**turning** [4] - 152:12, 153:7, 299:1, 347:25
**tweak** [1] - 156:2
**two** [81] - 146:13, 151:1, 151:5, 151:21, 151:25, 152:3, 169:19, 170:7, 174:1, 178:11, 184:19, 193:8, 199:22, 199:23, 203:15, 208:22, 209:20, 211:3, 211:7, 211:18, 212:11, 216:12, 216:19, 217:14, 218:13, 219:5, 222:23, 223:4, 230:16, 235:2, 236:14, 243:19, 246:14, 255:1, 266:25, 273:2, 273:6, 273:17, 275:4, 285:9, 292:5, 292:6, 292:12, 294:5, 295:25, 300:13, 308:15, 308:21, 308:24, 318:24, 320:10, 321:4, 321:12, 321:25, 322:3, 322:5, 325:7, 326:14, 327:8, 328:6, 328:23, 332:7, 333:18, 334:5, 336:4, 336:17, 337:16, 337:24, 343:25, 344:1, 344:12, 347:19, 348:2, 350:8, 350:21, 351:25, 352:18, 352:22
**two-year** [1] - 322:5
**type** [9] - 191:15, 195:1, 214:9, 214:11, 305:10, 318:4, 334:13, 338:7, 357:14
**Types** [1] - 333:3
**types** [5] - 147:8, 201:19, 313:19, 334:5, 361:22
**typical** [11] - 250:7, 250:8, 251:15, 252:20, 279:4, 298:24, 302:13, 305:3, 306:11, 339:10, 340:9
**typicality** [15] - 243:25, 245:7, 248:24, 250:7, 250:13, 250:24, 251:3, 251:22, 271:11, 304:24, 328:25, 333:12, 333:17, 337:15, 339:7

## U

**U.S** [6] - 272:20, 280:24, 281:5, 281:12, 285:14, 349:19
**UBM** [7] - 191:16, 192:1, 192:6, 192:13, 192:18, 193:8, 357:16
**UBMGMMs** [1] - 357:19
**uh-oh** [1] - 344:2
**UK** [3] - 330:1, 361:7, 361:12
**UKS2-1** [1] - 199:23
**UKS2-2** [1] - 199:24
**Uley** [1] - 234:20
**ultimately** [1] - 320:12
**um-huh** [10] - 188:4, 191:18, 213:14, 217:20, 219:15, 221:15, 223:2, 225:17, 235:24, 247:7
**un-normalized** [2] - 284:4, 284:7
**uncertainty** [4] - 315:17, 318:5, 325:16, 344:2
**uncommon** [1] - 252:21
**unconscious** [1] - 308:2
**under** [28] - 146:16, 159:1, 159:13, 163:21, 186:7, 232:9, 240:12, 243:18, 243:19, 244:22, 264:2, 264:20, 268:11, 277:23, 286:7, 288:8, 288:23, 289:7, 298:3, 300:2, 300:3, 301:13, 303:16, 318:7, 339:2, 343:23, 346:5
**undergo** [1] - 171:9
**undergoes** [1] - 173:18
**underlying** [1] - 361:5
**understandable** [1] - 229:11
**understandably** [1] - 164:3
**understood** [2] - 310:11, 347:17
**unfair** [1] - 336:13
**unimode** [1] - 222:3
**unimportant** [1] - 164:22
**unique** [2] - 170:19, 299:25
**uniquely** [1] - 172:23
**UNITED** [3] - 141:1, 141:3, 141:12
**United** [20] - 141:6, 141:15, 141:16, 142:9, 142:14, 158:2, 201:21, 202:3, 202:17, 203:2, 205:23, 319:17, 323:18, 324:15, 327:24, 330:7, 330:23, 331:22, 360:4, 360:12
**Universal** [1] - 189:24
**universal** [13] - 164:13, 169:13, 169:15, 169:22, 169:24, 170:3, 170:7, 170:12, 170:15, 170:21, 171:1, 173:17, 357:17
**university** [6] - 160:23, 241:17, 242:6, 249:6, 266:11, 312:15
**University** [5] - 215:4, 312:8, 327:14, 337:8, 358:20
**unknown** [30] - 171:9, 171:20, 171:21, 171:25, 172:1, 173:18, 175:14, 175:22, 176:6, 176:13, 176:23, 176:25, 177:7, 177:14, 177:22, 229:8, 238:15, 276:13, 282:4, 282:10, 282:15, 282:19, 294:1, 294:13, 343:22, 351:13, 351:16

