

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SA
F. # 2012R01574

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 14, 2015

By Hand and ECF

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Ahmed, et al. 12 CR 661 (S1) (JG)

Dear Judge Gleeson:

  As the Court is aware, the United States Department of Probation issued the Pre-Sentence Investigation reports for the defendants yesterday. As discussed at the last status conference, the government writes respectfully, on behalf of the parties, to submit a proposed scheduling order for sentencing in this case:

- Defense Submissions – 11/30/15
- Government Response – 12/7/15
- Defense Replies (if any) – 12/11/15
- Sentencing for Defendants Ahmed and Yusuf – 12/17/15
- Sentencing for Defendant Hashi – 12/18/15

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

   By: /s/
      Shreve Ariail
      Seth D. DuCharme
      Richard M. Tucker
      Assistant U.S. Attorneys

cc: All defense counsel of record, via ECF and e-mail