# EXHIBIT A

**From:** Mohamed Nur <mmnur123@gmail.com>
**To:** msdlaw <msdlaw@aol.com>
**Subject:** Mahdi Hashi's Character Reference
**Date:** Wed, Nov 18, 2015 2:25 pm

Dear Mr DeMarco,

My name is Mohamed Nur and I am the associate director of Kentish Town Community Organisation. I was the head of youth leaders when Mahdi was working for KTCO. I have known Mahdi for most of his teenage and adult life, as we lived in the same area.

I met Mahdi at one of our youth events (I helped to organise) and I was instantly impressed with he's intelegence and character. He was a quite young man, who was eager to learn at every opportunity. He used to volunteer at every opportunity that presented itself. He liked the company of those that were a lot older than himself. This was because he liked discussing important issues. So much so we used to call him grandad (due to his philosophical ramblings). He would read a lot and was eager to share what he had read.

There was a short period of time, in which Mahdi started associating himself with young men who where not socially contributing to society in a positive way. I remember sitting him down and discussing his potential in helping such men leave that world and become positive role models for the upcoming generation. He agreed and did a complete U turn in his behaviour and those he associated with.

He became our biggest tool in brining young men off the streets and back into education or employment. These young men respected Mahdi so much that some of them today hold Post graduate degrees in various fields due to Mahdi's intervention.

Mahdi became a young man dedicated to helping those he felt where less fortunate than himself. He wore his heart on he's sleeve and wasn't afraid to admit when he made mistakes.

It is this trait of Mahdi that made him want to disassociate himself from the radical group Al Shabab. He abhorred misconduct and mistreatment of people. That is why I believe that Mahdi was imprisoned by them.

I hope that you realise what a fantastic young man Mahdi was and is.

Please do not hesitate to contact me for anymore details.

Kind regards,

M Nur