# EXHIBIT B

21 November 2015.

To The Honorable John Gleeson.

United States District Judge.

C/o. Mark S. DeMarco. Attorney at Law.

2027 Williambridge Road. Bronx, New York 10461.

## U.S. v. Madhi Hashi.

## 12 Cr. 661 (JG).

### Character Letter for Mr. M. Hashi.

I am very grateful and thank you very much for giving me this opportunity to write this letter and explain to the Court the kind of person Mr. Mahdi Hashi is.

My name is Fatuma Hashi Farah and I am paternal aunt of Mahdi. I am a psychotherapist and I am presently doing Postgraduate (PhD) research on the practice of Female Genital Mutilation at the University of East London.

I have known Mr. Hashi for all of his life except for the last few years (that seem like many years to me) that he has been in the United States prison.

My current relationship with Mahdi is sadly distant because we are separated geographically but still very close emotionally like an aunt and her nephew. Our love for each other is very strong and it will never disappear in our hearts. I love him like a son (I don't have children of my own but Mahdi and his siblings are my children). Mahdi relates to me like a parent because it is expected of him culturally but I also saw and felt it in his attitudes towards me. In my opinion I feel like I know him more than anyone. This is because more than being his aunt, we are also friends. I put this in the present tense, despite our lack of communication recently because I know every time he calls and speaks to either his parents, sister or wife, he asks about me and wants to know my well-being.

I cannot describe all of Mahdi's great qualities as a human being without writing pages of this letter and taking your very valuable time but please allow me to describe a few. My first one is when Mahdi was 7 years old. I walked him and our neighbour's son to school in London. The neighbour's son had cold and his nose was running, Mahdi and I both saw this and I started looking for tissue in my bag but Mahdi had already taken upon himself to help his neighbour / friend and used his hands to rub his nose. This showed his caring side at a young age.

Mr. Hashi is thoughtful, kind and generous, his concern for others is a quality that I attribute to him more than many people I know, not only because I am his aunt but because he does truly possess those qualities. I am the one that Mahdi travelled with to Somalia as an adult for the first time. After we were in Somalia for 3 weeks Mahdi confided in me by saying "Auntie when I was in London I used to think, I am Somali but after coming to Somalia, I realized how British I am". This was because his Somali was not fluent and he stood out from the rest of Somalis. His grandmother (my mother who passed away) used to tease him by asking him the meaning of Somali words. One day she asked him if he was of the Somali clan "Bilis" (noble) or "Boon" (untouchables). Mahdi looked at me to translate (he did this when he had no idea what was said to him in Somali and I was there). My mum laughed and said "don't look at your aunt, answer my question. Mahdi with his great sense of humour and wit understood he was in trouble with his grandma and responded with intelligence and answered by asking "which ones are good grandma?" After it was explained to him Mahdi could not believe the division even among Somalis. Late into that night we had a very intellectual discussion on the human desire to be better than his fellows. I truly enjoyed having this discussion and many more with Mahdi because he was intelligent beyond his age always and truly believed in all humans being equal. I know Mahdi believed that people should be honoured for their respect of others and not for mere reality of the family, race and religion that they were born to. I am truly proud of Mahdi as he was a law abiding citizen. I rewarded him with a trip to Somalia to see where he came from and the prospects he had in the UK.

Mr. Hashi had ambitions in life and I believe (as a psychotherapist and not only as his aunt) he could achieve anything he sets his heart on. I remember in my 1st year of undergraduate study in psychotherapy he came to spend weekend night at my place (it was the norm to do after a while for us to catch up) and we were talking after dinner and he was saying "so auntie you gonna become a

shrink" and he asked me to put him on the coach and analyse him. Mahdi lied on the sofa and I was sitting on another sofa next to him. He asked me how Freud interpreted dreams. I joked with him and said let's start by you telling me a dream you had. Mahdi told me a dream that his older sister (Munira) who died was in and after we talked late into the night, we finished after he cried. Mahdi made me feel proud of my profession, he said "auntie I want to pursue a career like you that will allow me to help my fellow human beings in social sciences".

Please accept my apologies if I got carried away and I went into great length to describe how my nephew Mahdi contributed to my world to begin with and to that of many people that know him and might be writing to you directly or not.

I conclude my letter with great sadness and tears in my eyes that Mr. Hashi has been convicted of a crime. I have been following very closely Mr. Hashi's offense. I have no doubt in my mind and in my heart from my knowledge of him that my nephew is today an adult kind of the boy I did parent indirectly.

Thank you very much for your attention and kind consideration. Today Mahdi's future in this world is in your honourable hands and in your Court. May God bless you and be with you in giving my nephew Mahdi a fair and just treatment.

Yours very truly,

Fatuma Hashi Farah,

7 New Priory Court, 61 Mazenod Avenue, London NW6 4LT.

Tel: 00 (44) 07961 355-773. Email: fhfawalle@hotmail.com.