# EXHIBIT D

Elizabeth Baughman
Penarwyn
Rice Lane
Gorran Haven
Cornwall PL26 6JD
England

The Honorable John Gleeson
United States District Judge
C/o
Mark S. DeMarco (Attorney at Law)
2027 Williambridge Road
Bronx
New York 10461
USA

20th November 2015

**Re: U.S. v. Madhi Hashi**
**12 Cr. 661 (JG)**

Dear Sir,

Thank you for the opportunity to send you a statement supporting the case of
Mahdi Hashi.

My name is Elizabeth Baughman, an American citizen who has been living in
the UK for many years now but still with strong familial ties to the USA. My
profession is that of a medical herbalist and teacher, although at the moment I
am chiefly a homemaker for my two sons (one who has Down's Syndrome).

I first met Mahdi Hashi in 1999. His paternal aunt, Fatuma Farah (who has also
written a supporting statement) and I met while we were working in a women's
health charity in Camden, London. We became good friends and she introduced
me to her brother's family who were living nearby in Camden at the time.
Mahdi was 10 years old, the oldest child in a family of (then) four children,
soon to become five and then six.

I fell in love with the whole family – the hospitality and warmth of the parents
and the wonderful children. I became a frequent visitor to the house, treated the
parents and children with herbal medicines when they were ill, and tutored

Mahdi's sister, Fatima (eldest daughter of Muhammed Hashi) weekly for a couple of years. Mahdi would also ask me to look at his work and I would give him advice when it was needed. He always did his homework diligently (to my recollection) while Fatima had to be pushed and helped along!

I did this for free and out of love for Mahdi, Fatima and the family, as I wanted them to do well at school. Their parents, both intelligent people, recognised that because they were less fluent at English they could not offer the same sort of help that someone whose mother tongue was English. They were very keen for all of their children to excel at school and to take advantage of the education offered (for free) in England.

As for my current relationship with Mahdi Hasi – we are not in contact, but I am still in close contact with his aunt and with his parents, and they give me news. I haven't seen Mahdi since he left for Somalia in 2009 but he came to visit me and my son before he left. He was very excited to be returning to the country of his ancestors, to explore his roots and to meet his paternal grandmother for the first time. He was 20 years old then.

My main knowledge of Mahdi Hashi is of him during his formative teenage years – my eldest son with Down's Syndrome was born in 2007 and so naturally I saw Mahdi and his family less regularly after that. I have never been someone with a good memory for recalling events (I always forget the punch lines of jokes!) and so I have no specific stories to relate with regard to Mahdi – I can only say that in all the time I have known him, I have loved him like a son for his good nature, his good humour, his curious mind and way of looking at things with a different eye, analysing them and turning these observations into a humorous discourse that would make me cry with laughter. He always was respectful and caring, took a compassionate interest in my son (as did all his family). He was a good son, a responsible and loving older brother, a positive role model for the other Somali boys growing up around him. There was a period in London when some of the Somali boys were joining gangs as they were being attacked by other London gangs, but Mahdi never got involved in these gangs, much to all of our relief. He was a sensible boy and searching for a way to be a contribution to his community. We would often have conversations about which subjects would be best for him to study at university and I remember he had an interest in environmental studies.

Having witnessed what I believe to be the true nature of Mahdi Hashi's character from an early age, I remain convinced that he is a good, honest person with much to contribute, given the opportunity.

I hope this testament stands him in good stead. Thank you for your attention and kind consideration.

Sincerely

Elizabeth Baughman



# HAVERSTOCKSCHOOL
### A comprehensive, inclusive, community school

TO WHOM IT MAY CONCERN

17th July 2015

**RE: MAHDI HASHI**

**DOB: 18.08.1989**

Mahdi attended Haverstock School from September 2000 until August 2005.  Previously he attended Rhyl Primary School, which is one of our closest feeders.

Mahdi was of average ability, achieving Level 4 in his Standard Assessment Tasks on transfer in the core subjects of English, Maths and Science.  He was proficient in English and information received from Rhyl School on transfer described him as a lovely boy who had done well at primary school.

Whilst at Haverstock School, Mahdi had, in the main, a very positive experience.  His attendance was good throughout his time here, as was his punctuality.  He made good progress on transfer and throughout his time here.  His reports show that he made expected progress in most subjects throughout his five years.

In terms of GCSE results, he achieved a 'B' grade in Maths, a 'C' grade in English, 2 'C' grades in Science, a 'D' grade for Applied Business and a 'G' grade in History.

His behaviour was generally good and there are very few incidents of poor behaviour recorded on his file.  Those that are recorded relate to arguments with other students, and sanctions were not greater than detentions, except for a one day fixed term exclusion for fighting with another student.

