# EXHIBIT E

H

Annex D

Mahdi Mohamed HASHI
DOB 18 August 1989
HO Ref F231992

## DEPRIVATION OF CITIZENSHIP

As the Secretary of State, I hereby give notice in accordance with section 40(5) of the British Nationality Act 1981 that I intend to have an order made to deprive you, Mahdi Mohamed HASHI, of your British citizenship under section 40(2) of the Act. This is because I am satisfied that it would be conducive to the public good to do so.

The reason for this decision is that the Security Service assess that you have been involved in Islamist extremism and present a risk to the national security of the United Kingdom due to your extremist activities.

In accord with section 40(4) of the British Nationality Act 1981, I am satisfied that such an order will not make you stateless.

Further, I certify that pursuant to section 40 A (2) of the British Nationality Act 1981, my decision has been taken in part reliance on information which, in my opinion, should not be made public in the interest of national security and because disclosure would be contrary to the public interest.

I am also giving you notice of your right of appeal against this decision to make a deprivation order, under section 2B of the Special Immigration Appeals Commission Act 1997. Under rule 8(1)(b)(ii) of the Special Immigration Appeals Commission (Procedure) Rules 2003 (as amended) any notice of appeal must be given to the Commission no later that 28 days after you have been served with this notice. I attach an appeal form in case you wish to exercise this right.

The order under section 40(2) of the British Nationality Act 1981 depriving you of your British citizenship will be made after you have been served with this notice. I will endeavour to ensure a copy is served on you.

Should any appeal in respect of the deprivation of your British citizenship be successful, the Courts may decide that any order depriving you of your citizenship should be treated as never having had effect.

Secretary of State