## Criminal Calendar: Sentencing

**Before:** Judge John Gleeson, U.S.D.J.

Date: 1/15/2016   Time: 3:00 pm – 4:00 pm
DOCKET NUMBER: 12CR661
DEFENDANT'S NAME: ✓ Mohamed Yusuf (Deft. #3)
    ✓ Present  ___ Not Present  ✓ In Custody  ___ Bail

DEFENSE COUNSEL: David Stern and Jane S. Smith
Seth D. Ducharme,
    ___ Legal Aid  ✓ CJA  ___ Retained

AUSA: Shreve Ariail and Richard Tucker   Deputy Clerk: Ilene Lee

Probation Officer: Jaime Turton

INTERPRETER: Magna Czagany   (Language) Swedish

COURT REPORTER: Charleane Heading

✓ Case Called.
✓ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

___ The Pre-sentence Report is adopted without change.

✓ Defendant is sentenced to 132 months imprisonment and NO years of supervised release.

Special conditions of Supervision are as follows:

___ Defendant is ordered to pay restitution in the amount of $_____.
___ Defendant is ordered to pay a fine in the amount of $_____.
✓ Defendant is ordered to pay a special assessment of $100% (NO FINE.)

Monetary penalties are due as follows:

✓ The Court recommends to the U.S. Bureau of Prisons that the deft be sent back to Sweden for incarceration.
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on _____ @ _____
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ✓ ☐ before 2:00pm on _____   ☐ as notified by USMS or   ☐ as notified by P.O.
✓ Open count(s) (All Open Counts) is/are dismissed on motion of the government.