UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X

UNITED STATES OF AMERICA

- against -

MOHAMED YUSUF

Defendant.

-------------------------------X

ORDER OF JUDICIAL REMOVAL

12 CR 661(S-2) (JG)

Upon the application of the United States of America, by Richard Tucker, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of MOHAMED YUSUF ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Somalia and a citizen of Sweden.

3. The defendant was paroled into the United States at John F. Kennedy International Airport, New York, New York on or about November 15, 2012.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, of Conspiring to Provide Material Support and Resources to a Designated Foreign Terrorist Organization, to wit: al-Shabaab, in violation of Title 18 United States Code, Section 2339B(a)(1).

5. The maximum sentence for a violation of Title 18 United States Code, Section 2339B(a)(1) is 15 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: (1) Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA; and (2) Section 212(a)(2)(A)(i)(I) of the INA, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Sweden.

Dated:   New York, New York
         Jan. 25, 2015

s/John Gleeson

THE HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE