UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                     12-CR-661 (PKC)

ALI YASIN AHMED,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Francisco J. Navarro from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Francisco J. Navarro
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-6007
        Email: francisco.navarro@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Francisco J. Navarro at the email address set forth above.

Dated: Brooklyn, New York
December 18, 2020

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By: /s/ Francisco J. Navarro
Francisco J. Navarro
Assistant U.S. Attorney

cc: Clerk of the Court (PKC)