**unless** [4] - 180:10, 181:6, 251:9, 269:22
**unlike** [1] - 151:13
**unusual** [1] - 256:16
**up** [65] - 143:9, 146:12, 152:2, 152:5, 156:19, 157:5, 169:23, 173:11, 174:13, 174:14, 177:1, 177:5, 179:7, 182:6, 184:16, 194:10, 204:24, 220:24, 221:18, 221:24, 223:7, 228:19, 229:4, 232:17, 232:21, 233:6, 238:20, 242:3, 258:10, 261:11, 272:4, 272:12, 273:3, 273:14, 273:16, 273:20, 273:23, 276:14, 277:22, 279:3, 284:4, 284:8, 284:16, 284:19, 285:23, 290:12, 292:5, 292:9, 292:25, 293:1, 294:7, 296:14, 296:17, 311:17, 320:20, 337:10, 342:10, 343:4, 345:2, 352:7, 355:20, 357:1, 357:15, 364:6
**updated** [1] - 236:19
**US** [19] - 202:16, 202:21, 219:6, 219:11, 220:4, 226:19, 232:4, 246:20, 312:15, 312:16, 315:21, 316:17, 318:8, 318:10, 318:11, 318:13, 318:21, 319:4, 334:10
**USA** [1] - 202:18
**usage** [1] - 263:8
**useful** [4] - 200:6, 250:3
**uses** [4] - 144:14, 191:1, 226:9, 357:4
**usual** [1] - 314:12
**utterance** [1] - 187:7
**utterances** [1] - 187:9

## V

**valid** [1] - 321:9
**validity** [5] - 286:5, 286:10, 286:13, 300:24, 346:22
**valleys** [6] - 164:10, 164:16, 164:17, 165:6, 168:20, 288:22
**value** [4] - 154:24, 200:17, 201:3, 268:16
**values** [1] - 168:24
**variability** [2] - 176:2, 176:5
**variation** [6] - 176:20, 178:5, 178:12, 178:13, 282:17
**variations** [1] - 149:6
**variety** [1] - 299:9
**varying** [2] - 215:15, 266:22
**vector** [4] - 164:25, 168:15, 172:16, 172:17
**vectors** [4] - 288:11, 357:18, 357:19
**vendor** [1] - 336:2
**verbal** [1] - 225:5
**verbally** [1] - 236:18
**verification** [2] - 150:5, 296:6
**Veronica** [1] - 141:24
**version** [8] - 161:24, 162:8, 162:9, 162:11, 162:12, 284:6, 287:15, 348:4
**versions** [1] - 325:8
**Versus** [1] - 275:14

**versus** [4] - 142:9, 224:19, 276:2, 287:8
**via** [1] - 337:10
**vice** [2] - 341:15, 341:17
**video** [27] - 197:15, 209:5, 210:4, 210:17, 211:7, 211:14, 212:12, 212:25, 213:19, 213:22, 213:24, 214:5, 214:17, 217:10, 218:21, 218:22, 224:24, 228:2, 231:9, 231:14, 246:24, 258:17, 290:9, 290:23, 290:24, 300:13, 348:24
**videotape** [7] - 218:3, 219:3, 270:13, 270:15, 272:18, 307:5, 307:8
**village** [1] - 250:25
**VIM** [2] - 144:20, 144:21
**VIM-12** [1] - 144:17
**VIM-7** [1] - 144:17
**violates** [1] - 336:5
**Virginia** [1] - 319:1
**visual** [3] - 216:13, 216:16, 216:23
**visually** [2] - 302:12, 302:13
**vocabulary** [1] - 357:5
**vocal** [19] - 164:19, 165:12, 165:13, 165:15, 166:2, 166:3, 166:5, 167:6, 167:23, 180:1, 180:6, 180:10, 181:7, 194:20, 195:1, 195:3, 195:6, 196:2, 295:24
**vocalized** [2] - 153:16, 154:15
**voice** [104] - 145:6, 145:12, 147:6, 150:4, 151:7, 151:9, 152:3, 152:20, 152:21, 153:19, 158:6, 160:20, 164:20, 165:2, 165:5, 165:11, 166:22, 167:25, 172:7, 172:12, 172:20, 174:7, 174:17, 175:9, 175:16, 176:1, 177:2, 177:7, 179:8, 179:17, 179:19, 179:22, 180:3, 180:8, 180:12, 181:4, 181:7, 181:10, 181:11, 181:12, 181:20, 181:21, 182:16, 184:6, 187:5, 187:15, 187:17, 189:8, 189:9, 189:19, 194:8, 194:9, 195:7, 203:11, 212:22, 220:12, 221:8, 224:12, 241:15, 242:3, 260:5, 261:25, 262:2, 262:23, 263:4, 263:5, 263:10, 263:14, 263:15, 263:18, 268:24, 272:21, 276:17, 280:2, 282:1, 288:12, 288:15, 290:11, 291:3, 291:6, 291:7, 292:9, 294:4, 295:2, 295:10, 295:12, 295:20, 299:3, 320:18, 330:22, 334:12, 334:16, 337:21, 339:14, 339:18, 339:21, 340:13, 343:25, 344:11, 345:2, 351:12, 352:2
**voicemails** [1] - 257:21
**voices** [13] - 152:3, 177:10, 179:23, 179:24, 184:17, 191:22, 240:25, 262:25, 267:18, 276:16, 339:15, 343:2, 343:7
**Voluntary** [1] - 323:11
**volunteering** [1] - 337:9
**vowels** [2] - 154:1, 154:16
**Voxalys** [1] - 204:4, 240:20