There is no evidence on his file of any other concerns that the school had in regard to Mahdi's education or home life.  There is no evidence that any other agencies were involved with Mahdi or his family.

Yours faithfully

John Dowd
Headteacher

**24 Haverstock Hill, Chalk Farm, London, NW3 2BQ**
*Tel:* **020 7267 0975**    *Fax:* **020 7267 3807**    *email: office@haverstock.camden.sch.uk*
**Headteacher: John Dowd    Deputy Heads:  Sarah Hide, Michael Kenward & Lisa Mills**



Camden Education Authority

Dear The Honorable John Gleeson,

I am Mr. Adan Mohamud and I am self-employed. I have known Mr. Hashi since he was a child. I am his maternal grandfathers younger brother, making me Mahdi's grand-uncle. My current relationship with Mr. Hashi is not the same as it used to be because I do not see him as often as I used to and I do not have any form of contact with him. However, I am regularly in contact with his parents and I understand his current situation because we discuss it frequently. I feel like I know Mr. Hashi very well because I was always in contact with him when he lived in London and visited him often.

Personally, I believe that Mr. Hashi was, and still is, an honest person. I spent a lot of time with him and I strongly believe that he is incredibly trustworthy. For instance, he would always arrive on time, he had a kind personality and was always willing to help. In my opinion, Mr. Hashi was a law abiding citizen. He was also very generous and volunteered to do youth work, indicating his thoughtfulness and concern for others. He tried to continue to study even when he left the UK. He told me he wanted to try and graduate from university and get a good job. He had an honorable reputation within the community and was well mannered. Everyone who met Mr. Hashi enjoyed his company and he always left an immaculate first impression. He is a funny, charming, and pleasant individual. His anecdotes never failed to make people laugh.

From what I can remember, he was always trying to do his best and help those around him. He just wanted to lead a good life. Although he has been convicted of a crime, I still believe that Mr. Hashi is a good person who is truly sorry for what he did. I would really like for him to be forgiven so that he can prove that he really is a compassionate person with good intentions. He is a young man and should be given the chance to rebuild his life with his wife and child having expressed deep remorse and sorrow for his mistake.

Thank you,


Adan Mohamud

To the Honorable John Gleeson,

My name is Waiel Mohamed and I'm an absence advisor at FirstCare Ltd. I first came across Mahdi when we were in secondary school. He was a few years younger than me but it wasn't until I was twenty years old that I would see Mahdi more often as our circle of friends became more and more similar. I consider my relationship with Mahdi to be one of mutual respect and courtesy to one another. Although me and Mahdi don't have a close friendship I was always made to feel closer to him than I actually was by his positive demeanor and warm personality.

I found Mahdi to be selfless and always smiling. Always trying to make others smile, I even noticed this from a distance when we were in secondary school together. I remember one evening me and Mahdi were in his local community walking down a road which isn't very long and he was stopping to say hello to friends from all walks of life.

My opinion of Mahdi will never change regardless of what happens because the little time that I spent with Mahdi I found him to be incredibly thoughtful, friendly and always trying to make people smile.

Yours truly,

Waiel Mohamed

15 November 2015

Dear the Honorable John Gleeson,

My name is Shah Javed Rahman. I am a 27-year-old male, employed in a senior role within Cyber Security and Risk Intelligence. I am from Camden, London, and today I have decided I will dedicate as much time as possible in reaching out to you directly about my beloved friend Mahdi Hashi.

It is to my knowledge that Mahdi will be standing for sentencing for a crime he pleaded guilty to. I could spend a great deal of time explaining to you why he pleaded guilty to a crime which we all know he has not committed. However, I have a fair assumption of how busy you are, and therefore would rather spend this opportunity explaining why I am adamant that we are on the verge of injustice.

I'd like to begin by clarifying my own position. I have known Mahdi since 1998, since we were 9 years old and classmates up till 2005. Should I now clarify how Mahdi is the most wonderful person I have ever come across? That would be an unfair representation. But one thing I can testify to is that we are referring to a good, kind-hearted person. Mahdi is nothing out of the ordinary from our community in Camden. A populated town with a wonderful mix of people, and all of us are extremely focused on being good citizens of, in my opinion, the greatest country: UK. How can Mahdi be an exception to this general rule? It's uncharacteristic of the Mahdi I know, Sir.

From pre-teen, throughout his teenage years and into his twenties, Mahdi has been a family man, someone who has been relied upon by his friends, including myself. Mahdi was known to have a great sense of humor. His teachers, friends and family loved him. Our opinions of him are justified and will never quiver. He had aims in life. He wanted to be successful. He had dreams like all people, and not one of his aspirations could be put up for scrutiny. As part of his growing up, he even got closer to his faith in order to seek guidance, peace and success. I guess you can call him a role model for the kids growing up in our community today.