## W

W-a-y-m-a-n [1] - 311:25
wait [10] - 186:3, 204:24, 237:16, 277:2, 316:22, 341:17, 361:25
waiting [1] - 362:3
walk [2] - 221:24, 264:14
wants [1] - 155:23
watched [1] - 326:14
watching [2] - 290:23, 290:24
Watt [2] - 215:6, 215:11
watt [2] - 215:12, 290:12
Wayman [10] - 142:17, 202:20, 311:8, 311:10, 311:14, 311:17, 311:25, 312:3, 312:5, 317:8
WAYMAN [2] - 311:19, 366:9
wayman [12] - 284:8, 345:11, 345:21, 347:5, 348:6, 351:8, 352:7, 353:1, 353:17, 354:2, 358:1, 364:2
ways [13] - 149:10, 164:24, 177:20, 251:14, 251:15, 252:5, 304:21, 304:23, 305:1, 315:12, 320:6, 332:1, 360:25
weak [1] - 199:22
wear [3] - 290:8, 291:6, 291:10
wearing [3] - 214:23, 257:24, 331:14
week [4] - 315:22, 318:23, 319:2, 319:3
week-long [2] - 318:23, 319:3
weekend [1] - 143:18
weekends [1] - 195:10
weeks [1] - 318:24
weigh [4] - 152:7, 163:25, 224:19, 302:15
weighing [5] - 151:24, 152:4, 292:12, 292:13, 292:14
weight [2] - 267:20, 267:25
welcome [1] - 342:22
well-known [1] - 198:7
well-respected [2] - 188:23, 195:23
West [1] - 319:1
whatsoever [1] - 340:6
Whither [1] - 321:20
whole [8] - 184:13, 198:11, 211:17, 211:23, 262:11, 277:1, 303:6, 342:7
wife [2] - 217:21, 217:22
wildly [1] - 266:22
William [1] - 358:20
willingly [1] - 302:14
window [3] - 166:5, 167:5, 196:18
wish [1] - 326:21
withdraw [2] - 152:11, 300:10
withdrawn [1] - 266:1
Witness [1] - 143:10
WITNESS [36] - 146:17, 153:21, 153:23, 154:19, 166:15, 166:18, 171:14, 188:6, 188:9, 191:20, 192:5, 208:13, 208:16, 225:19, 237:20, 239:22, 240:1, 242:4, 247:9, 277:5, 302:5, 309:4, 311:24, 312:23, 313:1,

316:23, 317:3, 317:6, 324:3, 324:5, 341:19, 341:22, 362:2, 362:7, 362:10, 363:21
witness [10] - 143:10, 153:18, 208:9, 240:8, 286:17, 286:20, 286:22, 311:7, 311:9, 311:12
witnesses [1] - 293:19
woman [3] - 241:17, 242:5, 248:19
women [1] - 193:5
wonderful [1] - 330:15
wondering [1] - 364:25
word [31] - 166:13, 170:18, 187:11, 187:19, 187:21, 189:22, 199:1, 218:8, 231:19, 255:2, 255:3, 257:9, 257:16, 263:7, 267:15, 267:25, 269:18, 271:23, 272:8, 273:18, 275:5, 275:6, 275:7, 276:1, 301:17, 319:19, 320:15, 336:7, 349:21, 349:22
words [16] - 147:25, 170:25, 190:25, 201:1, 247:17, 271:5, 291:15, 293:15, 326:17, 326:18, 334:17, 334:18, 338:25, 343:14, 345:23, 363:2
works [6] - 154:20, 186:18, 202:11, 203:18, 235:10, 317:12
world [6] - 148:12, 177:11, 253:25, 323:3, 323:7, 339:24
worldwide [2] - 224:7, 326:8
worry [2] - 186:20, 285:24
write [4] - 196:21, 206:10, 300:6
writing [5] - 206:3, 210:6, 250:3, 324:21, 330:22
written [21] - 188:3, 188:13, 196:18, 206:8, 215:10, 220:24, 232:14, 248:14, 252:19, 284:23, 284:24, 286:12, 295:15, 315:8, 325:13, 347:24, 351:14, 353:9, 353:11, 359:9, 361:19
wrote [5] - 206:11, 206:12, 233:9, 233:16, 286:15

## Y

year [7] - 161:17, 179:15, 287:18, 301:10, 307:9, 322:5, 322:23
years [25] - 160:22, 161:1, 179:7, 179:12, 181:14, 182:20, 204:17, 219:11, 230:15, 249:24, 251:20, 285:20, 303:7, 303:11, 312:13, 315:15, 315:20, 318:6, 318:7, 321:18, 322:3, 323:13, 330:2, 331:24, 360:6
yesterday [3] - 143:18, 145:10, 145:16
YORK [1] - 141:1
York [3] - 141:6, 215:4, 293:16
young [6] - 244:25, 250:11, 250:24, 250:25, 295:17, 337:11
yourself [7] - 210:20, 261:10, 301:2, 320:13, 321:1, 356:16, 357:14
Yusuf [4] - 141:22, 142:10, 142:17, 306:1

## Z

zero [11] - 182:1, 182:7, 182:9, 237:13, 267:3, 284:1, 284:5, 284:10, 333:15, 360:2
Zimmerman [7] - 183:5, 330:9, 349:15, 349:25, 352:9, 362:14, 363:5