Mahdi was not a quiet person in school. The teachers and students alike knew his name. He was an exceptional talent in football (soccer). He was also talented in mathematics and art. I think we can all confidently say he had a very creative mind, and not once did we see any evil or malicious forms of creativity.

You may now be wondering why I have taken the time out to write to you? Besides the obvious reasons centering around injustice and caring for my friend, I can actually confine my reason to one specific point which is that I would trust Mahdi with my house, my family and everything I own. There have been countless occasions in which I have put my trust in Mahdi and he has always gone above and beyond to justify that trust.

Aside from our friendship resulting from being in each other's company for several years, we also had very common interests. We spoke a lot about sports and economics, the latter in which I have obtained a Masters level qualification. We also spoke of politics and welfare, and shared the heartfelt belief that good people deserve good, and more should be done for the poor. We spoke about peace and how war is not the answer.

We were intelligent and honest, so we were firm in our beliefs that no forms of violence could create peace. Maybe that's why Mahdi decided to become a social worker. I'm pretty sure that was the reason as, although we never directly engaged in conversations relating to his choice of career, it was obvious from my years of conversing with him what he wanted to achieve in his life. It is a depressing irony that today he stands **accused** of quiet literally being a completely different person. If I let my emotions get in the way, then I fear this message will lose purpose. I'd like to reiterate at this stage, Sir, that I am writing this letter directly to you as I wish to be of assistance in your judgment.

In my opinion, these are the saddest cases that highlight how us humans have a long way to go before we can achieve peace and harmony. It is my firm conviction that it is complete injustice the way Mahdi has been left stateless by Ms. Theresa May, who stripped him of his British citizenship well before he even stood trial. It is my sincere belief that Mahdi is a law-abiding citizen who has been kept away from his family, and stated he has been tortured and left ill.

I would like to invite you to visit the social media page that we have set up in Mahdi's support [available at: http://bit.ly/mahdihashi], so you can see how many people are hopeful of his return. This is in excess of 1000 people, who know/know of Mahdi, and have been left heartbroken by the mistreatment of a good man.

They say that sometimes days feel like years, and for that reason I find it extremely difficult to digest that Mahdi has been in this state for 3 years. Certainly, it feels like decades. Despite all of our opinions about Mahdi and this case leaving us extremely depressed, I am also relieved, as it is my strong opinion that your 35 years as a law professional leaves us with a lot of hope that Mahdi will return to us soon.

Dear the Honorable John Gleeson, I can't really decide what the most difficult part of writing this letter from the heart was. Maybe it is reliving my memories of a good man who has been victimized? Though I wish to refrain from pleading his innocence despite my firm beliefs. Maybe it is detailing the stories of my good friend, who has not seen his wife and child in 3 years? Though I don't want to dwell on the past and would rather maintain hope for the future. Or maybe it is just trying to confine this letter to a limited amount of words, for fear I'd be wasting your time. Whatever it is, I'd like to thank you for your consideration of my words, which I remain in sincere hope will help my friend, my brother, return home where he belongs. Good people deserve good, and Mahdi is a good person.

I remain extremely willing to be of assistance, should you require it.

Yours sincerely,

Shah J. Rahman

Dear Honorable John Gleeson,

United States District Judge


My name is Zuhur Quabdid. I am a full-time student at university but I also work part-time. I have known Mr. Hashi since I was a very young girl. I moved to Camden when I was around three years old and quite soon after, our mothers became close friends as their children attended the same school. My family and I spoke to him up until he went abroad and I feel I know him very well.

Mr. Hashi is a very unique individual. I am being completely honest when I state that there aren't many people like him left in the world. For as long as I've known him, he has always been a humble, honest, sincere and kind individual with a heart of pure gold. He indulged in a lot of work with our local community and was very well known for his thoughtfulness. He used to stop by my own house every so often and keep my old mother company over tea during the lonely daytime hours of work and school. I would often come home just as he was leaving and would greet him at the door. He would leave my mother humming happily and smiling to herself.

Mr. Hashi is an inherently good law-abiding citizen who goes out of his way to do good. In our local community he was often a mediator. He is known for expressing only positivity and remaining calm and collected no matter what situation he would find himself in. And although young adults aren't particularly known for their obedience to those elder than they, Mr. Hashi is always respectful to everyone, but even more so to those older than he. My mother speaks about and praises him often as do other members of our local community. I myself hold him in very high regard. My opinion remains the same even in the face of what I know about Mr. Hashi's crime so I urge the Court to take into account the genuinely amazing character of this man.

 Most sincerely,

Zuhur Quabdid